**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California
(State)

Case number (*if known*): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cachet Financial Services, a California corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | aka Cachet<br>fka Cachet Banq, Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 9 5 – 4 8 7 6 8 1 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 175 S Lake Avenue, Suite 200 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Pasadena, CA 91101 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.cachetservices.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor    Cachet Financial Services, a California corporation                    Case number *(if known)*_____

       Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5 2 2 3 2 0 __ __

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br><br>☐ Yes. District _____ When _____/_____/_____ Case number _____<br>                                        MM / DD / YYYY<br>               District _____ When _____/_____/_____ Case number _____<br>                                        MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br><br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____/_____/_____<br>                                          MM / DD / YYYY<br>       Case number, if known _____ |

| Debtor | Cachet Financial Services, a California corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
| | |
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Cachet Financial Services, a California corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ☐ I have been authorized to file this petition on behalf of the debtor.

- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___01/20/2020___
           MM / DD / YYYY

**✗** _Signature of authorized representative of debtor_

Aberash Asfaw
Printed name

Title ___President___

---

**18. Signature of attorney**

**✗** /s/ James C. Bastian Jr.
   Signature of attorney for debtor

Date ___01/20/2020___
     MM / DD / YYYY

James C. Bastian Jr
Printed name

Shulman Bastian LLP
Firm name

100 Spectrum Center Drive Suite 600
Number     Street

Irvine
City

CA
State

92618
ZIP Code

(949) 340-3400
Contact phone

JBastian@shulmanbastian.com
Email address

175415
Bar number

CA
State

---

**CACHET FINANCIAL SERVICES, a California corporation**

**CORPORATE RESOLUTION**

This is to certify that at a meeting of the Board of Directors of CACHET FINANCIAL SERVICES, a California corporation, held on December 27, 2019 the following resolution was duly adopted:

"WHEREAS, this Corporation is unable to pay its debts as said debts mature;

"NOW, THEREFORE, BE IT RESOLVED, that the officers of this Corporation be, and they hereby are authorized and directed on behalf of this Corporation to prepare, file and execute the Corporation's Petition for Bankruptcy provided in Chapter 11 of the Bankruptcy Code and all of the necessary papers in connection therewith, in the United States Bankruptcy Court, Central District of California, Los Angeles Division, and further to such end, to do any other acts, execute all necessary documents, and take any other steps in the name and in behalf of the Corporation necessary or appropriate to obtaining such relief; and the officers are further authorized to retain as counsel for the Corporation in said proceeding, the law firm of Shulman Bastian LLP."

SAID RESOLUTION is still in full force and effect.

Dated: January 20, 2020

CACHET FINANCIAL SERVICES, a California corporation

By: _____
     Aberash Asfaw, President

**Fill in this information to identify the case:**

Debtor name Cachet Financial Services, a California corporation

United States Bankruptcy Court for the **Central** District of **California**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Verde Human Capital, LLC OneMint c/o Daniel Weiskopf Esq McNaul Ebel Nawrot & Helgren PLLC 600 University Street Ste 2700 Seattle, WA 98101-3143 | Daniel Weiskopf Esq Phone: 206-467-1816 Email: dweiskopf@mcnaul.com | Litigation pending in the Superior Court of Washington for King County; Case No. 20-2-01077-4 | Contingent Disputed Unliquidated | | | $692,557.86 |
| 2 | Rackspace Us Inc Attn President Or Manager Agent 1 Fanatical Place City Of Windcrest San Antonio, TX 78218 | Rackspace Us Inc Attn President Or Manager Agent Phone: 800-961-4454 Email: | Server And Network Provider | | | | $47,547.92 |
| 3 | Wespay Advisors Attn President Or Manager Agent 601 Montgomery Street Suite 710 San Francisco, CA 94111 | Wespay Advisors Attn President Or Manager Agent Phone: 415-373-1180 Email: cburnett@wespay.org | Ach Audit Services | | | | $2,015.36 |
| 4 | Accounting Principals Attn President Or Manager Agent Dept Ch 14031 Palatine, IL 60055-4031 | Accounting Principals Attn President Or Manager Agent Phone: 888-301-3621 Email: | Services | | | | $1,918.80 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5   Tpx Communications Attn President Or Manager Agent 515 S Flower Street 45th Fl Los Angeles, CA 90071-2201 | Tpx Communications Attn President Or Manager Agent Phone: 877-487-8722 Email: | Utility - Phone Service | | | | $1,207.26 |
| 6   Raymond Avenue Self Storage Attn President Or Manager Agent 2201 Alton Parkway Irvine, CA 92606 | Raymond Avenue Self Storage Attn President Or Manager Agent Phone: 949-442-2342 Email: | Storage Unit | | | | $ 680.40 |
| 7   Logmein Attn President Or Manager Agent Po Box 50264 Los Angeles, CA 90074-0264 | Logmein Attn President Or Manager Agent Phone: Email: | Internet Communications | | | | $ 560.40 |
| 8   Southland Shredding Attn President Or Manager Agent 1131 N Hellman Avenue Ontario, CA 91764 | Southland Shredding Attn President Or Manager Agent Phone: 888-747-3331 Email: | Shredding Service | | | | $ 425.00 |
| 9   Pasadena Fire Recovery Program Attn President Or Manager Agent Po Box 748631 Los Angeles, CA 90074-8631 | Pasadena Fire Recovery Program Attn President Or Manager Agent Phone: 855-809-2057 Email: pasadenacafire@alarm-billing.com | False Alarm Response | | | | $ 375.00 |
| 10  At&T (3887) Attn President Or Manager Agent Po Box 5014 Carol Stream, IL 60197-5014 | At&T (3887) Attn President Or Manager Agent Phone: 800-321-2000 Email: | Utility - Internet | | | | $ 299.60 |
| 11  Readyrefresh Attn President Or Manager Agent #216 6661 Dixie Highway Suite 4 Louisville, KY 40258 | Readyrefresh Attn President Or Manager Agent Phone: 800-274-5282 Email: | Water Delivery | | | | $ 294.69 |
| 12  Equifax Information SVCS LLC Attn President Or Manager Agent Po Box 740253 Altanta, GA 30374-0253 | Equifax Information SVCS LLC Attn President Or Manager Agent Phone: 800-685-5000 Email: cust.serv@equifax.com | Service | | | | $ 225.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 Cdw Direct<br>Attn President<br>Or Manager Agent<br>Attn Bobby Dalton<br>Po Box 75723<br>Chicago, IL 60675-5723 | Cdw Direct<br>Attn President Or Manager Agent<br>Attn Bobby Dalton<br>Phone: 480-270-7127<br>Email: bobbdal@cdw.com; credit@cdw.com | Electronics - Computer Parts | | | | $ 212.20 |
| 14 Pitney Bowes<br>Attn President<br>Or Manager Agent<br>2225 American Drive<br>Neenah, WI 54956 | Pitney Bowes<br>Attn President Or Manager Agent<br>Phone: 844-256-6444<br>Email: | Postage Machine Rental | | | | $ 210.58 |
| 15 At&T (6671)<br>Attn President<br>Or Manager Agent<br>Po Box 5014<br>Carol Stream, IL 60197-5014 | At&T (6671)<br>Attn President Or Manager Agent<br>Phone: 800-321-2000<br>Email: | Utility - Internet | | | | $ 179.00 |
| 16 City Of Pasadena<br>Attn Manager Agent<br>Attn Finance Accounts Receivable<br>Po Box 7115<br>100 N Garfield Ave N106<br>Pasadena, CA 91109-7215 | City Of Pasadena<br>Attn Manager Agent<br>Attn Finance Accounts Receivable<br>Phone: 626-744-4291<br>Email: | False Alarm Response | | | | $ 147.00 |
| 17 Veleta Stevens, et al<br>c/o Mike M Arias Esq<br>Alfredo Torrijos Esq<br>Arias Sanguinetti Wang and Torrijos LLP<br>6701 Center Drive W 14th Fl<br>Los Angeles, CA 90045 | Mike M Arias Esq<br>Alfredo Torrijos Esq<br>Arias Sanguinetti Wang and Torrijos LLP<br>Phone: 310-844-9696<br>Email:<br>mike@aswtlawyers.com<br>alfredo@aswtlawyers.com | Class action pending in USDC, Central District of California; Case No. 2:19-CV-08120-ODW-JEM | Contingent Disputed Unliquidated | | | Unknown |
| 18 Webb Payroll<br>Service Inc, et al<br>c/o Francis J Casey Flynn Jr<br>Law Office of<br>Francis J Flynn Jr<br>422 S Curson Ave<br>Los Angeles, CA 90036 | Francis J Casey Flynn Jr Esq<br>Phone: 314-662-2836<br>Email:<br>casey@lawofficeflynn.com | Class action pending in USDC, Central District of California; Case No. 8:19-cv-02267 | Contingent Disputed Unliquidated | | | Unknown |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Sarah Simmons et al, c/o Lawrence J Semenza III Esq Christopher D Kircher Esq Jarrod L Rickard Esq Katie L Cannata Esq Semenza Kircher Rickard 10161 Park Run Dr Ste 150 Las Vegas, NV 89145 | Lawrence J Semenza III Esq Christopher D Kircher Esq Jarrod L Rickard Esq Katie L Cannata Esq Phone: 702-835-6803 Email: ljs@skrlawyers.com cdk@skrlawyers.com jlr@skrlawyers.com klc@skrlawyers.com | Class action pending in USDC, District of Nevada; Case No. 2:19-cv-01624-GMN-VCF | Contingent Disputed Unliquidated | | | Unknown |
| 20 | Brigitte Jones et al c/o David L Meyerson Esq 1400 Rockefeller Bldg 614 W Superior Avenue Cleveland, OH 44113 | David L Meyerson Esq Phone: 216-696-1080 Email: dmeyerson@seamanatty.com | Class action pending in the Court of Common Pleas for the County of Cuyahoga, Ohio; Case No. 19-924236 | Contingent Disputed Unliquidated | | | Unknown |
| 21 | Bancorp Bank Attn President or Manager Agent 409 Silverside Road Suite 105 Wilmington, DE 19809 | Beth Moskow-Schnoll Esq Jessica C Watt Esq William J Burton Esq Ballard Spahr LLP Phone: 302-252-4465 Email: moskowschnollb@ballardspahr.com wattj@ballardspahr.com burtonw@ballardspahr.com | Interpleader action pending in the USDC, District of Delaware; Case No. 1:19-cv-02088-MN | Contingent Disputed Unliquidated | | | Unknown |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa Davis Lowe - Bar No. 245521<br>SHULMAN BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: JBastian@shulmanbastian.com<br>          MLowe@shulmanbastian.com | |
| ☒ *Attorney for:* Debtor and Debtor in Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>CACHET FINANCIAL SERVICES, a California corporation, aka Cachet, fka Cachet Banq, Inc.<br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.   This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  Aberash Asfaw                                                            , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒  I am the president or other officer or an authorized agent of the Debtor corporation

    ☐  I am a party to an adversary proceeding

    ☐  I am a party to a contested matter

    ☐  I am the attorney for the Debtor corporation

2.a.  ☒  The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Financial Business Group Holdings, a California corporation
    _____
    _____

    [For additional names, attach an addendum to this form.]

b.  ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  01/20/2020          By:  _____
                                 Signature of Debtor, or attorney for Debtor


                           Name:  Aberash Asfaw
                                  Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Pasadena_____, California

Date: _01/20/2020_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                              Page 1                              **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name __Cachet Financial Services, a California corporation__

United States Bankruptcy Court for the: __Central__ District of __CA__
(State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration __Corporate Ownership Statement, Statement Related Cases, Mailing List__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/20/2020__        ✗ _(signature)_ _____
        MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                Aberash Asfaw
                                Printed name

                                President
                                Position or relationship to debtor

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa Davis Lowe - Bar No. 245521<br>SHULMAN BASTIAN LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400<br>Facsimile: (949) 340-3000<br>Email: JBastian@shulmanbastian.com<br>        MLowe@shulmanbastian.com | |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CACHET FINANCIAL SERVICES, a California corporation, aka Cachet, fka Cachet Banq, Inc.<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __55__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.


Date:  __01/20/2020__                        _(signature)_
                                              Signature of Debtor 1


Date:  _____                    _____
                                              Signature of Debtor 2 (joint debtor) (if applicable)


Date:  __01/20/2020__                        /s/ James C. Bastian Jr.
                                              Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                    F 1007-1.MAILING.LIST.VERIFICATION

1 Source Business Solutions
Attn Robert Beck President
6966 Commerce Park Drive
Midvale, UT 84047

1-2-3 Payroll & HR Services
Attn Sandy Maniscalco President
8 Forsythia Court
Holtsville, NY 11742

Absoulte Technology Inc
Attn James Love President
65480 76th Street
Bend, OR 97703

Accent Employer Solutions Inc
Attn Randy McBride President
9821 Katy Fwy Suite 290
Houston, TX 77024

Accent Employer Solutions IV et
c/o Kevin Scott Mann Esq
Cross & Simon LLC
1105 North Market Street Ste 901
Wilmington, DE 19801

Access 1 Source NC
Attn Michael Lefevers President
365 Main Ave SW
Hickory, NC 28602

Accountable To You Inc
Attn Molly Okerlund President
3101 W 41st Street Suite 201 A
Sioux Falls, SD 57105

Accounting Principals
Attn President or Manager Agent
Dept CH 14031
Palatine, IL 60055-4031


Accuchex Corporation
Attn President or Manager Agent
Attn Gary Frieders Operations
Manager
365 Bel Marin Keys Blvd
Novato, CA 94949


Accupay Inc dba AccuPay Systems
Attn Ryan Moffett President
20422 Beach Blvd., Suite 345
Huntington Beach, CA 92648


Accurate Tax Service Inc
American Payroll Corporation
Steven Z Smith President
146 Chemawa Rd N
Keizer, OR 97303


Accu-Rite Payroll Services
Attn Gerald Lawrence President
462 Hegeman Avenue
Colchester, VT 05446


ACE Payroll Services Inc
Attn Larry Goldman Vice President
1860 Walt Whitman Road Suite 600
Melville, NY 11747


Acroprint Time Recorder Company
Attn President or Manager Agent
Attn Gene Gardner Controller
5640 Departure Drive
Raleigh, NC 27616

Acuff & Acuff Inc
Attn Jerone Acuff President
4998 N Henry Blvd
Stockbridge, GA 30281


Admin HR Inc
Attn Doris Schmeck CFO
100 2nd Ave St Suite 303S
St Petersburg, FL 33701


Advanced Benefit Solutions LLC
Attn President or Manager Agent
Attn Rex Harrison Controller
3675 Crestwood Pkwy #120
Duluth, GA 30096


Advanced Payroll Concepts LLC
Attn Natalie Haag Manager Member
6810 E Broadway Blvd Suite 203
Tucson, AZ 85710


Advanced Payroll Services
Attn President or Manager Agent
Attn Lorraine Pasqua CSR
300 Chester Ave Suite 201
Morrestown, NJ 08057


Advanced Payroll Services, Inc
c/o Peter C. Hughes Esq
One Customs House Suite 500
704 King Street
Wilmington, DE 19801


Advanced Payroll Solutions
Attn President or Manager Agent
Attn Richard Karasik Manager
1969 Sunset Pt Road Suite 6
Clearwater, FL 33765

Advanced Payroll Solutions LLC
Attn Michael Marino President
1287 Worthington Woods Blvd
Worthington, OH 43085


Advanced Reimbursement
Art Corp
Attn Natalie England Director of Ops
8401 Churchside Drive
Gainesville, VA 20155


Advanstaff Inc
Advanstaff HR
Attn Philip J Richards CEO
8925 West Russell Road Suite 100
Los Vegas, NV 89148


Advantage Resource Group Inc
Attn President or Manager Agent
Attn Theresa Gallagher Accounting
1600 Valley View Blvd
Altoona, PA 16602


Afinida Inc
Attn President or Manager Agent
Attn Malinee Virachack Accountant
600 La Terraza Blvd
Escondido, CA 92025


Ahola Corporation
c/o James R Bedell Esq
Yelena Boxer Esq
200 Public Square Ste 2300
Cleveland, OH 44114-2378


Ahola Corporation Aloha Payroll
Attn Michael Paull CFO
6820 W Snowville Road
Brecksville, OH 44141

All About Payroll LLC
Attn Rachelle Henry Managing Mem
5887 Casa Firande Ave
Rocklin, CA 95677


All American Payroll
Attn Karolin Garakanian President
9070 Irvine Center Drive Suite 110
Irvine, CA 92618


All Pay HR
Attn Sam Ware President
6928 Autumn Oaks Drive
Olive Branch, MS 38654


Alliance Benefit Group Payroll Inc
Alerus Financial
Attn Sarah Tolzmann-Barnick Super
201 E Clark Street
Albert Lea, MN 56007


Alliance Business Solutions II LLC
Alliance Business Solutions
Attn James Jagels Managing Mem
7910 Ralston Road Suite 8
Arvada, CO 80002


Alpha Omega Payroll Solutions LTD
Attn Christo Vardakis President
140 Route 17 North
Hackensack, NJ 07601


Alpha Payroll LLC
Attn Laz Kalemis CEO
1216 Welsh Roard
North Wales, PA 19454

Alpha Payroll Services, LLC
c/o Barnaby Grzaslewicz Esq
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899


AMCheckIR
Blue Ocean Innovation LLC
Attn Kim Trowbridge President
2151 Michelson Drive Suite 200
Irvine, CA 92612


American Time and Labor Company
California Time and Payroll Co
Attn Jim Thompson President
6 Venture #135
Irvine, CA 92618


AmeriPay Inc
American Payroll Company
Attn Ericka Gray President
278 Tennessee Street Suite 4
Redlands, CA 92373


Anchor Payroll & Benefit
Attn Jeff Erne President
1767 Front Street
Blairstown, NJ 07825


Apache Homelands LLC et al
c/o John G Harris Esq
Berger Harris LLP
1105 N Market Street 11th Fl
Wilmington, DE 19801


Approved Payroll Inc
Attn Peter Heinrich President
845 N Pass Ave
Burbank, CA 91503

Approved Staffing Inc
Attn Peter Heinrich President
1415 N Cahuenga Blvd
Los Angeles, CA 90028


APS Automatic Payroll System Inc
Attn President or Manager Agent
Attn Steve Bodden Operation Mgr
415 Texas Street Suite 400
Shreveport, LA 71101


APS Group Inc
Attn President or Manager Agent
Attn Shannon Carlisle Director of Op
41307 12th St West, Suite 205
Palmdale, CA 93551


Arch Resources Group
Attn President or Manager Agent
Attn Steve Rasmussen PR Manager
1000 Bricknell Avenue Suite 610
Miami, FL 33131


Arete HCM Solutions Inc
Attn Chris Belna President
3247 Vickery Road
Syracuse, NY 13212


ASAP Payroll Service Inc
Attn Thomas Masengale President
8130 S Meridian St Suite 4C
Indianapolis, IN 46217


Asset HR Inc
Attn President or Manager Agent
Attn Kathleen Bordas Controller
7493  147th ST W Suite 210
Apple Valley, MN 55124

Associated Human Capital
Management
Associated JCM
Attn Yvette Hector Vice President
350 Motor Parkway Suite 410
Hauppauge, NY 11788


Astra Payroll Co
Astra Payroll Services
Attn John Mason Smith Owner
5890 Bushnell Drive
New Kent, VA 23124


Asyre Software
Paysystems of America Inc
Attn President or Manager Agent
Attn Tara Jones Director Ops
1321 Murfreesboro Road Suite 100
Nashville, TN 37217


AT&T
Attn President or Manager Agent
PO Box 5014
Carol Stream, IL 60197-5014


AT&T
Attn President or Manager Agent
PO Box 5014
Carol Stream, IL 60197-5014


Automatic Business Computing LLC
Attn Michael Shaw Member
2640 Sunset Blvd #140
Rocklin, CA 95677


AVL Business Solutions Inc
Platinum Group
Attn Michael Murphy President
200 Swannanoa River Rd
Asheville, NC 28805

Axiom Human Resource Solutions
Attn Andrew Zelt CEO
9810 Westpoint Drive Suite 150
Indianapolis, IN 46256


Axiom Human Resources
Solutions Inc et al
c/o William Anthony Hazeltine Esq
Sullivan Hazeltine Allinson LLC
901 N Market Street, Ste 1300
Wilmington, DE 19801


AXO National Staff Leasing LLC
Attn Keith Lueck CEO
901 E 7th Street
Austin, TX 78702


Balance Point
X-Pay LLC
Attn President or Manager Agent
Attn John Egan VP Ops
65 Harristown Road Suite 302
Glen Rock, NJ 07452


Bancorp Bank
Attn President or Manager Agent
409 Silverside Road Suite 105
Wilmington, DE 19809


BBCS Payroll Inc
Attn Lynda Berryman President
2504 Veterans Memorial Pkwy S
Suite 1
Lafayette, IN 47909


Bene Care Payoll
Attn William Bach President
1260 Creek Street
Webster, NY 14580

Better Business Planning Inc
Attn President or Manager Agent
Attn Chris Bellinger
125 W Orchard Street
Itsaca, IL 60143


Beyond Pay
AP Select Payroll Inc
Attn President or Manager Agent
Attn Michael Lynch Director
6 State Route 173 Suite 201
Clinton, NJ 08809


Big Fish Payroll Services LLC
Attn President or Manager Agent
Attn Jeff Hill Ops Manager
950 E Katella Ave  Ste 6
Orange, CA 92867


Bizchecks Payroll Inc
Attn Larry Drago President
153 Lavells Lane
Marstons, MA 02648


Blue Point Advisors LLC
BluePoint Payroll Solutions
Attn Roy Blair President
576 N Sunrise Ave Suite 115
Roseville, CA 95661


Box Inc
Attn President or Manager Agent
4440 El Camino Real
Los Altos, CA 94022


Brigitte Jones et al
c/o David L Meyerson Esq
1400 Rockefeller Bldg
614 W Superior Avenue
Cleveland, OH 44113

Brigitte Jones et al
c/o Shaun H Kedir Esq
101 W Prospect Ave Ste 1600
Cleveland, OH 44115


Business Cents
Attn Eric Palmer Owner
172 Rockingham Road
Londonderry, NH 03053


Business Financial Human
Resource Management LLC
David Bird President
500 N Loop 1604 East Suite 250
San Antonio, TX 78232


Business Payroll Service
Attn Lance Ladd President CEO
804 N Twin Oaks Valley Rd #119
San Marcos, CA 92069


Business Workplace Solutions LLC
WSP Payroll Services
Attn Alicia Martin VP
1601 Elm Street Suite 4310
Dallas, TX 75201


C & A Associates Inc
AccuTrac Payroll Services
Attn Charles LaBrecque President
199 Winter Street 2nd Fl
Hanover, MA 02388


c/o Wiggins Payroll Inc
Paula C Witherow Esq
The Brandywine Building
1000 N West Street 10th Floor
Wilmington, DE 19801

California Department of Tax and
Fee Administration
Account Information Group MIC:29
PO Box 942879
Sacramento, CA 94279-0029


California Employment
Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


California Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Canfield Funding LLC dba  Millenn
c/o Richard A Grimm III Esq
1100 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Casa Payroll Service LLC
Attn President or Manager Agent
Attn Tom Burns Comptroller
3120 Fire Road Suite B-100
Egg Harbor Township, NJ 08234


Catalyst PEO LLC
Attn Kailey Jonas COO
1421 Hanz Drive
New Braunfels, TX 78130


CDW Direct
Attn President or Manager Agent
Attn Bobby Dalton
PO Box 75723
Chicago, IL 60675-5723

Cello HR LLC
Attn President or Manager Agent
Attn Tom Slanda Lead Operations
3155 W Big Beaver Road Suite 216
Troy, MI 48084


Certified Payroll Associates Inc
Attn Matt Crowder President
1055 Patrick Place
Brownsburg, IN 46112


CF Investments
 Accurate Data Payroll Service
Attn Carl Fischer President
30400 Detroit Road Suite 308
Westlake, OH 44145


Charleston Payroll Plus LLC
Charleston Payroll
Attn Jenna Lee Wright Mgr Member
130 River Landing Drive Suite 1D
Charleston, SC 29492


Charleston Payroll Plus LLC et al
c/o James S Green Esq
Seitz Van Ogtrop & Green PA
222 Delaware Avenue Ste 1500
Wilmington, DE 19899


Check Mate Payroll LLC
Attn Roger Ogden Secretary Treasu
300 South 200 West
Bountiful, UT 84010


Check Mate Payroll LLC
c/o Sarah Theresa Andrade Esq
Bayard PA
600 N King Street Ste 400
Wilmington, DE 19801

Check Right Inc
CR Payroll
Jonathan Dyer President
11818 SE Mill Plain Blvd Suite 202
Vancouver, WA 98684


Choice Payroll Inc
ThreadHCM
Attn Lori Winters President
555 North Point Center E Ste 150
Alpharetta, GA 30022


ChoicePay Payroll & HR Services
Attn Jane Sunter President
851 Old Winston Road Suite 108
Kearnersville, NC 27284


City of Pasadena
Attn Manager Agent
Attn Finance Accounts Receivable
PO Box 7115
100 N Garfield Ave N106
Pasadena, CA 91109-7215


CliftonLarsonAllen LLP
Attn President or Manager Agent
Attn Amy Bradley Sr Payroll
220 South Sixth Street Suite 300
Minneapolis, MN 55402


Clockwork Systems Inc
APS Autotime Payroll Solutions
Attn Steven L Perry President
206 Brookswood Rd
Sherwood, AR 72120


Clockwork Systems Inc et al
c/o Julie M O'Dell Esq
Wilks Lukoff & Bracegirdle LLC
4250 Lancaster Pike Ste 200
Wilmington, DE 19805

Coastal Payroll Services Inc
Attn Craig Coleman President
4909 Murphy Canyon Road Ste 110
San Diego, CA 92123

Coastal Payroll Services Inc et al
c/o John Anderson Sensing Esq
1313 N Market St
Hercules Plaza 6th Fl
Wilmington, DE 19899-0951

Combined Employer Services Inc
Attn President or Manager Agent
Attn Marina Wang
1520 Bridgegate Drive #108
Diamond Bar, CA 91765

Commonwelath Cash Management
Commonwealth Payroll & HR
Attn Jeff Plakans President
32 Tioga Way
Marblehead, MA 01945

Comp US Inc
Comp US Payroll
Attn Michael Janowiak Vice Presid
1863 Banks Road
Margate, FL 33063

Complete Payroll Resource Inc
Attn Michael DelLaPorta President
2501 Monroe Blvd Suite 1100
Audubon, PA 19403

Compliance Payroll Inc
Attn Steven Lahey President
8801 Folsom Blvd Suite 185
Sacramento, CA 95826

Comprehensive Payroll Service Inc
CPSnetpay
Attn Jim Smith President
8518 North Dixie Drive
Dayton, OH 45414

Computer Search
Computer Search Payroll Services
Attn Raymond Antonucci
331 Audubon Pkwy
Buffalo, NY 14228

Concept 2001  Inc
Concept HR
Attn Ginger Henson CFO
1089 Augusta Road
Warrenville, SC 29851

Contempo HCM LLC
Attn Lawrence Bailliere CEO
5872 E Pima Street Suite D
Tucson, AZ 85712

CPA Accounting Solutions Inc
Attn Gary Garland President
10916 Atlantic Blvd Suite 16
Jacksonville, FL 32225

Crockett Technical LLC
Attn Henry Crockett Director
2300 Valley View Land Suite 1050
Irving, TX 75062

Datasphere Inc Flexchecks Inc
Attn Diane K Pelak President
2930 Three Mile Rd NW
PO Box 141215
Grand Rapids, MI 49514

Decimal, Inc The Online 401K
Ubiquity
Attn President or Manager Agent
Attn David Yanagita Trade Special
44 Montgomery Street Suite 3060
San Francisco, CA 94104


Delaware Valley Payroll Inc
Prime Point
Attn David Bothwell Vice President
2 Springside Road
Mount Holly, NJ 08060-5644


Dependable Payroll LLC
Attn President or Manager Agent
Attn Nina McPherson Operati Mgr
3020 Mitchellville Road  Suite 101
Bowie, MD 20716


Des Dawn Corporation
Taxco Business Service Inc
Attn President or Manager Agent
Attn Trai Carr EVP
3958 Atlantic Ave
Long Beach, CA 90807


Dominion Payroll Services LLC
Attn David Fratkin President
1310 W Main St Suite A
Richmond, VA 23230


Dominion Payroll Services TN LLC
Avintus and Midsouth
Attn Jason Poling CEO
320 Seven Springs Way Suite 300
Brentwood, TN 37027

Dun-Rite Sand and Gravel Co
c/o Patrick K Gibson Esq
Gibson & Perkins PC
144 Quigley Blvd
New Castle, DE 19720


Dynamic Human Resources Inc
Attn Chris Whall CEO
3955 Pinnacle Court  Suite 100
Auburn Hills, MI 48326


Easy Checks Caribbean
Attn President or Manager Agent
Attn Elizabeth Lugo Operations Mgr
019 Calle 19
San Juan, PR 09224


EazePay
Attn Wayne H Triantos Member Mgr
645 South Main Road
Vineland, NJ 08360


Empay Systems LLC
Polaris Payroll
Attn Pat Corpora President
108 Alumni Ave
Durham, NC 27713


Employer Services Online
Employee Max
Attn Bob Curran President
104 Gideon Drive
Kennett, PA 19348


Employer Support Services Inc
Attn Jennifer Ragsale President
8530 Anselmo Lane
Baton Rouge, LA 70810

Employer Tools & Solutions Inc
ETS Payroll
Attn Ken Jackson President
8745 Gary Burns Drive Suite 160
Frisco, TX 75034


Employer's Guardian LLC
Attn President or Manager Agent
Attn Diane Edwards Controller
2865 Sunrise Blvd Suite 225
Rancho Cordova, CA 95742


Epay Systems Inc
Attn Doug Olds CFO
1701 Golf Road #1-1250
Rolling Meadows, IL 60008-4227


EquiFax Information SVCS LLC
Attn President or Manager Agent
PO Box 740253
Altanta, GA 30374-0253


Essque Inc dba Heutmaker
Business Advisors
John Heutmaker
10700 Normandale Blvd Ste 202
Bloomington, MN 55437


Exact Payroll Inc
Attn Mitch Lightman Vice President
3993 Huntingdon Pike Suite 110
Huntingdon Valley, PA 19006


Exponent Technologies Inc
Attn President or Manager Agent
Attn Lori Hauser Director PR
4970 Landmark Place
Dallas, TX 75254

Exponent Technologies Inc
c/o Albert H Manwaring IV Esq
Morris James LLP
500 Delaware Avenue Ste 1500
Wilmington, DE 19899-2306

E-Z Payroll Services Inc
WageSource
Nicholas Siderias  President
36 Chestnut Drive
Glen Rock, NJ 07452

Fair Employment Council Inc
Paysource TX & PaydayPro
Attn Melissa Parker President
669 Airport Freeway Suite 107
Hurst, TX 76053

Fiducia Global Solutions LLC
Attn Annette Messler VP CFO
310 South St Mary Street
San Antonio, TX 78205

First-Rate Payroll Service
Providers LLC
Attn Vimal Patel Owner
501 Jarrad Street
Piscataway, NJ 08554

Flexible Payroll & HR LLC
Attn Brandon Barnes President
6202 Woodcrest Drive
Burlington, KY 41005

Focus HR Strategy Inc
Attn Gregg Stutz COO
6464 E Grant Road
Tucson, AZ 85715

FocusPay Solutions LLC
Payroll Solutions & Benefits LLC
Attn President or Manager Agent
Attn Becky Snedigar Payroll Man
1820 East University Drive
Aubrn, AL 36830


Governmentjobs.com Inc
NEOGOV
Attn Todd Hutchings VP
300 Continental Blvd Suite 565
El Segundo, CA 90245


Green Leaf Payroll &
Business Solutions
Attn Kira Amundsen VP
410 Melrose Drive Suite 207
Vista, CA 92081


Green Payroll Services Inc
Attn President or Manager Agent
Attn Miriam Horowitz Owner
1635-43rd Street
Brooklyn, NY 11204


Greenlink Payroll
Attn Frank Mineccia Managing Mem
1001 West Southern Ave #102
Mesa, AZ 85210


Gulf States Management
Argent Payroll
Attn Glen A Villalobos President
170 New Camellia Blvd Suite 120
Covington, LA 70433


Hard 8 Acquisitions LLC
LaunchPayroll.com
Attn John Hagerman President CEO
625 Bakes Bridge Ave Suite 105
Franklin, TN 37067

Harding Shymanski & Company
c/o Michael Busenkell Esq
Gellert Scali Busenkell & Brown
1201 N Orange Street Ste 300
Wilmington, DE 19801


Harding Shymanski Company
Attn Matthew Folz Vice President
21 SE Third Street Suite 500
Evansville, IN 47708


HCI-EBS Inc
Emploee Benefit Services
Attn Dave Anderson
424 Graves Mill Road Suite 300
Lynchburg, VA 24502


Home Work Solutions Inc
Attn Kathleen Webb President
2 Pidgeon Hill Dr Suite 350
Sterling, VA 20165


Hospitality Resource Center, LLC
HRC Service
Attn Reza Khan President CEO
18333 Dolan Way Suite 211
Santa Clarita, CA 91387


HR 365 LLC
Attn President or Manager Agent
Attn Trent DeGroot Manager
3183 Millcreek Road
Pleasant Grove, UT 84062


HR Ledger
Attn Malcolm L Frost Presid  Owner
610 Auburn Ravine Road Suite 1
Auburn, CA 95603

HR Outsourcing Associates, LLC
Attn Joey Woodruf VP
1588 Atkinson Road Suite 201
Lawrenceville, GA 30043


HR Outsourcing Enterprises, LLC
Attn President or Manager Agent
Attn Didi Harkness Director of PR
1588 Atkinson Road Suite 201
Lawrenceville, GA 30043


HR Solutions LLC
Attn President or Manager Agent
Attn Renee Trepagnier Manager
6421 Perkins Road Bldg A Suite 2A
Baton Rouge, LA 70808


Human Resource Consulting
Group LLC
Attn Robin Imbrogno President
117 Main Street
Seymour, CT 06483


Human Resources Inc
HRI
Attn Matthew Priester COO
2127 Espey Court Suite 306
Crofton, MD 21037


Human Resources Inc
c/o Seth Jason Reidenberg Esq
Tybout Redfearn & Pell
750 Shipyard Drive Ste 400
Wilmington, DE 19899-2092


Hunter Payroll Systems
Attn Justin Hunter President
6594 Rey Del Sierra Court
Sparks, NV 89436

iBusinessSolutions Inc
Attn David Yohn President
7020 Professoinal Pkwy E Suite 100
Lakewood Ranch, FL 34240


IEM of Flordia LLC
Unify Employee
Attn Enrique Perez VP Tech Service
10446 NW 31 Terr
Doral, FL 33172


IEM of Florida LLC
c/o Theodore J. Tacconelli Esq
Ferry Joseph  PA
824 Market St Ste 1000
Wilmington, DE 19899


Ignite PEO Services LLC
Attn Glen Antwiler CEO
1458 Thatch Cir
Castle Rock, CO 80109


Igreen Payroll Inc
Attn President or Manager Agent
Attn Moseh Horowitz Administrator
5319 16th Ave
Brooklyn, NY 11204


Infiniti HR
Attn Scott Swarkovsky CEO
6011 University Blvd Suite 120
Elliot, MD 21043


Infiniti Resource Management LLC
Attn Clarissa Thompson President
3014 US Highway 301 North  Suite
500
Tampa, FL 33619

Infinity HR LLC
c/o Lisa Zwally Brown Esq
The Nemours Building
1007 N Orange Street Ste 1200
Wilmington, DE 19801


Infinity Payroll Services
Attn Jason Slutsky President
36 Oswego Street Suite 201
Baldwinsville, NY 13027


Inflection HR LLC
Attn Servin Gardner President
2204 W Southern Avenue
Tempe, AZ 85282


inFocus Payroll LLC
Attn President or Manager Agent
Attn Brian Bohley
900 Chicago Ave Suite 104
Evanston, IL 60202


Innovative Administrative
Services LLC
Attn Gabriel Lopez CEO Owner
1400 Buford Hwy Suite G-1
Sugar Hill, GA 30518


Innovative Payroll Processing
Attn Ahmad Chebbani President
CEO
12740 W Warren Ave Suite 200
Dearbron, MI 48126


Integrated Dynamic Solutions IDS
Attn President or Manager Agent
Attn Nasrollah Gashtili
4930 Balboa Blvd #261638
Encino, CA 91426

Integrated Payroll Services
Attn Jon Sluis President
1240 E 8th Street
Traverse City, MI 49686


Integrated Payroll Services Inc
Attn John Feaman President
19 Crossroad Ct Suite 102
Delafield, WI 53018


Integrits Enterprise Solutions LLC
Attn Clarence M Carter Jr Pres CEO
5205 Kearny Villa Way Suite 200
San Diego, CA 92123


Integrity Bookkeeping LLC
Attn Kathyrn Ingram President
112 S Defiance St Box 86
Stryker, OH 43557


Integrity Coutsource LLC
Attn Robin Mcentire CEO
2201 E Camelback Rd Suite 123
Phoenix, AZ 85016-3433


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Justworks Administrative LLC
Attn President or Manager Agent
Attn Johnathan Mirian VP Finance
130 7th Ave #249
New York, NY 10011

JustWorks Inc
c/o Renee Marie Mosley Esq
One Rodney Square Suite 600
920 N King Street
Wilmington, DE 19801


Kalter Payroll Services Inc
Attn President or Manager Agent
Attn Daniel Courtney Manager
15302 Central Avenue
Chino, CA 91710


Keller & Owens LLC
Payroll Partners Plus
Attn President or Manager Agent
Attn Ladena Henry Supervisor
10955 Lowel Ave Suite 800
Overland Park, KS 66210


La Maritza Inc
Elite Pay
Attn Genaro Mendez President
1300 Nth 10th Suite 330-H
McAllen, TX 02186


Laser Software Inc
Sines & Associates
Attn Timothy Sines President
178 Thomas Johnson Dr Suite 204
Frederick, MD 21702


Liberty Payroll Solutions LLC
Attn Anthony Azevedo President
52-54 Rome St
Newark, NJ 07105-3339


Local Economy LLC
Attn James Belanger Partner
142 High Street Suite 501A
Portland, ME 04101

Loeb & Loeb
Attn President or Manager Agent
10100 Santa Monica Blvd Suite 200
Los Angeles, CA 90067


LogMeIn
Attn President or Manager Agent
PO Box 50264
Los Angeles, CA 90074-0264


Management Administrative
Solutions Inc
Attn Stacie Neves Vice President
7400 E Orchard Road Suite 3055N
Greenwood Village, CO 80111


Management Solutions Inc
Attn Stacie Neves Vice President
7400 E Orchard Road Suite 3055N
Greenwood Village, CO 80111


Managepoint ASO Inc
Attn David E Day President
9119 Otis Ave
Indianapolis, IN 46216


Marathon HR Services LLC
Attn Ralph Cimperman President
2450 Atlanta Hwy
Cumming, GA 30040


Marketview Resources Inc
Attn Derickson Lawrence CEO
149 The Esplanade Suite 100
Mount Vernon, NY 10553

Mass Pay Inc
Attn President or Manager Agent
Attn Jason Maxwell
900 Cummings Center Suite 218T
Beverly, MA 01915


Media Data Services Inc
Attn President or Manager Agent
Attn Oscar Fernandez General Mgr
265 Route 46 Suite 206
Totowa, NJ 07512


Meridian Payroll Group Inc
Michael Ashworth  President
41765 River Way
Temecula, CA 92590


Michael Mann et al
c/o Michael L Koenig Esq
Hinckley Allen
30 South Pearl Street Ste 901
Albany, NY 12207


Mint Payroll
Attn Sheryl Morehead Ops Manager
Attn Todd Udall Partner
1528 W Warm Springs Road
Henderson, NV 89014


Mize Houser & Company PA
Attn President or Manager Agent
Attn Sheila Cox QSR PR Manager
534 S Kansas Ave Suite 700
Topeka, KS 66603


MM-KMA Investments LLC
Alamo Business Solutions
Attn Martin Madden Manager
Member
124 Memory Trail Street
San Antonio, TX 78232

MoneyWise Payroll Solution
Attn Sean Shanks President
1928 Arlington Blvd, Suite 100
Charlottesville, VA 22903


My Strategic Payroll LLC
Attn Nick Tsismonakis President
377 Oak Street Suite 405
Garden City, NY 11530


National Business Partners Group
Attn Joe Power President
2750 Peachtree Industrial Blvd #D
Duluth, GA 30097


National Payroll Systems Inc
Attn Orlando C Williams III
President Owner
262 East 3900 South
Salt Lake City, UT 84107-1975


NetPayServices Inc
Payroll Centric
Attn Bahaa Mikhail President
5250 West Century Blvd Suite 432
Los Angeles, CA 90045


Nicholas H Reach CPA LLC
Attn Nick Reach Member Manager
2108 Kohler Memorial Drive Ste 40
Sheboygan, WI 53081


OM Payroll
Attn Jason Cohen CEO
224 West 35th Street Suite 1008A
New York, NY 10001

Omega Benefit Strategies
Attn Douglas Snoman President
25 Depot Ave
Falmouth, MA 02540


One Pay HR LLC
Attn President or Manager Agent
Attn Karen Candelaria Ops Manager
6300 Jefferson NE
Alburquerque, NM 87109


One Plus Tax
Attn Rafael Carmona President
2001 W Camelback Rd Suite 370
Phoenix, AZ 85015


One Source Virtual HR Inc
Attn Mark Turner Sec Treas
9001 Cypress Waters Blvd
Coppell, TX 75019


One Stop Payroll Inc
Attn Yung Kim President
620 Contra Costa Blvd Suite 205
Pleasant Hill, CA 94523


OnePointHCM
Attn David Miller President
2020 2nd Street Suite 200
Selma, CA 93662


One-Time Payroll Services LLC
Attn Carmen Barmakian President
2 Winter Street Suite 101
Waltham, MA 02451

On-Line Payroll Inc
Attn Joe Hines Sole Member
Attn Mary Anne Hines Op Manager
1207 Port Echo Lane
Bowie, MD 20716


OTP Payroll LLC
Attn Solomon Frieder Manager
Member
3 Jackson Ave
Spring Valley, NY 10977


P2Bi Holdings LLC
c/o Jason Brown Esq
Cohen & Gresser LLP
800 Third Avenue
New York, NY 10022


Pacific Staff Management Inc
Christina  Nelson President
2028 Village Lane Suite 205
Solvang, CA 93463


Paragon Business Services Inc
Attn President or Manager Agent
Attn Crystal Brownell Director Ops
590 Route 539 Suite 3
Little Egg Harbor, NJ 08087


Partners in Payroll LLC
Attn William Bilo Jr Manager Mem
160 Conemaugh St
One Evian Centre
Blairsville, PA 15717


Paryoll Ventrues LLC
Triton HR
Attn President or Manager Agent
Attn Mary Tauber Director of Ops
1480 Route 9 North Suite 203
Woodbridge, NJ 07751

Pasadena Fire Recovery Program
Attn President or Manager Agent
PO Box 748631
Los Angeles, CA 90074-8631


Pay Day Payroll Inc
Attn Jill Cape President
510 N St Joseph Ave
Evansville, IN 47712


Pay Solutions LLC
Attn Marti Klaus Manager Member
623 Hayes Ave
Cuyahoga Falls, OH 44221


Pay USA Inc
Attn Janet Fox President
1200 High Ridge Road Suite 3
Stamford, CT 06905


Pay USA Inc
c/o Sean M Brennecke Esq
Klehr Harrison Harvey Branzburg &
919 Market Street Ste 1000
Wilmington, DE 19801


PayActiv Inc
Ijaz Anwar COO
4300 Stevens Creek Blvd Suite 185
San Jose, CA 95129


PayBridge LLC
Attn Anthony Chiviles Managing Ptr
13550 Falling Water Drive Suite 325
Stongsville, OH 44136

PayData Payroll Services Inc
Attn Victoria Nadeau-Trahan VP
106 Highpoint Center Suite 300
Colchester, VT 05453

Payday Payroll Inc
Attn Mike Dozier CFO
6465 College Park Square Ste  200
Virginia Beach, VA 23464

Payday Payroll Resources
Attn Renee Deal President
655 Creek Road
Bellmawr, NJ 08031

Payday Payroll Resources Inc
c/o Artemio C. Aranilla  II Esq
Marshall, Dennehey Warner
1007 N Orange Street Ste 600
Wilmington, DE 19899-8888

Paymaster Inc
Attn President or Manager Agent
Attn Steve Bolin Director of Ops
550 West Merrill Street Suite 220
Brimingham, MI 48009

PayMasters Inc
c/o Margaret M DiBianca Esq
Clark Hill PLC
824 N Market Street Ste 710
Wilmington, DE 19801

PayMedia LLC
Attn President or Manager Agent
Attn Paula Balugas Director of Ops
383 Ridgedale Ave Second Floor
East Hanover, NJ 07936

Paymedia LLC et al
c/o Christina J Pross Esq
Mattleman Weinroth & Miller PC
200 Continental Drive Ste 215
Newark, DE 19713


Paynortheast LLC
Attn Steve Shouler CEO
199 New York Ave
Smithtown, NY 11787


PayNorthWest
Attn Dave Christensen CFO
800 Maynard Ave South #208
Seattle, WA 98134


PayNorthWest
c/o Jami B Nimeroff
Brown McGarry Nimeroff LLC
901 N Market Street Ste 1300
Wilmington, DE 19801


PayPlans Benefit
Attn Doug Snowman President
25 Depot Ave
Falmouth, MA 02540


PayPros HCS
Attn President or Manager Agent
Attn Cindy Hanson Operations Mgr
112 Townpark Drive Suite 050
Kennesaw, GA 30144


PayPros Inc
Attn President or Manager Agent
Attn Jeff Salvatore General Mana
966 N Cocoa Blvd 3
Cocoa, FL 32922

Payright Payroll Services Inc
Attn Steve McMahon Vice President
468 Great Road
Acton, MA 01720


Pay-Role HR Solutions LLC
Attn Kerry Bishop CFO
877 W Baxter Drive
South Jordan, UT 84095


Payroll Authority LLC
Payroll Authority.com
Attn Eric Moore Owner
305 W Sumner Ave
Indianapolis, IN 46217


Payroll by Professionals Inc
Attn John J Hartnett President
1202 Foulk Road Suite D
Wilmington, DE 19803


Payroll Complete Services Inc
Payroll NW
Attn Rick Smith CEO
10000 NE 7th Avenue Suite 402
Vancouver, WA 98685


Payroll Control Systems Inc
Attn Gregg Cobb President
3230 E Broadway Road Suite C130
Phoenix, AZ 85040


Payroll Data Inc
Attn President or Manager Agent
Attn Mary Anne Mancini
1101 S 3rd W #103
Missoula, MT 59801

Payroll Direct Inc
Attn Lynn Daniels President
7575 Golden Valley Road Suite 250
Golden Valley, MN 55427


Payroll Dynamics Inc
Attn Michael Tintweiss President
180 Oser Ave
Hauppauge, NY 11788


Payroll Ease LLC
Attn Hedy Kinney Managing Mem
46 North Main Street
PO Box 476
Kent, CT 06757


Payroll Experts LLC
Attn Jason Roth CEO
7500 N Dobson Road Suite 201
Scottsdale, AZ 85256


Payroll Link Inc
Attn Mike Demerjian President
10251 Trademark St Bldg B
Rancho Cucamonga, CA 91730


Payroll Logix Inc
Crest Payroll
Attn Pratap Jayakar President
160 Littleton Road Suite 160
Parsippany, NJ 07054


Payroll Office of America
c/o Marc Stephen Casarino Esq
White & Williams
600 N King Street Ste 800
Wilmington, DE 19801-3722

Payroll Office of America Inc
Attn Debbie Ford VP Operations
1855 West State Road Suite 434
Longwood, FL 32750


Payroll Perfect Inc
Attn President or Manager Agent
Attn Scott Holley Manager
1206 West S Jordan Pky Suite A
South Jordan, UT 84095


Payroll Plus Inc
PAI Payroll
Attn David Castleman President
1900 Lamy Lane Suite L
Monroe, LA 71201


Payroll Plus Inc
Attn John J Hettwer President
19300 Statesville Rd Suite 302
Cornelius, NC 28031


Payroll Pros LLC
Attn Larry Roberts CEO
970 Windham Ct Suite 9
Boardman, OH 44512


Payroll Service Plus
Attn Jon Sigman President
2555 Cabot Road Suite 101
Laguna Hills, CA 92653


Payroll Services Inc. dba  Southwes
c/o Andrew C Jayne Esq
Mid-Continent Tower
401 S Boston Ave Ste 2300
Tulsa, OK 74103-4029

Payroll Services Inc. dba Southwest
c/o Brian J Butler Esq
Bond Schoeneck & King PLLC
One Lincoln Center
Syracuse, NY 13202-1355


Payroll Services Inc. dba
Southwestern Payroll
c/o Michael A Kornstein Esq
39 N Pearl Street 4th Fl
Albany, NY 12207


Payroll Services LLC
Attn Jonathan Pocius Member
Attn Jessica Droneburg Opr Mgr
103 South Caroll St 3rd FL
Frederick, MD 21701


Payroll Solutions Group LTD
Attn Tim Menfield Presdient
7730 W Cheyenne Suite 112
Las Vegas, NV 89129


Payroll Solutions Inc
Attn Scott Jenkins President
6425 Old Plank Road Suite 111
High Point, NC 27265


Payroll Success
Attn Dennis Bishop Vice President
2701 Fondren Street Suite 124
Dallas, TX 75206


Payroll Tax Systems
Attn President or Manager Agent
Attn Anthony Gonzales
1932 E Deere Ave
Santa Ana, CA 92705

Payroll4Free.com
Attn Marta Mendizabal VP
23297 Commerce Park
Beachwood, OH 44122


PaySource Inc
PaySource Payroll Solutions
Attn Lori Catalano President
333 N Cedar Street
Escondido, CA 92025


Pay-Tech Inc
Tab Associates
Attn Rene Brofft President
640 E Purdue Suite 102
Phoenix, AZ 85020


PBI Payroll
Public Bookkeepers Inc
Attn Joseph A Giacinto  CEO
580 Mineola Avenue
Carle Place, NY 11514


Pen-Cal Administrators Inc
Pen-Pay LLC
Attn Mathew Germeshausen Mgr
7633 Southfront Road Suite 120
Livermore, CA 94551


Peoplelease LLC
Attn Jerry White CFO
210 Wingo Way
Mt Pleasant, SC 29464


PERNW Inc
The People Group
Attn Devin Kidman President
7150 SW Hampton Street Suite 110
Portland, OR 97223

P-Five Solutions LLC
Attn Amber Pope President
390 Pestana Ave
Manteca, CA 95336


Pioneer Payroll Services Inc
PPSINC
Attn Nora Mackay CEO
21 Old Chicopee Street
Chicopee, MA 01013


Pitney Bowes
Attn President or Manager Agent
2225 American Drive
Neenah, WI 54956


PLC Services LLC
Attn Jerry White CFO
210 Wingo Way
Mt Pleasant, SC 29464


Poseidon Consultants Inc
Payroll Hub
Attn Michael Taff President
3129 Tiger Run Ct #219
Carlsbad, CA 92010


PR Financial Services LLC
PR Financial
Attn President or Manager Agent
Attn Donette Yaw PR Financial Mgr
117 3rd St NW
Orange City, IA 51041


Precise Payroll LLC
Attn Samantha Gage President
780 Falcon Circle Suite 124
Warminster, PA 18974

Premier Employer Services
Mr JR Holdings Inc
Attn Roger Hays President
7200 S Alton Way Suite A250
Centennial, CO 80112


Press-Gold Payroll LLC
Attn Carl Pressman President
4510 West 77th Street
Edina, MN 55435


PrimePay LLC
Attn President or Manager Agent
Attn Eric Hernandex VP Client Suc
1487 Dunwoody Drive
West Chester, PA 19380


Pro Data Payroll Services Inc
Attn Horacio Lopez President
1125 Tri-State Pkwy Suite 710
Gurnee, IL 60031


Professional Outsourcing
Solutions Inc
Attn Mayet Alegria President
19750 S Vermont Avenue Suite 112
Torrance, CA 90602


Professional Payroll Services
Attn President or Manger Agent
Attn Pamela Moore Payroll Manager
8832 Reading Rd
Cincinnati, OH 45215


Profit Builders Inc
Attn President or Manger Agent
Attn Jami McFall Accounting Mgr
2872 N Ridge Road Suite 201
Wichita, KS 67205

Promerio Inc
California Payroll
Attn President or Manager Agent
Attn Debbie Mendivil VP Operations
1240 Central Blvd Suite B
Brentwood, CA 94513


Pursers Office Inc
Attn Rollyn C Trueblood President
1050 Industrial Dr Suite 110
Middletown, DE 19709


QTS Payroll Services Inc
Attn President or Manager Agent
Attn Rick Eddins Ops Supervistor
8170 W Sahara Avenue Suite 100
Las Vegas, NV 89117-1981


Quanta LLC
Attn President or Manager Agent
Attn Drew Fasseus Director of Ops
10469 Cinderella Drive
Cincinnati, OH 45242


Rackspace US Inc
Attn President or Manager Agent
1 Fanatical Place
City of Windcrest
San Antonio, TX 78218


Raymond Avenue Self Storage
Attn President or Manager Agent
2201 Alton Parkway
Irvine, CA 92606


ReadyRefresh
Attn President or Manager Agent
#216 6661 Dixie Highway Suite 4
Louisville, KY 40258

Rehmann Group LLC
Attn President or Manager Agent
Attn Roger Webster Direc of HR Out
5800 Gratiot Suite 201
Saginaw, MI 48638


RenderHR LLC
Attn John Colagrande Pres CEO
4323 Vivant Way
Palm Springs, CA 92262


RJDB Enterprises Inc
GLN Tax & Pay
Attn Jerrilee Harvey President
221 W Church Street
Elmira, NY 14901


Ronald A Dubois CPA
US National Payroll
Attn Ronad A Dubois Presid Owner
308 Seaboard Lane Suite 107
Franklin, TN 37067


Sammons & Head LLC
Payroll Plus
Attn John Sammons Manager Mem
2459 Wrighsboro Road
Augusta, GA 30904


Sarah Simmons et al
c/o Lawrence J Semenza III Esq
Semenza Kircher Rickard
10161 Park Run Dr Ste 150
Las Vegas, NV 89145


SBS Payroll
Attn President or Manager Agent
Attn Leigh Hansen Sr Director Ops
1932 E Deere Ave
Santa Ana, CA 92705

Segue HR LLC
Attn President or Manager Agent
Attn Michael Schaffer
4646 Poplar Ave Suite 201
Memphis, TN 38117


Segue HR LLC
c/o Hayley M Lenahan Esq
Little Falls Centre Two
2751 Centerville Road Ste 401
Wilmington, DE 19808


Shepherd Business Solutions Inc
Attn Tom Bradburn President
1955 N Val Vista #103
Mesa, AZ 85213


Shift Human Capital Management
Attn President or Manager Agent
Attn Dhanashree Bhandare Control
18100 Von Karman Ave Suite 850
Irvine, CA 92612


Shore Payroll Solutions
Attn Brian Penevolpe Partner Mgr
342 Atlantic City Blvd
Beachwood, NJ 08722


SHS Payroll LLC
Attn Steven H Suissa President
8 Bloomingdale Ct
Rockville, MD 20852


Silla Enterprises
A-Pro Payroll Systems
Attn Jack Kim President
1070 Reno Ave
Modesto, CA 95351

SimplePay LLC
Centro Group
Attn Juan A Martinez CFO
2640 S Bayshore Drive Suite 208
Miami, FL 33133


Simplified Employer Solutions LLC
Attn President or Manager Agent
Attn Lee Mabe
9401 N Armenia Ave
Tampa, FL 33612


Single Point Inc
Information Dynamics Inc
Attn President or Manager Agent
Attn Chuck Madden
4006 N Keystone Avenue
Indianapolis, IN 46205-2834


Socal Payroll Services LLC
Attn Jacob Shaw CIO
5455 Wilshire Blvd Suite 1710
Los Angeles, CA 90036


Solex Payroll Systems Inc
Attn Matthew Kaplan President
907 Park Street
Stoughton, MA 02072


Solid Business Solutions LLC
Attn Robert Colemenareis CEO Pre
1819 First Oaks Street #160
Richmond, TX 77406


SourceOne Payroll Services Inc
Attn Robert Yegenhiaian CEO
43141 Business Center Pkw
Suite 108
Lancaster, CA 93535

Southeastern Employee Benefits
Corporate Business
Attn James Karle CEO
1523 Johnson Ferry Road Suite 200
Marietta, GA 30062

Southland Shredding
Attn President or Manager Agent
1131 N Hellman Avenue
Ontario, CA 91764

Spectrum Employee Services Inc
Attn D John Davis Jr President
2762 Continental Dr Suite 201
Baton Rouge, LA 70808

Stewardship Payroll Services LLC
Attn Chad Schavey CFO
15215 Endeavor Drive
Noblesville, IN 46060

Stone Industries Inc
c/o Steven L Caponi Esq
K&L Gates LLP
600 N King Street Ste 901
Wilmington, DE 19801

Streamline Payroll LLC
Attn Kristi Keiser COO
1 North Wilson Ave Suite 4
Bristol, PA 19007

Summit Services Inc
Summit HR & Payroll
Attn Kirk Oetken President
2651 E Chapman Ave Suite 105
Fullerton, CA 92831

SyncHR Inc
Attn President or Manager Agent
Attn Kelly McAllister Sr Manager
1601 Wewatta Street Suite 750
Denver, CO 80027


Syndeo Ourtsourcing LLC
Attn President or Manager Agent
Attn Todd Matheny Director Acct
3504 N Great Plains Dr Suite 200
Wichita, KS 67207


TAG Employer Services LLC
Attn Jack Biltis President
20815 N Cave Creek Road
Phoenix, AZ 85024


The Ahola Corporation
c/o Kristen-Elise F Depizzo Esq
Yelena Boxer Esq
200 Public Square Ste 2300
Cleveland, OH 44114-2378


The Ahola Corporation
c/o Sean A Meluney Esq
Berger Harris LLP
1105 N Market Street 11th Fl
Wilmington, DE 19801


The Bancorp Bank
c/o Beth Moskow-Schnoll Esq
Ballard Spahr LLP
919 North Market Street 11th Fl
Wilmington, DE 19801-3034


The Payroll Office Inc
Attn Steve Kuczka President
5600 Morganford Road
St Louis, MO 63116

The Payroll Professionals Inc
Attn President or Manager Agent
Attn Sherry Boggs Operations ACH
500 NE Spanish River Blvd Suite 14
Boca Raton, FL 33431


Time and Pay
Attn President or Manager Agent
Attn Kristie Ayers Director of Ops
108 N Boone Street
Johnson City, TN 37604


TimePays CEOS Corporation
Attn Scott Johnson President
12 Welch Ave Suite 7
Stoughton, MA 02072


Total HCM Inc
Attn Eric Chen CFO
2707 E Valley Blvd Suite 302
West Covina, CA 91792


TPX Communications
Attn President or Manager Agent
515 S Flower Street 45th Floor
Los Angeles, CA 90071-2201


Triangle Payroll
Attn Deana Moore President
128 Clairton Blvd
Pittsburg, PA 15236


Tricore Inc
Attn Kathryn Fried CFO
117 North Gold Drive
Robbinsville, NJ 08691

Tripco Inc
Payrite
Attn Robert J Benard President
6300 Twenty-Two Mile Road Suite 3
Shelby Twp, MI 48317


Tristate Employers Group Inc
Attn Mary Jo Moore President
4150 Alexandria PK Suite 114
Cold Spring, KY 41076


Two Shus Inc
Paylogic
Attn Hunt Shuster President
2843 BrownShore Road Suite 111
Louisville, KY 40206


Unify Payroll LLC
Attn David Fry Manager Member
117 East Mountain Ave
Fort Collins, CO 80524


Union Payroll Solutions
Attn Kenneth Hrin President
8000 Sagemore Drive, Suite 8203
Marlton, NJ 08053


UPSOH Inc
Attn Bruce Baughman President
2718 Wayne Avenue Ste 105
Dayton, OH 45420


US Securities & Exchange
Commission
Attn Bankruptcy Counsel
444 South Flower St Suite 900
Los Angeles, CA 90071-2934

Valiant Payroll Services Inc
Trackforce Valiant
Attn President or Manager Agent
260 Crossways Park Drive
Woodbury, NY 11797


Valiant Payroll Services Inc
Trackforce Valiant
Attn Heather Softy Tax Bank Mgr
260 Crossways Park Drive
Woodbury, NY 11797


Valiant Payroll Services Inc
Trackforce Valiant
Attn Debra Foster Senior Administr
260 Crossways Park Drive
Woodbury, NY 11797


Varsity Computing Inc
Dallas Payroll
Attn Brian Queen President
1221 Abrams Road Suite 350
Richardson, TX 75081


VC Consulting Services
Payday Master
Attn Victor Cabilla President
1 Main Street Suite 403
Eatontown, NJ 07724


Veleta Stevene et al
c/o Mike M Arias Esq
Arias Sanguinetti Wang and Torrijos
6701 Center Drive West 14th Fl
Los Angeles, CA 90045


Veleta Stevens et al
c/o Nicholas A Coulson Esq
Liddle and Dubin PC
975 East Jefferson Ave
Detroit, MI 48207

Verde Human Capital LLC et al
c/o James L Higgins Esq
Rodney Square
1000 North King Street
Wilmington, DE 19801


Verde Human Capital, LLC et al
c/o Daniel Weiskopf Esq
McNaul Ebel Nawrot & Helgren
600 University Street Ste 2700
Seattle, WA 98101-3143


Verde Services Inc
Onemint
Attn Brandon Baker CEO
125 50th Ave
Yakima, WA 98908


Vertex Payroll Corp
Attn John Sansou President
3111 N Tustin Street Suite 202
Orange, CA 92865


Vertisource Inc
Attn Kim Bolinder CEO
6985 Union Park Center Suite 100
Cottonwood Heights, UT 84047


Villiams LLC
Compass One HCM
Attn Danielle Williams Partner
32 Thatcher Road
Rochester, NY 14617


Wallace Advisory Group Inc
Checkright
Attn Arch Wallace President
10120 West Broad Street Suite N
Glen Allen, VA 23060

Web Payroll & Tax Solutions
Attn Cynthia Mata Partners Manag
13526 George Road Suite 100
San Antonio, TX 78230


Webb Payroll Service Inc
Attn Sherry K Webb President
2550 Decatur Hwy
Gardendale, AL 35071


Webb Payroll Service Inc
c/o Robert Joseph Leoni Esq
Shelsby & Leoni
221 Main Street
Stanton, DE 19804


Webb Payroll Service Inc et al
c/o Francis J Casey Flynn Jr Esq
Law Office of Francis J Flynn Jr
422 S Curson Ave
Los Angeles, CA 90036


Webb Payroll Service Inc et al
c/o John A Yanchunis Esq
Morgan & Morgan Complex Litigati
201 N Franklin Street 7th Fl
Tampa, FL 33602


WesPay Advisors
Attn President or Manager Agent
601 Montgomery Street Suite 710
San Francisco, CA 94111


Wiggins Payroll Inc
Attn Clinton Wiggins President
1301 West Chester Pike
West Chester, PA 19382

Win3 Inc
Attn President or Manager Agent
Attn Tara Bryant Director Finance
1055 West Maple Road
Clawson, MI 48017


WindsorKent Inc
Attn Emilio Monte CEO
7700 N Kendall Drive Suite 408
Miami, FL 33156


Wise Choice Incorporated
Attn President or Manager Agent
Attn Statney Lattin Finance Coor
711 E Wardlow Road #203
Long Beach, CA 90807


Workforce Benefit Solutions LLC
Attn Brian Lambert
4875 S Sherwood Forest Blvd
Suite D
Baton Rouge, LA 70816


World Data Solutions
Restaurant Solutions Inc
Attn Christine Dragoo CFO
1101 W Mineral Ave Suite 200
Littleton, CO 80120


Wurkforce Inc
Wurk
Attn President or Manager Agent
Attn Mark Sajn Director of Imple
1550 Larimer St #154
Denver, CO 80202


Xponent HR Solutions
Attn President or Manager Agent
Attn Lavina Watkins Ops Director
14500 N Northsight Blvd Suite 108
Scottsdale, AZ 85260

Yarmouth Payroll Plus
Attn Sue E Stull President
245 Main Street
Yarmouth, ME 04096


Zuma Payroll Solutions
Attn Christopher Caputo COO
591 Steawart Ave Suite 500
Garden City, NY 11530