# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cachet Financial Services, a California corporation | ) | Case No.: 2:20−bk−10654−VZ |
| aka Cachet, fka Cachet Banq, Inc., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance on behalf of AdvanStaff, Inc., pursuant to Bankruptcy Rules 2002 and 9007, and requests that all notices, given or required to be given, and all documents, served or required to be served, in this case be given to or served upon the following:

Smith, Katzenstein & Jenkins LLP
Kathleen M. Miller (DE No. 2898)
1000 West Street, Suite 1501, P.O. Box 410
Wilmington, DE 19899
Telephone: 302-652-8400
kmiller@skjlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of AdvanStaff, Inc.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), AdvanStaff, Inc., requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

| | |
|---|---|
| January 27, 2020 | SMITH, KATZENSTEIN & JENKINS LLP |
| | */s/ Kathleen M. Miller* |
| | Kathleen M. Miller (DE No. 2898) |
| | Brandywine Building |
| | 1000 West Street, Suite 1501 |
| | P.O. Box 410 |
| | Wilmington, DE 19899 |
| | Telephone: 302-652-8400 |
| | kmiller@skjlaw.com |
| | |
| | *Counsel for AdvanStaff, Inc.* |