| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Faye C. Rasch, State Bar No. 253838<br>Weiland Golden Goodrich LLP<br>650 Town Center Drive, Ste 600<br>Costa Mesa, CA  92626<br>Phone: (714) 966-1000<br><br>☒ *Attorney for*:  Verde Human Capital LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 06 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** carranza **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>Cachet Financial Services, a California corporation,<br><br>                                                           Debtor(s) | CASE NO.:  2:20-bk-10654-VZ<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION OF**<br>**NON-RESIDENT ATTORNEY TO APPEAR IN**<br>**A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒   The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **Thomas A. Burford III**

###

Date: February 6, 2020

*(signed)* Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY