1  Brian D. Huben (Cal. Bar No. 134354)
**BALLARD SPAHR LLP**
2  2029 Century Park East, Suite 800
Los Angeles, CA 90067
3  Telephone: 424.204.4400
Facsimile: 424.204.4350
4  E-mail: hubenb@ballardspahr.com

5     - and -

6  Beth Moskow-Schnoll (Del. Bar. No. 2900)*
Matthew G. Summers (Del. Bar. No. 5533)*
7  Chantelle D. McClamb (Del. Bar. No. 5978)*
**BALLARD SPAHR LLP**
8  919 N. Market Street, 11th Floor
Wilmington, DE 19801
9  Telephone:  302.252.4465
Facsimile:  302.252.4466
10  E-mail: moskowb@ballardspahr.com
E-mail: summersm@ballardspahr.com
11  E-mail: mcclambc@ballardspahr.com

12  *Motion for admission pro hac vice to be filed*

13  *Attorneys for The Bancorp Bank*

14     **UNITED STATES BANKRUPTCY COURT**

15     **CENTRAL DISTRICT OF CALIFORNIA**

16     **LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-10654-VZ |
| CACHET FINANCIAL SERVICES, a California corporation, | Chapter 11 |
|     Debtor. | **NOTICE OF APPEARANCE** |

24    **PLEASE TAKE NOTICE** that that the undersigned counsel hereby enters their

25  appearance for The Bancorp Bank ("Bancorp") pursuant to section 1109(b) of Title 11 of the

26  United States Code, 11 U.S.C. §§ 101 et seq., Rules 2002, 3017, 9007 and 9010(b) of the Federal

27  Rules of Bankruptcy Procedure and Rule 2002-1(b) of the Local Bankruptcy Rules of the United

28  States Bankruptcy Court for the District of California, and requests that copies of all pleadings,

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909

1

motions, notices and other papers filed or served in this bankruptcy case, be served upon Bancorp

through its undersigned counsel, as follows:

Brian D. Huben, Esq.
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
E-mail: hubenb@ballardspahr.com

- and -

Beth Moskow-Schnoll, Esq.
Matthew G. Summers, Esq.
Chantelle D. McClamb, Esq.
**BALLARD SPAHR LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone:  302.252.4428
Facsimile:  302.252.4466
E-mail: moskowb@ballardspahr.com
E-mail: summersm@ballardspahr.com
E-mail: mcclambc@ballardspahr.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without

limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints,

demands, replies, answers, schedules of assets and liabilities, statements of financial affairs,

operating reports, plans of reorganization, and disclosure statements, whether formal or informal,

and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile,

or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and*

*Request for Service* nor any subsequent appearance, pleading, claim, or suit is intended or shall be

deemed or construed to constitute a waiver of any substantive or procedural right of Bancorp

including, without limitation, (i) the right to have final orders in non-core matters entered only

after de novo review by the United States District Court for the Central District of California (the

"District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case,

controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have

any matter in which this Court, absent consent of the parties, cannot enter final orders or

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909

**NOTICE OF APPEARANCE**

judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Bancorp is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.    Unless and until Bancorp expressly states otherwise, Bancorp does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: February 7, 2020

**BALLARD SPAHR LLP**

By: /s/ Brian D. Huben
_____
        Brian D. Huben

Attorneys for The Bancorp Bank

Ballard Spahr LLP
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2029 Century Park East, Suite 800, Los Angeles, CA 90067-2909.

A true and correct copy of the foregoing document described as **NOTICE OF APPEARANCE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 7, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

James C. Bastian, Jr - jbastian@shulmanbastian.com
Kelly L. Morrison - kelly.l.morrison@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **February 7, 2020**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Cachet Financial Services                              VIA U.S. MAIL
175 S. Lake Avenue, Suite 200
Pasadena, CA 91101

James C. Bastian, Jr , Esq.                            VIA U.S. MAIL
Shulman Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

Kelly L. Morrison, Esq.                                VIA U.S. MAIL
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 7, 2020**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Vincent P. Zurzolo                           VIA PERSONAL DELIVERY
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 7, 2020 | Donna Carolo | /s/ Donna Carolo |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.