LOUIS J. CISZ, III, SBN 142060
lcisz@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Creditor
BENE-CARE PAYROLL, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 11 |
| CACHET FINANCIAL SERVICES, | Case No. 2:20-bk-10654-VZ |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Nixon Peabody LLP hereby submits this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") appears in the case of the above-captioned debtor as counsel to Creditor **BENE-CARE PAYROLL, LLC** (hereinafter "**Bene-Care**"), and requests that all notices and pleadings given or required to be given and all papers served in the above captioned cases, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Master Service List:

> Louis J. Cisz, III, Esq.
> NIXON PEABODY LLP
> One Embarcadero Center, 32nd Floor
> San Francisco, CA 94111
> Tel: 415-984-8320
> Fax: 415-984-8300
> Email: lcisz@nixonpeabody.com

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**CASE NO. 2:20-bk-10654-VZ**

4846-7779-7300.1

1    **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the

2    Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices,

3    including, but not limited to, applications, motions, petitions, pleadings, requests, complaints,

4    demands, replies, answers, orders to show cause, schedules of assets and liabilities, statements of

5    affairs, operating reports and plans, whether formal or informal, whether written or oral and

6    whether transmitted or conveyed by mail, e-mail, facsimile, hand delivery, telephone, telegraph,

7    telex, telecopier or otherwise.

8    **PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this

9    proceeding, the undersigned requests inclusion thereon.

10    **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not

11    constitute a submission by **Bene-Care** to the jurisdiction of the Bankruptcy Court. This Notice of

12    Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be

13    deemed or construed to waive any of **Bene-Care**'s substantive or procedural rights, including,

14    without limitation: (i) the right to have final orders in non-core matters entered only after de novo

15    review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein

16    or in any case, controversy or proceeding related to this case; (iii) the right to have the reference

17    withdrawn by the United States District Court for this district in any matter subject to mandatory

18    or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other

19    rights, claims, actions, defenses, setoffs, or recoupments to which **Bene-Care** is or may be

20    entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses,

21    setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be

22    deemed to constitute consent to electronic service of any pleading or papers for which mailed or

23    personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil

24    Procedure.

25

26

27

28

2
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**CASE NO. 2:20-bk-10654-VZ**

4846-7779-7300.1

1 | Dated: February 10, 2020  Respectfully submitted,
  | San Francisco, CA
2 |                                               **NIXON PEABODY LLP**

By:   */s/ Louis J. Cisz, III*
Louis J. Cisz, III, SBN 142060
lcisz@nixonpeabody.com

Attorneys for Creditor
BENE-CARE PAYROLL, LLC

One Embarcadero Center, 32nd Fl.
San Francisco, CA 94111
Tel: (415) 984-8200

3

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**CASE NO. 2:20-bk-10654-VZ**

4846-7779-7300.1