| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James C. Bastian, Jr. - Bar No. 175415<br>Melissa Davis Lowe - Bar No. 245521<br>**SHULMAN BASTIAN FRIEDMAN & BUI LLP**<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone:    (949) 340-3400<br>Facsimile:    (949) 340-3000<br>Email: JBastian@shulmanbastian.com<br>        MLowe@shulmanbastian.com<br><br>☒ *Attorney for: Debtor and Debtor in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**CACHET FINANCIAL SERVICES, a California corporation**<br>**aka Cachet**<br>**fka Cachet Banq, Inc.**<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-10654-VZ<br>CHAPTER: 11<br><br>**DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**<br>[11 U.S.C. §§ 1123, 1125]<br><br>☒ Initial Disclosure Statement and Plan<br>☐ 1st Amended Disclosure Statement and Plan<br>☐<br><br>For information on court hearings,<br>see the separately filed notice(s) of hearing. |

On January 21, 2020, Cachet Financial Services ("Cachet or the "Debtor") filed a voluntary bankruptcy petition under Chapter 11 of the Bankruptcy Code ("Code"). This form Disclosure Statement and Plan of Reorganization ("**DS and Plan**") is both the Disclosure Statement ("**DS**") and the Plan of Reorganization ("**Plan**").

**PROPONENT**: The party who filed the DS and Plan ("Proponent") is: ☒ Debtor, or ☐          .

**PLAN**: The terms of the Plan, located at Sections **VIII – X**, comply with the requirements of 11 U.S.C. § 1123, including the proposed treatment of claims of the Debtor's creditors and, if applicable, the interests of shareholders or partners. **The Court has not yet confirmed the Plan, which means the terms of the Plan are not now binding on anyone**; however, if the Plan is confirmed, the terms will bind the Debtor and any holders of claims or interests treated by the plan.

**DISCLOSURE STATEMENT**: Sections **I – VII** and **XI** constitute the DS and describe the assumptions that underlie the Plan and how the Plan will be executed. The Proponent believes the DS meets the standard for adequate information set forth in 11 U.S.C. § 1125(a). **The information disclosed is for explanatory purposes only and is as accurate as possible.**

Any interested party desiring further information should contact the attorney for Proponent identified above in the box at top left of this page, using the contact information provided.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*    Page 1    **VZ CH11.DISCLSR.PLAN**

<table>
<tr><td colspan="2"><strong>NOTE ABOUT CITATIONS</strong></td></tr>
</table>

| **NOTE ABOUT CITATIONS** |
|---|
| **"Chapter, section and §" references** are to 11 U.S.C. §§ 101-1532 of the Bankruptcy Code.<br>**"FRBP" references** are to the Federal Rules of Bankruptcy Procedure.<br>**"LBR" references** are to the Local Bankruptcy Rules for the Central District of California. |

| | | **TABLE OF CONTENTS** | |
|---|---|---|---|
| | | **DISCLOSURE STATEMENT** | **Page** |
| **I.** | | General Disclaimer | 3 |
| **II.** | | Type of Plan of Reorganization; Important Dates | 3 |
| **III.** | | Description of Debtor's Past and Future Business and Events Precipitating Bankruptcy Filing | 3 |
| **IV.** | | Definitions and Preliminary Information | 8 |
| **V.** | | Source of Money to Pay Claims and Interest-Holders | 10 |
| **VI.** | | Assets and Liabilities of the Estate | 16 |
| **VII** | | Treatment of Nonconsenting Members of a Consenting Class | 16 |
| | | **PLAN OF REORGANIZATION** | |
| **VIII.** | | Plan Provisions: Treatment of Claims | 17 |
| | **A.** | Assumption and Rejection of Executory Contracts and Unexpired Leases | 17 |
| | **B.** | Unsecured Claims: Administrative Expenses, Taxes | 18 |
| | **C.** | CLASS # 1: Priority Unsecured Claims | 20 |
| | **D** | CLASS # 2: Unsecured Claims: Nominal and General | 20 |
| | **E.** | CLASS # 3, # 4 and #5: Secured Claims | 21 |
| | **F.** | Shareholder or Partner Interests | 25 |
| | | Additional Claims (if any) Not Identified in Sections VIII.A - VIII.F | **EXH H, I, etc.** |
| **IX.** | | Unclaimed or Undeliverable Plan Distributions | 25 |
| **X.** | | Effect of Confirmation | 26 |
| **XI.** | | **LIST OF EXHIBITS AND DECLARATIONS** | 27 |
| | | **Mandatory Exhibits** | |
| | | Declaration in Support of Disclosure Statement and Plan | **EXH A** |
| | | List of all Claims | **EXH B** |
| | | List of all Property and Valuation of Property as of Confirmation Date | **EXH C** |
| | | Projected Income, Expenses and Payments by Month/Quarter | **EXH D** |
| | | Financial Records | **EXH E** |
| | | | |
| | | **Optional Exhibits** | |
| | | Additional Declarations | **EXH F** |
| | | Additional Exhibits | **EXH G** |

*February 2019*                                                                                                            **VZ CH11.DISCLSR.PLAN**

## I.    GENERAL DISCLAIMER

PLEASE READ THIS DOCUMENT CAREFULLY, INCLUDING THE ATTACHED EXHIBITS.  IT EXPLAINS WHO IS ENTITLED TO VOTE TO ACCEPT OR REJECT THE PLAN, AND WHO IS ENTITLED TO FILE AN OBJECTION TO CONFIRMATION OF THE PLAN.  IT ALSO IDENTIFIES THE TREATMENT THAT CLAIMANTS (CREDITORS) AND ANY INTEREST HOLDERS (SHAREHOLDERS OR PARTNERS) CAN EXPECT TO RECEIVE UNDER THE PLAN, IF THE PLAN IS CONFIRMED BY THE COURT.

THE SOURCES OF FINANCIAL DATA RELIED ON TO FORMULATE THIS DOCUMENT ARE IN **EXHIBIT A**, A DECLARATION.  ALL REPRESENTATIONS ARE TRUE TO THE PROPONENT'S BEST KNOWLEDGE.

NO REPRESENTATIONS CONCERNING THE DEBTOR THAT ARE INCONSISTENT WITH INFORMATION CONTAINED IN THIS DS AND PLAN ARE AUTHORIZED EXCEPT TO THE EXTENT, IF AT ALL, THAT THE COURT ORDERS OTHERWISE.

AFTER CAREFULLY REVIEWING THIS DOCUMENT AND THE ATTACHED DECLARATIONS AND EXHIBITS, PLEASE REFER TO THE SEPARATELY FILED NOTICE OF DATES RELATED TO A HEARING ON MOTION TO APPROVE ADEQUACY OF THE DISCLOSURE STATEMENT, OR HEARING ON MOTION TO CONFIRM THE PLAN.  EACH NOTICE WILL IDENTIFY DATES AND DEADLINES TO FILE A RESPONSE OR OTHER OBJECTION, OR TO SUBMIT A BALLOT IF YOU ARE ENTITLED TO VOTE ON THE PLAN.

## II.    TYPE OF PLAN OF REORGANIZATION;  IMPORTANT DATES

Payments and treatments under the Plan have a starting date ("**Effective Date**"), a period of time after the Effective Date to continue payments ("**Plan Term**"), and a final payment date ("**Final Payment**").

| Plan Type | Effective Date | Plan Term | Final Payment Date |
|---|---|---|---|
| ☒ Liquidating: *See Section V.A.2 below for anticipated sale(s)* ☐ Operating: *See Section III below* | ☒ 14 days after order confirming Plan ☐ Other date: | ☐ 5 years; or ☒ 6 months | *October 1, 2021 (estimated)* |

## III.    DESCRIPTION OF DEBTOR'S PAST AND FUTURE BUSINESS AND EVENTS PRECIPITATING BANKRUPTCY FILING

A.    **PAST AND FUTURE BUSINESS OPERATIONS**: The Debtor is organized as a California corporation.  The Debtor conducted 100% percent of its business activity in Pasadena, California, since 2001.  Before this case was commenced on January 21, 2020, the Debtor

☒    provided the following services for pay:

Debtor operated as a national financial services company focused on Automated Clearing House ("ACH") processing and related services for the payroll industry.  Prior to the bankruptcy filing, Debtor contracted with payroll companies (called "remarketers") pursuant to Remarketer Agreements to provide ACH transaction services to the remarketers.

Debtor's patented ACH process involved a two-part, debit-credit process by which Cachet collects money from the employer's bank accounts and then transfers those funds to Cachet's settlement account held by the Debtor's former bank, The Bancorp Bank ("Bancorp"), and from there to the bank accounts of the employers' employees.  This automated process was effectuated by digital files sent to Debtor by payroll processors, which files tell Debtor how much to withdraw from employers' bank accounts and how much to deposit into employees' accounts.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                Page 3                        **VZ CH11.DISCLSR.PLAN**

Debtor's process allows payments to be processed in just 1 day as opposed to the alternative of initiating multiple wire transfers which would take 4 or 5 days.

Debtor has been in business for over 20 years and had processed approximately $150 billion in payroll transactions per year for approximately 100,000 employers until a series of events in September and October, 2019 effectively knocked it out of business.

☒ manufactured or sold the following products: sold licenses for use of its "Flex" software used to process ACH transactions

☐ was in the business of renting real estate. (See Exhibit ___ for a detailed description of Debtor's property or properties including locations, square footage, occupancy rates, etc.)

☐ was in the business of developing real estate. (See Exhibit ___ for a detailed description of Debtor's property or properties including locations, size of lot(s), stage of development, etc.)

☐ other:

The Debtor ☐ will ☒ will not continue this course of conduct.

The Debtor:    ☒ is not a small business debtor within the meaning of 11 U.S.C.§101(51(d).
☐ is a small business debtor within the meaning of 11 U.S.C.§101(51(d), please see Exhibit ___ for information pertaining to 11 U.S.C. §1116 compliance.

**B.  <u>FACTORS THAT LED TO FILING THIS BANKRUPTCY CASE</u>** (*Describe briefly*):

Debtor's Chapter 11 filing follows fraudulent and/or negligent activity perpetrated against Debtor by one or more of its remarketers, including suspicious transfer(s) of funds by a downstream customer of one of its remarketers.  Subsequent to this activity the Debtor was unable to process ACH transactions and its bank, Bancorp executed a freeze on the Debtor's financial accounts.  Without the ability to process ACH transactions and access funds, Debtor was forced to cease operations as an ACH processor. Further, Debtor then became subject to numerous lawsuits, including class action lawsuits by remarketers, employers and employees for damages they allegedly suffered due to certain failed ACH transactions in late October 2019 and after.

<u>MyPayroll HR, LLC</u>

Specifically, in August and September 2019, MyPayrollHR, LLC ("MyPayroll") engaged in a fraudulent scheme to steal over $26 million from Debtor's settlement account that was owed to employees and other recipients.  MyPayroll is a cloud-based payroll processing company and was a client of Debtor.  In or around the end of August or the beginning of September 2019, MyPayroll and its principal, Michael Mann ("Mann"), surreptitiously and fraudulently manipulated Debtor's ACH specifications batch files – the instructions which dictate the direction, timing and flow of funds – to cause over $26 million to be transferred to numerous bank accounts for which funds were not owed.

MyPayroll stole the $26 million in two sets of transactions. In the first set of transactions, MyPayroll manipulated Debtor's specifications to appear to transfer more than $19 million (the "$19 million") from various accounts controlled by MyPayroll to Debtor's settlement account, and then immediately from Debtor's settlement account to various other accounts owned and controlled by Mann or to entities he controlled. However, those funds were never actually deposited into the settlement account. Notwithstanding the fact that the funds were not in the account and available for ACH transfer, it appeared that they were in the account and Debtor transferred the $19 million to MyPayroll.  When Debtor learned of the fraud and attempted to claw back the money from the various accounts owned and controlled by MyPayroll, Cachet received notices from MyPayroll's banks that the accounts had been frozen.

In the second set of transactions, MyPayroll stole more than $7 million (the "$7 million") from MyPayroll's employer-clients that should have been used to pay the employer-clients' employees. MyPayroll also manipulated Debtor's specifications to divert those funds to MyPayroll's own accounts at Pioneer Bank. Even though the employers' funds did not go to Debtor's settlement account, the manipulation of the batch file

caused Debtor's account to automatically be charged with the amount of employees' payroll checks – i.e., the $7 million.

Once Debtor learned of the fraud, on or about September 4, 2019, and after funds were already debited from the Debtor's settlement account and credited to accounts controlled by Mann, Debtor attempted to reverse the transactions but learned that the receiving accounts were all frozen. Debtor later used its own funds to make the employees whole, even though Debtor was the party defrauded by MyPayroll. While the Debtor covered this shortfall  and stayed in operation, as set forth below, a little more than a month after the MyPayroll incident, Bancorp terminated its relationship with Debtor and froze all of its accounts in apparent response to a questionable account transfer by a downstream employer who processed its payroll through one of Debtor's remarketers.

On September 23, 2019, Debtor filed a Complaint against MyPayroll, Mann, Valuewise Corporation, Ross Personnel Consultants, Inc., Southwestern Payroll Services, Inc., Essque, Inc. and Does 1-10 in the United States District Court for the Northern District of New York, commencing Case No. 1:19-cv-01181-FJS-CFH ("MyPayroll Action").

On February 24, 2020, Cachet filed a motion for default judgment in the MyPayroll Action as to MyPayroll, Mann, Valuewise Corporation, and Ross Personnel Consultants Inc. No response was filed to the motion and on September 14, 2020, the court entered judgment in favor of Cachet and against MyPayroll and Michael Mann in an amount in excess of $25 million as to MyPayroll and Mann jointly and severally plus an additional amount in excess of $50 million as to Mann, individually.

Mann is subject to criminal prosecution by the United States in the United States District Court for the Northern District of New York ("Mann Criminal Action"). The Debtor is also investigating potential recovery from assets seized by the United States in the Mann Criminal Action.

<u>DD Care Management, LLC</u>

On or about Friday October 18, 2019, the Debtor was advised by Bancorp that it had been contacted by another bank (Dime Bank) about certain suspicious activity by one of its customers, DD Care Management, LLC ("DD Care"). DD Care was an employer that used one of the Debtor's remarketers, iGreen Payroll, Inc. ("iGreen") as its payroll processor.

Over the next two business days, the Debtor investigated the situation and learned that DD Care had apparently transferred funds by and between certain of its accounts. The Debtor was advised that DD Care apparently did this because it was in the process of going public and needed to show high balances in its operating accounts. This action apparently left DD Care more than $20 million short in its payroll account. The Debtor attempted to get Bancorp and Dime Bank to reverse the transactions but was not successful. The Debtor was assured on October 22 that the funds would be provided by DD Care and this assurance was provided again the next day on October 23.

The Debtor attempted to work through these issues with Bancorp but unexpectedly, on October 23, 2019, Bancorp gave notice to Debtor that it was terminating its Payroll Processing ODFI Agreement, thus terminating Debtor's ability to originate ACH transactions, froze all of the Debtor's accounts (including its settlement account which had over $100 million in it, which funds were transferred by remarketers and employers, and the Debtor's operating account), and swept over $5 million from the Debtor's operating account. Bancorp and the Debtor tried to process transactions using alternative methods but it did not work. On November 4, 2019, Bancorp advised that it was no longer going to allow the Debtor to work to reconcile the accounts and was going to interplead the funds it had on hand.

The Debtor has been investigating the events involving DD Care through a series of Rule 2004 examinations (discussed below) and is in the process of learning new and additional facts related to these transactions which may give rise to claims for relief in favor of the Debtor against DD Care, iGreen, Dime Bank and others.

Bancorp Interpleader Action

On or about November 5, 2019, Bancorp filed the case entitled The Bancorp Bank v. Cachet Financial Services, et. al. Case No. 1:19-cv-02088-MN, in the United States District Court for the District of Delaware (the "Interpleader Action") and terminated the Debtor's access to its account information, effectively halting the Debtor's ability to assist its remarketers and employers.  As a result of the freeze on the accounts and Debtor's inability to process any ACH transactions, Debtor was effectively out of the ACH processing business and is no longer operating in such capacity.

As a result of the freeze on Debtor's accounts by Bancorp and thus, the Debtor's inability to process its ACH transactions on or around October 23, 2019, various employers and employees have filed class action claims for damages against Debtor.  Generally, the class actions allege damages for fees and penalties suffered by employers and employees for overdrawn accounts, damages for being unable to pay bills, care for their families, etc., as well as more general damages for negligence, unjust enrichment, and violation of California's unfair competition laws and the like.  Debtor generally disputes these claims.

Class Actions

There are four pending class action lawsuits (collectively, the "Class Actions") as follows:
1.    On September 19, 2019, a class action was commenced against Debtor in the United States District for the Central District of California, commencing Case No. 2:19-cv-08120-RSWL (JEMx).
2.    On November 20, 2019, a class action was commenced against Debtor in the United States District for the Central District of California, commencing Case No. 8:19-cv-02267.
3.    On September 16, 2019, a class action was commenced against Debtor in the United States District for the District of Nevada, commencing Case No. 2:19-cv-01624-KJD-VCF.
4.    On October 30, 2019, a class action was commenced against Debtor and others in the Court of Common Pleas for the County of Cuyahoga, Ohio, commencing Case No. 19-924236.

In addition to the foregoing Class Actions, on or about January 13, 2020, Verde Human Capital, LLC dba OneMint ("Verde") filed a Complaint against Debtor in the King County Superior Court, Washington, commencing Case No. 20-2-01077-4 ("Verde Action").  The Verde Action arises out of the events following the freeze of Debtor's accounts.  By the lawsuit, Verde seeks return of funds of $692,557.86.

C.    **FUTURE FINANCIAL OUTLOOK:** Proponent believes that the Debtor's economic health has, or will, improve from its prebankruptcy state for the following reasons.

As discussed above, the Debtor is seeking potential recoveries from a number of sources, including but not limited to, judgment in the MyPayroll Action and has been awarded its fees in the Pinnacle Action.

The Debtor also recently tendered claims to three insurance carriers which are in the process of reviewing thousands of pages of documents in support of the claims.  The Debtor is hopeful its insurance claims will provide a substantial recovery for its bankruptcy estate (the "Estate").

The Debtor is also investigating potential claims and potential avoidance actions against Bancorp, DD Care, iGreen, Dime Bank, and possibly others based on the facts described above.

The Debtor has been working, and intends that the Post-Confirmation Agent (defined herein) will work, to collect on the Debtor's outstanding receivables, including those owed by its affiliates.

Finally, the principal of the Debtor's shareholder, Al Blowers, has agreed to provide a loan to the Debtor that will provide up to $4,000,000 to fund the Debtor's Plan and to subordinate the Insider Secured Claims which will allow the Debtor to provide an 80% distribution to unsecured creditors as described in more detail herein.

D.    **PAST AND PROPOSED MANAGEMENT OF THE DEBTOR:**

1.    The below disclosures relate only to postpetition, pre-confirmation management of the Debtor.

      a.    Names of persons who will manage the Debtor's business affairs: Aberash Asfaw, President and Al Blowers, Chairman of the Board

b. Proposed compensation to persons listed above: Aberash Asfaw – annual salary of $166,153.95, annual perquisites of $21,006.12; Al Blowers – monthly salary of $6,000.00 and monthly perquisites of $317.93.  Such sums were approved pursuant to insider compensation notices serviced on January 28, 2020.

c. Qualifications of persons listed above: Aberash Asfaw – Debtor's president since 2001; Al Blowers – Debtor's Director and Chairman of the Board since 2001 and developer of the Debtor's ACH process.

d. Affiliation of persons listed above to Debtor: Aberash Asfaw – officer of the Debtor; Al Blowers – Director and Chairman of the Board

Job description: Aberash Asfaw – responsible for overall accounting, cash management and day to day activities of the Debtor; Al Blowers – responsible for policies and procedures and manage/supervise operational activities.

## E.  <u>PROPOSED</u> ☐ <u>DISBURSING AGENT</u> ☒ <u>MULTI-PURPOSE POST-CONFIRMATION AGENT</u>

Upon the Effective Date of the Plan, all Estate assets will vest in, and be transferred to, the Post-Confirmation Estate.  Upon the vesting of all Estate assets in the Post-Confirmation Estate, the Post-Confirmation Agent will be authorized, but not required, to convert the Debtor's existing debtor in possession bank accounts to post confirmation accounts or alternatively open new bank accounts as appropriate to fund and administer the Plan.  Such accounts will be maintained as segregated, interest-bearing accounts in a depository approved by the Office of the United States Trustee for the Central District of California for deposits of funds by trustees.

1. Name of person responsible for collecting money intended for distribution to claimants and transmitting it to claimants (the "Post-Confirmation Agent"): Aberash Asfaw

2. Disbursing agent's address: 175 S. Lake Avenue, Suite 200, Pasadena, CA

3. Disbursing agent's phone number: 626.578.9400

4. Proposed compensation for person listed above: Same as pre-confirmation, namely annual salary of $166,153.95 and annual perquisites of $21,006.12.

5. Qualifications of person listed above: President of the Debtor and is intimately familiar with the Debtor's finances, bankruptcy proceeding, and creditors.

6. Affiliation of person listed above, to Debtor: President of the Debtor

7. <u>Job description:</u>
The Post-Confirmation Agent shall be responsible for all actions necessary to maintain and maximize the value of the Post-Confirmation Estate.  Without further notice, hearing or Court order, the Post-Confirmation Agent shall have sole and absolute discretion and exclusive authority to administer claims and oversee the disbursement of Post-Confirmation Estate assets pursuant to the terms of the Plan.

The Post-Confirmation Agent shall be responsible for all actions necessary to maintain and maximize the affairs of the Debtor's Estate post-confirmation.  Without further notice, hearing or Court order, the Post-Confirmation Agent shall have sole and absolute discretion and exclusive authority to oversee the Disbursement of funds  pursuant to the terms of the Plan.

<u>Objection to Claims:</u>  The right to litigate, resolve, and settle objections to Claims (at the expense of the Estate), whether or not the subject of litigation as of the Effective Date will be vested solely in the Post-Confirmation Agent as of the Effective Date.  From and after the Effective Date, the Post-Confirmation Agent shall have the sole right to file, prosecute, litigate, and settle any objections to Claims, whether or not any such objection is pending as of the Effective Date.

<u>Prosecution of Avoidance Actions and Post-Confirmation Estate Claims:</u> The Post-Confirmation Agent shall have the exclusive right to investigate and prosecute any and all claims of the Estate including Avoidance Actions, Post-Confirmation Estate Claims and objections to Disputed Claims.  Without further notice, hearing or Court order the Post-Confirmation Agent shall have sole and absolute discretion over whether to prosecute, settle or take action with respect to any and all claims of the Estate, including

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                                Page 7                                                **VZ CH11.DISCLSR.PLAN**

Avoidance Actions, Post-Confirmation Estate Claims and objections to Disputed Claims.  The Post-Confirmation Agent may compromise or settle any claims of the Estate, including the Avoidance Actions, the Post-Confirmation Estate Claims and ligation related to Disputed Claims without further notice, hearing or Court order.  The Post-Confirmation Agent shall exercise reasonable business judgment in determining whether to prosecute, settle or take action regarding any and all claims of the Estate including the Avoidance Actions, the Post-Confirmation Estate Claims and objections to Disputed Claims. The Post-Confirmation Estate Claims include, but are not limited to, litigation of potential claims against DD Care, Bancorp, iGreen, Dime Bank and other third parties and financial institutions in collection of the judgment in the MyPayroll Action.

Retention of Counsel. In carrying out its duties under the Plan, the Post-Confirmation Agent shall retain Shulman Bastian Friedman & Bui LLP as its counsel to pursue the Post-Confirmation Estate Claims on a contingency fee basis, and any other Professionals she deems are necessary and appropriate using her reasonable business judgment.  Except as set forth herein to the contrary, any Professional employed by the Post-Confirmation Agent after the confirmation of the Plan seeking payment of its post-confirmation fees and costs will be entitled to seek payment of such fees and costs without the need for any further order of the Bankruptcy Court. In particular, Shulman Bastian Friedman & Bui LLP shall receive compensation as provided in its original employment application, and as later revised in its subsequent employment application to include a lower hourly rate of $250 for attorneys and $100 for paralegals, plus a contingency fee of either 15%, if the matter is resolved before trial is set or 20%,  if after trial is set, of the gross amount actually recovered via settlement, judgment or otherwise, plus expenses.  Any costs and expenses that remain outstanding at the time of settlement, judgment or compromise shall be paid from the total gross recovery (the total recovery prior to subtracting all unreimbursed costs), after the contingency fee is calculated.

Post-Confirmation Status Reports.  The Post-Confirmation Agent shall be responsible for preparing and filing the post-confirmation status reports as required by the Court and the Office of the United States Trustee.  The Post-Confirmation Agent also will be responsible for paying all post-confirmation quarterly fees payable to the Office of the United States Trustee and any local, state, and federal tax obligations from the Post-Confirmation Estate assets until the Case is dismissed or a final decree has been entered, whichever occurs first.

## IV.    DEFINITIONS AND PRELIMINARY INFORMATION

### A.    CLAIMS AND INTERESTS

A claim refers to all obligations of the Debtor or against property of the Debtor.  Claims treated under the Plan are included whether the claim arose before or after the bankruptcy case was filed, and whether or not an obligation involves a cash payment.  A claimant refers to the holder of a claim treated under the Plan, even if the holder did not file a proof of claim, provided however, that the Debtor must have scheduled such claims of the claimant that did not file a proof of claim.  An interest represents an ownership stake in the Debtor.  An interest holder refers to holder of an interest treated under the Plan, even if the party did not file a proof of interest.

A claim or interest is allowed if it is (a) timely and properly scheduled or filed, and not objected to; (b) objected to, and was resolved by settlement of the parties or a court order, or (c) deemed allowed.  A claim is deemed allowed if the claim is listed on the Debtor's schedules and is not scheduled as disputed, contingent, or unliquidated.  An interest is deemed allowed if it is included on the list of equity security holders filed by the Debtor with the court and is not scheduled as disputed. **Allowed claims and interests are provided for in the Plan in the relevant category or class.**

A claim or interest is disallowed if it was timely objected to by a party in interest and the court ordered that the claim or interest be disallowed in part or entirely.  **Disallowed claims and interests are not treated under the Plan**.

A claim or interest is disputed if a ruling on allowance has not been made, and (a) a proof of claim or interest has been filed or deemed filed and a party in interest has filed an objection; or (b) a proof of claim or interest has not been filed and the Debtor scheduled such claim or interest as disputed, contingent, unliquidated or unknown.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                              Page 8                                    **VZ CH11.DISCLSR.PLAN**

In this case, (a) the deadline by which to file a proof of claim or interest was <u>June 4, 2020 for Remarketers and creditors with any interest in the Interpleader Action</u>, (b) the deadline for other creditors (non-Remarketers), including claims related to the Class Actions, was <u>September 10, 2020</u>, and (c) the deadline by which to have an objection to claim or interest heard has not been set.

The Debtor is in privity of contract with the Remarketers only and not with any employers or employees. The Debtor assumes that any claims of downstream customers of the Remarketers, such as employers or employees, are or will be included in claims asserted by the Remarketers. As such, the Debtor disputes the allegations and liability asserted in the Class Actions. Nevertheless, and while the Debtor expects that any claims made by employers or employees will be included in claims asserted by Remarketers, the Debtor set a bar date for any claims other than those of Remarketers.

The status of the claims and interest objection process is that ☐ all objections to have been resolved, and no other objections are anticipated; or ☒ the objection process is pending, or will shortly begin, for the claims or interests identified in Exhibit B as having an objection pending and Proponent has filed the Motion for Order Approving Disclosure Statement with objections still pending.

If the holder of a claim or interest wants to vote, but holds a claim or interest that has either (a) been objected to, or (b) has been scheduled by the Debtor as contingent, disputed, unliquidated, or unknown, and the holder has not filed a proof of claim or interest, the holder must file a motion to have its claim or interest allowed for voting purposes in time for that motion to be heard before the hearing on confirmation of the Plan.

No distribution will be made on the disputed portion of a claim or interest unless allowed by a final non-appealable order. FRBP 9019 authorizes the Debtor to settle disputed claims with court approval; but, court approval is not required if a proposed settlement does not exceed $50,000.00. The Debtor is required to reserve funds to pay the amount claimants would receive if the claim is allowed in full (unless the court approves a different amount). To the extent a disputed claim is disallowed, (a) the funds that had been reserved for such claims will be distributed as provided in the Plan to other creditors of the same class (or as ordered by the court); or (b) if this box is checked ☐ then such funds will be distributed to the Debtor.

**B.** **POTENTIAL § 1111(b) ELECTIONS**. § 1111(b) allows a partially secured claim to be treated as fully secured under certain conditions, notwithstanding § 506(a). Claimants should consult their attorney to evaluate if a § 1111(b) election is available and is in their best interest, and to identify the deadline for making an election.

**C.** **VOTING AND OBJECTIONS TO CONFIRMATION OF PLAN.**

"Voting" to accept or reject the Plan is different from "objecting" to confirmation of the Plan. Voting by ballot means a claimant entitled to vote completes the ballot enclosed with this DS and Plan and returns it to Proponent. Objecting to confirmation means a party in interest files and serves either a Preliminary Objection to Confirmation of Plan, or an Opposition to Motion to Confirm Plan.

1. **Who may object to confirmation of the Plan**. Any party in interest may object to confirmation of the Plan; but, as explained below, not all claimants and interest holders are entitled to vote to accept or reject the Plan.

2. **Who may vote (§ 1124)**. It requires both an allowed and impaired claim, or allowed and impaired interest in order to vote either to accept or reject the Plan.

Impaired claimants include those whose legal, equitable, and contractual rights are altered by the Plan even if the alteration is beneficial to the claimant. Impaired interest-holders include those whose legal, equitable, and contractual rights are altered by the Plan, even if the alteration is beneficial to the interest holder.

Claims and interests are placed into classes consistent with § 1122. Members of unimpaired classes do not vote, though they may file an objection to confirmation of the plan.

Many claimants are treated by the Bankruptcy Code as having accepted or rejected the Plan without a vote. Some types of claims are required to be treated a certain way by the Bankruptcy Code and for that reason they are considered unimpaired. Holders of such claims cannot vote. In addition, the Bankruptcy Code treats some claimants as having rejected the Plan without a vote if (a) the claimant is to receive no distribution under the Plan; (b) an objection has been filed to that claimants' claim and the objection has not been resolved prior to

filing the Plan; or (c) Debtor scheduled a claim as contingent, disputed, unliquidated or unknown and the creditor has not filed a proof of claim.

| Classes Entitled to Vote Because the Class is Impaired: | Classes Not Entitled to Vote Because the Class is Unimpaired: |
|---|---|
| Classes 2a, 2b, 5a, 5b, 5c | None |

A party that disputes the Proponent's characterization of its claim or interest as unimpaired and wants to vote, may request a finding of impairment from the Court in order to obtain the right to vote.

3. **Votes necessary to confirm the Plan.** The court may confirm the Plan if at least one non-insider impaired class of claims has accepted and certain statutory requirements are met as to both nonconsenting members within a consenting class and as to dissenting classes. A class of claim has accepted the Plan when more than one half in number and at least two-thirds in amount of the allowed claims actually voting, vote in favor of the Plan. A class of interest has accepted when more than one half in number and at least two-thirds in amount of the allowed interests of such class actually voting have accepted it. It is important to remember that even if the requisite number of votes to confirm the Plan are obtained, the Plan will not bind the parties unless and until the Court makes an independent determination that confirmation is appropriate. That is the subject of any upcoming confirmation hearing.

(A) **How to vote**. The Debtor will file and serve 2 notices: (1) Notice of Hearing on Adequacy of Disclosure Statement ("**Notice of DS Hearing**"); and Notice of Dates Related to Confirmation of Plan and Deadlines to: Submit Ballot; (B) File Preliminary Objection to Confirmation of Plan; and (C) File Response to Motion to Confirm Plan ("**Notice of Deadlines Related to Confirmation**").

A ballot will accompany the Notice of Deadlines Related to Confirmation. A voting claimant must follow the instructions set forth in the Notice of Deadlines Related to Confirmation. A claimant whose claim is allowed as partly secured and partly unsecured is entitled to vote in each capacity by delivering one ballot for the secured part of the claim and another ballot for the unsecured portion of the claim.

## V.    SOURCE OF MONEY TO SATISFY CLAIMS AND INTERESTS

The Plan cannot be confirmed unless the Court finds that it is "feasible," which means that the Proponent has timely submitted evidence establishing that the Debtor will have sufficient funds available to satisfy all expenses, including the scheduled payments to claimants discussed in sections VIII below.

A. **NON-INCOME SOURCES TO FUND PLAN**.  See Exhibit D for income and other contributions that will fund the Plan.  If additional funding sources (non-income) are needed, see below:

1.  Loan or Line of Credit: ☐ None    ☒ Loans or Lines of Credit are as follows:

| | NAME OF LENDER | CONTRIBUTION TYPE | TERM | INT RATE | PROCEEDS |
|---|---|---|---|---|---|
| (a) | Al Blowers or an affiliate or entity controlled by him | ☒ Loan ☐ Credit Line | Unknown | 10% | **$4,000,000** |
| (b) | | ☐ Loan ☐ Credit Line | | % | $ |

The loan described in Section 1.(a) above (the "Blowers Loan") will be paid back through any and all proceeds of the Post-Confirmation Estate only after the payments of General Unsecured Creditors (including Remarketers) as provided for in this Plan have been satisfied.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                            Page 10                                    **VZ CH11.DISCLSR.PLAN**

2. <u>Sales of Property</u>:

☐ None,

☐ All or substantially all of Debtor's assets will be sold. The terms of the proposed sale and evidence of the financial solvency of the proposed buyer is attached in Exhibit          .

☒ The specified property of Debtor is planned to be sold as follows:

| PROPERTY DESCRIPTION:  Sale of software and software licenses | | PROPOSED SALE DATE | PROPOSED SALE PRICE | PROCEEDS TO FUND THE PLAN |
|---|---|---|---|---|
| (a) | ☐ Property in CLASS #3, #4 or #5: **Check only ONE**: <br> ☐ 3a  ☐ 3b  ☐ 3c  ☐ 3d  ☐ 3e <br> ☐ 4a  ☐ 4b  ☐ 4c  ☐ 4d  ☐ 4e <br> ☐ 5a  ☐ 5b  ☐ 5c  ☐ 5d  ☐ 5e | See below | $See below | $Unknown |
| (b) | ☐ Property in CLASS #3 or #4: **Check only ONE**: <br> ☐ 3a  ☐ 3b  ☐ 3c  ☐ 3d  ☐ 3e <br> ☐ 4a  ☐ 4b  ☐ 4c  ☐ 4d  ☐ 4e <br> ☐ 5a  ☐ 5b  ☐ 5c  ☐ 5d  ☐ 5e | | $ | $ |

☐ See Exhibit _____ for additional anticipated sales of specific property.

The Debtor will sell licenses to its proprietary "Flex" software used to process ACH transactions (the "Software").  The net proceeds (gross proceeds less a 10% commission to the Debtor's sales people) from the sale of any license will fund the Plan. Further, the Debtor will seek a buyer for the Software.   The value of the Software is unknown at this point.

3. **Adversary Proceedings**: ☐ None   ☒ Adversary proceedings are as follows:

| ADVERSARY PROCEEDING DESCRIPTION: FRBP 7001 and LBR 7004-1 require a summons/complaint. | DATE FILED OR TO BE FILED | ADV. PROC. NUMBER | ANTICIPATED RECOVERY |
|---|---|---|---|
| (a) Claims against The Bancorp Bank | Within 90 Days | To Be Determined | **$Unknown** |
| (b) Claims against DD Care Management, LLC and Dime Bank | Within 90 Days | To Be Determined | **$Unknown** |
| (c) Claims against iGreen Payroll | Within 90 Days | To Be Determined | **$Unknown** |
| (d) Cachet Financial Services v. P2Bi Holdings, LLC | 2/11/2020 | 2:20-ap-01028-VZ | **$759,000.00 (already recovered via settlement)** |

The Debtor is investigating claims against Bancorp, DD Care, iGreen, Dime Bank and others arising out of the events described in section III.B. above. The Debtor may bring such actions in this bankruptcy case or in the Interpleader Action listed below. The Debtor is also investigating claims against other parties, including financial institutions and the United States in relation to collection of the judgment in the MyPayroll Action. The Debtor anticipates bringing such claims within 90 days of the Effective Date with any recoveries to be paid pursuant to section VIII.D. of the Plan below.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                   Page 11                    **VZ CH11.DISCLSR.PLAN**

P2Bi Adversary and Settlement

On October 8, 2019, Cachet filed an emergency motion in the MyPayroll Action seeking a preliminary injunction freezing, *inter alia*, the use of over $1.5 million allegedly transferred from Cachet's accounts to a Wells Fargo account held by P2Bi Holdings, LLC (d/b/a P2BInvestor) ("P2Bi"). Such motion was granted.

On February 11, 2020, Cachet filed an adversary proceeding in the Bankruptcy Court against P2Bi styled Cachet Financial Services, a California corporation, v. P2Bi Holdings, LLC (d/b/a P2BInvestor, Case Number 2:20-ap-01028-VZ (the "P2Bi Adversary Action"). On February 22, 2020, Cachet filed a motion for temporary restraining order and issuance of a preliminary injunction (the "Injunction Motion"), prohibiting P2Bi from diverting, secreting, hiding, wasting, spending, appropriating, or subverting certain funds.

Cachet and P2Bi resolved the P2Bi Adversary Action which settlement was approved by the Bankruptcy Court pursuant to an order entered on May 1, 2020. On April 30, 2020, Cachet filed a motion to modify the injunction as it relates to P2Bi in the MyPayroll Action. No response was filed to such motion. The motion was granted pursuant to an order entered on June 16, 2020 and as a result, the Estate received the sum of $759,552.09 pursuant to the terms of the settlement with P2Bi.

4. **Non-Bankruptcy Forum Litigation:**

| | Litigation Pending Outside of Bankruptcy Court | DATE FILED OR TO BE FILED | CASE NUMBER | ANTICIPATED RECOVERY |
|---|---|---|---|---|
| (a) | Cachet Financial Services v. MyPayrollHR, et.al., Case No. 1:19-cv-01181 pending in the United States District Court for the Northern District of New York | 9/23/2019 | 1:19-cv-01181 | **Collectability Unknown; see further explanation below** |
| (b) | The Bancorp Bank v. Cachet Financial Services, et. al. Case No. 1:19-cv-02088-MN pending in the United States District Court for the District of Delaware ("Interpleader Action") | 11/4/2019 | 1:19-cv-02088 | **$See further explanation below** |
| (c) | Cachet Financial Services v. C&J Associates Inc. dba Pinnacle Workforce Solutions pending in the United States District Court for the Northern District of California ("Pinnacle Interpleader") | 11/29/2016 | 5:16-cv-06862 | **$144,287.13 (amount already recovered)** |
| (d) | Parke Bank v. Cachet Financial Services, et. al. pending in the ("Park Bank Interpleader") pending in the Superior Court of New Jersey, Atlantic County | 1/13/2020 | ATL-L-108-20 | **$160,555.28 (amount already transferred to Interpleader Action)** |

As to (a) above, judgment was entered on September 14, 2020 in an amount in excess of $25 million as to MyPayroll and Mann jointly and severally plus an additional amount in excess of $50 million as to Michael Mann, individually. The Debtor is now in the process of collecting on the judgment.

As to (b) above, the Interpleader Action may provide recovery to some Creditors. Based on the Debtor's Motion for Order Establishing a Special Bar Date for Filing Proofs of Claim by Remarketers and Approving Form and Manner of Notice of Bar Date, the Court set a bar date of June 1, 2020 for the filing of claims by Remarketers or other parties to the Interpleader Action. The Debtor is currently reconciling the claims filed by Remarketers with its own records to determine what it believes is the correct disbursement of the funds at issue in the Interpleader Action. Once that process is complete, the Debtor has filed a motion, scheduled for hearing on December 1, 2020, seeking Bankruptcy Court approval to allow the disbursement of funds held in

the Interpleader Action to the Remarketers and will be filing a separate motion in the Interpleader Action seeking authority to allow the Stake at issue in the Interpleader Action to be disbursed and for discharge of Bancorp in the Interpleader Action. The amount to be distributed will be pro rata based on each of the Remarketer's Settlement Account Claims and the Reserve Account Claims and is expected to result in an over 90% distribution to Remarketers on their Settlement Account Claims and the Reserve Account Claims. Any remaining amount (any unpaid category 1 and 2 claims, and any category 3 and 4 claims) would remain as claims against the Debtor to be adjudicated and disposed of in the bankruptcy court.

As to (c) above, in September 2016, C&J Associates, Inc. dba Pinnacle Workforce Solutions ("Pinnacle"), one of the Debtor's remarketer clients, directed payroll transfers which were NSF. Pinnacle cured the initial NSF while continuing to provide directions to Cachet to make further ACH transfers. Upon Pinnacle's refusal to cure a Pinnacle directed ACH payments resulting in a substantial NSF upon Pinnacle's cessation of any further communication with Cachet, Cachet froze Pinnacle's funds and alerted the authorities, including the FBI. Pinnacle then closed its doors and ceased doing business.

Cachet's subsequent investigation determined that among other things, Pinnacle had been engaging in an ongoing fraud on Cachet relative to Pinnacle's directed ACH transactions. Cachet held an amount in excess of $1,800,000.00 to which approximately 81 customers of Pinnacle had potential claims (the "Potential Claimants").

In November 2016, after receiving the report from the bank relative to the identity of the Potential Claimants, Cachet attempted to contact each of the Potential Claimants. On November 29, 2016, Cachet filed an interpleader complaint naming Pinnacle and each of the Potential Claimants as defendants in the United States District Court for the Northern District of California, Case No. 5:16-cv-06862 ("Pinnacle Action"). Cachet interplead the funds it held in the Pinnacle Action. With interest accruals, the current amount on deposit with the District Court in the Pinnacle Action is approximately $1,958,824.47. The Hon. Richard Flier was appointed on February 27, 2017 as the Special Master to determine the correct disbursement of the interplead funds.

On February 27, 2020, Cachet filed a Motion for Relief From the Automatic Stay ("Pinnacle Stay Motion") as to the Pinnacle Action to allow the Special Master to file his final report, to allow this court to enter an order authorizing the distribution of funds in this case, and to allow any funds remaining after distributions are made in this case to be paid to Cachet. The Pinnacle Stay Motion was granted pursuant to an order entered on March 20, 2020.

On June 1, 2020, Debtor filed motions in the Pinnacle Action seeking to be paid fees and costs of over $187,000 from the interpleaded funds and to be discharged from the Pinnacle Action. On July 1, 2020, the court entered an order discharging the Debtor from the Pinnacle Action. On August 4, 2020, the court entered an order approving the payment of Debtor's fees and costs in the amount of $144,287.13. The Debtor has received such sum.

5.    **Potential Insurance Recoveries/Other:**    The Debtor has tendered claims to, or otherwise contacted, each of the Debtor's insurers to determine the scope of possible insurance coverage to address the litigation, claims and circumstances described that led to the Debtor's financial difficulties, closing of its business and bankruptcy filing.

Specifically, the Debtor has a Crime Policy issued by Berkley Insurance Company. This policy has a $5 million limit of insurance with a deductible of $75,000 per occurrence. The Debtor has an excess policy issued by Great American Insurance Company (together with Berkley Insurance Company, the "Crime Policy Carriers"). This policy has a limit of liability of $45 million. The Debtor continues to gather information to include in its sworn proof of loss in connection with these policies, which it submitted to the Crime Policy Carriers on or before July 30, 2020.

The Debtor also has Directors and Officers liability coverage under a Private Company Management Liability Policy issued by Everest National Insurance Company. This policy has a limit of liability of $5 million with a self-insured retention of $50,000. The Debtor has an excess policy issued by Argonaut Insurance Company. The limit of liability for this policy is $5 million.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                                    Page 13                                                    **VZ CH11.DISCLSR.PLAN**

Finally, the Debtor has a Technology Professional Services Liability Policy issued by AXIS Insurance Company. This policy has a limit of liability of $3 million.

Upon the Effective Date of the Plan, the Post-Confirmation Agent  shall be vested with the authority to pursue recovery of its notes receivable which total over $23 million.

The Debtor has been in discussions with the insurance carriers noted above regarding the resolution of claims against the policies which would be added to monies available for payment to General Unsecured Creditors and Remarketers.

6.  **Potential Claims Against Insider Secured Claims:**  Insider Secured Claims will be subordinated to the payment of all General Unsecured Claims as provided for herein.  This greatly improves the position of General Unsecured Creditors and Remarketers by eliminating a major impediment to payment to General Unsecured Creditors and Remarketers.

B.  **PAYMENTS ON THE EFFECTIVE DATE**.  This section demonstrates that the Plan is feasible on the Effective Date.

| (1) CLAIMS AND EXPENSES TO BE PAID ON THE EFFECTIVE DATE | AMOUNT |
|---|---|
| Cure Payments: Executory Contracts, Unexpired Leases:  Section VIII.B.2. | $0.00 |
| Administrative claims + Statutory Costs/Charges:  Section VIII.C.1. +court costs | $735,650 |
| Nominal Unsecured Claims:  Section VIII.E.1. | $0.00 |
| First Payments:  General Unsecured Claims:  Section VIII.E.2. | $0.00 |
| Arrearages + First Payments:  Secured Claims:  Sections VIII.F. – VIII.G. | $0.00 |
| TOTAL TO BE PAID ON THE EFFECTIVE DATE: | $735,650 |
| **(2) SOURCE OF FUNDS ON THE EFFECTIVE DATE** | |
| Cash on Hand: (estimated amount in Debtor's DIP Accounts) | $1,039,833.78 |
| New Value: ☐ Contributor Name (identify): | $0.00 |
| Loan or Line of Credit:  Described above in: ☒ V.A.(1a)  ☐ V.A.(1b) | $4,000,000.00 |
| Sale of Property: Described above in: ☐ V.A.(2a)  ☐ V.A.(2b) | $0.00 |
| Adversary Proceeding Recovery: Described above in: ☐ V.A.(3a)  ☐ V.A.(3b)  ☐ V.A.(3c)  ☐ V.A.(3d); (it is anticipated that litigation recoveries will occur after the Effective Date due to the nature of  the litigation) | $0.00 |
| Other Sources: ☐ V.A.(4); ☐ V.A.(5)   (identify): (it is anticipated that litigation recoveries and insurance recoveries will occur after the Effective Date due to the nature of  the litigation and time it takes to process insurance claims) | $0.00 |
| TOTAL FUNDS AVAILABLE ON THE EFFECTIVE DATE: | $5,039,833.78 |
| **(3) CASH AVAILABLE AFTER PAYMENTS MADE ON THE EFFECTIVE DATE:** | $4,304,183.78 |

C.  **PAYMENTS DURING THE PLAN TERM**.  Please see **Exhibit D**. for cash flow projections for the duration of the Plan, to help determine that the plan is feasible during the plan term.  The focus is on projected cash receipts and cash disbursements.  All non-cash items such as depreciation, amortization, gains and losses are omitted.  A positive number reflects a source of cash; a (negative number) reflects a use of cash.  **Exhibit D** also contains details of the assumptions that underlie the projections.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                                    Page 14                                                    **VZ CH11.DISCLSR.PLAN**

**D.  FINANCIAL RECORDS TO ASSIST IN DETERMINING WHETHER PROPOSED PAYMENT IS FEASIBLE**

Please see Exhibit **E** for three types of financial documents related to past activities.  The two time periods of activities are: (1) the most recent twelve-month calendar year; and (2) all months subsequent thereto.  The financial documents include: balance sheets, cash flow statements and income and expense statements.

**E.  EXPLANATION OF RISK FACTORS AND POTENTIAL FLUCTUATIONS WHEN IMPLEMENTING THE PLAN**.

| RISK FACTOR | EXPLANATION OF RISK AND FLUCTUATIONS |
|---|---|
| ☒ Business/Economic<br>☐ Sale of Property<br>☐ Balloon Payment<br>☐ Int. Rate Adjustment<br>☐ Other | If the Plan is not confirmed and consummated, there can be no assurance that the holders of Secured Claims will not foreclose on the assets of the Estate, that the Case will continue rather than be converted into a liquidation, or that any alternative plan would be on terms as favorable to the holders of the impaired Claims as the terms of the Plan.  If a foreclosure, liquidation, or protracted reorganization were to occur, there is a substantial risk that there would be little, if any, value available for distribution to the holders of Claims. |
| ☒ Business/Economic<br>☐ Sale of Property<br>☐ Balloon Payment<br>☐ Int. Rate Adjustment<br>☐ Other | The amount due to some Claimants has not been liquidated and is disputed. Some of the amounts due are subject to pending litigation or are subject to payment by parties other than the Debtor. |
| ☒ Business/Economic<br>☐ Sale of Property<br>☐ Balloon Payment<br>☐ Int. Rate Adjustment<br>☐ Other | The amount that will be recovered from prosecution of Adversary Proceedings and the non-bankruptcy forum litigation matters described above at V.A. (3a), V.A. (3b). V.A. (3c), V.A. (3d), V.A. (4a), V.A. (4b), V.A. (4c), V.A. 5.and recovery of insurance as described above at V.A. (5) is unknown and speculative.  There is also risk inherent in any litigation and potential fees and costs that would be incurred to pursue such claims.<br><br>The amount that will be recovered from prosecution of Avoidance Actions, if any, is unknown and speculative.  There is also risk inherent in any litigation and potential fees and costs that would be incurred to pursue such claims. |

**F.  TAX CONSEQUENCES OF THE PLAN.**

1.  To the Debtor: DUE TO THE UNSETTLED AND COMPLEX NATURE OF SOME OF THE TAX ISSUES, AS WELL AS THE POSSIBILITY THAT DEVELOPMENTS SUBSEQUENT TO THE DATE HEREOF COULD AFFECT THE TAX CONSEQUENCES OF THE PLAN, THE FOLLOWING DISCUSSION SHOULD NOT BE REGARDED AS DEFINITIVE OR AS COVERING ALL POSSIBLE TAX CONSEQUENCES.  ADDITIONALLY, THIS SUMMARY DOES NOT DISCUSS ALL ASPECTS OF FEDERAL INCOME TAXATION THAT MAY BE RELEVANT TO A PARTICULAR CREDITOR OR HOLDER OF AN EQUITY INTEREST IN LIGHT OF ITS INDIVIDUAL CIRCUMSTANCES OR TO CERTAIN CREDITORS AND HOLDERS OF EQUITY INTERESTS SUBJECT TO SPECIAL TREATMENT UNDER THE FEDERAL INCOME TAX LAWS (FOR EXAMPLE, LIFE INSURANCE COMPANIES, TAX-EXEMPT ORGANIZATIONS, FOREIGN CORPORATIONS AND INDIVIDUALS WHO ARE NOT CITIZENS OR RESIDENTS OF THE UNITED STATES).  THIS SUMMARY DOES NOT DISCUSS ANY ASPECT OF STATE, LOCAL OR FOREIGN TAXATION.  HOLDERS OF CLAIMS ARE STRONGLY URGED TO CONSULT WITH THEIR OWN TAX ADVISORS AS TO THE SPECIFIC TAX CONSEQUENCES (FEDERAL, STATE, LOCAL, AND FOREIGN) TO THEM OF THE PLAN. This summary is based upon the laws, regulations, rulings, and decisions in effect on the date hereof and upon certain proposed and temporary regulations, all of which are subject to change (possibly with retroactive effect) by legislation, administrative action or judicial decision.  Moreover, due to a lack of definitive judicial or administrative authority and interpretation, substantial uncertainties exist with respect to various tax consequences of the Plan as discussed herein.  No rulings have been or are expected to be requested from the IRS or any state tax agency

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                      Page 15                              **VZ CH11.DISCLSR.PLAN**

concerning any of the tax matters described herein.  There can be no assurance that the IRS or any state tax agency will not challenge the positions taken with respect to any of the issues addressed herein or that a court of competent jurisdiction would not sustain such a challenge. The amount of tax liabilities, if any, will be affected by any deductions the Debtor or its Estate will be entitled to during the year.  Thus, at this time, the Debtor cannot estimate the amount of tax liabilities that will be incurred.

2.  To Claimants:  Claimants should consult their advisors regarding potential tax effects of the Plan; nevertheless:

☐ The Debtor believes tax consequences to claimants are:

☒ The Debtor is not certain of tax consequences, because: Debtor is not a tax professional and cannot opine on tax matters.

## VI.    ASSETS AND LIABILITIES OF THE ESTATE

**A.   ASSETS**  The identity and fair market value of the estate's assets are listed in **Exhibit C** so that the reader can assess what assets are at least theoretically available to satisfy claims and to evaluate the overall worth of the bankruptcy estate.  Any proposed sale of these assets is discussed in Section **V.A.2** above.

**B.   LIABILITIES**  Exhibit **B** shows the allowed claims against the estate, claims whose treatment is explained in detail in Sections VIII below.

**C.   SUMMARY**  The fair market value of all assets equals $40,000,000 based on estimated recovery from litigation matters that are currently filed or to be filed as identified above at V.A. (3a), V.A. (3b). V.A. (3c), V.A. (3d), V.A. (4a), V.A. (4b), V.A. (4c), V.A. 5, V.A.6.  Total liabilities equal $41,917,487, which includes disputed claims amounts.

## VII.    TREATMENT OF NONCONSENTING MEMBERS OF CONSENTING CLASS

The Plan must provide that a nonconsenting impaired claimant or interest holder of a consenting class receive at least as much as would be available had the Debtor filed a Chapter 7 petition instead.  In a Chapter 7 case the general rule is that the Debtor's assets are sold by a trustee.  Unsecured claims generally share in the proceeds of sale only after secured creditors and administrative claimants are paid.  Certain unsecured claims get paid before other unsecured claims do.  Unsecured claims with the same priority share in proportion to the amount of their allowed claim in relationship to the total amount of allowed claims.

A claimant would recover from the assets of the bankruptcy estate less under chapter 7 than under chapter 11 for a number of reasons including: (1) for the reasons detailed in **Exhibit C**, the liquidation value of Debtor's assets is less than its fair market value; (2) in a chapter 7 case a trustee is appointed and is entitled to compensation from the bankruptcy estate as reflected in the chart below; and (3) an individual debtor is permitted to exempt a certain amount of the sales proceeds before unsecured claims are paid anything.

| CALCULATION OF ESTIMATED PERCENT RECOVERY | | CHAPTER 7 | CHAPTER 11 |
|---|---|---|---|
| **(a)** | Total value of the Debtor's assets:<br>See Exhibit C for valuation.   Assumes cash on hand, estimated collection on accounts receivable and sale of assets, and unknown recovery on account of litigation and insurance recoveries. In Chapter 7, secured claims would reduce the funds available by at least $44,381,187.07 and there would be no recovery to unsecured creditors as shown below. | **$11,000,000** | **$15,000,000** |
| **(b)** | Administrative Expense Claims: (amounts are estimated) | **($735,650)** | **($735,650)** |
| **(c)** | Tax Claims: | **($19,214.94)** | **($19,214.94)** |
| **(d)** | Other Unsecured Claims to be Paid Before General Unsecured Claims: | **($0.00)** | **($0.00)** |

| CALCULATION OF ESTIMATED PERCENT RECOVERY | CHAPTER 7 | CHAPTER 11 |
|---|---|---|
| **(e)** <u>Secured Claims</u> | **($44,381,187)** | **Subordinated** |
| **(f)** <u>Trustee's Fees</u>:  Assuming the chapter 7 trustee disburses the net liquidation value of assets to claimants, § 326 indicates the chapter 7 trustee is entitled to fees of:<br><br>\* 25% on the first $5,000 of all moneys disbursed = **$1,250.00**,<br>\* 10% on any amount over $5,000 but less than $50,000 = **$4,500.00**,<br>\* 5% on any amount over $50,000 but not in excess of $1 million = **$47,500.00**,<br>\* 3% on all amounts over $1 million) = **$1,512,268.50**,<br><br>**TOTAL TRUSTEE'S FEES =** | **($1,565,268.50)** | **N/A** |
| **(g)** <u>New Value</u> | **N/A** | **$4,000,000** |
| **(h)** <u>Dollar Amount Available for General Unsecured Claims:</u> | **$0** | **$8,000,000** |
| **(i)** <u>Dollar Amount of General Unsecured Claims (does not include Remarketer Claims to be resolved and paid through the Bancorp Interpleader): =</u> | **$10,000,000** | **$10,000,000** |
| **(j)** **% recovery on general unsecured claims:** [(h) divided by (i)] x 100% = | **0%** | **80.0%** |

## VIII.   PLAN PROVISIONS: TREATMENT OF CLAIMS

Below is a summary of who gets paid what and when and from what source.  The Proponent is usually not required by law to pay the holder of an unsecured claim or interest everything it would otherwise be entitled to, had a bankruptcy case not commenced.

**A.**  <u>**ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u>. [§ 365]

1.  ☐  There are no executory contracts or unexpired leases.

2.  ☐  <u>**Assumption**</u>. The post-confirmation debtor will perform all related obligations whether arising before or after confirmation of the Plan.  Any arrearages arising before confirmation of the Plan will be paid by the first day of the month following the Effective Date unless the parties agree otherwise or the court finds that a longer payment schedule still provides the creditor with timely cure and adequate assurance of future performance.  Obligations that arise after confirmation of the Plan will be paid as they come due.

☐ **Previously Assumed**:

| DESCRIPTION OF EXECUTORY CONTRACT OR UNEXPIRED LEASE | | DATE OF ORDER TO ASSUME | CURE AMOUNT: Must be paid on Effective Date |
|---|---|---|---|
| (a) | | | $ |
| (b) | | | $ |

☐ **To be Assumed on the Effective Date**.

| DESCRIPTION OF EXECUTORY CONTRACT OR UNEXPIRED LEASE | | CURE AMOUNT: Must be paid on Effective Date |
|---|---|---|
| (a) | | $ |
| (b) | | $ |

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                     Page 17                                     **VZ CH11.DISCLSR.PLAN**

3.  ☒  **Rejection**. Claims arising from the rejection of an executory contract or unexpired lease are treated as general unsecured claims in CLASS #2, except to the extent the court orders otherwise.  A claim arising from the rejection must be filed no later than 30 days after the date of the order confirming the Plan.

| DESCRIPTION OF EXECUTORY CONTRACT OR UNEXPIRED LEASE | |
| --- | --- |
| (a) | Box, Inc. – Service Agreement for Business Plus account licenses | ☐ Rejected: ☐ Order Entered on: <br> ☐ Deemed Rejected on: <br> ☒ To be Rejected on the Effective Date |
| (b) | Pitney Bowes - Purchase Power Agreement and related postage equipment | ☐ Rejected: ☐ Order Entered on: <br> ☐ Deemed Rejected on: <br> ☒ To be Rejected on the Effective Date |
| (c) | Rackspace US Inc. - Dedicated Hosting Services Product Agreement | ☐ Rejected: ☐ Order Entered on: <br> ☐ Deemed Rejected on: <br> ☒ To be Rejected on the Effective Date |
| (d) | Integrated Dynamic Solutions – Data center services | ☐ Rejected: ☐ Order Entered on: <br> ☐ Deemed Rejected on: <br> ☒ To be Rejected on the Effective Date |

☐ **See Exhibit ____** for additional executory contracts and unexpired leases to be assumed or rejected.

B.  **UNSECURED CLAIMS THAT MUST BE TREATED AS REQUIRED BY § 1129(a)(9)(A) AND § 1129(a)(9)(C), UNLESS A CLAIMANT CONSENTS TO A DIFFERENT TREATMENT.** §§ 1129(a)(9)(A) and (C) require that certain claims be treated one at a time, rather than as a class.  Even if another claimant votes to accept a lesser treatment, the claims listed below are not altered.  The debtor must prove to the court that claims are either being treated as 1129(a)(9) requires, or that the claimant agreed to some other treatment.

1.  **Administrative Expense Claims** - § 507(a)(2) and § 1129(a)(9)(A). These include: (1) court-approved claims of attorneys and other professionals; and (2) United States trustee fees under 28 U.S.C. chapter 123.

☒  The deadline to file administrative expensive claims is (*date*) not later than thirty days after the Confirmation Date.  Any holder of an Administrative Claim is required to file a request for payment of its Administrative Claim, except that (i) any governmental unit holding an Administrative Claim for post-petition taxes and/or interest and penalties related to such taxes that are of the kind described in Bankruptcy Code Sections 503(b)(1)(B) and 503(b)(1)(C), shall not be required to file an Administrative Claim as a condition of its being an Allowed Administrative Claim, and (ii) Professionals employed by the Estate must file and serve a properly noticed fee application and the Court must rule on the fee application.  With the exceptions noted above, all other requests for payment of Administrative Claims must be filed not later than thirty days after the Confirmation Date.  With the exceptions noted, any failure by the holder of an Administrative Claim to file a request for payment of its Administrative Claim within thirty days after the Confirmation Date will forever bar such holder of an Administrative Claim from asserting its Administrative Claim against the Estate.

☐  There are no administrative expense claims.

☒  All administrative expense claims ☐ have been filed and/or ☒ are anticipated to be filed, and the claims and amounts indicated below are the amounts requested or anticipated to be requested:

**Claimant:** Shulman Bastian Friedman & Bui LLP, Counsel to the Debtor

| Claim Amount (less paid to date) ☐ Actual ☒ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $500,000 | 0.00% | $500,000 | ☐ Monthly ☐ Quarterly | $ | $ | months |

**Claimant:** Sheppard, Mullin, Richter & Hampton, Counsel to the Pre-Confirmation Committee

| Claim Amount (less paid to date) ☐ Actual ☒ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $200,000 | 0.00% | $200,000 | ☐ Monthly ☐ Quarterly | $ | $ | months |

**Claimant:** The Rosner Law Group LLC, Special Counsel to the Debtor

| Claim Amount (less paid to date) ☐ Actual ☒ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $10,000 | 0.00% | $10,000 | ☐ Monthly ☐ Quarterly | $ | $ | months |

**Claimant:** Loeb & Loeb LLP, Special Counsel to the Debtor

| Claim Amount (less paid to date) ☐ Actual ☒ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $25,000 | 0.00% | $25,000 | ☐ Monthly ☐ Quarterly | $ | $ | months |

**Claimant:** United States Trustee

| Claim Amount (less paid to date) ☐ Actual ☒ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $650 | 0.00% | $650 | ☐ Monthly ☐ Quarterly | $ | $ | months |

2. **Tax Claims - § 507(a)(8) & § 1129(a)(9)(C).** Must be paid in full within 5 years after the Petition Date.

    ☐ There are no tax claims    ☒ All tax claims have been filed or scheduled, and are indicated below:

**Claimant:** Internal Revenue Service

| Claim Amount (less paid to date) ☒ Actual ☐ Estimated | Interest Rate (§511) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | |
|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $19,214.94[1] | 1.54 % | $19,287.90 | ☐ Monthly ☐ Quarterly | $ | $ | months |

[1] Claim 9, priority amount of $19,214.94 and general unsecured claim of $5,274.36.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*    Page 19    **VZ CH11.DISCLSR.PLAN**

**Claimant:**

| Claim Amount (less paid to date) ☐ Actual ☐ Estimated | Interest Rate (§511) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | | |
|---|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $ | % | $ | ☐ Monthly ☐ Quarterly | $ | $ | months |

☐ See Exhibit _____ for additional unsecured claims (not listed in VII.C) on which voting is not allowed.

☐ **§ 507(a)(2)** – Administrative Expense Claims

☐ **§ 507(a)(8)** – Tax Claims

☐ **§ 507(a)(3)** – Involuntary Gap Claims Allowed Under § 502(f)

## C.  UNSECURED CLAIMS THAT MUST BE TREATED AS REQUIRED BY § 1129(a)(9)(B) – CLASS #1.

§ 1129(a)(9)(B) requires certain unsecured claims to be treated with priority over general unsecured claims, and pay them in full on the Effective Date or as soon as practicable after unless claimants vote as a class to accept deferred payments.  If so, claims are impaired and claimants are entitled to vote to accept or reject the Plan.

☒ There are no claims in CLASS #1.

☐ **CLASS #1a**: § 507(a)(1) - Wage and Commission Claims

**Claimant:**

| Claim Amount (less paid to date) ☐ Actual ☐ Estimated | Interest Rate (if any) | Amount Paid on Effective Date | Amount Paid After Effective Date | | | | |
|---|---|---|---|---|---|---|---|
| | | | Frequency | Each Payment | Balloon Pymts | Term of Payments |
| $ | % | $ | ☐ Monthly ☐ Quarterly | $ | $ | months |

☐ See Exhibit _____ for additional unsecured claims (not listed above) in Class #1:

☐ **CLASS #1(a)**: § 507(a)(4) **-** Wage and Commission Claims

☐ **CLASS #1(b)**: § 507(a)(5) – Employee Benefit Plan Contribution Claims

☐ **CLASS #1(c)**: § 507(a)(6) – Grain Producer and Fisherman Claims

☐ **CLASS #1(d)**: § 507(a)(7) – Consumer Deposit Claims

## D.  OTHER UNSECURED CLAIMS – CLASS #2.

☐ There are no claims in **CLASS #2**.

☒ See Exhibit B for a list of all **CLASS #2** claimants and amount owed to each.

1. ☒ **CLASS #2a:  Remarketer Claims**.  These include claims of any party that contracted directly with the Debtor pursuant to Remarketer Agreements to provide ACH transaction services ("Remarketers") and all parties to the Interpleader Action.  Claimants are **entitled to vote** to accept or reject the Plan.

☒ Pot Plan.  Each member of CLASS #2a will be paid a pro rata share of the Interpleader Action Stake fund totaling approximately $16,000,000.00.  The Debtor has agreed to subordinate or waive any and all claims it may have to recover any portion of the Interpleader Action Stake:

a. Pro rata means the entire fund amount divided by the total of all allowed claims in this class.

b. Payment amount is $_____ per ☐ month ☐ quarter for a period of 1 months/quarters (one time payment),

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                    Page 20                                    **VZ CH11.DISCLSR.PLAN**

    c.   Payments will begin on (*date*): Within 30 days of the Plan Effective Date, or District Court approval of disbursement of the Stake Fund, whichever date is earlier.

    d.   Remarketers Class #2a will be paid first from the Interpleader Stake Fund up to the amount of their allowed stakeholder claim, ***excluding any claims for additional damages***. Any allowed claims for damages, or any deficiency not paid through the Interpleader Action, shall be treated as a Class #2b general unsecured claim.

    ☐ <u>Other</u>: **See Exhibit** ____

2.  ☒  **CLASS #2b:  General unsecured claims**.  These are unsecured claims of Remarketers and all parties to the Interpleader Action not included in **CLASS #2a**, and will be paid as follows.  Claimants are **entitled to vote** to reject or accept the Plan.

    ☒  <u>Percent Plan</u>.  Each claimant in CLASS #2b will be paid <u>80</u>% of its claim (including any allowed claim for damages or any deficiency not paid through the Interpleader action for claims of Remarketers) beginning the first relevant date after the Effective Date:

    e.   In one lump sum no later than sixty (60) days after the Effective Date. Over _____ years in equal ☐ monthly ☐ quarterly installments, due on the first day of each calendar month/quarter;

    b.   ☐ with interest at the rate of _____% per annum, or ☒ without interest; and.

    c.   The amount each claimant receives depends on the total amount of allowed claims in this class.

    ☐ <u>Pot Plan</u>.  Each member of CLASS #2b will be paid: :

    a.   Pro rata means the entire fund amount divided by the total of all allowed claims in this class.

    f.   Payment amount is $to be determined as it will be dependent on the amount of funds on hand per ☐ month ☐ quarter or when reasonably practicable dependent on the amount of funds available, for a period of from the Effective Date until all of the Post-Confirmation Estate assets have been liquidated and the proceeds disbursed pursuant to the terms of the Plan,

    g.   Payments will begin on (*date*):

    ☐ <u>Other</u>: **See Exhibit** ____

**E.**  <u>**SECURED CLAIMS**</u> **– CLASS #3, CLASS #4 and Class #5.**

    <u>**CLASS #3 - Unimpaired Non-Insider Claims**</u>. Claimants **are not entitled** to vote to accept or reject the Plan.  Until claims are fully paid, claimants retain their interest in the property securing the claim.  Treatment is:

☒ There are no claims in CLASS #3.

| ☐ **CLASS #3a** | **Claimant:**<br>**Basis for secured status:**<br>**Priority of lien:** |
| --- | --- |

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| $ | $ | % |  | $ |  | $ |  |

| **Address or Other Description of Collateral Securing Claim 3a:** | | |
|---|---|---|
| Value:<br>$ | Valuation<br>Method | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☐ Other: Debtor's opinion |

☐ Additional Comments relating to Class #3a:


☐ **See Exhibit** ____ for more unimpaired secured claims. Label as Class #3d, #3e, etc.

**CLASS #4 - Impaired Non-Insider Claims**. Claimants **are entitled** to vote to accept or reject the Plan.  Until claims are fully paid, claimants retain their interest in the property securing the claim.  Treatment is:

☒ There are no claims in CLASS #4.


| ☐ **CLASS #4a** | Claimant:<br><br>Basis for secured status:<br><br>Priority of lien:<br><br>☐ Lien is not modified in any way.<br><br>☐ Lien is modified as follows: |
|---|---|

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $ | $ | % | | $ | | $ | |

| **Address or Other Description of Collateral Securing Claim 4a:** | | |
|---|---|---|
| Value:<br>$ | Valuation<br>Method | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☐ Other: |

☐ Additional Comments relating to Class #4a:

| ☐ **CLASS #4b** | Claimant:<br><br>Basis for secured status:<br><br>Priority of lien:<br><br>☐ Lien is not modified in any way.<br><br>☐ Lien is modified as follows: |
|---|---|

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $ | $ | % | | $ | | $ | |

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                    Page 22                                    **VZ CH11.DISCLSR.PLAN**

| Address or Other Description of Collateral Securing Claim 4b: | | |
|---|---|---|
| Value:<br>$ | Valuation Method | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☐ Other: |

☐ Additional Comments relating to Class #4b:

| ☐ **CLASS #4c** | **Claimant:**<br><br>**Basis for secured status:**<br><br>**Priority of lien:**<br>☐ Lien is not modified in any way.<br><br>☐ Lien is modified as follows: |
|---|---|

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $ | $ | % | | $ | | $ | |

| Address or Other Description of Collateral Securing Claim 4c: | | |
|---|---|---|
| Value:<br>$ | Valuation Method | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☐ Other: |

☐ Additional Comments relating to Class #4c:

☐ **See Exhibit** ____ for more impaired secured claims. Label as Class #4d, #4e, etc.

**CLASS #5 - Insider Claims**. These are claims of persons defined in 11 U.S.C. §101(31).  Essentially, an insider is a person with a close relationship with the Debtor other than a creditor-debtor relationship.  Treatment is:

☐ There are no claims in CLASS #5.

| ☒ **CLASS #5a** | **Claimant:** National Services, Inc.<br><br>**Basis for secured status:** Secured Promissory Note, dated 7/20/2017 that was modified pursuant to an Amended Secured Promissory Note dated 8/31/2017, Security Agreement granting Debtor's personal property as collateral for the Note, and UCC Financing Statement filed with the CA Secretary of State on 4/19/2018, filing no. 107248928778.<br><br>**Priority of lien: First priority** |
|---|---|

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $36,302,795.38 | $ | % | | $ | | $ | |

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                    Page 23                                    **VZ CH11.DISCLSR.PLAN**

| Address or Other Description of Collateral Securing Claim 5a: All assets of the Debtor | | |
|---|---|---|
| **Value:** $Unknown | **Valuation Method** | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☒ Other: Debtor's opinion |

☒ Additional Comments relating to Class #5a:

Amount listed as owed above is as of April 30, 2020**.** The Class 5a claimant has agreed to suspend payments pending the resolution of litigation and insurance claims and the liquidation of assets and other sources of recovery described in Section V above.  The Debtor has provided information on this Claim to the Pre-Confirmation Committee. The Pre-Confirmation Committee has advised that it disputes the validity, extent and/or amount of this Claim. Class 5a shall subordinate payment of its claim until all General Unsecured Creditors, including Remarketers, have been paid pursuant to the terms set forth above and further, until the Blowers Loan has been paid back in full.  Thereafter, any recovery from assets of the Post-Confirmation Estate shall be paid to Insider Secured Claims.

| ☒ **CLASS #5b** | **Claimant:** National Services, Inc. |
|---|---|
| | **Basis for secured status:** Secured Promissory Note, dated 10/22/2019, Security Agreement granting Debtor's personal property as collateral for the Note, and UCC Financing Statement filed with the NV Secretary of State on 11/6/2019, filing no. 2019052714-0 |
| | **Priority of lien: Second** |

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $7,045,491.55 | $ | % | | $ | | $ | |

| Address or Other Description of Collateral Securing Claim 5b: All assets of the Debtor | | |
|---|---|---|
| **Value:** $Unknown | **Valuation Method** | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☒ Other: Debtor's opinion |

☒ Additional Comments relating to Class #5b:

Amount listed as owed above is as of April 30, 2020**.** The Class 5b claimant has agreed to suspend payments pending the resolution of litigation and insurance claims and the liquidation of assets and other sources of recovery described in Section V above.  The Debtor has provided information on this Claim to the Pre-Confirmation Committee as requested by it. The Pre-Confirmation Committee has advised that it disputes the validity, extent and/or amount of this Claim. Class 5b shall subordinate payment of its claim until all General Unsecured Creditors, including Remarketers, have been paid pursuant to the terms set forth above and further, until the Blowers Loan has been paid back in full.  Thereafter, any recovery from assets of the Post-Confirmation Estate shall be paid to Insider Secured Claims.

| ☒ **CLASS #5c** | **Claimant:** HB Foundation |
|---|---|
| | **Basis for secured status:** Secured Promissory Note, dated 10/22/2019, Security Agreement granting Debtor's personal property as collateral for the Note, and UCC Financing Statement filed with the NV Secretary of State on 11/6/2019, filing no. 2019052703-4. |
| | **Priority of lien: Third** |

*February 2019*                                                                                              **VZ CH11.DISCLSR.PLAN**

| Total Amount of Allowed Claim | Total Amount of Payments Over Time to Satisfy Secured Claim | Interest Rate | First Payment Date | Amount of Each Installment | Frequency of Payments | Total Yearly payments | Final Payment date |
|---|---|---|---|---|---|---|---|
| $1,032,900.14 | $ | % | | $ | | $ | |

| **Address or Other Description of Collateral Securing Claim 5c:** All assets of the Debtor. | | |
|---|---|---|
| **Value:** $Unknown | **Valuation Method** | ☐ Order on motion or stipulation  ☐ Declaration: Certified appraiser<br>☒ Other: Debtor's opinion |

☒ Additional Comments relating to Class #5c:

Amount listed as owed above is as of April 30, 2020.  The Class 5c claimant has agreed to suspend payments pending the resolution of litigation and insurance claims and the liquidation of assets and other sources of recovery described in Section V above.  The Debtor has provided information on this Claim to the Pre-Confirmation Committee as requested by it.  The Pre-Confirmation Committee has advised that it disputes the validity, extent and/or amount of this Claim.  Class 5c shall subordinate payment of its claim until all General Unsecured Creditors, including Remarketers, have been paid pursuant to the terms set forth above and further, until the Blowers Loan has been paid back in full.  Thereafter, any recovery from assets of the Post-Confirmation Estate shall be paid to Insider Secured Claims.

☐ **See Exhibit _____** for more insider secured claims. Label as Class #5b, #5c, etc.

## F.  SHAREHOLDER OR PARTNER INTERESTS

☒ Under the Plan, Shareholders retain their shares of stock and will receive a pro rata distribution of Post-Confirmation Estate Assets only after all creditors are paid in full pursuant to the terms provided herein.

☐ Shareholders redeem their shares of stock and receive the following consideration: $0.00.

☐ Partner's interest(s) in partnership Debtor:
1.  Each partner's interest in the debtor shall remain as it is now.  The identity of the general partners are: . There ☐ are no limited partners                                                 .
                                    ☐ are limited partners and their identities are as follows:                                                 .

2.  The interest of ☐ some or ☐ all of the partners changes under the Plan as follows:                                                 .

☐ The ☐ Articles of Incorporation or ☐ Bylaws have been changed to include a provision prohibiting the issuance of nonvoting equity securities as required by 11 U.S.C. §1123(a)(6).


## IX.  UNCLAIMED OR UNDELIVERABLE PLAN DISTRIBUTIONS.

Payments or other distributions made under the Plan that are unclaimed or undeliverable for six (6) months after the attempted distribution will revest in the post-confirmation debtor free of restrictions ("Unclaimed Distributions").  Any entitlement to distribution will be barred.  Pursuant to Bankruptcy Code Section 347, in the event that Unclaimed Distributions are less than $5,000, such Unclaimed Distributions shall revert to the Disbursing Agent as additional compensation for the Disbursing Agent.  In the event that Unclaimed Distributions are $5,001 or more, after payment of all costs of administration of the Plan including payment of allowed administrative claims, allowed priority claims and/or allowed secured claims, such Unclaimed Distributions shall be distributed on a pro rata share basis to Class #2b allowed general unsecured Claims.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                    Page 25                                    **VZ CH11.DISCLSR.PLAN**

## X. **EFFECT OF CONFIRMATION.**

### A. **General Comments**

The provisions of a confirmed Plan bind the Debtor, any entity acquiring property under the Plan, and any claimant, interest holder, or general partner of the Debtor, even those who do not vote to accept the Plan.

The confirmation of the Plan vests all property of the Estate in the Post-Confirmation Estate, which shall be managed and administered by the Post-Confirmation Agent.
The automatic stay is lifted upon confirmation as to property of the Estate. However, the stay continues to prohibit collection or enforcement of pre-petition claims against the Debtor or the Debtor's property until the date the Debtor receives a discharge, if any. If the Debtor does not seek a discharge, the discharge is deemed denied and the stay as to the Debtor and the Debtor's property terminates on entry of the order confirming the Plan.

### B. **Discharge of Liability for Payment of Debts; Termination of Rights and Interests of Equity Security Holders and General Partners Provided for by the Plan**

☐ Debtor will seek an order of discharge pursuant to 11 U.S.C. § 1141(d)(5)(C).

☒ Debtor is not eligible for a discharge pursuant to 11 U.S.C. § 1141(d)(3) because:

    ☒ the Plan provides for the liquidation of all, or substantially all, of the property of the estate.

    ☐ the Debtor will not engage in business after consummation of the Plan.

    ☐ the Debtor would be denied a discharge under 11 U.S.C. § 727(a) if the case were a case under chapter 7.

☒ Debtor is a corporate debtor thus pursuant to 11 U.S.C. §1141(d)(5)-(6), "[t]he confirmation of the plan does not discharge the Debtor from any debt of a kind specified in 11 U.S.C. §523(a)(2)(A)-(B) that is owed to a domestic governmental unit, or owed to a person as the result of an action filed under subchapter III of Chapter 37 of title 31 or any similar State statute, or for a tax or customs duty with respect to which the debtor made a fraudulent tax return or willfully attempted in any manner to evade or to defeat such tax or such customs duty."

Notwithstanding the foregoing, in consideration of the Blowers Loan and subordination of the Insider Secured Claims as set forth herein, Mr. Blowers and each of his agents, representatives, relatives, heirs, affiliates, successors and assigns, and any employee, director, officer or agent of the Debtor ("Released Parties"), shall be released from any and all claims which may be brought by any creditor or party who may have asserted or have asserted a claim against the Released Parties arising out of or related to their claims against the Debtor or in any way related to the Debtor. Any order confirming this Plan shall include broad form release and injunction language consistent with the releases contemplated herein. The releases contemplated hereunder shall not be effective until there is full and final resolution with certain of the Debtor's insurance carriers (Everest National Insurance Company and Axis Insurance Company) related to the claims which have been tendered as described herein.

### C. **Modification of the Plan**

The Proponent may modify the Plan pursuant to 11 U.S.C. § 1127.

### D. **Final Decree**

Once the Plan has been consummated, a final decree may be entered upon motion of the Proponent. The effect of the final decree is to close the bankruptcy case. After such closure, a party seeking any type of relief relating to a Plan provision can seek such relief in a state court of general jurisdiction.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.
Page 26

*February 2019*                                                                 **VZ CH11.DISCLSR.PLAN**

## XI.   LIST OF EXHIBITS AND DECLARATIONS.

### A. **MANDATORY**

**Exhibit A:**     Declaration of **Aberash Asfaw** to support all assertions in this Disclosure Statement, and all information provided in all other Exhibits.

**Exhibit B**:     List of all claims (*next to each claim, indicate whether or not the claim is disputed and scheduled or unscheduled, and include the class number*).

**Exhibit C**:     List of all property of the estate (including cash on hand) and going concern and liquidation valuations of all listed property as of the date of plan confirmation.  Include appendices to describe valuation methods such as order entered determining value, declaration of appraiser with approach used, qualifications as expert, etc.  For rental property include average monthly cash flow, deducting for debt service and ordinary, necessary operating expenses for the past three months and the past two years. Estimates of collections and likelihood of collections of accounts receivable and lawsuits should also be provided.

**Exhibit D**:     Projected income, expenses, and plan payments prepared on (*date*) _____, to support that the plan is feasible during the plan term, as referred to in section V.C.  Details include proposed plan payments to be made on the Effective Date and for each month and/or quarter of the Plan Term. Sources and uses of funds and any expense fluctuations are explained.

**Exhibit E**:     Financial records:

☐     Balance sheets, income and expense statements, cash flow statements for the period including the most recent twelve-month calendar year and all months subsequent thereto. Sources and uses of funds and any expense fluctuations are explained.

☒     Evidence of funds constituting the source of funds on the effective date

### B. **OPTIONAL**

☐ **Exhibit F**:     Declarations:     ☐ Certified Appraisers
    ☐ Contributor of New Value (regarding ability to provide funding)
    ☐ Other:

☐ **Exhibit G**:     Other Exhibits:

### C. **ADDITIONAL CLAIMS THAT ARE UNABLE TO BE IDENTIFIED IN SECTIONS VIII.A – VIII.F.**

| | Sec. | | | | | |
|---|---|---|---|---|---|---|
| ☐ **Exhibit H**: Additional Claim(s), Sec. | ☐ VIII.A | ☐ VIII.B | ☐ VIII.C | ☐ VIII.D | ☐ VIII.E | ☐ VIII.F |
| ☐ **Exhibit I**: Additional Claim(s), Sec. | ☐ VIII.A | ☐ VIII.B | ☐ VIII.C | ☐ VIII.D | ☐ VIII.E | ☐ VIII.F |
| ☐ **Exhibit J**: Additional Claim(s), Sec. | ☐ VIII.A | ☐ VIII.B | ☐ VIII.C | ☐ VIII.D | ☐ VIII.E | ☐ VIII.F |
| ☐ **Exhibit K**: Additional Claim(s), Sec. | ☐ VIII.A | ☐ VIII.B | ☐ VIII.C | ☐ VIII.D | ☐ VIII.E | ☐ VIII.F |
| ☐ **Exhibit L**: Additional Claim(s), Sec. | ☐ VIII.A | ☐ VIII.B | ☐ VIII.C | ☐ VIII.D | ☐ VIII.E | ☐ VIII.F |

Date: <u>11/19/20</u>

/s/ James C. Bastian, Jr.
_____
Signature of attorney for proponent

James C. Bastian, Jr.
_____
Printed name of attorney for proponent

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*           Page 27           **VZ CH11.DISCLSR.PLAN**

| Exhibits | |
|---|:---:|
| Declaration in Support of Disclosure Statement and Plan | **EXH A** |
| List of all Claims | **EXH B** |
| List of all Property and Valuation of Property as of Confirmation Date | **EXH C** |
| Projected Income, Expenses and Payments by Month/Quarter | **EXH D** |
| Financial Records | **EXH E** |

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                                                Page 28                                                **VZ CH11.DISCLSR.PLAN**

# EXHIBIT A

### EXHIBIT A - DECLARATION IN SUPPORT OF DISCLOSURE STATEMENT AND PLAN

1.      I, Aberash Asfaw have personal knowledge of the facts set forth in this declaration.

2.      The name of the individual(s) who prepared this Disclosure Statement and Plan are Aberash Asfaw and the Debtor's attorneys at Shulman Bastian Friedman & Bui LLP.

3.      The source of all financial data is the Debtor's books and records.

4.      All facts and representations in the Disclosure Statement and Plan are true to the best of my knowledge.

5.      No fact has been omitted that is material to a claimant or equity security holder in voting to accept or reject the proposed Plan.

6.      The name of the person who prepared the cash flow projections and the other financial documents is Aberash Asfaw, and such person was acting within the capacity of President for the Debtor (or Proponent).

I declare under penalty of perjury under the laws of the United States that the following statements are true and based upon personal knowledge.

Date:  **November 19, 2020**

_____
Signature of Declarant

# EXHIBIT B

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Bancorp Bank<br>Attn President or Manager Agent<br>Attn Erika R Caesar, Assistant General Counsel<br>409 Silverside Road Suite 105<br>Wilmington, DE 19809 | | Contingent | Unliquidated | Disputed | 170[1]<br>174 | 9/10/2020 | $2,583,023.24 | $   .00 | $   .00 | $2,583,023.24 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | 9 | 2/21/2020<br>3/26/2020 | $24,489.30 | $   .00 | $19,214.94 | $5,274.36 |
| California Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | | | | | | $   .00 | $   .00 | $   .00 |
| California Department of Tax and Fee Administration<br>Account Information Group MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | | | | | | | | $   .00 | $   .00 | $   .00 |
| California Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | | | | | | | | $   .00 | $   .00 | $   .00 |

---

[1] Claims 170 and 174 are duplicate claims (appears 170 filed by counsel, 174 filed claimant) and the Debtor intends to object to both claims.

**Exhibit B, Page 1**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| National Services Inc<br>Attn President or Manager Agent<br>175 S Lake Avenue Suite 200<br>Pasadena, CA 91101 | $35,457,977.77 | | | | | | | $36,838,205.77 | $   .00 | $   .00 |
| National Services Inc<br>Attn President or Manager Agent<br>175 S Lake Avenue Suite 200<br>Pasadena, CA 91101 | $6,648,104.27 | | | | | | | $6,806,162.28 | $   .00 | $   .00 |
| HB Foundation<br>Attn President or Manager Agent<br>175 S Lake Avenue Suite 200<br>Pasadena, CA 91101 | $1,013,198.43 | | | | | | | $1,044,654.00 | $   .00 | $   .00 |
| Accounting Principals<br>Attn Steven Rebidas<br>Director Client Services & Credit Administration<br>10151 Deerwood Park Blvd<br>Jacksonville, FL 32256 | $1,918.80 | | | | 4[2] | 2/3/2020 | $1,918.80 | $   .00 | $   .00 | $1,918.80 |
| AT&T<br>Attn President or Manager Agent<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | $ 299.60 | | | | | | | $   .00 | $   .00 | $ 299.60 |

[2] Face of Claim 4 does not assert priority classification but narrative attached to the Claim 4 asserts a priority under 507(a)(4)(A) [wages]. The Debtor disputes any priority classification on Claim 4 as claimant is not an employee of the Debtor that is owed wages.

**Exhibit B, Page 2**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AT&T<br>Attn President or Manager Agent<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | $ 179.00 | | | | | | | $  .00 | $  .00 | $ 179.00 |
| CDW Direct<br>Attn President or Manager Agent<br>Attn Bobby Dalton<br>PO Box 75723<br>Chicago, IL 60675-5723 | $ 212.20 | | | | | | | $  .00 | $  .00 | $ 212.20 |
| City of Pasadena<br>Attn Manager Agent<br>Attn Finance Accounts Receivable<br>PO Box 7115<br>100 N Garfield Ave N106<br>Pasadena, CA 91109-7215 | $ 147.00 | | | | | | | $  .00 | $  .00 | $  .00 |
| EquiFax Information SVCS LLC<br>Attn President or Manager Agent<br>PO Box 740253<br>Altanta, GA 30374-0253 | $ 225.00 | | | | | | | $  .00 | $  .00 | $ 225.00 |
| LogMeIn<br>Attn President or Manager Agent<br>PO Box 50264<br>Los Angeles, CA 90074-0264 | $ 560.40 | | | | | | | $  .00 | $  .00 | $ 560.40 |
| Pasadena Fire Recovery Program<br>Attn President or Manager Agent<br>PO Box 748631<br>Los Angeles, CA 90074-8631 | $ 375.00 | | | | | | | $  .00 | $  .00 | $ 375.00 |

**Exhibit B, Page 3**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Pitney Bowes<br>Attn President or Manager Agent<br>2225 American Drive<br>Neenah, WI 54956 | $ 210.58 | | | | | | | $   .00 | $   .00 | $ 210.58 |
| Rackspace US Inc<br>Attn President or Manager Agent<br>1 Fanatical Place<br>City of Windcrest<br>San Antonio, TX 78218 | $47,547.92 | | | | | | | $   .00 | $   .00 | $47,547.92 |
| Raymond Avenue Self Storage<br>Attn President or Manager Agent<br>2201 Alton Parkway<br>Irvine, CA 92606 | $ 680.40 | | | | | | | $   .00 | $   .00 | $ 680.40 |
| ReadyRefresh<br>Attn President or Manager Agent<br>#216 6661 Dixie Highway Suite 4<br>Louisville, KY 40258 | $ 294.69 | | | | | | | $   .00 | $   .00 | $ 294.69 |
| Southland Shredding<br>Attn President or Manager Agent<br>1131 N Hellman Avenue<br>Ontario, CA 91764 | $ 425.00 | | | | | | | $   .00 | $   .00 | $ 425.00 |
| TPX Communications<br>Attn President or Manager Agent<br>515 S Flower Street 45th Floor<br>Los Angeles, CA 90071-2201 | $1,207.26 | | | | | | | $   .00 | $   .00 | $1,207.26 |

**Exhibit B, Page 4**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| WesPay Advisors<br>Attn President or Manager Agent<br>601 Montgomery Street Suite 710<br>San Francisco, CA 94111 | $2,015.36 | | | | | | | $  .00 | $  .00 | $2,015.36 |
| 1-2-3 Payroll & HR Services<br>Attn Sandy Maniscalco President<br>8 Forsythia Court<br>Holtsville, NY 11742 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |
| 1 Source Business Solutions<br>c/o James Harward Esq<br>Haward & Asssociates<br>6605 S Redwood Rd Suite 101<br>Taylorsville, UT 84123 | $  .00 | Contingent | Unliquidated | Disputed | 133[3] | 6/1/2020 | $28,334.07 | $  .00 | $13,650.00 | $14,684.07 |
| Automatic Business Computing LLC<br>Attn Michael Shaw Member<br>2640 Sunset Blvd #140<br>Rocklin, CA 95677 | $  .00 | Contingent | Unliquidated | Disputed | 67 | 5/21/2020 | $9,373.58 | $  .00 | $  .00 | $9,373.58 |
| Absoulte Technology Inc<br>Attn James Love President<br>65480 76th Street<br>Bend, OR 97703 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |

[3] Claim 133 asserts 507(a)(4) priority classification [wages] for a portion of the claim. The Debtor disputes any priority classification on Claim 133 as claimant is not an employee of the Debtor that is owed wages.

**Exhibit B, Page 5**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Accent Employer Solutions Inc<br>Accent PEO<br>Attn Randy McBride President<br>9821 Katy Fwy Suite 290<br>Houston, TX 77024 | $   .00 | Contingent | Unliquidated | Disputed | 76 | 5/26/2020<br>9/10/2020 | $56,900.55 | $   .00 | $   .00 | $56,900.55 |
| Accent Employer Solutions IV Inc<br>Accent ASO<br>c/o Accent Employer Solutions Inc<br>Attn Randy McBride President<br>9821 Katy Fwy Suite 290<br>Houston, TX 77024 | $   .00 | Contingent | Unliquidated | Disputed | 75[4] | 5/26/2020<br>9/10/2020 | $9,533.92 | $   .00 | $   .00 | $9,533.92 |
| Access 1 Source NC<br>Attn Michael Lefevers President<br>429 1st Ave NW<br>Hickory, NC 28601-2860 | $   .00 | Contingent | Unliquidated | Disputed | 16 | 5/1/2020 | $40,217.98 | $   .00 | $   .00 | $40,217.98 |
| Accountable To You Inc<br>Attn Molly Okerlund President<br>3101 W 41st Street Suite 201 A<br>Sioux Falls, SD 57105<br><br>Accountable To You Inc<br>Attn Molly Okerlund President<br>2500 W 49th St Ste 209<br>Sioux Falls, SD 57105 | $   .00 | Contingent | Unliquidated | Disputed | 134 | 6/8/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Accuchex Corporation<br>Attn President or Manager Agent<br>Attn Gary Frieders Operations Manager<br>365 Bel Marin Keys Blvd<br>Novato, CA 94949 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

---

[4] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 6**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Accupay Inc dba AccuPay Systems Attn Ryan Moffett President 20422 Beach Blvd Suite 345 Huntington Beach, CA 92648 | $   .00 | Contingent | Unliquidated | Disputed | 42[5] | 5/13/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Accupay Inc dba AccuPay Systems Attn Felix Mwania 28924 Old Town Front St Suite 106 Temecula, CA 92590 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Associated Human Capital Management Associated JCM Attn Rob Basso CEO 111 Express St Plainview, NY 11803 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| C & A Associates Inc AccuTrac Payroll Services Attn Charles LaBrecque President 199 Winter Street 2nd Fl Hanover, MA 2388 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Accu-Rite Payroll Services Attn Gerald Lawrence President 462 Hegeman Avenue Colchester, VT 5446 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

---

[5] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 7**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| ACE Payroll Services Inc<br>Attn Larry Goldman Vice President<br>1860 Walt Whitman Road Suite 600<br>Melville, NY 11747 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Acroprint Time Recorder Company<br>Attn President or Manager Agent<br>Attn Gene Gardner Controller<br>5640 Departure Drive<br>Raleigh, NC 27616 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Acuff & Acuff Inc<br>Attn Jerone Acuff President<br>4998 N Henry Blvd<br>Stockbridge, GA 30281 | $   .00 | Contingent | Unliquidated | Disputed | 148 | 6/10/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| APS Automatic Payroll System Inc<br>Attn President or Manager Agent<br>Attn Steve Bodden Operation Manager<br>3010 Knight Street Suite 300<br>Shreveport, LA 71105 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Advanced Payroll Services<br>Attn President or Manager Agent<br>Attn Lorraine Pasqua CSR<br>300 Chester Ave Suite 201<br>Morrestown, NJ 8057 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Advanstaff Inc<br>Advanstaff HR<br>Attn  Lisa Hall<br>Philip J Richards CEO<br>8925 West Russell Road Suite 100<br>Las Vegas, NV 89148-1980 | $   .00 | Contingent | Unliquidated | Disputed | 18 | 5/4/2020 | $333,143.03 | $   .00 | $   .00 | $333,143.03 |

**Exhibit B, Page 8**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Benefit Solutions LLC Attn President or Manager Agent Attn Rex Harrison Controller 3675 Crestwood Pkwy #120 Duluth, GA 30096 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Advanced Payroll Solutions Attn President or Manager Agent Attn Richard Karasik Manager 1969 Sunset Pt Road Suite 6 Clearwater, FL 33765 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Advanced Payroll Solutions Inc c/o James S Green Sr Esq Seitz Van Ogtrop & Gree PA 222 Delaware Avenue Suite 1500 Wilmington, DE 19801 | | Contingent | Unliquidated | Disputed | 31 | 5/14/2020 | $20,988.90 | $   .00 | $   .00 | $20,988.90 |
| Advanced Payroll Concepts LLC Attn Natalie Haag Manager Member 6810 E Broadway Blvd Suite 203 Tucson, AZ 85710 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Advanced Payroll Solutions LLC Attn Michael Marino President 1287 Worthington Woods Blvd Worthington, OH 43085 | $   .00 | Contingent | Unliquidated | Disputed | 8[6] 29 | 2/20/2020 5/11/2020 | $10,000.00 | $   .00 | $   .00 | $10,000.00 |

[6] Claim 8 appears to be a duplicate of and superseded by Claim 29, each filed for $10,000.00.

**Exhibit B, Page 9**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Advantage Resource Group Inc<br>Attn President or Manager Agent<br>Attn Theresa Gallagher Accounting Assistant<br>1600 Valley View Blvd<br>Altoona, PA 16602 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Afinida Inc<br>Attn President or Manager Agent<br>Attn Malinee Virachack Accountant<br>600 La Terraza Blvd<br>Escondido, CA 92025 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Ahola Corporation Aloha Payroll<br>Attn Michael Paull CFO<br>6820 W Snowville Road<br>Brecksville, OH 44141 | $   .00 | Contingent | Unliquidated | Disputed | 14[7] | 4/15/2020 | $990,252.64 | $   .00 | $   .00 | $990,252.64 |
| MM-KMA Investments LLC<br>Alamo Business Solutions<br>Attn Martin Madden Manager Member<br>124 Memory Trail Street<br>San Antonio, TX 78232 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| All About Payroll LLC<br>Attn Rachelle Henry Managing Member<br>5887 Casa Firande Ave<br>Rocklin, CA 95677 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

---

[7] This claim is disputed.

**Exhibit B, Page 10**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| All American Payroll<br>Attn Karolin Garakanian President<br>9070 Irvine Center Drive Suite 110<br>Irvine, CA 92618 | $    .00 | Contingent | Unliquidated | Disputed | 185 | 11/9/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| Alliance Benefit Group Payroll Inc<br>Alerus Financial<br>Attn President or Manager Agent<br>Attn Sarah Tolzmann-Barnick Supervisor<br>201 E Clark Street<br>Albert Lea, MN 56007 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Alliance Business Solutions II LLC<br>Alliance Business Solutions<br>Attn James Jagels Managing Member<br>7910 Ralston Road Suite 8<br>Arvada, CO 80002 | $    .00 | Contingent | Unliquidated | Disputed | 59[8] | 5/20/2020 | $18,948.28 | $    .00 | $    .00 | $18,948.28 |
| All Pay HR<br>Attn Sam Ware President<br>6928 Autumn Oaks Drive<br>Olive Branch, MS 38654 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Alpha Payroll LLC<br>Attn Laz Kalemis CEO<br>1216 Welsh Roard<br>North Wales, PA 19454 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

[8] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 11**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| AMCheckIR<br>Blue Ocean Innovation LLC<br>Attn Kim Trowbridge President<br>28280 Camino Del Rio<br>San Juan Capistrano, CA 92675-6338 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| AmeriPay Inc<br>American Payroll Company<br>Attn Ericka Gray President<br>278 Tennessee Street Suite 4<br>Redlands, CA 92373 | $   .00 | Contingent | Unliquidated | Disputed | 126 | 6/5/2020 | $30,967.87 | $   .00 | $   .00 | $30,967.87 |
| Accurate Tax Service Inc<br>American Payroll Corporation<br>Steven Z Smith President<br>146 Chemawa Rd N<br>Keizer, OR 97303 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Alpha Omega Payroll Solutions LTD<br>Attn Christo Vardakis President<br>140 Route 17 North<br>Hackensack, NJ 07601 | $   .00 | Contingent | Unliquidated | Disputed | 6[9]<br>46 | 2/6/2020<br>5/13/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Approved Payroll Inc<br>Attn Peter Heinrich President<br>845 N Pass Ave<br>Burbank, CA 91503 | $   .00 | Contingent | Unliquidated | Disputed | 32 | 5/14/2020 | $5,000.00 | $   .00 | $   .00 | $5,000.00 |

---

[9] Claim 6 appears to be a duplicate of and superseded Claim 46, each filed for $2,000.00.

# Exhibit B, Page 12

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Approved Staffing Inc<br>Attn Peter Heinrich President<br>1415 N Cahuenga Blvd<br>Los Angeles, CA 90028 | $   .00 | Contingent | Unliquidated | Disputed | 41 | 5/15/2020 | $5,000.00 | $   .00 | $   .00 | $5,000.00 |
| Clockwork Systems Inc<br>APS Autotime Payroll Solutions<br>Attn Steven L Perry President<br>206 Brookswood Rd<br>Sherwood, AR 72120 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| APS Group Inc<br>Attn President or Manager Agent<br>Attn Shannon Carlisle Director of Operations<br>41307 12th St West Suite 205<br>Palmdale, CA 93551 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Arete HCM Solutions Inc<br>Attn Chris Belna President<br>3247 Vickery Road<br>Syracuse, NY 13212 | $   .00 | Contingent | Unliquidated | Disputed | 21 | 5/8/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Gulf States Management<br>Argent Payroll<br>Attn Glen A Villalobos President<br>170 New Camellia Blvd Suite 120<br>Covington, LA 70433 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 13**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Advanced Reimbursement Art Corp Attn President or Manager Agent Attn Natalie England Director of Operations 8401 Churchside Drive Gainesville, VA 20155 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| ASAP Payroll Service Inc Attn Thomas Masengale President 8130 S Meridian St Suite 4C Indianapolis, IN 46217 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Tricore Inc Attn Kathryn Fried CFO 117 North Gold Drive Robbinsville, NJ 8691 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Asset HR Inc Attn President or Manager Agent Attn Kathleen Bordas Controller 7493  147th ST W Suite 210 Apple Valley, MN 55124 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Astra Payroll Co Astra Payroll Services Attn John Mason Smith Owner 5890 Bushnell Drive New Kent, VA 23124 | $    .00 | Contingent | Unliquidated | Disputed | 23 | 5/11/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |

**Exhibit B, Page 14**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Authority LLC<br>Payroll Authoritycom<br>Attn Eric Moore Owner<br>305 W Sumner Ave<br>Indianapolis, IN 46217 | $ .00 | Contingent | Unliquidated | Disputed | 11 | 3/10/2020 | $10,000.00 | $ .00 | $ .00 | $10,000.00 |
| Axiom Human Resource Solutions Inc<br>Attn Andrew Zelt CEO<br>9810 Westpoint Drive Suite 150<br>Indianapolis, IN 46256 | $ .00 | Contingent | Unliquidated | Disputed | 24 | 5/11/2020 | $16,400.95 | $ .00 | $ .00 | $16,400.95 |
| Big Fish Payroll Services LLC<br>Attn Jeff Hill, President<br>Attn Jeff Hill Ops Manager<br>1150 E Orangethorpe Ave Suite 101<br>Placentia, CA 92870 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Balance Point<br>X-Pay LLC<br>Attn President or Manager Agent<br>Attn John Egan VP Ops<br>65 Harristown Road Suite 302<br>Glen Rock, NJ 7452 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| BBCS Payroll Inc<br>Attn Lynda Berryman President<br>2504 Veterans Memorial Pkwy S Suite 1<br>Lafayette, IN 47909 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Better Business Planning Inc<br>Attn President or Manager Agent<br>Attn Chris Bellinger<br>125 W Orchard Street<br>Itsaca, IL 60143 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

**Exhibit B, Page 15**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Bene-Care Payoll LLC<br>Attn William Bach President<br>1260 Creek Street<br>Webster, NY 14580 | $    .00 | Contingent | Unliquidated | Disputed | 80 | 6/1/2020 | $295,374.36 | $    .00 | $    .00 | $295,374.36 |
| Beyond Pay<br>AP Select Payroll Inc<br>Attn President or Manager Agent<br>Attn Chris Tanis CFO<br>6 State Route 173 Suite 201<br>Clinton, NJ 08809 | $    .00 | Contingent | Unliquidated | Disputed | 17 | 5/1/2020 | $70,331.16 | $    .00 | $    .00 | $70,331.16 |
| Bizchecks Payroll Inc<br>Attn Larry Drago President<br>153 Lavells Lane<br>Marstons, MA 2648 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Business Financial Human Resource Management LLC<br>David Bird President<br>500 N Loop 1604 East Suite 250<br>San Antonio, TX 78232 | $    .00 | Contingent | Unliquidated | Disputed | 150 | 6/15/2020 | $20,839.71 | $    .00 | $11,801.20[10] | $9,038.51 |
| Blue Point Advisors LLC<br>BluePoint Payroll Solutions<br>Attn Roy Blair President<br>6505 Upland Ct<br>Rocklin, CA 95677 | $    .00 | Contingent | Unliquidated | Disputed | 178 | 9/15/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |

[10] Claim 150 Asserts priority classifications for: $7,816.79 under § 507(a)(1)(A) or (a)(1)(B) [domestic support]; $221.54 under 11 U.S.C. § 507(a)(4) [wages]; and $3,762.87 under 11 U.S.C. § 507(a)(5) [contributions to employee benefit plan]. The Debtor's the priority classification and no evidence was provided to support the priority classification.

**Exhibit B, Page 16**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Business Cents Inc<br>Attn Eric Palmer Owner<br>172 Rockingham Road<br>Londonderry, NH 03053 | $   .00 | Contingent | Unliquidated | Disputed | 143 | 6/9/2020 | $2,200.00 | $   .00 | $   .00 | $2,200.00 |
| Business Payroll Service<br>Attn Lance Ladd President CEO<br>804 N Twin Oaks Valley Rd #119<br>San Marcos, CA 92069 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Promerio Inc<br>California Payroll<br>Attn President or Manager Agent<br>Attn Debbie Mendivil VP Operations<br>1240 Central Blvd Suite B<br>Brentwood, CA 94513 | $   .00 | Contingent | Unliquidated | Disputed | 119 | 6/4/2020 | $133,714.70 | $   .00 | $   .00 | $133,714.70 |
| Casa Payroll Service LLC<br>Attn President or Manager Agent<br>Attn Tom Burns Comptroller<br>3120 Fire Road Suite B-100<br>Egg Harbor Township, NJ 8234 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Catalyst PEO LLC<br>Attn Kailey Jonas COO<br>1421 Hanz Drive<br>New Braunfels, TX 78130 | $   .00 | Contingent | Unliquidated | Disputed | 56 | 5/18/2020 | $10,000.00 | $   .00 | $   .00 | $10,000.00 |
| Southeastern Employee Benefits<br>Corporate Business<br>Attn James Karle CEO<br>1523 Johnson Ferry Road Suite 200<br>Marietta, GA 30062 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 17**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Cello HR LLC<br>Attn President or Manager Agent<br>Attn Tom Slanda Lead Operations<br>3155 W Big Beaver Road Suite 216<br>Troy, MI 48084 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |
| Certified Payroll Associates Inc<br>Attn Matt Crowder President<br>1055 Patrick Place<br>Brownsburg, IN 46112 | $  .00 | Contingent | Unliquidated | Disputed | 30 | 5/11/2020 | $5,000.00 | $  .00 | $  .00 | $5,000.00 |
| Charleston Payroll Plus LLC<br>Charleston Payroll<br>Attn Jenna Lee Wright Manager Member<br>130 River Landing Drive Suite 1D<br>Charleston, SC 29492 | $  .00 | Contingent | Unliquidated | Disputed | 51 | 5/18/2020 | $226,616.86 | $  .00 | $  .00 | $226,616.86 |
| Check Mate Payroll LLC<br>Attn Roger Ogden Secretary Treasurer<br>300 South 200 West<br>Bountiful, UT 84010 | $  .00 | Contingent | Unliquidated | Disputed | 2 | 1/31/2020 | $13,000.00 | $  .00 | $  .00 | $13,000.00 |
| Check Right Inc<br>CR Payroll<br>Jonathan Dyer President<br>11818 SE Mill Plain Blvd Suite 202<br>Vancouver, WA 98684 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |

**Exhibit B, Page 18**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| CF Investments Inc<br>Accurate Data Payroll Service<br>Attn Carl Fischer President<br>815 Crocker Rd Ste 1<br>Westlake, OH 44145 | $   .00 | Contingent | Unliquidated | Disputed | 82[11]<br>132 | 6/1/2020<br>6/1/2020 | $53,684.63 | $   .00 | $   .00 | $53,684.63 |
| ChoicePay Payroll & HR Services<br>Attn Jane Sunter President<br>851 Old Winston Road Suite 108<br>Kearnersville, NC 27284 | $   .00 | Contingent | Unliquidated | Disputed | 60 | 5/20/2020 | $6,481.13 | $   .00 | $   .00 | $6,481.13 |
| CliftonLarsonAllen LLP<br>Attn President or Manager Agent<br>Attn Amy Bradley Sr Payroll<br>220 South Sixth Street Suite 300<br>Minneapolis, MN 55402 | $   .00 | Contingent | Unliquidated | Disputed | 106 | 6/4/2020 | $129,805.68 | $   .00 | $   .00 | $129,805.68 |
| Justworks Administrative LLC<br>Attn President or Manager Agent<br>Attn Johnathan Mirian Vice<br>President Finance<br>130 7th Ave #249<br>New York, NY 10011 | $   .00 | Contingent | Unliquidated | Disputed | | | | | | $   .00 |
| Justworks Inc<br>Attn Mario Springer<br>PO Box 7119, Church Street Station<br>New York, NY 10008 | | | | | 93[12] | 6/2/2020 | $374,886.14 | $   .00 | $   .00 | $374,886.14 |

[11] Claims 82 and 132 appear to be duplicate claims but Claim 132 fails to list the amount owed.

[12] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 19**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Compliance Payroll Inc<br>Attn Steven Lahey President<br>8801 Folsom Blvd Suite 185<br>Sacramento, CA 95826 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Combined Employer Services Inc<br>Attn President or Manager Agent<br>Attn Marina Wang<br>1520 Bridgegate Drive #108<br>Diamond Bar, CA 91765 | $ .00 | Contingent | Unliquidated | Disputed | 104 | 6/3/2020 | $38,997.12 | $ .00 | $13,840.89 | $25,156.23 |
| Commonwealth Cash Management<br>Commonwealth Payroll & HR<br>Attn Jeff Plakans President<br>32 Tioga Way<br>Marblehead, MA 01945 | $ .00 | Contingent | Unliquidated | Disputed | 44 | 5/13/2020 | $12,482.16 | $ .00 | $ .00 | $12,482.16 |
| Villiams LLC<br>Compass One HCM<br>Attn Danielle Williams Partner<br>32 Thatcher Road<br>Rochester, NY 14617 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Complete Payroll Resource Inc<br>Attn Michael DelLaPorta President<br>2501 Monroe Blvd Suite 1100<br>Audubon, PA 19403 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Comprehensive Payroll Service Inc<br>CPSnetpay<br>Attn Jim Smith President<br>8518 North Dixie Drive<br>Dayton, OH 45414 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

**Exhibit B, Page 20**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Comp US Inc<br>Comp US Payroll<br>Attn Michael Janowiak Vice President<br>1863 Banks Road<br>Margate, FL 33063 | $  .00 | Contingent | Unliquidated | Disputed | 33 | 5/14/2020 | $15,000.00 | $  .00 | $  .00 | $15,000.00 |
| Concept 2001  Inc<br>Concept HR<br>Attn Byron K Jennings CPA<br>Attn Ginger Henson CFO<br>1089 Augusta Road<br>Warrenville, SC 29851 | $  .00 | Contingent | Unliquidated | Disputed | 43 | 5/13/2020 | $10,000.00 | $  .00 | $  .00 | $10,000.00 |
| Coastal Payroll Services Inc<br>Attn Craig Coleman President<br>9350 Waxie Way Suite 110<br>San Diego, CA 92123 | $  .00 | Contingent | Unliquidated | Disputed | 108 | 6/4/2020 | $98,374.73 | $  .00 | $  .00 | $98,374.73 |
| CPA Accounting Solutions Inc<br>CPAccounting Solutions, Inc.<br>Attn Gary Garland President<br>10916 Atlantic Blvd Suite 16<br>Jacksonville, FL 32225 | $  .00 | Contingent | Unliquidated | Disputed | 78 | 5/28/2020 | $2,000.00 | $  .00 | $1,800.00 | $ 200.00 |
| Computer Search<br>Computer Search Payroll Services<br>Attn President or Manager Agent<br>Attn Raymond Antonucci<br>331 Audubon Pkwy<br>Buffalo, NY 14228 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |

**Exhibit B, Page 21**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Choice Payroll Inc ThreadHCM (dba Thread) (Custom Payroll Services) Attn Lori Winters President 555 North Point Center East Suite 150 Alpharetta, GA 30022 | $    .00 | Contingent | Unliquidated | Disputed | 171[13] | 9/10/2020, amended on 9/16/2020 | $14,206.41 | $    .00 | $    .00 | $14,206.41 |
| Mary Trachian-Bradley Esq Briskin Cross & Sanford LLC 33 S Main Street Suite 300 Alpharetta, GA 30009 | | | | | | | | $    .00 | $    .00 | $    .00 |
| Varsity Computing Inc Dallas Payroll Attn Brian Queen President 1221 Abrams Road Suite 350 Richardson, TX 75081 | $    .00 | Contingent | Unliquidated | Disputed | 155[14] | 7/10/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| Decimal Inc The Online 401K Ubiquity Attn President or Manager Agent Attn David Yanagita Trade Specialist 44 Montgomery Street Suite 3060 San Francisco, CA 94104 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Decimal Inc dba Ubiquity Retirement + Savings c/o James S Green Sr Esq Seitz Van Ogtrop & Gree PA 222 Delaware Avenue Suite 1500 Wilmington, DE 19801 | | | | Disputed | 92 | 6/2/2020 | $154,040.97 | $    .00 | $    .00 | $154,040.97 |

[13] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.
[14] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 22**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Dependable Payroll LLC<br>Attn President or Manager Agent<br>Attn Nina McPherson Operations Manager<br>3020 Mitchellville Road  Suite 101<br>Bowie, MD 20716 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Dominion Payroll Services LLC<br>Attn David Franklin President<br>3200 Rockbridge Street Suite 300<br>Richmond, VA 23230 | $    .00 | Contingent | Unliquidated | Disputed | 109[15] | 6/4/2020 | $618,346.04 | $    .00 | $    .00 | $618,346.04 |
| Delaware Valley Payroll Inc<br>Prime Point LLC<br>Attn David Bothwell Vice President<br>2 Springside Road<br>Westampton, NJ 08060-5644 | $    .00 | Contingent | Unliquidated | Disputed | 73[16] | 5/26/2020 | $180,000.00 | $    .00 | $    .00 | $149,243.63 |
| Dynamic Human Resources Inc<br>c/o Michael A Fleming Esq<br>Plunkett Cooney<br>38505 Woodward Avenue Suite 100<br>Bloomfield Hills, MI 48304 | $    .00 | Contingent | Unliquidated | Disputed | 101 | 6/3/2020 | $379,591.30 | $    .00 | $    .00 | $379,591.30 |
| EazePay LLC<br>Attn Wayne H Triantos Member Manager<br>645 South Main Road<br>Vineland, NJ 8360 | $    .00 | Contingent | Unliquidated | Disputed | 37 | 5/14/2020 | $5,621.40 | $    .00 | $    .00 | $5,621.40 |

[15] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.
[16] Pursuant to Stipulation [docket 236] and Order [docket 242], Claim 73 was reduced to $149,243.63.

**Exhibit B, Page 23**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| HCI-EBS Inc<br>Emploee Benefit Services<br>Attn President or Manager Agent<br>Attn Dave Anderson<br>424 Graves Mill Road Suite 300<br>Lynchburg, VA 24502 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| La Maritza Inc<br>Elite Pay<br>Attn Genaro Mendez President<br>1300 Nth 10th Suite 330-H<br>McAllen, TX 2186 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Empay Systems LLC<br>Polaris Payroll<br>Attn Pat Corpora President<br>108 Alumni Ave<br>Durham, NC 27713 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| OnePointHCM<br>Attn David Miller President<br>2020 2nd Street Suite 200<br>Selma, CA 93662 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Employer Support Services Inc<br>Attn Jennifer Ragsale President<br>8530 Anselmo Lane<br>Baton Rouge, LA 70810 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Epay Systems Inc<br>Attn Doug Olds CFO<br>1701 Golf Road #1-1250<br>Rolling Meadows, IL 60008-4227 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 24**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Employer Tools & Solutions Inc ETS Payroll Attn Ken Jackson President 8745 Gary Burns Drive Suite 160 Frisco, TX 75034 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Exact Payroll Inc Attn Mitch Lightman Vice President 3993 Huntingdon Pike Suite 110 Huntingdon Valley, PA 19006 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Exponent Technologies Inc Attn President or Manager Agent Attn Mark Portner 4970 Landmark Place Dallas, TX 75254 | $ .00 | Contingent | Unliquidated | Disputed | 87 | 6/1/2020 | $789,761.14 | $ .00 | $ .00 | $789,761.14 |
| E-Z Payroll Services Inc WageSource Nicholas Siderias President 36 Chestnut Drive Glen Rock, NJ 7452 | $ .00 | Contingent | Unliquidated | Disputed | 177 | 9/14/2020 | $5,000.00 | $ .00 | $5,000.00 | $ .00 |
| Fiducia Global Solutions LLC Attn Annette Messler VP CFO 310 South St Mary's Street Suite 1830 San Antonio, TX 78205 | $ .00 | Contingent | Unliquidated | Disputed | 74 | 5/26/2020 | $2,000.00 | $ .00 | $ .00 | $2,000.00 |
| First-Rate Payroll Service Providers LLC Attn Vimal Patel Owner 501 Jarrad Street Piscataway, NJ 8554 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

**Exhibit B, Page 25**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Datasphere Inc<br>Flexchecks Inc<br>Attn Diane K Pelak President<br>2930 Three Mile Rd NW<br>PO Box 141215<br>Grand Rapids, MI 49514 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Flexible Payroll & HR LLC<br>Attn Brandon Barnes President<br>6202 Woodcrest Drive<br>Burlington, KY 41005 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Focus HR Strategy Inc<br>Attn Gregg Stutz COO<br>6464 E Grant Road<br>Tucson, AZ 85715 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| RJDB Enterprises Inc<br>GLN Tax & Pay<br>Attn Jerrilee Harvey President<br>221 W Church Street<br>Elmira, NY 14901 | $    .00 | Contingent | Unliquidated | Disputed | 91 | 6/2/2020 | $106,460.17 | $    .00 | $    .00 | $106,460.17 |
| Payroll Data Inc<br>Attn President or Manager Agent<br>Attn Mary Anne Mancini<br>1101 S 3rd W #103<br>Missoula, MT 59801 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Green Leaf Payroll & Business Solutions<br>Attn Kira Amundsen VP<br>410 Melrose Drive Suite 207<br>Vista, CA 92081 | $    .00 | Contingent | Unliquidated | Disputed | 158 | 7/21/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |

**Exhibit B, Page 26**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Greenlink Payroll<br>Attn Frank Mineccia Managing Member<br>1001 West Southern Ave #102<br>Mesa, AZ 85210 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Employer's Guardian LLC<br>Attn President or Manager Agent<br>Attn Diane Edwards Controller<br>2865 Sunrise Blvd Suite 225<br>Rancho Cordova, CA 95742 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Hard 8 Acquisitions LLC<br>LaunchPayrollcom<br>Attn S Miller<br>204 South 11th Street Suite B<br>Nashville, TN 37206 | $    .00 | Contingent | Unliquidated | Disputed | 160 | 8/6/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Harding Shymanski Company PSC<br>c/o Nick Cirignano<br>Ziemer Stayman Weitzel &<br>Shoulders LLP<br>20 NW 1st Street 9th Floor<br>Evansville, IN 47708-4770 | $    .00 | Contingent | Unliquidated | Disputed | 70 | 5/27/2020, amended on 6/30/2020 | $238,806.29 | $    .00 | $    .00 | $238,806.29 |
| Harding Shymanski Company<br>Attn Matthew Folz Vice President<br>21 SE Third Street Suite 500<br>Evansville, IN 47708 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| HR 365 LLC<br>Attn President or Manager Agent<br>Attn Trent DeGroot Manager<br>3183 Millcreek Road<br>Pleasant Grove, UT 84062 | $    .00 | Contingent | Unliquidated | Disputed | 86 | 6/1/2020 | $19,136.44 | $    .00 | $8,982.44 | $10,154.00 |

**Exhibit B, Page 27**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Human Resource Consulting Group LLC<br>Attn Robin Imbrogno President<br>117 Main Street<br>Seymour, CT 6483 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Hospitality Resource Center LLC<br>HRC Service<br>Attn Reza Khan President CEO<br>18333 Dolan Way Suite 211<br>Santa Clarita, CA 91387 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Human Resources Inc<br>HRI<br>Attn Matthew Priester COO<br>2127 Espey Court Suite 306<br>Crofton, MD 21037 | $    .00 | Contingent | Unliquidated | Disputed | 89 | 6/2/2020 | $88,382.92 | $    .00 | $    .00 | $88,382.92 |
| HR Ledger Inc<br>Attn Malcolm L Frost President Owner<br>610 Auburn Ravine Road Suite 1<br>Auburn, CA 95603 | $    .00 | Contingent | Unliquidated | Disputed | 12 | 4/3/2020 | $20,092.41 | $    .00 | $    .00 | $20,092.41 |
| HR Ledger Inc<br>Attn Malcolm L Frost President Owner<br>610 Auburn Ravine Road Suite 1<br>Auburn, CA 95603 | | | | | 20 | 5/7/2020 | $2,500.00 | $    .00 | $    .00 | $2,500.00 |
| HR Outsourcing Associates LLC<br>Attn Joey Woodruf VP<br>8215 Forest Point Blvd Suite 150<br>Charlotte, NC 28273-0219 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 28**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| HR Outsourcing Enterprises LLC<br>Attn President or Manager Agent<br>Attn Didi Harkness Director of PR<br>13101 Telecom Drive Suite 100<br>Temple Terrace, FL 33637 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| HR Solutions LLC<br>Attn President or Manager Agent<br>Attn Renee Trepagnier Manager<br>6421 Perkins Road Bldg A Suite 2A<br>Baton Rouge, LA 70808 | $   .00 | Contingent | Unliquidated | Disputed | 81 | 6/1/2020 amended on 6/4/2020 | $185,830.35 | $   .00 | $   .00 | $185,830.35 |
| Hunter Payroll Systems<br>Attn Justin Hunter President<br>6594 Rey Del Sierra Court<br>Sparks, NV 89436 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Home Work Solutions Inc<br>Attn Kathleen Webb President<br>Attn Gary Griffin Controller<br>2 Pidgeon Hill Dr Suite 350<br>Sterling, VA 20165 | $   .00 | Contingent | Unliquidated | Disputed | 165 | 8/25/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Media Data Services Inc<br>Attn President or Manager Agent<br>Attn Oscar Fernandez General Mgr<br>265 Route 46 Suite 206<br>Totowa, NJ 7512 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| iBusinessSolutions Inc<br>Attn David Yohn President<br>7020 Professoinal Pkwy E Suite 100<br>Lakewood Ranch, FL 34240 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 29**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ignite PEO Services LLC Ignite PEO Services Inc (claim filed) Attn Glen Antwiler CEO 1458 Thatch Cir Castle Rock, CO 80109 | $   .00 | Contingent | Unliquidated | Disputed | 50 | 5/15/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |
| Igreen Payroll Inc Attn President or Manager Agent Attn Moseh Horowitz Administrator 5319 16th Ave Brooklyn, NY 11204 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Infiniti HR LLC Attn Scott Smrkovski 3905 National Drive Suite 400 Burtonsville, MD 20866 | $   .00 | Contingent | Unliquidated | Disputed | 66 | 5/22/2020 | $6,259,576.88 | $   .00 | $   .00 | $6,259,576.88 |
| Infiniti Resource Management LLC Attn Clarissa Thompson President 3014 US Highway 301 North  Suite 500 Tampa, FL 33619 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Infinity Payroll Services Inc Attn Jason Slutsky President Attn Michael Peter Russo VP Payroll Services 36 Oswego Street Suite 201 Baldwinsville, NY 13027 | $   .00 | Contingent | Unliquidated | Disputed | 129[17] 169 | 6/1/2020 9/3/2020 | $5,000.00 | $   .00 | $   .00 | $5,000.00 |

[17] Claim 129 appears to be a duplicate of and superseded by Claim 169, each filed for $5,000.00. Further, this claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 30**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Inflection HR LLC<br>Attn Servin Gardner President<br>2204 W Southern Avenue<br>Tempe, AZ 85282 | $    .00 | Contingent | Unliquidated | Disputed | 27 | 5/11/2020 | $28,052.10 | $    .00 | $    .00 | $28,052.10 |
| inFocus Payroll LLC<br>Attn President or Manager Agent<br>Attn Brian Bohley<br>900 Chicago Ave Suite 104<br>Evanston, IL 60202 | $    .00 | Contingent | Unliquidated | Disputed | 96 | 6/3/2020 amended on 6/4/2020 | $12,385.98 | $    .00 | $    .00 | $12,385.98 |
| Innovative Payroll Processing<br>Attn Ahmad Chebbani President CEO<br>12740 W Warren Ave Suite 200<br>Dearbron, MI 48126 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Integrity Bookkeeping LLC<br>Attn Kathryn Ingram President<br>112 S Defiance St Box 86<br>Stryker, OH 43557 | $    .00 | Contingent | Unliquidated | Disputed | 61 | 5/19/2020 | $3,132.18 | $    .00 | $    .00 | $3,132.18 |
| Integrity Outsource LLC<br>Attn Robin Mcentire CEO<br>4222 East Thomas Rd Suite 120<br>Phoenix, AZ 85018-7638 | $    .00 | Contingent | Unliquidated | Disputed | 111 | 6/4/2020 | $188,448.78 | $    .00 | $    .00 | $188,448.78 |
| Integrits Enterprise Solutions LLC<br>Attn Clarence M Carter Jr President CEO<br>5205 Kearny Villa Way Suite 200<br>San Diego, CA 92123 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 31**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Integrated Dynamic Solutions IDS<br>Attn President or Manager Agent<br>Attn Nasrollah Gashtili<br>4930 Balboa Blvd #261638<br>Encino, CA 91426 | $ .00 | | | | | | | $ .00 | $ .00 | $ .00 |
| Integrated Payroll Services Inc<br>Attn John Feaman President<br>19 Crossroad Ct Suite 102<br>Delafield, WI 53018 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Kalter Payroll Services Inc<br>Attn President or Manager Agent<br>Attn Daniel Courtney Manager<br>15302 Central Avenue<br>Chino, CA 91710 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Liberty Payroll Solutions LLC<br>Attn Anthony Azevedo President<br>52-54 Rome St<br>Newark, NJ 07105-3339 | $ .00 | Contingent | Unliquidated | Disputed | 7 | 2/10/2020 | $8,000.00 | $ .00 | $ .00 | $8,000.00 |
| Local Economy LLC<br>Attn James Belanger Partner<br>11 Sandy Ter<br>Portland, ME 04102 | $ .00 | Contingent | Unliquidated | Disputed | 62 | 5/19/2020 | $2,000.00 | $ .00 | $ .00 | $2,000.00 |
| Marathon HR Services LLC<br>Attn Ralph Cimperman President<br>2450 Atlanta Hwy<br>Cumming, GA 30040 | $ .00 | Contingent | Unliquidated | Disputed | 77 | 5/29/2020 | $25,502.12 | $ .00 | $ .00 | $25,502.12 |

**Exhibit B, Page 32**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Marketview Resources Inc<br>Attn Derickson Lawrence CEO<br>149 The Esplanade Suite 100<br>Mount Vernon, NY 10553 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| MassPay Inc<br>Attn President or Manager Agent<br>Attn Jason Maxwell<br>500 Cummings Center Suite 4900<br>Beverly, MA 01915 | $    .00 | Contingent | Unliquidated | Disputed | 114 | 6/4/2020 | $544,862.95 | $    .00 | $    .00 | $544,862.95 |
| Management Administrative Solutions Inc<br>Attn Stacie Neves Vice President<br>7400 E Orchard Road Suite 3055N<br>Greenwood Village, CO 80111 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Management Solutions Inc<br>Attn Stacie Neves Vice President<br>Attn Sasha Overbaugh<br>7400 E Orchard Road Suite 3055N<br>Greenwood Village, CO 80111 | $    .00 | Contingent | Unliquidated | Disputed | 28[18] | 5/13/2020 | $115,171.36 | $    .00 | $    .00 | $115,171.36 |
| Dominion Payroll Services TN LLC<br>Avintus and Midsouth<br>Attn Jason Poling CEO<br>320 Seven Springs Way Suite 300<br>Brentwood, TN 37027 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

---

[18] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 33**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Mint Payroll LLC<br>Attn Sheryl Morehead Ops Manager<br>Attn Todd Udall Partner<br>1528 W Warm Springs Road<br>Henderson, NV 89014 | $   .00 | Contingent | Unliquidated | Disputed | 113[19] | 6/4/2020 | $101,995.83 | $   .00 | $   .00 | $101,995.83 |
| Mize Houser & Company PA<br>Attn President or Manager Agent<br>Attn Sheila Cox QSR PR Manager<br>534 S Kansas Ave Suite 700<br>Topeka, KS 66603 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| My Strategic Payroll LLC<br>Attn Nick Tsismonakis President<br>372 Willis Ave<br>Mineola, NY 11501 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| MoneyWise Payroll Solution<br>Attn Sean Shanks President<br>2401 Hydraulic Rd Suite C<br>Charlottesville, VA 22901 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| National Business Partners Group<br>Attn Joe Power President<br>555 W Granada Blvd Ste C1<br>Ormond Beach, FL 32174 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

[19] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 34**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ronald A Dubois CPA US National Payroll Attn Ronald A Dubois President Owner 1850 General George Patton Drive Suite B Franklin, TN 37067-4600 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| National Payroll Systems Inc Attn Orlando C Williams III President Owner 262 East 3900 South, Suite 113 Salt Lake City, UT 84107-1975 | $   .00 | Contingent | Unliquidated | Disputed | 97 | 6/3/2020 | $172,758.30 | $   .00 | $   .00 | $172,758.30 |
| Governmentjobscom Inc NEOGOV Attn Todd Hutchings VP 300 Continental Blvd Suite 565 El Segundo, CA 90245 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Green Payroll Services Inc (Miriam Horowitz, Owner) Attn President or Manager Agent Attn Miriam Horowitz Owner 1635-43rd Street Brooklyn, NY 11204 | $   .00 | Contingent | Unliquidated | Disputed | 13 | 4/7/2020 | $10,000.00 | $   .00 | $   .00 | $10,000.00 |
| Nicholas H Reach CPA LLC Attn Nick Reach Member Manager 2108 Kohler Memorial Drive Suite 40 Sheboygan, WI 53081 | $   .00 | Contingent | Unliquidated | Disputed | 45[20] 159 | 5/13/2020 7/23/2020 | $2,989.41 | $   .00 | $   .00 | $2,000.00 |

[20] Pursuant to Stipulation [docket 282] and Order [docket 296], Claim 45 disallowed as a duplicate of and superseded by Claim 159, and Claim 159 allowed in reduced amount of $2,000.00.

**Exhibit B, Page 35**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Omega Benefit Strategies LLC Attn Douglas Snoman President 25 Depot Ave Falmouth, MA 2540 | $   .00 | Contingent | Unliquidated | Disputed | 136 | 6/4/2020 | $10,000.00 | $   .00 | $   .00 | $10,000.00 |
| One Pay HR LLC c/o William R Keleher Esq Smidt Reist & Keleher PC 4811-A Hardware Dr NE Suite 4 Alburquerque, NM 87109 | $   .00 | Contingent | Unliquidated | Disputed | 135 | 6/4/2020 | $165,222.38 | $   .00 | $   .00 | $165,222.38 |
| One Source Virtual HR Inc Attn Mark Turner Sec Treas 9001 Cypress Waters Blvd Coppell, TX 75019 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| One Stop Payroll Inc Attn Yung Kim President 620 Contra Costa Blvd Suite 205 Pleasant Hill, CA 94523 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| On-Line Payroll Inc Attn Joe Hines Sole Member Attn Mary Anne Hines Op Manager 1207 Port Echo Lane Bowie, MD 20716 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| One-Time Payroll Services LLC Attn Carmen Barmakian President 2 Winter Street Suite 101 Waltham, MA 2451 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 36**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| OTP Payroll LLC<br>Attn Solomon Frieder Manager Member<br>3 Jackson Ave<br>Spring Valley, NY 10977 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Pacific Staff Management Inc<br>Christina  Nelson President<br>2028 Village Lane Suite 205<br>Solvang, CA 93463 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Arch Resources Group<br>Attn President or Manager Agent<br>Attn Steve Rasmussen PR Manager<br>1000 Bricknell Avenue Suite 610<br>Miami, FL 33131 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Plus Inc<br>PAI Payroll<br>Attn David Castleman President<br>1900 Lamy Lane Suite L<br>Monroe, LA 71201 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Partners in Payroll LLC<br>Attn William Bilo Jr Manager Member<br>160 Conemaugh St<br>One Evian Centre<br>Blairsville, PA 15717 | $    .00 | Contingent | Unliquidated | Disputed | 58 | 5/19/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| PayActiv Inc<br>Ijaz Anwar COO<br>4300 Stevens Creek Blvd Suite 185<br>San Jose, CA 95129 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 37**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| PayBridge LLC<br>Attn Anthony Chiviles Managing Partner<br>13550 Falling Water Drive Suite 325<br>Stongsville, OH 44136 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| PayData Payroll Services Inc<br>Attn Victoria Nadeau-Trahan VP<br>106 Highpoint Center Suite 300<br>Colchester, VT 5453 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Payday Payroll Inc<br>Attn Mike Dozier CFO<br>6465 College Park Square Suite 200<br>Virginia Beach, VA 23464 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Payday Payroll Resources Inc<br>Attn Renee Deal President<br>655 Creek Road<br>Bellmawr, NJ 8031 | $ .00 | Contingent | Unliquidated | Disputed | 94 | 6/2/2020 | $412,880.03 | $ .00 | $ .00 | $412,880.03 |
| Two Shus Inc<br>Paylogic<br>Attn David Hunt Shuster President<br>2843 BrownShore Road Suite 111<br>Louisville, KY 40206 | $ .00 | Contingent | Unliquidated | Disputed | 122 | 6/4/2020 | $88,680.67 | $ .00 | $ .00 | $88,680.67 |
| PayMedia LLC<br>Attn Allan Valvano Managing Member<br>383 Ridgedale Ave Second Floor<br>East Hanover, NJ 07936 | $ .00 | Contingent | Unliquidated | Disputed | 99 | 6/3/2020 | $155,327.37 | $ .00 | $155,327.37 | $ .00 |

**Exhibit B, Page 38**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| PayNorthEast LLC<br>Attn Steve Shouler CEO<br>199 New York Ave<br>Smithtown, NY 11787 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| PayNorthWest LLC<br>Attn Dave Christensen CFO<br>800 Maynard Ave South #208<br>Seattle, WA 98134 | $   .00 | Contingent | Unliquidated | Disputed | 95 | 6/2/2020 | $443,551.57 | $   .00 | $   .00 | $443,551.57 |
| PayPlans Benefits Inc<br>Attn Doug Snowman President<br>25 Depot Ave<br>Falmouth, MA 2540 | $   .00 | Contingent | Unliquidated | Disputed | 139 | 6/4/2020 | $2,500.00 | $   .00 | $   .00 | $2,500.00 |
| Sammons & Head LLC<br>Payroll Plus<br>Attn John Sammons Manager Member<br>2459 Wrighsboro Road<br>Augusta, GA 30904 | $   .00 | Contingent | Unliquidated | Disputed | 54 | 5/18/2020 | $27,701.24 | $   .00 | $   .00 | $27,701.24 |
| Payright Payroll Services Inc<br>Attn Steve McMahon Vice President<br>468 Great Road<br>Acton, MA 1720 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Payroll Ease LLC<br>Attn Hedy Kinney Managing Member<br>46 North Main Street<br>PO Box 476<br>Kent, CT 06757 | $   .00 | Contingent | Unliquidated | Disputed | 79 | 5/28/2020 | $2,000.00 | $   .00 | $   .00 | $2,000.00 |

**Exhibit B, Page 39**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay-Role HR Solutions LLC<br>Attn Kerry Bishop CFO<br>877 W Baxter Drive<br>South Jordan, UT 84095 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Link Inc<br>Attn Mike Demerjian President<br>10251 Trademark St Bldg B<br>Rancho Cucamonga, CA 91730 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Complete Services Inc<br>Payroll NW<br>Attn Rick Smith CEO<br>10000 NE 7th Avenue Suite 402<br>Vancouver, WA 98685 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Solutions Inc<br>Attn Scott Jenkins President<br>6425 Old Plank Road Suite 111<br>High Point, NC 27265 | $    .00 | Contingent | Unliquidated | Disputed | 68 | 5/27/2020 | $232,800.74 | $    .00 | $    .00 | $232,800.74 |
| FocusPay Solutions LLC<br>Payroll Solutions & Benefits LLC<br>Attn President or Manager Agent<br>Attn Becky Snedigar Payroll Manager<br>Attn Donald Gene Chastain Member<br>1820 East University Drive<br>Aubrn, AL 36830 | $    .00 | Contingent | Unliquidated | Disputed | 110 | 6/4/2020 | $448,788.19 | $    .00 | $    .00 | $448,788.19 |

**Exhibit B, Page 40**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Fair Employment Council Inc<br>Paysource TX & PaydayPro<br>Attn Melissa Parker President<br>669 Airport Freeway Suite 107<br>Hurst, TX 76053 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| PaySource Inc<br>PaySource Payroll Solutions<br>Attn Lori Catalano President<br>333 N Cedar Street<br>Escondido, CA 92025 | $    .00 | Contingent | Unliquidated | Disputed | 71 | 5/22/2020 | $2,102.50 | $    .00 | $    .00 | $2,102.50 |
| SBS Payroll<br>Attn President or Manager Agent<br>Attn Leigh Hansen Sr Director of Ops<br>1932 E Deere Ave<br>Santa Ana, CA 92705 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Service Plus<br>Attn Jon Sigman CEO<br>25231 Padeo De Alicia #205<br>Laguna Hills, CA 92653 | $    .00 | Contingent | Unliquidated | Disputed | 127[21] | 6/1/2020 | $5,500.00 | $    .00 | $    .00 | $5,500.00 |
| Payroll Tax Systesm<br>Attn President or Manager Agent<br>Attn Anthony Gonzales<br>1932 E Deere Ave<br>Santa Ana, CA 92705 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

---

[21] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 41**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay USA Inc<br>Attn Janet Fox President<br>1200 High Ridge Road 3rd Floor<br>Stamford, CT 6905 | $    .00 | Contingent | Unliquidated | Disputed | 116 | 6/4/2020 | $71,954.70 | $    .00 | $    .00 | $71,954.70 |
| PBI Payroll<br>Public Bookkeepers Inc<br>Attn Joseph A Giacinto  CEO<br>580 Mineola Avenue<br>Carle Place, NY 11514 | $    .00 | Contingent | Unliquidated | Disputed | 164 | 8/25/2020 | $84,641.47 | $    .00 | $    .00 | $84,641.47 |
| Payroll Control Systems Inc<br>Attn Gregg Cobb President<br>14602 South 4th Drive<br>Phoenix, AZ 85045 | $    .00 | Contingent | Unliquidated | Disputed | 147 | 6/4/2020 | $73,526.26 | $    .00 | $    .00 | $73,526.26 |
| Pen-Cal Administrators Inc<br>Pen-Pay LLC<br>Attn President or Manager Agent<br>Attn Mathew Germeshausen Manager<br>7633 Southfront Road Suite 120<br>Livermore, CA 94551 | $    .00 | Contingent | Unliquidated | Disputed | 184 | 9/25/2020 | $12,500.00 | $    .00 | $12,500.00 | $    .00 |
| Peoplelease LLC<br>Attn Jerry White CFO<br>210 Wingo Way<br>Mt Pleasant, SC 29464 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 42**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| PERNW Inc<br>The People Group<br>Attn Devin Kidman President<br>7150 SW Hampton Street Suite 110<br>Portland, OR 97223 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| P-Five Solutions LLC<br>Attn Amber Pope President<br>2091 Hastings Drive<br>Los Banos, CA 93635 | $    .00 | Contingent | Unliquidated | Disputed | 36[22]<br>65 | 5/14/2020<br>5/21/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| AVL Business Solutions Inc<br>Platinum Group<br>Attn Michael Murphy President<br>200 Swannanoa River Rd<br>Asheville, NC 28805 | $    .00 | Contingent | Unliquidated | Disputed | 5 | 2/4/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| PLC Services LLC<br>Attn Jerry White CFO<br>210 Wingo Way<br>Mt Pleasant, SC 29464 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Poseidon Consultants Inc<br>Payroll Hub (TPC HR/Payroll Consultants)<br>Attn Michael Taff President<br>3129 Tiger Run Ct #219<br>Carlsbad, CA 92010 | $    .00 | Contingent | Unliquidated | Disputed | 50[23]<br>157 | 5/14/2020<br>7/20/2020 | $3,000.00 | $    .00 | $    .00 | $3,000.00 |

[22] Claim 36 appears to be a duplicate of and superseded by Claim 65, each filed for $2,000.00.
[23] Claim 50 appears to be a duplicate of and superseded by Claim 157, each filed for $3,000.00.

**Exhibit B, Page 43**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Pioneer Payroll Services Inc PPSINC Attn Nora Mackay CEO 819 Worcester St Springfield, MA 01151 | $    .00 | Contingent | Unliquidated | Disputed | 10[24] | 2/24/2020 | $2,500.00 | $    .00 | $    .00 | $2,431.10 |
| Payroll4Freecom Attn Marta Mendizabal VP 23297 Commerce Park Beachwood, OH 44122 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll by Professionals Inc Attn John J Hartnett President 1202 Foulk Road Suite D Wilmington, DE 19803 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Pay Day Payroll Inc Attn Jill Cape President 510 N St Joseph Ave Evansville, IN 47712 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Direct Inc Attn Lynn Daniels President 7575 Golden Valley Road Suite 250 Golden Valley, MN 55427 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

[24] Pursuant to Stipulation [docket 264] and Order [docket 268], Claim 10 allowed in reduced amount of $2,431.10.

**Exhibit B, Page 44**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Managepoint ASO Inc<br>Attn David E Day President<br>9119 Otis Ave<br>Indianapolis, IN 46216 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| VC Consulting Services<br>Payday Masters<br>Attn Victor Cabilla President<br>1 Main Street Suite 403<br>Eatontown, NJ 7724 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Press-Gold Payroll LLC<br>Attn Carl Pressman President<br>4510 West 77th Street<br>Edina, MN 55435 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Experts LLC<br>Attn Jason Roth CEO<br>7500 N Dobson Road Suite 201<br>Scottsdale, AZ 85256 | $    .00 | Contingent | Unliquidated | Disputed | 57[25] | 5/19/2020 | $16,825.87 | $    .00 | $    .00 | $16,825.87 |
| PR Financial Services LLC<br>PR Financial<br>Attn President or Manager Agent<br>Attn Donette Yaw PR Financial Manager<br>117 3rd St NW<br>Orange City, IA 51041 | $    .00 | Contingent | Unliquidated | Disputed | 38 | 5/14/2020 | $6,325.65 | $    .00 | $    .00 | $6,325.65 |

---

[25] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 45**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| PrimePay LLC<br>Attn President or Manager Agent<br>Attn Eric Hernandex VP Client Success<br>Attn Edward A Hughes CFO/Member<br>1487 Dunwoody Drive<br>West Chester, PA 19380 | $    .00 | Contingent | Unliquidated | Disputed | 3[26]<br>156 | 1/30/2020<br>7/13/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Pro Data Payroll Services Inc<br>Attn Horacio Lopez President<br>PO Box 8287<br>Gurnee, IL 60031-7013 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Asyre Software<br>Paysystems of America Inc<br>Attn President or Manager Agent<br>Attn Tara Jones Director Ops<br>1321 Murfreesboro Road Suite 100<br>Nashville, TN 37217 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Office of America Inc<br>Attn Debbie Ford VP Operations<br>1855 West State Road Suite 434<br>Longwood, FL 32750 | $    .00 | Contingent | Unliquidated | Disputed | 72 | 5/26/2020 | $179,621.86 | $    .00 | $    .00 | $179,621.86 |
| Profit Builders Inc<br>Attn President or Manger Agent<br>Attn Jami McFall Accounting Manager<br>2872 N Ridge Road Suite 201<br>Wichita, KS 67205 | $    .00 | Contingent | Unliquidated | Disputed | 48 | 5/13/2020 | $20,000.00 | $    .00 | $    .00 | $20,000.00 |

---

[26] Claim 3 appears to be a duplicate of and superseded by Claim 156, each filed for $10,000.00.

**Exhibit B, Page 46**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Professional Payroll Services<br>Attn President or Manger Agent<br>Attn Herbert B Blackburn Treasurer<br>8832 Reading Rd<br>Cincinnati, OH 45215 | $    .00 | Contingent | Unliquidated | Disputed | 140 | 6/10/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Silla Enterprises<br>A-Pro Payroll Systems<br>Attn Jack Kim President<br>1070 Reno Ave<br>Modesto, CA 95351 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Precise Payroll LLC<br>Attn Samantha Gage President<br>366 Easton Rd Unit H<br>Warrington, PA 18976 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Keller & Owens LLC<br>Payroll Partners Plus<br>Attn President or Manager Agent<br>Attn Ladena Henry Supervisor<br>10955 Lowel Ave Suite 800<br>Overland Park, KS 66210 | $    .00 | Contingent | Unliquidated | Disputed | 64 | 5/19/2020 | $2,750.00 | $    .00 | $ 750.00 | $2,000.00 |
| Payroll Perfect Inc<br>Attn Karl Holley President<br>1206 West South Jordan Parkway<br>Suite A South<br>South Jordan, UT 84095 | $    .00 | Contingent | Unliquidated | Disputed | 100[27] | 6/3/2020 | $385,754.14 | $    .00 | $    .00 | $385,754.14 |

---

[27] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 47**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Plus Inc<br>Attn John J Hettwer President<br>19300 Statesville Rd Suite 302<br>Cornelius, NC 28031 | $ .00 | Contingent | Unliquidated | Disputed | 145[28] | 6/8/2020 | $15,000.00 | $ .00 | $ .00 | $15,000.00 |
| PayPros HCS<br>Attn President or Manager Agent<br>Attn Rhonda Champion CEO<br>2144 Chapman Road<br>Chattanoga, TN 37421 | $ .00 | Contingent | Unliquidated | Disputed | 162 | 8/12/2020 | $5,000.00 | $ .00 | $ .00 | $5,000.00 |
| PayPros Inc<br>Attn President or Manager Agent<br>Attn Jeff Salvatore General Manager<br>1007 Pathfinder Way Suite 110<br>Rockledge, FL 32955 | $ .00 | Contingent | Unliquidated | Disputed | 115[29] | 6/4/2020 | $145,650.46 | $ .00 | $ .00 | $145,650.46 |
| Payroll Pros LLC<br>Attn Larry Roberts CEO<br>970 Windham Ct Suite 9<br>Boardman, OH 44512 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Payroll Services LLC<br>Attn Jonathan Pocius Member<br>Attn Jessica Droneburg Opr Manager<br>103 South Caroll St 3rd FL<br>Frederick, MD 21701 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

[28] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.
[29] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 48**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Premier Employer Services<br>Mr JR Holdings Inc<br>Attn Roger Hays President<br>88 Inverness Circle E Suite A-212<br>Englewood, CO 80112 | $    .00 | Contingent | Unliquidated | Disputed | 167[30] | 8/31/2020 | $8,000.00 | $    .00 | $8,000.00 | $    .00 |
| Professional Outsourcing Solutions Inc<br>Attn Mayet Alegria President<br>970 W. 190th St., Suite 920,<br>Torrance, CA 90502 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Pay-Tech Inc<br>Tab Associates<br>Attn Rene Brofft President<br>3420 E Shea Blvd Ste 170<br>Phoenix, AZ 85028 | $    .00 | Contingent | Unliquidated | Disputed | 26 | 5/11/2020 | $38,571.02 | $    .00 | $38,571.02 | $    .00 |
| Pursers Office Inc<br>Attn Rollyn C Trueblood President<br>1050 Industrial Dr Suite 110<br>Middletown, DE 19709 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Paymaster Inc<br>Attn President or Manager Agent<br>Attn Steve Bolin Director of Ops<br>550 West Merrill Street Suite 220<br>Brimingham, MI 48009 | $    .00 | Contingent | Unliquidated | Disputed | 102 | 6/3/2020 | $108,138.89 | $    .00 | $    .00 | $108,138.89 |

[30] Claim 167 asserts a priority classification under 507(a)(4) {wages}. The Debtor disputes any priority classification on Claim 167 as claimant is not an employee of the Debtor that is owed wages.

**Exhibit B, Page 49**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Pay Solutions LLC<br>Attn Marti Klaus Manager Member<br>623 Hayes Ave<br>Cuyahoga Falls, OH 44221 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| QTS Payroll Services Inc<br>Attn President or Manager Agent<br>Attn Rick Eddins Ops Supervisor<br>8170 W Sahara Avenue Suite 100<br>Las Vegas, NV 89117-1981 | $    .00 | Contingent | Unliquidated | Disputed | 63[31] | 5/19/2020 | $100,000.00 | $    .00 | $    .00 | $96,250.94 |
| Quanta LLC<br>Attn President or Manager Agent<br>Attn Drew Fasseus Director of Ops<br>10469 Cinderella Drive<br>Cincinnati, OH 45242 | $    .00 | Contingent | Unliquidated | Disputed | 34 | 5/14/2020 | $5,000.00 | $    .00 | $    .00 | $5,000.00 |
| Rehmann Group LLC<br>Attn President or Manager Agent<br>Attn Roger Webster Director of HR Out<br>5800 Gratiot Suite 201<br>Saginaw, MI 48638 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| RenderHR LLC<br>Attn John Colagrande President CEO<br>4323 Vivant Way<br>Palm Springs, CA 92262 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

---

[31] Pursuant to Stipulation [docket 280] and Order [docket 297], Claim 63 allowed in reduced amount of $96,250.94.

## Exhibit B, Page 50

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Segue HR LLC<br>Attn President or Manager Agent<br>Attn Michael Schaffer<br>1661 International Drive Suite 360<br>Memphis, TN 38120 | $    .00 | Contingent | Unliquidated | Disputed | 138 | 6/4/2020 | $155,997.63 | $    .00 | $139,288.77 | $16,708.86 |
| Shepherd Business Solutions Inc<br>Attn Tom Bradburn President<br>11430 Johnston Dr<br>Pensacola, FL 32543 | $    .00 | Contingent | Unliquidated | Disputed | 47 | 5/13/2020 | $16,536.00 | $    .00 | $    .00 | $16,536.00 |
| Shift Human Capital Management<br>Attn Kirk Flagg - In-House Counsel<br>1 Venture Suite 150<br>Irvine, CA 92618 | $    .00 | Contingent | Unliquidated | Disputed | 83 | 5/28/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Shift Pixy Inc<br>Attn Kirk Flagg - In-House Counsel<br>1 Venture Suite 150<br>Irvine, CA 92618 | | | | | 84 | 5/28/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Shift Pixy Inc<br>Attn Robert Gans<br>1 Venture Suite 150<br>Irvine, CA 92618 | | | | | 168 | 9/9/2020 | $220,000.00 | $    .00 | $    .00 | $220,000.00 |
| Shore Payroll Solutions<br>Attn Brian Penevolpe Partner Manager<br>342 Atlantic City Blvd<br>Beachwood, NJ 08722 | $    .00 | Contingent | Unliquidated | Disputed | 128 | 6/1/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |

**Exhibit B, Page 51**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| SHS Payroll LLC<br>Attn Steven H Suissa President<br>131 Rollins Ave #2<br>Rockville, MD 20852 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Simplified Employer Solutions LLC<br>Attn President or Manager Agent<br>Attn Thomas Peter Corinti<br>9401 N Armenia Ave<br>Tampa, FL 33612 | $    .00 | Contingent | Unliquidated | Disputed | 151 | 6/25/2020 | $4,000.00 | $    .00 | $    .00 | $4,000.00 |
| Harry Lawn Service<br>c/o Simplified Employer Solutions LLC<br>Attn President or Manager Agent<br>Attn Thomas Peter Corinti<br>9401 N Armenia Ave<br>Tampa, FL 33612 | | | | | 152[32] | 6/25/2020 | $1,211.27 | $    .00 | $1,211.27 | $    .00 |
| Roberts Automotive Inc<br>c/o Simplified Employer Solutions LLC<br>Attn President or Manager Agent<br>Attn Thomas Peter Corinti<br>9401 N Armenia Ave<br>Tampa, FL 33612 | | | | | 153[33] | 6/25/2020 | $5,053.31 | $    .00 | $5,053.31 | $    .00 |
| A Guardians of Hope<br>c/o Simplified Employer Solutions LLC<br>Attn President or Manager Agent<br>Attn Thomas Peter Corinti<br>9401 N Armenia Ave<br>Tampa, FL 33612 | | | | | 154 | 6/25/2020 | $ 501.43 | $    .00 | $ 501.43 | $    .00 |

[32] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

[33] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 52**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| SinglePoint Inc Information Dynamics Inc Attn President or Manager Agent Attn Chuck Madden 4006 N Keystone Avenue Indianapolis, IN 46205-2834 | $    .00 | Contingent | Unliquidated | Disputed | 149[34] 163 | 6/10/2020 8/20/2020 | $2,580.90 | $    .00 | $    .00 | $2,580.90 |
| Socal Payroll Services LLC Attn Jacob Shaw CIO 5455 Wilshire Blvd Suite 1710 Los Angeles, CA 90036 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Solex Payroll Systems Inc Attn Matthew Kaplan President 907 Park Street Stoughton, MA 02072 | $    .00 | Contingent | Unliquidated | Disputed | 117 | 6/4/2020 | $1,228,245.88 | $    .00 | $    .00 | $1,228,245.88 |
| Solid Business Solutions LLC Attn Robert Colemenareis CEO President 1819 First Oaks Street #160 Richmond, TX 77406 | $    .00 | Contingent | Unliquidated | Disputed | 39 | 5/15/2020 | $65,195.94 | $    .00 | $    .00 | $65,195.94 |
| SourceOne Payroll Services Inc Attn Robert Yegenhiaian CEO 43141 Business Center Pkw Suite 108 Lancaster, CA 93535 | $    .00 | Contingent | Unliquidated | Disputed | 118 | 6/4/2020 | $116,323.14 | $    .00 | $    .00 | $116,323.14 |

[34] Claim 149 appears to be a duplicate of and superseded by Claim 163, each filed for $2,580.90. Further, this claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 53**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Spectrum Employee Services Inc<br>Attn D John Davis Jr President<br>2762 Continental Dr Suite 201<br>Baton Rouge, LA 70808 | $  .00 | Contingent | Unliquidated | Disputed | 19 | 5/6/2020 | $46,593.67 | $  .00 | $  .00 | $46,593.67 |
| Stewardship Payroll Services LLC<br>Attn Chad Schavey CFO<br>15215 Endeavor Drive<br>Noblesville, IN 46060 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |
| Streamline Payroll LLC<br>Attn Kristi Keiser COO<br>1 North Wilson Ave Suite 4<br>Bristol, PA 19007 | $  .00 | Contingent | Unliquidated | Disputed | | | | $  .00 | $  .00 | $  .00 |
| SyncHR Inc<br>Attn President or Manager Agent<br>Attn Kelly McAllister Sr Manager<br>1601 Wewatta Street Suite 750<br>Denver, CO 80202−8020 | $  .00 | Contingent | Unliquidated | Disputed | 90 | 6/2/2020 | $4,822.92 | $  .00 | $4,822.92 | $  .00 |
| SyncHR Inc<br>Attn President or Manager Agent<br>Attn Kelly McAllister Sr Manager<br>1601 Wewatta Street Suite 750<br>Denver, CO 80202−8020 | $  .00 | | | | 107 | 6/4/2020 | $3,059.53 | $  .00 | $  .00 | $3,059.53 |

**Exhibit B, Page 54**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| SyncHR Inc<br>Attn President or Manager Agent<br>Attn Kelly McAllister Sr Manager<br>1601 Wewatta Street Suite 750<br>Denver, CO 80202−8020 | $   .00 | | | Disputed | 124[35] | 6/4/2020 | $19,500.00 | $   .00 | $   .00 | $19,500.00 |
| Syndeo Ourtsourcing LLC<br>Attn President or Manager Agent<br>Attn Todd Matheny Director Acct<br>3504 N Great Plains Dr Suite 200<br>Wichita, KS 67207 | $   .00 | Contingent | Unliquidated | Disputed | 130 | 6/1/2020 | $83,830.81 | $   .00 | $   .00 | $83,830.81 |
| TAG Employer Services LLC<br>Attn Jack Biltis President<br>20815 N Cave Creek Road<br>Phoenix, AZ 85024 | $   .00 | Contingent | Unliquidated | Disputed | 121 | 6/4/2020 | $52,131.65 | $   .00 | $   .00 | $52,131.65 |
| Des Dawn Corporation<br>Taxco Business Service Inc<br>Attn President or Manager Agent<br>Attn Trai Carr EVP<br>3958 Atlantic Ave<br>Long Beach, CA 90807 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| The Payroll Office Inc<br>Attn Steve Kuczka President<br>5600 Morganford Road<br>St Louis, MO 63116 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

[35] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 55**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| The Payroll Professionals Inc<br>Attn President or Manager Agent<br>Attn Sherry Boggs Operations ACH<br>500 NE Spanish River Blvd Suite 14<br>Boca Raton, FL 33431 | $    .00 | Contingent | Unliquidated | Disputed | 49 | 5/14/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |
| Time & Pay Inc<br>Attn President or Manager Agent<br>Attn Kristie Ayers Director of Ops<br>108 N Boone Street<br>Johnson City, TN 37604 | $    .00 | Contingent | Unliquidated | Disputed | 144 | 6/8/2020 | $9,511.53 | $    .00 | $    .00 | $9,511.53 |
| TimePays CEOS Corporation<br>Attn Scott Johnson President<br>12 Welch Ave Suite 7<br>Stoughton, MA 02072 | $    .00 | Contingent | Unliquidated | Disputed | 25 | 5/11/2020 | $15,123.26 | $    .00 | $    .00 | $15,123.26 |
| Total HCM Inc<br>Attn Eric Chen CFO<br>2707 E Valley Blvd Suite 302<br>West Covina, CA 91792 | $    .00 | Contingent | Unliquidated | Disputed | 131 | 6/1/2020 | $10,000.00 | $    .00 | $    .00 | $10,000.00 |
| Triangle Payroll<br>Attn Deana Moore President<br>128 Clairton Blvd<br>Pittsburgh, PA 15236 | $    .00 | Contingent | Unliquidated | Disputed | 69 | 5/22/2020 | $4,857.62 | $    .00 | $    .00 | $4,857.62 |
| Tristate Employers Group Inc<br>Attn Mary Jo Moore President<br>4150 Alexandria PK Suite 114<br>Cold Spring, KY 41076 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 56**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Tripco Inc<br>Payrite<br>Attn Robert J Benard President<br>6300 Twenty-Two Mile Road Suite 3<br>Shelby Township, MI 48317 | $   .00 | Contingent | Unliquidated | Disputed | 15 | 4/29/2020 | $55,488.15 | $   .00 | $   .00 | $55,488.15 |
| IEM of Flordia LLC<br>Unify Employee<br>Attn Carlos Diaz Managing Partner<br>10446 NW 31 Terrace<br>Miami, FL 33172 | $   .00 | Contingent | Unliquidated | Disputed | 98[36] | 6/3/2020 | $1,111,407.76 | $   .00 | $   .00 | $1,111,407.76 |
| Unify Payroll LLC<br>Attn David Fry Manager Member<br>185 N College Ave 2nd Floor<br>Fort Collins, CO 80524 | $   .00 | Contingent | Unliquidated | Disputed | 142 | 6/5/2020 | $9,094.48 | $   .00 | $   .00 | $9,094.48 |
| Union Payroll Solutions<br>Attn Kenneth Hrin President<br>8000 Sagemore Drive Suite 8203<br>Marlton, NJ 08053 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| UPSOH Inc<br>Attn Bruce Baughman President<br>2718 Wayne Avenue Ste 105<br>Dayton, OH 45420 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

[36] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 57**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Valiant Payroll Services Inc Trackforce Valiant Attn President or Manager Agent Attn Bryan Koehler CFO 260 Crossways Park Drive Woodbury, NY 11797 | $    .00 | Contingent | Unliquidated | Disputed | 123[37] | 6/4/2020 | $2,097,531.39 | $    .00 | $    .00 | $2,097,531.39 |
| Valiant Payroll Services Inc Trackforce Valiant Attn President or Manager Agent Attn Heather Softy Tax Bank Mgr 260 Crossways Park Drive Woodbury, NY 11797 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Valiant Payroll Services Inc Trackforce Valiant Attn President or Manager Agent Attn Debra Foster Senior Administrator 260 Crossways Park Drive Woodbury, NY 11797 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Verde Human Capital LLC c/o Thomas A Buford Esq 601 Union Street Suite 5000 Seattle, WA 98101 | | | | | 120 | 6/4/2020 | $1,095,483.29 | $    .00 | $    .00 | $1,095,483.29 |
| Vertex Payroll Corp Attn John Sansou President 3230 E Imperial Hwy Ste 205 Brea, CA 92821-6791 | $    .00 | Contingent | Unliquidated | Disputed | 125 | 6/4/2020 | $2,000.00 | $    .00 | $    .00 | $2,000.00 |

---

[37] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 58**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Vertisource Inc (VertiSourceHR) Attn Samuel Howell CFO 6985 Union Park Center Suite 100 Cottonwood Heights, UT 84047 | $ .00 | Contingent | Unliquidated | Disputed | 141[38] | 6/4/2020 | $20,000.00 | $ .00 | $ .00 | $20,000.00 |
| Workforce Benefit Solutions LLC Attn President or Manager Agent Attn Brian Lambert 4875 S Sherwood Forest Blvd Suite D Baton Rouge, LA 70816 | $ .00 | Contingent | Unliquidated | Disputed | 55 | 5/18/2020 | $42,388.20 | $ .00 | $ .00 | $42,388.20 |
| Webb Payroll Service Inc Attn Sherry K Webb President 2550 Decatur Hwy Gardendale, AL 35071 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Web Payroll & Tax Solutions Attn Cynthia Mata Partners Manager 13526 George Road Suite 100 San Antonio, TX 78230 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Wiggins Payroll Inc Attn Clinton Wiggins President 1301 West Chester Pike West Chester, PA 19382 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

---

[38] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 59**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Wise Choice Incorporated Attn President or Manager Agent Attn Statney Lattin Finance Coor 711 E Wardlow Road #203 Long Beach, CA 90807 | $    .00 | Contingent | Unliquidated | Disputed | 22 | 5/9/2020 | $5,000.00 | $    .00 | $    .00 | $5,000.00 |
| World Data Solutions Restaurant Solutions Inc Attn Christine Dragoo CFO 1101 W Mineral Ave Suite 200 Littleton, CO 80120 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Business Workplace Solutions LLC WSP Payroll Services Attn Alicia Martin VP 1601 Elm Street Suite 4310 Dallas, TX 75201 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Win3 Inc Attn President or Manager Agent Attn Tara Bryant Director Finance 1055 West Maple Road Clawson, MI 48017 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| WindsorKent Inc Attn Michael Monte CEO 7700 N Kendall Drive Miami, FL 33156 | $    .00 | Contingent | Unliquidated | Disputed | 103 | 6/3/2020 | $81,080.13 | $    .00 | $    .00 | $81,080.13 |
| Wurkforce Inc Wurk Attn President or Manager Agent Attn Mark Sajn Director of Imple 1550 Larimer St #154 Denver, CO 80202 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 60**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Xponent HR Solutions<br>Attn President or Manager Agent<br>Attn Lavina Watkins Ops Director<br>14500 N Northsight Blvd Suite 108<br>Scottsdale, AZ 85260 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Yarmouth Payroll Plus Inc<br>Attn Sue E Stull President<br>245 Main Street<br>Yarmouth, ME 04096 | $    .00 | Contingent | Unliquidated | Disputed | 146 | 6/3/2020 | $75,517.82 | $    .00 | $    .00 | $75,517.82 |
| Zuma Payroll Solutions<br>Attn Christopher Caputo COO<br>175 Broadhollow Rd Suite 190<br>Melville, NY 11747 | $    .00 | Contingent | Unliquidated | Disputed | 35 | 5/14/2020 | $78,479.25 | $    .00 | $    .00 | $78,479.25 |
| Nealis Engineering<br>c/o James S Green Sr Esq<br>Seitz Van Ogtrop & Gree PA<br>222 Delaware Avenue Suite 1500<br>Wilmington, DE 19801 | $    .00 | | | | 52 | 5/18/2020 | $20,016.11 | $    .00 | $    .00 | $20,016.11 |
| WA Bragg & Co<br>c/o James S Green Sr Esq<br>Seitz Van Ogtrop & Gree PA<br>222 Delaware Avenue Suite 1500<br>Wilmington, DE 19801 | $    .00 | | | | 53 | 5/18/2020 | $34,547.77 | $    .00 | $    .00 | $34,547.77 |
| Janice Marsh as Chapter 7 Trustee<br>for Accept Solar<br>210 Park Avenue No 356<br>Worcester, MA 01609 | $    .00 | | | | 88 | 6/1/2020 | $28,953.25 | $    .00 | $    .00 | $28,953.25 |

**Exhibit B, Page 61**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Services Inc dba Southwestern Payroll c/o Michael A Kornstein Esq Cooper Erving & Savage LLP 39 N Pearl Street 4th Fl Albany, NY 12207 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Payroll Services Inc dba Southwestern Payroll c/o Andrew C Jayne Esq Baum Glass Jayne & Carwile Mid-Continent Tower 401 S Boston Ave Ste 2300 Tulsa, OK 74103-4029 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Canfield Funding LLC dba Millennium Funding c/o Brian J Butler Esq Clifford G Tsan Esq Bond Schoeneck & King PLLC One Lincoln Center Syracuse, NY 13202-1355 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Canfield Funding LLC dba Millennium Funding c/o Richard A Grimm III Esq Magavern Magavern Grimm LLP 1100 Rand Building 14 Lafayette Square Buffalo, NY 14203 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Michael Mann; MyPayrollHR LLC fka Cloud Payroll LLC; Valuewise Corporation; Ross Personnel Consultants Inc c/o Michael L Koenig Esq Hinckley Allen 30 South Pearl Street Ste 901 Albany, NY 12207 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 62**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Essque Inc dba Heutmaker Business Advisors<br>c/o John Heutmaker<br>10700 Normandale Blvd Ste 202<br>Bloomington, MN 55437 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| P2Bi Holdings LLC<br>P2Binvestor<br>P2Binvestor Incorporated<br>c/o Jason Brown Esq<br>Joanna Chan Esq<br>Cohen & Gresser LLP<br>800 Third Avenue<br>New York, NY 10022 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Veleta Stevens et al<br>c/o Nicholas A Coulson Esq<br>Steven D Liddle Esq<br>Liddle and Dubin PC<br>975 East Jefferson Ave<br>Detroit, MI 48207 | $    .00 | | | | 172 | 9/10/2020 | $5,000,000.00 | $    .00 | $    .00 | $5,000,000.00 |
| Webb Payroll Service Inc et al<br>c/o Francis J Casey Flynn Jr Esq<br>Law Office of Francis J Flynn Jr<br>422 S Curson Ave<br>Los Angeles, CA 90036 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Webb Payroll Service Inc et al<br>c/o John A Yanchunis Esq<br>Jonathan B Cohen Esq<br>Morgan & Morgan Complex Litigation Group<br>201 N Franklin Street 7th Fl<br>Tampa, FL 33617 | $    .00 | | | | 85 | 6/1/2020 | $5,000,000.00 | $    .00 | $    .00 | $5,000,000.00 |

**Exhibit B, Page 63**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarah Simmons et al<br>Aaron McAllister ROI-IT LLC<br>c/o Lawrence J Semenza III Esq<br>Christopher D Kircher Esq<br>Jarrod L Rickard Esq<br>Katie L Cannata Esq<br>Semenza Kircher Rickard<br>10161 Park Run Dr Ste 150<br>Las Vegas, NV 89145 | $    .00 | | | | 175 | 9/10/2020 | $5,000,000.00 | $    .00 | $    .00 | $5,000,000.00 |
| Brigitte Jones et al<br>c/o David L Meyerson Esq<br>1400 Rockefeller Bldg<br>614 W Superior Avenue<br>Cleveland, OH 44113 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Brigitte Jones et al<br>c/o Shaun H Kedir Esq<br>101 W Prospect Ave Ste 1600<br>Cleveland, OH 44115 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Alpha Payroll Services LLC<br>c/o Barnaby Grzaslewicz Esq<br>Donna Lynn Culver Esq<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899 | $    .00 | | | | 112[39] | 6/4/2020 | $75,246.74 | $    .00 | $    .00 | $70,142.70 |
| Clockwork Systems Inc<br>dba  APS<br>c/o Julie M O'Dell Esq<br>Wilks Law LLC<br>4250 Lancaster Pike Ste 200<br>Wilmington, DE 19805 | $    .00 | | | | 105[40] | 6/4/2020 | $25,786.44 | $    .00 | $    .00 | $25,786.44 |

[39] Pursuant to Stipulation [docket 285] and Order [docket 295], Claim 112 allowed in reduced amount of $70,142.70.
[40] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 64**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| PayMasters Inc<br>Attn Steve Bolin<br>550 Merrill Street Suite 220<br>Birmingham, MI 48009 | $   .00 | | | | 102 | 6/3/2020 | $108,138.89 | $   .00 | $   .00 | $108,138.89 |
| Verde Human Capital LLC dba OneMint<br>c/o Daniel Weiskopf Esq<br>McNaul Ebel Nawrot & Helgren PLLC<br>600 University Street Ste 2700<br>Seattle, WA 98101-3143 | $692,557.86 | Contingent | Unliquidated | Disputed | | | | | | $692,557.86 |
| C&J Associates Inc dba Pinnacle Workforce Solutions<br>Anderson Registered Agents<br>Agents for C&J Associates Inc dba Pinnacle Workforce Solutions<br>3225 McLeod Drive #110<br>Las Vegas, NV 89121 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Rivetna Architects Inc<br>Attn Cyrus Rivetna President<br>340 E Randolph St Suite 505<br>Chicago, IL 60601 | $   .00 | Contingent | Unliquidated | Disputed | 183 | 9/22/2020 | $2,148.87 | $   .00 | $   .00 | $2,148.87 |
| Omni Post Frame Buildings Inc<br>Attn Dan Crusinbery President<br>141 South Main Street<br>Blissfield, MI 49228 | | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

# Exhibit B, Page 65

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Houston HPC Services Inc<br>Attn President or Manager Agent<br>12103 Boheme Drive<br>Houton, TX 77024 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Christopher Ranch LLC<br>Attn President or Manager Agent<br>305 Bloomfield Avenue<br>Gilroy, CA 95020 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Robert D Wesenberg dba<br>Roberts Auto Repair<br>234 Ramona Avenue<br>Monterey, CA 93940 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Da Giovanni Inc<br>Attn President or Manager Agent<br>25138 Cabrillo Hwy<br>Carmel, CA 93923 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Rudisill Construction Company<br>Attn President or Manager Agent<br>1114 Airport Road<br>Monterey, CA 93940 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| DVK Integrated Services Inc<br>Attn President or Manager Agent<br>1570 The Alameda Suite 216<br>San Jose, CA 95126 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 66**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Brian H Gunn Esq<br>Wofle & Wyman LLP<br>2175 N California Blvd Ste 645<br>Walnut Creek, CA 94596-3502 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Kevin Handford dba<br>Handfornd Insurance Services<br>Attn President or Manager Agent<br>7 Hotel Street<br>Warrenton, VA 20186 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| F2M Hospitality LLC<br>Attn President or Manager Agent<br>2100 McKinney Avenue<br>Suite 1600<br>Dallas, TX 75201 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Peninsula Woodworks Inc<br>Attn President or Manager Agent<br>1114 Airport Road<br>Monterey, CA 93940 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Chester Family Chiropractic Center PC<br>Attn President or Manager Agent<br>4700 Buckingham Court<br>Chester, VA 23831 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| NPW Contracting Inc<br>Attn President or Manager Agent<br>444 Santa Fe Drive<br>Denver, CO 80204 | $   .00 | Contingent | Unliquidated | Disputed | 166 | 8/21/2020 | $38,751.98 | $   .00 | $36,045.17 | $2,706.81 |

**Exhibit B, Page 67**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DYI Properties Inc<br>Attn President or Manager Agent<br>1732 Fremont Blvd Suite 200A<br>Seaside, CA 93955 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Michael Henry dba<br>Wilderness Equine Therapy<br>PO Box 5235<br>Vacaville, CA 95696 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Northminster United Presbyterian Church Inc<br>Attn President or Manager Agent<br>315 E Alvin Drive<br>Salinas, CA 93906 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Baton Rouge Soccer Association<br>Attn President or Manager Agent<br>142 Lobdell Avenue<br>Baton Rouge, LA 70806 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| R & D Precision Manufacturing Inc<br>Attn President or Manager Agent<br>800 Faulstich Court<br>San Jose, CA 95112 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| First United Methodist Church<br>Attn President or Manager Agent<br>404 Lincoln Avenue<br>Salinas, CA 93901 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 68**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Ellis & Adams Inc<br>Attn President or Manager Agent<br>5401 Scotts Valley Drive<br>Scotts Valley, CA 95066 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| SD Diagnostics Inc<br>Attn President or Manager Agent<br>Attn Julie Golich<br>5471 Kearny Villa Rd Ste 200<br>San Diego, CA 92123 | $   .00 | Contingent | Unliquidated | Disputed | 181 | 9/16/2020 | $4,968.00 | $   .00 | $   .00 | $4,968.00 |
| Sleep Data Holdings LLC<br>Attn President or Manager Agent<br>Attn Julie Golich<br>5471 Kearny Villa Rd Ste 200<br>San Diego, CA 92123 | $   .00 | Contingent | Unliquidated | Disputed | 179 | 9/16/2020 | $45,359.00 | $   .00 | $   .00 | $45,359.00 |
| Todd Morgan Dental Corporation<br>Attn President or Manager Agent<br>Attn Julie Golich<br>5471 Kearny Villa Rd Ste 200<br>San Diego, CA 92123 | $   .00 | Contingent | Unliquidated | Disputed | 182 | 9/16/2020 | $ 402.00 | $   .00 | $   .00 | $ 402.00 |
| Optisom LLC<br>Attn President or Manager Agent<br>Attn Julie Golich<br>5471 Kearny Villa Rd Ste 200<br>San Diego, CA 92123 | $   .00 | Contingent | Unliquidated | Disputed | 180 | 9/16/2020 | $40,495.00 | $   .00 | $   .00 | $40,495.00 |
| Old Stage Greenhouse<br>Attn President or Manager Agent<br>24999 Potter Road<br>Salinas, CA 93908 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 69**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Green Valley Floral Co Inc<br>Attn President or Manager Agent<br>24999 Potter Road<br>Salinas, CA 93908 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| HLC Enterprises LLC<br>Attn President or Manager Agent<br>PO Box 458<br>Canon City, CO 81212 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Salinas Valley Wax Paper Company Inc<br>Attn President or Manager Agent<br>1111 Abbott Street<br>Salinas, CA 93901 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Lutheran Church of the Good Shepherd<br>Attn President or Manager Agent<br>580 Larkin Street<br>Salinas, CA 93907 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Northern Salinas Valley Mosquito Abatement District<br>Attn President or Manager Agent<br>342 Airport Blvd<br>Salinas, CA 93605 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| AR Tart LLC<br>Attn President or Manager Agent<br>3665 Stanton Street<br>Philadelphia, PA 19129 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

**Exhibit B, Page 70**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| All Saints Episcopal Church<br>Attn President or Manager Agent<br>PO Box 1296<br>Ninth St at Dolores Avenue<br>Carmel, CA 93921 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| J&J Lundstrom Brothers Inc<br>Attn President or Manager Agent<br>226 Phelan Avenue Suite A<br>San Jose, CA 95112 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Britannia Arms of Monterey Inc<br>Attn President or Manager Agent<br>444 Alvarado Street<br>Monterey, CA 93940 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Polcraft Engineering Inc<br>c/o Monique Jewett-Brewster Esq<br>Hopkins & Carley<br>70 S 1st St<br>San Jose, CA 95113 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Property Partners Inc dba<br>Remax Real Estate Group<br>Attn President or Manager Agent<br>13626 Perkins Road<br>Baton Rouge, LA 70810 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Ozark South Central Insurance Co Inc<br>Attn President or Manager Agent<br>3040 Ray Weiland Drive<br>Baker, LA 70714 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 71**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| New Orleans Habitat for Humanity Inc<br>Attn President or Manager Agent<br>2900 Elysian Fields<br>New Orleans, LA 70122 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Plantation Tire & Car Care Inc<br>Attn President or Manager Agent<br>3251 Drusilla Lane<br>Baton Rouge, LA 70809 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Bayou Country Club Inc<br>Attn President or Manager Agent<br>900 Country Club<br>Thibodaux, LA 70301 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Toni L Lathrop-Lee dba<br>Straight Line Stripping & Painting<br>95-1249 Meheula Pkwy Ste 140<br>Mililani, HI 96789 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Red Carpet Car Wash LLC<br>Attn President or Manager Agent<br>18622 Santa Maria Drive<br>Baton Rouge, LA 70809 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| San Jose Christian Alliance Church<br>Attn President or Manager Agent<br>2360 McLaughlin Avenue<br>San Jose, CA 95122 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 72**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Creative Labels Inc<br>Attn President or Manager Agent<br>6670 Silacci Way<br>Gilroy, CA 95020 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Pacific Diversified Insurance Services Inc<br>c/o Daniel J Muller Esq<br>Ventura Rossi Hersey & Muller LLP<br>1506 Hamilton Ave<br>San Jose, CA 95125-4539 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Horwath & Co Inc<br>Attn President or Manager Agent<br>PO Box 58<br>Gonzales, CA 93926 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Kathleen Brady<br>700 Fernwood Avenue<br>Monterey, CA 93940 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Rowe Law Firm LLC<br>Attn President or Manager Agent<br>5157 Bluebonnet Blvd<br>Baton Rouge, LA 70817 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| BFM Corporation LLC<br>Attn President or Manager Agent<br>534 Williams Blvd<br>Kenner, LA 70062 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 73**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| DeJean Law Office LLC<br>Attn President or Manager Agent<br>604 St Ferdinand Street<br>Baton Rouge, LA 70802 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Elias Memon<br>3964 Rivermark Plaza<br>Santa Clara, CA 95054 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Sameera Memon<br>3964 Rivermark Plaza<br>Santa Clara, CA 95054 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Hickory Chicks Harahan LLC<br>Attn Ryan E Beasley Sr Esq<br>900 Camp St Ste 454<br>New Orleans, LA 70130 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Jambalaya Shoppe by<br>Kyle Suire LLC<br>Attn President or Manager Agent<br>9634 Airline Hwy Suite F5<br>Baton Rouge, LA 70815 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| I55 Home Center LLC<br>Attn President or Manager Agent<br>41539 W I-55 Service Road<br>Hammond, LA 70403 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 74**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Robert Knowlton LLC<br>Attn President or Manager Agent<br>Attn Robert Knowlton<br>610 Wadsworth Ave<br>Philadelphia, PA 19119 | $    .00 | Contingent | Unliquidated | Disputed | 161 | 8/6/2020 | $ 800.00 | $    .00 | $    .00 | $ 800.00 |
| Jackie Moore Private Sitting Service LLC<br>Attn President or Manager Agent<br>PO Box 82624<br>Baton Rouge, LA 70884 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Shrimp and Grits Clothing LLC<br>Attn President or Manager Agent<br>3019 Ainsley Lane<br>Belmont, NC 28012 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Mario A. Diaz dba<br>Carniceria La Barata<br>217 Broadway<br>King City, CA 93930 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Self Made Inc<br>Attn President or Manager Agent<br>274 Redwood Shores Pkwy<br>Redwood City, CA 94065 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Casa Sorrento Inc<br>Attn President or Manager Agent<br>393 Salinas Street<br>Salinas, CA 93901 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 75**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| San Juan Oaks LLC c/o Christine O Breen Breen Law Firm PC 330 Tres Pinos Rd Suite F8-4 Hollister, CA 95023 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Personal Touch Properties LLC Attn President or Manager Agent 8056 Walden Road Baton Rouge, CA 70808 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Mickel Construction Inc Attn President or Manager Agent 19 Yerba Buena Court Monterey, CA 93940 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Honorable Richard S Flier ADR Services Inc 100 1st Street 27th Floor San Francisco, CA 94105 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Barton Klugman & Oetting LLP Terry L Highman 350 S Grand Ave Suite 2200 Los Angeles, CA 90071 | $    .00 | | | | 176 | 9/10/2020 | $27,974.43 | $    .00 | $    .00 | $27,974.43 |
| Century National Insurance Company c/o Philip A Fant Esq Fant Law Office PO Box 695 Kentfield, CA 94914-0695 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 76**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavin De Becker & Associates c/o Joseph Leslie Stark Esq Law Offices of Joseph L Stark and Associates 23504 Lyons Ave Suite 404 Newhall, CA 91321 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Bert Bathiany IV DMD 21 Paterson Place FT Thomas, KY 41075 | $    .00 | | | | 137[41] | 6/4/2020 | $3,590.45 | $    .00 | $3,590.45 | $    .00 |
| Custom Payroll Services Attn President or Manager Agent 290 South Main Street, Suite 500 Alpharaetta, GA 30004 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Employee Benefits Services Inc Attn President or Manager Agent 424 Graves Mill Road, Suite 300 Lynchburg, VA 24502 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Kalter Company Accounting & Consulting Corp Attn President or Manager Agent 15302 Central Avenue Chino, CA 91710 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |

---

[41] This claim is disputed, at least with respect to the reserve account and settlement account funds held in the Debtor's accounts before they were frozen.

**Exhibit B, Page 77**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Managepoint LLC<br>Attn President or Manager Agent<br>9119 Otis Ave<br>Indianapolis, IN 46216 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| One Point Human Capital Management LLC<br>Attn President or Manager Agent<br>2020 2nd Street Suite 200<br>Selma, CA 93662 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| PRDisburse-Managepoint LLC<br>Attn President or Manager Agent<br>9119 Otis Ave<br>Indianapolis, IN 46216 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| PSPay Inc<br>Payroll Success Inc<br>Attn President or Manager Agent<br>2701 Fondren Street Suite 124<br>Dallas, TX 75206 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Deaf Bible Society Inc<br>Attn R Bendel Esq<br>11620 Wilshire Boulevard Suite 900<br>Los Angeles, CA 90025 | $    .00 | | | | 173 | 9/10/2020 | $101,000.00 | $    .00 | $    .00 | $101,000.00 |
| American Time and Labor Company<br>California Time and Payroll Company<br>Attn Jim Thompson President<br>6 Venture #135<br>Irvine, CA 92618 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 78**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054 | $    .00 | | | | 1 [42] | 1/28/2020 | $17,520.77 | $    .00 | $    .00 | $    .00 |
| Pioneer Payroll Services Inc<br>PPSINC<br>Attn Nora Mackay CEO<br>21 Old Chicopee Street<br>Chicopee, MA 1013 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| OM Payroll<br>Attn Jason Cohen CEO<br>224 West 35th Street Suite 1008A<br>New York, NY 10001 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Verde Services Inc<br>Onemint<br>Attn Brandon Baker CEO<br>125 50th Ave<br>Yakima, WA 98908 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| SimplePay LLC<br>Centro Group<br>Attn Juan A Martinez CFO<br>2640 S Bayshore Drive Suite 208<br>Miami, FL 33133 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

---

[42] Claim 1 has been withdrawn [docket 26]

**Exhibit B, Page 79**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Box Inc<br>Attn President or Manager Agent<br>4440 El Camino Real<br>Los Altos, CA 94022 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Payroll Dynamics Inc<br>Attn Michael Tintweiss President<br>180 Oser Ave<br>Hauppauge, NY 11788 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| WindsorKent Inc<br>Attn Emilio Monte CEO<br>10631 N Kendall Drive Suite 280<br>Miami, FL 33176 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Anchor Payroll & Benefit<br>Attn Jeff Erne President<br>1767 Front Street<br>Blairstown, NJ 7825 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| NetPayServices Inc<br>Payroll Centric<br>Attn Bahaa Mikhail President<br>5250 West Century Blvd Suite 432<br>Los Angeles, CA 90045 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Meridian Payroll Group Inc<br>Michael Ashworth President<br>41765 River Way<br>Temecula, CA 92590 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 80**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Crockett Technical LLC<br>Attn Henry Crockett Director<br>2300 Valley View Land Suite 1050<br>Irving, TX 75062 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Thomas M Phillips PC<br>Attn President or Manager Agent<br>800 Wilshire Blvd Suite 1660<br>Los Angeles, CA 90017 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| One Plus Tax<br>Attn Rafael Carmona President<br>2001 W Camelback Rd Suite 370<br>Phoenix, AZ 85015 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Containment LLC<br>Attn President or Manager Agent<br>630 S Flower Street<br>Burbank, CA 91607 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Employer Services Online<br>Employee Max<br>Attn Bob Curran President<br>104 Gideon Drive<br>Kennett, PA 19348 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Payroll Success<br>Attn Dennis Bishop Vice President<br>2701 Fondren Street Suite 124<br>Dallas, TX 75206 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 81**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| William Moy DDS Inc<br>Attn President or Manager Agent<br>4550 Peninsula Pt Dr<br>Seaside, CA 92955 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Louisiana Foundation Against Sexual Assult<br>Attn President or Manager Agent<br>11832 Newcastle Ave Ste 9<br>Baton Rouge, LA 70816 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| GLL LLC<br>Attn President or Manager Agent<br>6160 Perkins Road Suite 200<br>Baton Rouge, LA 70808 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Robert Talbott Inc<br>Attn President or Manager Agent<br>2901 Monterey-Salina Hwy<br>Monterey, CA 93940 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Carlos C Garcia DDS<br>Attn President or Manager Agent<br>3465 N Verdugo Road<br>Glendale, CA 91208 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Payroll Solutions Group LTD<br>Attn Tim Menfield Presdient<br>7730 W Cheyenne Suite 112<br>Las Vegas, NV 89129 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |

**Exhibit B, Page 82**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Admin HR Inc<br>Attn Doris Schmeck CFO<br>100 2nd Ave St Suite 303S<br>St Petersburg, FL 33701 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| AXO National Staff Leasing LLC<br>Attn Keith Lueck CEO<br>901 E 7th Street<br>Austin, TX 78702 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Contempo HCM LLC<br>Attn Lawrence Bailliere CEO<br>5872 E Pima Street Suite D<br>Tucson, AZ 85712 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Payroll Logix Inc<br>Crest Payroll<br>Attn Pratap Jayakar President<br>160 Littleton Road Suite 160<br>Parsippany, NJ 7054 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Wallace Advisory Group Inc<br>Checkright<br>Attn Arch Wallace President<br>10120 West Broad Street Suite N<br>Glen Allen, VA 23060 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |
| Wireless IQ LLC<br>Attn President or Manager Agent<br>7516 Bluebonnet Blvd<br>Suite 177<br>Baton Rouge, LA 70810 | $ .00 | Contingent | Unliquidated | Disputed | | | | $ .00 | $ .00 | $ .00 |

# Exhibit B, Page 83

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Paragon Business Services Inc<br>Attn President or Manager Agent<br>Attn Crystal Brownell Director of Ops<br>590 Route 539 Suite 3<br>Little Egg Harbor, NJ 8087 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Integrated Payroll Services<br>Attn Jon Sluis President<br>1240 E 8th Street<br>Traverse City, MI 49686 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Midsouth Consulting Group<br>now known as TCFCW LLC<br>Attn President or Manager Agent<br>320 Seven Springs Way Suite 300<br>Brentwood, TN 37027 | $    .00 | | | | | | | $    .00 | $    .00 | $    .00 |
| Easy Checks Caribbean<br>Attn President or Manager Agent<br>Attn Elizabeth Lugo Operations Manager<br>019 Calle 19<br>San Juan, PR 9224 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Innovative Administrative Services LLC<br>Attn Gabriel Lopez CEO Owner<br>1400 Buford Hwy Suite G-1<br>Sugar Hill, GA 30518 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |
| Laser Software Inc<br>Sines & Associates<br>Attn Timothy Sines President<br>178 Thomas Johnson Dr Suite 204<br>Frederick, MD 21702 | $    .00 | Contingent | Unliquidated | Disputed | | | | $    .00 | $    .00 | $    .00 |

**Exhibit B, Page 84**

| Creditor Name | Scheduled Claim Amount | CONTINGENT | UNLIQUIDATED | DISPUTED | Filed Claim No. | Date Claim Filed | Total Filed Claim Amount | Secured Portion of Claim | Priority Portion of Claim | Unsecured Portion of Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| Crossroads Community School<br>Attn President or Manager Agent<br>45 W Jefferson #210<br>Phoenix, AZ 85003 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| Summit Services Inc<br>Summit HR & Payroll<br>Attn Kirk Oetken President<br>2651 E Chapman Ave Suite 105<br>Fullerton, CA 92831 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| National CPA Payroll LLC<br>Attn President or Manager Agent<br>308 Seaboard Lane Suite 107<br>Franklin, TN 37067 | $   .00 | | | | | | | $   .00 | $   .00 | $   .00 |
| Payoll Ventures LLC<br>Triton HR<br>Attn President or Manager Agent<br>Attn Mary Tauber Director of Ops<br>1480 Route 9 North Suite 203<br>Woodbridge, NJ 7751 | $   .00 | Contingent | Unliquidated | Disputed | | | | $   .00 | $   .00 | $   .00 |
| | | | | | | | TOTALS: | $44,689,022.05 | $479,951.18 | $41,907,645.43 |

**Exhibit B, Page 85**

# EXHIBIT C

**EXHIBIT C to the DS and Plan**

| Description of Asset | Estimated Value |
|---|---|
| Claims Against Bancorp* | Unknown |
| Claims Against DD Care and iGreen* | Unknown |
| Collection of MyPayroll Default Judgment* | Unknown |
| Insurance Recoveries* | Unknown |
| Funds From Bancorp Interpleader | $16,000,000 |
| Notes Receivable Owed to Debtor and sale of small amount of assets** | $10,000,000 |
| **Total** | **$26,000,000** |

* It is difficult, if not impossible, to estimate the recovery and value of the various litigation claims described in the Plan and as such, the various litigation recoveries are listed as "Unknown" in the above analysis.  The Debtor and the Post-Confirmation Agent will seek recovery of total damages in excess $50 million in the aggregate but again, it is highly uncertain how much will actually be recovered.

** Similar to the litigation claims discussed above, it is hard to estimate the exact amount of recovery from the sale of assets and collection of notes payable to the Debtor.  The value listed above reflects the Debtor's best estimate taking into account the variable nature of the collectability of notes and assets.

It should also be noted that if the Insider Secured Claims were to be allowed in full, there would likely be no recovery to unsecured creditors as the total amount of the Insider Secured Claims is greater than the estimated value of the Debtor's assets.  The Blowers Loan, combined with the agreement to subordinate the Insider Secured Claims to unsecured claims; however, provides for an assured recovery to unsecured creditors of 80% of their allowed claims as proposed in the Plan.

# Exhibit C

# EXHIBIT D

**Exhibit D to the DS and Plan**

Because of the liquidating nature of the Plan and the fact that payments will be made through funds advanced to or received by the Debtor as described herein, the Debtor does not believe it is necessary to provide detailed projections. Instead, the Debtor offers the information provided below showing the sources and amounts expected to be received and paid pursuant to the Plan.

The Debtor is proposing a lump 80% distribution to general unsecured creditors, including claims of Remarketers not paid through the Bancorp Interpleader (which will provide Remarketers a proposed pro-rata disbursement of their share of the $16,000,000 on hand in that proceeding.)

The Debtor estimates that the total general unsecured claims (after payment to the Remarketers through the Bancorp Interpleader) will be less than or equal to $10,000,000 and as such, the Debtor will need to fund $8,000,000 or less to provide the proposed 80% distribution.  In order to do so, the Debtor projects the following cash receipts:

     (1) cash on hand of approximately $1,000,000 which will be used primarily to fund payment of Allowed Administrative claims and the Debtor's operating expenses prior to the Effective Date;

     (2) the Blowers Loan of up to $4,000,000;

     (3) $4,000,000 that the Debtor believes will be recovered from the sale of various assets, resolution with insurance companies, and/or collection of the MyPayroll judgment by the time the distribution to creditors is due under the Plan.

# Exhibit D

# EXHIBIT E

## Exhibit E to the DS and Plan

The Debtor does not believe it is necessary to provide financial documents related to past activities in view of the liquidating nature of the Plan and the fact that the Debtor's business ceased normal operations before the Petition Date.  Instead, the Debtor offers the information provided below showing the sources and amounts expected to be received and paid pursuant to the Plan.

The Debtor is proposing a lump 80% distribution to general unsecured creditors, including claims of Remarketers not paid through the Bancorp Interpleader (which will provide Remarketers a proposed pro-rata disbursement of their share of the $16,000,000 on hand in that proceeding.)

The Debtor estimates that the total general unsecured claims (after payment to the Remarketers through the Bancorp Interpleader) will be less than or equal to $10,000,000 and as such, the Debtor will need to fund $8,000,000 or less to provide the proposed 80% distribution.  In order to do so, the Debtor projects the following cash receipts:

(1) cash on hand of approximately $1,000,000 which will be used primarily to fund payment of Allowed Administrative claims and the Debtor's operating expenses prior to the Effective Date;

(2) the Blowers Loan of up to $4,000,000;

(3) $4,000,000 that the Debtor believes will be recovered from the sale of various assets, resolution with insurance companies, and/or collection of the MyPayroll judgment by the time the distribution to creditors is due under the Plan.

The principal issues in the case are related to disputes that are the subject of pending and/or to be filed litigation.

# Exhibit E

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**100 Spectrum Center Drive, Suite 600, Irvine, CA 92618**

A true and correct copy of the foregoing document entitled: **CHAPTER 11 DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION [11 U.S.C. §§ 1123, 1125]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **11/19/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) **11/19/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/19/2020 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| Date | Printed Name | Signature |

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                    Page 1                    **VZ CH11.DISCLSR.PLAN**

## NEF SERVICE LIST

- **Jefferson M Allen**     jallen@ccealaw.com, jeffersonallen1968@gmail.com
- **James C Bastian**     jbastian@shulmanbastian.com
- **Thomas A Buford**     tbuford@bskd.com, psutton@bskd.com
- **Nick Cirignano**     ncirignano@zsws.com
- **Louis J. Cisz**     lcisz@nixonpeabody.com, zjic@nixonpeabody.com
- **Oscar Estrada**     oestrada@ttc.lacounty.gov
- **Timothy W Evanston**     tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Michael A Fleming**     mfleming@plunkettcooney.com, kjohnston@plunkettcooney.com
- **Jared T Green**     jgreen@svglaw.com, spappa@svglaw.com
- **David M. Guess**     guessd@gtlaw.com
- **Brian D Huben**     hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Ori Katz**     okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Jeannie Kim**     jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Kevin M Lippman**     klippman@munsch.com, pmoore@munsch.com
- **Melissa Davis Lowe**     mlowe@shulmanbastian.com, salarcon@shulmanbastian.com
- **Robert S Marticello**     Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Dennis D Miller**     dmiller@lubinolson.com
- **Kathleen M Miller**     kmiller@skjlaw.com
- **Kelly L Morrison**     kelly.l.morrison@usdoj.gov
- **Kevin H Morse**     kmorse@clarkhill.com, blambert@clarkhill.com
- **Alan I Nahmias**     anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Ryan D O'Dea**     rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **Faye C Rasch**     frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- **Allan D Sarver**     ADS@asarverlaw.com
- **Gary F Torrell**     gtorrell@health-law.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**     sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

## U.S. MAIL SERVICE LIST

**Hon Vincent P Zurzolo**
**United States Bankruptcy Court**
**Roybal Federal Building**
**255 E. Temple Street, Suite 1360**
**Los Angeles, CA 90012**

**United States Trustee**
**915 Wilshire Blvd Suite 1850**
**Los Angeles, CA 90017**

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*                                    Page 2                                    **VZ CH11.DISCLSR.PLAN**