1  James C. Bastian, Jr. - Bar No. 175415
   Melissa Davis Lowe - Bar No. 245521
2  **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:    JBastian@shulmanbastian.com
5           MLowe@shulmanbastian.com

6  Attorneys for Cachet Financial Services,
   Debtor and Debtor in Possession

7

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11  In re                              | Case No. 2:20-bk-10654-VZ

12  **CACHET FINANCIAL SERVICES, a**    | Chapter 11
    **California corporation**
13  **aka Cachet**                      | **NOTICE OF AMENDED DISTRIBUTION**
    **fka Cachet Banq, Inc.,**          | **SCHEDULE AND AMENDED ORDER**
14                                      | **RE: DEBTOR AND DEBTOR IN**
                 Debtor.                | **POSSESSION'S MOTION FOR AN**
15                                      | **ORDER AUTHORIZING**
                                        | **DISBURSEMENT OF STAKE IN**
16                                      | **BANCORP INTERPLEADER ACTION**

17
                                       | **Continued Hearing:**
18                                     | Date:   December 10, 2020
                                       | Time:  11:00 a.m.
19                                     | Place:  Courtroom 1368
                                       |         United States Bankruptcy Court
20                                     |         255 E. Temple Street
                                       |         Los Angeles, CA 90012
21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6153-001

1    **TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY**

2    **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-**

3    **INTEREST:**

4    **PLEASE TAKE NOTICE** that at an initial hearing held on December 1, 2020, the Court

5    continued the hearing on the Debtor and Debtor In Possession's Motion for an Order Authorizing

6    Disbursement of Stake in Bancorp Interpleader Action to **December 10, 2020**, at 11:00 a.m. in

7    Courtroom 1368 in the above-captioned matter, located at United States Bankruptcy Court, 255 E.

8    Temple Street, Los Angeles, CA 90012.

9    **PLEASE TAKE FURTHER NOTICE** that as ordered by the Court at the hearing held on

10   December 1, 2020, attached hereto as **Exhibit 1** is a revised proposed Distribution Schedule and

11   attached hereto as **Exhibit 2** is a proposed Order granting the Motion.  Any objections to the attached

12   Distribution Schedule or to the proposed form of Order must be filed and served by no later than

13   December 7, 2020 at 4:00 p.m. Pacific time.

14

15                                                **SHULMAN BASTIAN FRIEDMAN & BUI LLP**

16

17   DATED: December 2, 2020          By:          /s/ Melissa Davis Lowe
                                                  _____
18                                                James C. Bastian, Jr.
                                                  Melissa Davis Lowe
19                                                Attorneys for Cachet Financial Services,
                                                  Debtor and Debtor in Possession

20

21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6153-001

2

# EXHIBIT 1

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 2 | Checkmate Payroll | $ 13,000.00 | | $ 13,000.00 | $ 13,000.00 | | $ 13,000.00 |
| 3 | Primepay | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 5 | AVL Business Solutions | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 6 | Alpha Omega Payroll | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 7 | Liberty Payroll | $ 8,000.00 | | $ 8,000.00 | $ 6,342.02 | | $ 6,342.02 |
| 8 | Advance Payroll Solutions - ADVPROH | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 10 | Pioneer Payroll | $ 2,500.00 | | $ 2,500.00 | $ 2,431.10 | | $ 2,431.10 |
| 11 | Payroll Authority | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 12 | HRLedger | | $ 20,092.41 | $ 20,092.41 | $ 2,500.00 | $ 17,592.41 | $ 20,092.41 |
| 13 | Green Payroll Services | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 14 | Ahola | $ 50,000.00 | $ 581,587.20 | $ 631,587.20 | $ 50,000.00 | $ 531,118.18 | $ 581,118.18 |
| 15 | Tripco | $ 15,000.00 | $ 40,488.15 | $ 55,488.15 | $ 15,000.00 | $ 40,488.15 | $ 55,488.15 |
| 16 | Access1Source, NC | $ 2,500.00 | $ 37,717.98 | $ 40,217.98 | $ 2,500.00 | $ 37,717.98 | $ 40,217.98 |
| 17 | BeyondPay Inc | $ 10,000.00 | $ 60,311.16 | $ 70,311.16 | $ 10,000.00 | $ 60,311.16 | $ 70,311.16 |
| 18 | Advanstaff | $ 250,000.00 | $ 83,143.03 | $ 333,143.03 | $ 250,000.00 | $ 83,143.03 | $ 333,143.03 |
| 19 | Spectrum Employee | $ 5,000.00 | $ 43,593.67 | $ 48,593.67 | $ 5,000.00 | $ 43,593.67 | $ 48,593.67 |
| 20 | HRLedger | $ 2,500.00 | | $ 2,500.00 | $ 2,500.00 | | $ 2,500.00 |
| 21 | Arete HCM Solutions | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 22 | Wise Choice Inc | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 5,000.00 |
| 23 | Astra Payroll Service | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 24 | Axiom Human Resource | $ 15,000.00 | $ 1,400.95 | $ 16,400.95 | $ 15,000.00 | $ 1,400.95 | $ 16,400.95 |
| 25 | CEOS Corporation-TimePays | $ 15,000.00 | $ 123.26 | $ 15,123.26 | $ 15,000.00 | $ 123.26 | $ 15,123.26 |
| 26 | Paytech | | $ 38,571.02 | $ 38,571.02 | $ 2,000.00 | $ 36,571.02 | $ 38,571.02 |
| 27 | Inflection | $ 2,500.00 | $ 25,552.10 | $ 28,052.10 | $ 2,500.00 | $ 21,746.76 | $ 24,246.76 |
| 28 | Management Solutions | $ 4,000.00 | $ 149,461.34 | $ 153,461.34 | $ 4,000.00 | $ 101,439.15 | $ 105,439.15 |
| 29 | Advanced Payroll Solutions - ADVPROH | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 30 | Certified Payroll Associates | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 5,000.00 |
| 31 | Advanced Payroll Solutions - ADVPAYSOL | $ 7,500.00 | $ 13,488.90 | $ 20,988.90 | $ 7,500.00 | $ 13,488.90 | $ 20,988.90 |
| 32 | Approved Payroll | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 5,000.00 |
| 33 | Comp U.S. Payroll | $ 15,000.00 | | $ 15,000.00 | $ 15,000.00 | | $ 15,000.00 |
| 34 | Quanta LLC | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 5,000.00 |
| 35 | Zuma Payroll | $ 5,000.00 | $ 73,479.25 | $ 78,479.25 | $ 5,000.00 | $ 73,479.25 | $ 78,479.25 |
| 36 | P-Five Solutions | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 37 | EazePay LLC | $ 2,000.00 | $ 3,621.40 | $ 5,621.40 | $ 2,000.00 | $ 3,621.40 | $ 5,621.40 |
| 38 | PRFinance Services | $ 2,000.00 | $ 4,325.65 | $ 6,325.65 | $ 2,000.00 | $ 4,325.65 | $ 6,325.65 |
| 39 | solid business solutions | $ 2,500.00 | $ 62,695.94 | $ 65,195.94 | $ 2,500.00 | $ 62,695.94 | $ 65,195.94 |
| 40 | Ignite PEO | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 41 | Approve Staffing | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 4,999.55 |
| 42 | Accupay Inc | $ 2,000.00 | | $ 2,000.00 | $ (21,940.49) | | $ (21,940.49) |
| 43 | concept HR | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 44 | Commonwealth | $ 2,000.00 | $ 10,482.16 | $ 12,482.16 | $ 2,000.00 | $ 10,482.16 | $ 12,482.16 |
| 45 | Nicholas N Reach | $ 2,000.00 | $ 989.41 | $ 2,989.41 | $ 2,000.00 | $ - | $ 2,000.00 |
| 46 | Alpha Omega Payroll | $ 2,000.00 | | $ 2,000.00 | | | $ 2,000.00 |
| 47 | Shepherd Business solutions | | $ 16,536.00 | $ 16,536.00 | $ 5,000.00 | $ 11,536.00 | $ 16,536.00 |
| 48 | Profit Builders Inc | $ 20,000.00 | | $ 20,000.00 | $ 20,000.00 | | $ 20,000.00 |
| 49 | The Payroll Professionals | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 50 | Poseidon Consultants | $ 3,000.00 | | $ 3,000.00 | $ 3,000.00 | | $ 3,000.00 |
| 51 | Charleston Payroll Plus | $ 2,000.00 | $ 224,616.86 | $ 226,616.86 | $ 2,000.00 | $ 224,616.86 | $ 226,616.86 |
| 52 | Integrated Payroll Services/Nealis Engineering | | $ 20,016.11 | $ 20,016.11 | | $ 20,016.11 | $ 20,016.11 |
| 53 | W.A. Bragg & Co. | | $ 34,547.77 | $ 34,547.77 | | $ 34,547.77 | $ 34,547.77 |

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 54 | Sammons & Head, LLC | $ 2,500.00 | | $ 2,500.00 | $ 2,500.00 | $ 20,680.09 | $ 23,180.09 |
| 55 | Workforce Benefit Solutions, LLC | $ 2,000.00 | $ 40,388.20 | $ 42,388.20 | $ 2,000.00 | $ 40,388.20 | $ 42,388.20 |
| 56 | Catalyst PEO, LLC | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 57 | Payroll Experts, LLC | $ 2,500.00 | $ 14,325.87 | $ 16,825.87 | $ 2,500.00 | $ 14,325.87 | $ 16,825.87 |
| 58 | Partners in Payroll, LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 59 | Alliance Business Solutions II, LLC | $ 2,000.00 | $ 16,948.28 | $ 18,948.28 | $ 2,000.00 | $ 16,592.28 | $ 18,592.28 |
| 60 | ChoicePay Payroll & HR Services Inc | $ 2,000.00 | $ 4,481.13 | $ 6,481.13 | $ 2,000.00 | $ 4,481.13 | $ 6,481.13 |
| 61 | Integrated Bookkeeping, LLC | $ 2,000.00 | $ 1,132.18 | $ 3,132.18 | $ 2,000.00 | $ 1,132.18 | $ 3,132.18 |
| 62 | Local Economy, LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 63 | QTS Payroll Services | $ 100,000.00 | | $ 100,000.00 | $ 96,250.94 | | $ 96,250.94 |
| 64 | Keller & Owens, LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | $ - | $ 2,000.00 |
| 65 | P-Five Solutions, LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 66 | Infiniti HR, LLC | $ 12,000.00 | $ 6,128,150.94 | $ 6,140,150.94 | $ 12,000.00 | $ 6,147,164.23 | $ 6,159,164.23 |
| 67 | Automatic Business Computing, LLC | $ 2,000.00 | $ 7,373.58 | $ 9,373.58 | $ 2,000.00 | $ 7,373.58 | $ 9,373.58 |
| 68 | Payroll Soutions, Inc. | $ 5,000.00 | $ 227,800.74 | $ 232,800.74 | $ 5,000.00 | $ 227,524.29 | $ 232,524.29 |
| 69 | Triangle Payroll Services, Inc. | | $ 4,857.62 | $ 4,857.62 | $ 2,000.00 | $ 2,857.62 | $ 4,857.62 |
| 70 | Harding Shymanski & Company, P.S.C. | | $ 231,846.99 | $ 231,846.99 | $ 2,000.00 | $ 237,526.26 | $ 239,526.26 |
| 71 | PAYSOURCE, INC | $ 2,102.50 | | $ 2,102.50 | $ 2,440.40 | | $ 2,440.40 |
| 72 | Payroll Office of America, LLC | | $ 179,621.86 | $ 179,621.86 | $ 2,000.00 | $ 177,621.86 | $ 179,621.86 |
| 73 | Deleware Valley Payroll, Inc. | $ 180,000.00 | | $ 180,000.00 | $ 149,243.63 | | $ 149,243.63 |

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 74 | Fiducia Global Solutions, LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 75 | Accent Employer Solutions IV, Inc. (Accent ASO) | | $ 9,533.92 | $ 9,533.92 | $ 1,000.00 | $ 6,484.97 | $ 7,484.97 |
| 76 | Accent Employer Solutions, Inc. (Accent PEO) | $ 1,000.00 | $ 55,900.55 | $ 56,900.55 | $ 1,000.00 | $ 55,900.55 | $ 56,900.55 |
| 77 | Marathon HR Services | | $ 25,502.12 | $ 25,502.12 | $ 2,000.00 | $ 23,502.12 | $ 25,502.12 |
| 78 | CPAccounting Solutions Inc. | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 79 | Payroll Ease | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 80 | Bene-Care Payroll, LLC | | $ 281,469.17 | $ 281,469.17 | $ 2,500.00 | $ 280,449.47 | $ 282,949.47 |
| 81 | HR Solutions, LLC | | $ - | $ - | $ 2,000.00 | $ (74,576.06) | $ (72,576.06) |
| 82 | CF Investments, Inc | $ 10,000.00 | $ 43,684.63 | $ 53,684.63 | $ 10,000.00 | $ 43,684.63 | $ 53,684.63 |
| 83 | Shift Human Capital Management | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 84 | Shift Pixy, Inc | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 85 | Web Payroll Services, Inc | | | $ - | | $ 4,491.23 | $ 4,491.23 |
| 86 | HR 365, LLC | $ 10,000.00 | $ 9,136.44 | $ 19,136.44 | $ 10,000.00 | $ 9,136.44 | $ 19,136.44 |
| 87 | Exponent Technologies | $ 135,000.00 | $ 488,405.74 | $ 623,405.74 | $ 135,000.00 | $ 484,084.08 | $ 619,084.08 |
| 88 | Janice Marsh, as Chapter 7 Trustee of Accept Solar | | $ 28,956.25 | $ 28,956.25 | | | $ - |
| 89 | Human Resources Inc | $ 25,000.00 | $ 62,594.57 | $ 87,594.57 | $ 25,000.00 | $ 63,382.92 | $ 88,382.92 |
| 90 | SyncHR, Inc. | | $ 4,822.92 | $ 4,822.92 | | $ 4,822.92 | $ 4,822.92 |
| 91 | RJDB Enterprises, Inc | | $ 106,460.17 | $ 106,460.17 | $ 2,000.00 | $ 104,460.17 | $ 106,460.17 |
| 92 | Decimal, Inc | $ 60,000.00 | $ 94,040.97 | $ 154,040.97 | $ 60,000.00 | $ 94,040.97 | $ 154,040.97 |
| 93 | Justworks, Inc. | $ 10,000.00 | $ 220,450.68 | $ 230,450.68 | | $ 172,522.12 | $ 172,522.12 |

Exhibit 1, Page 000007

Exhibit 1, Page 000008

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 94 | Payday Payroll Resources, Inc | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | $ 172,511.57 | $ 177,511.57 |
| 95 | PayNorthwest, LLC | $ 2,000.00 | $ 407,682.60 | $ 409,682.60 | $ 2,000.00 | $ 420,189.45 | $ 422,189.45 |
| 96 | inFocus Payroll, LLC | | $ 12,385.98 | $ 12,385.98 | $ 2,000.00 | $ 10,385.98 | $ 12,385.98 |
| 97 | National Payroll | $ 55,000.00 | $ 60,456.61 | $ 115,456.61 | $ 55,000.00 | $ 90,058.26 | $ 145,058.26 |
| 98 | IEM of Florida, LLC | | $ 1,071,342.72 | $ 1,071,342.72 | $ 10,000.00 | $ 1,061,342.72 | $ 1,071,342.72 |
| 99 | Paymedia, LLC | | $ 133,336.94 | $ 133,336.94 | $ 2,000.00 | $ 149,999.97 | $ 151,999.97 |
| 100 | Payroll Perfect Inc | $ 4,000.00 | $ 381,754.14 | $ 385,754.14 | $ 2,000.00 | $ 61,504.20 | $ 63,504.20 |
| 101 | Dynamic Human Resources, Inc. | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | $ 77,615.25 | $ 79,615.25 |
| 102 | Paymasters, Inc. | $ 2,000.00 | $ 108,138.89 | $ 108,138.89 | $ 5,000.00 | $ 370,770.58 | $ 375,770.58 |
| 103 | Windsorkent Inc. | $ 2,000.00 | $ 79,080.13 | $ 81,080.13 | $ 2,000.00 | $ 79,080.13 | $ 81,080.13 |
| 104 | Combined Employer Services, Inc. | $ 25,000.00 | $ 13,997.12 | $ 38,997.12 | $ 25,000.00 | $ 13,997.12 | $ 38,997.12 |
| 105 | Clockwork Systems, Inc. | $ 3,000.00 | $ 17,857.79 | $ 20,857.79 | $ 3,000.00 | $ 16,152.34 | $ 19,152.34 |
| 106 | CliftonLarsonAllen LLP | | $ 129,805.68 | $ 129,805.68 | $ 2,000.00 | $ 127,805.68 | $ 129,805.68 |
| 107 | SyncHR, Inc. | | $ 3,059.53 | $ 3,059.53 | | $ 3,059.53 | $ 3,059.53 |
| 108 | Coastal Payroll Services, Inc | $ 2,000.00 | $ 87,873.00 | $ 89,873.00 | $ 2,000.00 | $ 96,374.73 | $ 98,374.73 |
| 109 | Dominion Payroll Services | $ 5,000.00 | $ 302,572.71 | $ 307,572.71 | $ 5,000.00 | $ (76,869.82) | $ (71,869.82) |
| 110 | FocusPay Solutions, LLC | $ 2,500.00 | $ 443,138.25 | $ 445,638.25 | $ 2,500.00 | $ 446,288.19 | $ 448,788.19 |
| 111 | Integrity Outsource, LLC | $ 2,000.00 | $ 183,191.20 | $ 185,191.20 | $ 2,000.00 | $ 183,191.20 | $ 185,191.20 |
| 112 | Alpha Payroll Services, LLC | $ 10,000.00 | $ 65,246.74 | $ 75,246.74 | $ 10,000.00 | $ 60,142.70 | $ 70,142.70 |
| 113 | Mint Payroll, LLC | $ 12,000.00 | $ 61,234.01 | $ 73,234.01 | $ 12,000.00 | $ 52,211.91 | $ 64,211.91 |
| 114 | MassPay, LLC | $ 1,700.00 | $ 419,529.13 | $ 421,229.13 | $ 1,700.00 | $ 433,458.81 | $ 435,158.81 |
| 115 | PayPros Inc. | $ 100,000.00 | $ 7,715.76 | $ 107,715.76 | $ 100,000.00 | $ 1,461.51 | $ 101,461.51 |
| 116 | Pay USA Inc. | $ 12,000.00 | $ 22,329.90 | $ 34,329.90 | $ 11,582.53 | $ 27,772.25 | $ 39,354.78 |

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 117 | Solex Payroll Systems Inc | $ 5,000.00 | $ 617,155.88 | $ 622,155.88 | $ 5,000.00 | $ 627,761.51 | $ 632,761.51 |
| 118 | SourceOne Payroll Services, Inc | $ 2,000.00 | $ 104,323.14 | $ 106,323.14 | $ 2,000.00 | $ 114,323.14 | $ 116,323.14 |
| 119 | Promerio, Inc. - CAPayroll | $ 2,500.00 | $ 114,929.59 | $ 117,429.59 | $ - | $ 133,714.70 | $ 133,714.70 |
| 120 | Verde Human Capital, LLC | $ 2,000.00 | $ 692,557.86 | $ 694,557.86 | $ 2,000.00 | $ 694,027.81 | $ 696,027.81 |
| 121 | TAG Employer Services LLC | $ 20,000.00 | $ 1,848.05 | $ 21,848.05 | $ 20,000.00 | $ 1,848.05 | $ 21,848.05 |
| 122 | Two Shus Inc. - Paylogic | $ 3,500.00 | $ 50,234.57 | $ 53,734.57 | $ 3,000.00 | $ 48,977.73 | $ 51,977.73 |
| 123 | Valiant Payroll Services, Inc. | | $ 550,189.44 | $ 550,189.44 | $ 150,000.00 | $ (99,746.65) | $ 50,253.35 |
| 124 | SyncHR, Inc. | | $ 19,500.00 | $ 19,500.00 | | $ 14,188.68 | $ 14,188.68 |
| 125 | Vertex Payroll Corp. | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 126 | Ameripay Inc. | $ 20,000.00 | $ 10,967.87 | $ 30,967.87 | $ 20,000.00 | $ 10,967.87 | $ 30,967.87 |
| 127 | Payroll Service Plus | $ 5,500.00 | | $ 5,500.00 | $ 911.83 | | $ 911.83 |
| 128 | Shore Payroll Solutions | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 129 | Infinity Payroll Services | $ 5,000.00 | | $ 5,000.00 | $ (3,834.98) | | $ (3,834.98) |
| 130 | Syndeo Outsourcing LLC | $ 40,000.00 | $ 43,830.81 | $ 83,830.81 | $ 40,000.00 | $ 43,830.81 | $ 83,830.81 |
| 131 | Total HCM Inc | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 132 | Accurate Data | $ 10,000.00 | $ 43,684.63 | $ 53,684.63 | $ 10,000.00 | $ 43,684.63 | $ 53,684.63 |
| 133 | 1 Source Business Solutions | $ 5,000.00 | $ 23,334.07 | $ 28,334.07 | $ 5,000.00 | $ 23,334.07 | $ 28,334.07 |
| 134 | Accountable to You | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 135 | OnePayHR, LLC | $ 2,000.00 | $ 163,222.38 | $ 165,222.38 | $ 2,000.00 | $ 163,222.38 | $ 165,222.38 |
| 136 | Omega Benefit Strategies | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 137 | Bert Bathiany IV- Professional Payroll Services | | $ 3,590.45 | $ 3,590.45 | | | $ - |
| 138 | Segue HR LLC | | $ 155,997.63 | $ 155,997.63 | | $ 145,997.63 | $ 155,997.63 |
| 139 | PayPlans & Benefits | $ 2,500.00 | | $ 2,500.00 | $ 2,500.00 | | $ 2,500.00 |
| 140 | Professional Payroll Services, Inc | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 141 | VertiSource HR | $ 20,000.00 | | $ 20,000.00 | $ 15,000.00 | | $ 15,000.00 |
| 142 | Unify Payroll LLC | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | $ 7,094.48 | $ 9,094.48 |
| 143 | Business Cents Inc | $ 2,200.00 | | $ 2,200.00 | $ 2,200.00 | | $ 2,200.00 |
| 144 | Time & Pay Inc | $ 5,000.00 | $ 3,803.53 | $ 8,803.53 | $ 5,000.00 | $ 4,511.53 | $ 9,511.53 |
| 145 | Payroll Plus Inc | $ 15,000.00 | | $ 15,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 146 | Yarmouth Payroll Plus | $ 2,500.00 | $ 73,017.82 | $ 75,517.82 | $ 2,500.00 | $ 73,017.82 | $ 75,517.82 |
| 147 | Payroll Control System | $ 5,000.00 | $43,335.63 | $ 48,335.63 | $ 5,000.00 | $ 41,573.96 | $ 46,573.96 |
| 148 | Acuff & Acuff Inc | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 149 | SinglePoint | $ 2,000.00 | $ 580.90 | $ 2,580.90 | $ 2,000.00 | $ 580.90 | $ 2,580.90 |
| 150 | Business Financial Human | $ 2,500.00 | $ 18,339.71 | $ 20,839.71 | $ 2,500.00 | $ 18,339.71 | $ 20,839.71 |
| 151 | Simplified Employer Solutions LLC | $ 4,000.00 | | $ 4,000.00 | $ 4,000.00 | | $ 4,000.00 |
| 152 | Simplified Employer Solutions LLC - Harry Lawn Service | | $ 1,211.27 | $ 1,211.27 | | $ - | $ - |
| 153 | Simplified Employer Solutions LLC - Roberts Automative Inc | | $ 5,053.31 | $ 5,053.31 | | $ 4,105.51 | $ 4,105.51 |
| 154 | Simplified Employer Solutions LLC - A Guardians of Hope | | $ 501.43 | $ 501.43 | | $ 501.43 | $ 501.43 |

Exhibit 1, Page 000011

| Claim # | Claimant (Remarketer/Client) | Category 1: Reserve Account Per Claim | Category 2: Settlement Account Per Claim | Total Category 1 and 2 | Category 1: Reserve Account Per Debtor | Category 2: Settlement Account Per Debtor | Total Available Per Debtor |
|---|---|---|---|---|---|---|---|
| 155 | Varsity Computing, Inc. - DALLASPAY | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | $ (11,014.62) | $ (9,014.62) |
| 156 | PrimePay, LLC | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 157 | Poseidon Consultants | $ 3,000.00 | | $ 3,000.00 | | | $ 3,000.00 |
| 158 | Green Leaf Payroll & Business Solutions, Inc. | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 160 | Hard 8 Acquasition | $ 10,000.00 | | $ 10,000.00 | $ 10,000.00 | | $ 10,000.00 |
| 162 | Payroll Professional Georgia - PRPROFFGA | $ 5,000.00 | | $ 5,000.00 | $ 5,000.00 | | $ 5,000.00 |
| 163 | SinglePoint Inc. | $ 2,000.00 | 580.90 | $ 2,580.90 | | | $ - |
| 164 | PBI Payroll | | 84,641.47 | $ 84,641.47 | | $ 84,641.47 | $ 84,641.47 |
| 165 | Homework Solutions | $ 2,000.00 | | $ 2,000.00 | $ 2,000.00 | | $ 2,000.00 |
| 167 | Premier Employer Services, Inc - MRJR Holdings | | 8,000.00 | $ 8,000.00 | | $ 8,000.00 | $ 8,000.00 |
| 168 | ShiftPixy, Inc | $ 20,000.00 | | $ 20,000.00 | $ 20,000.00 | | $ 20,000.00 |
| 169 | Infinity Payroll Services duplicate claim | $ 5,000.00 | | $ 5,000.00 | (3,834.98) | | $ (3,834.98) |
| 171 | Choice Payroll | | 11,735.41 | $ 11,735.41 | $ - | $ 4,508.99 | $ 4,508.99 |
| | | | | $ - | | | $ - |
| | TOTAL | $ 1,643,002.50 | $ 16,660,796.00 | $ 18,303,798.50 | $ 1,736,718.43 | $ 15,667,015.27 | $ 17,403,733.70 |
| | Amount of Stake | $ 16,142,725.17 | | | | | |

Exhibit 1, Page 000012

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ 13,000.00 | 0.077% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ 1,657.98 | $ - | $ (1,657.98) | $ 6,342.01 | 0.037% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ 68.90 | $ - | $ (68.90) | $ 2,431.10 | 0.014% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ (2,500.00) | $ 2,500.00 | $ - | $ 20,092.41 | 0.118% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ 50,469.02 | $ (50,469.02) | $ 531,118.18 | 3.128% | $ 50,469.02 |
| $ - | $ - | $ - | $ 55,488.15 | 0.327% | $ - |
| $ - | $ - | $ - | $ 40,217.98 | 0.237% | $ - |
| $ - | $ - | $ - | $ 70,311.16 | 0.414% | $ - |
| $ - | $ - | $ - | $ 333,143.03 | 1.962% | $ - |
| $ - | $ - | $ - | $ 48,593.67 | 0.286% | $ - |
| $ - | $ - | $ - | $ 2,500.00 | 0.015% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 5,000.00 | 0.029% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 16,400.95 | 0.097% | $ - |
| $ - | $ - | $ - | $ 15,123.26 | 0.089% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 38,571.02 | 0.227% | $ - |
| $ - | $ 3,805.34 | $ (3,805.34) | $ 24,321.76 | 0.143% | $ - |
| $ - | $ 48,022.19 | $ (48,022.19) | $ 105,439.15 | 0.621% | $ 48,022.19 |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |

Exhibit 1, Page 000013

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ 5,000.00 | 0.029% | $ - |
| $ - | $ - | $ - | $ 20,988.90 | 0.124% | $ - |
| $ - | $ - | $ - | $ 5,000.00 | 0.029% | $ - |
| $ - | $ - | $ - | $ 15,000.00 | 0.088% | $ - |
| $ - | $ - | $ - | $ 5,000.00 | 0.029% | $ - |
| $ - | $ - | $ - | $ 78,479.25 | 0.462% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 5,621.40 | 0.033% | $ - |
| $ - | $ - | $ - | $ 6,325.65 | 0.037% | $ - |
| $ - | $ - | $ - | $ 65,195.94 | 0.384% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ 0.45 | $ - | $ (0.45) | $ 4,999.55 | 0.029% | $ - |
| $ 23,940.49 | $ - | $ (19,940.49) | $ - | 0.000% | $ 2,000.00 |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 12,482.16 | 0.074% | $ - |
| $ - | $ 989.41 | $ (989.41) | $ 2,000.00 | 0.012% | $ - |
| $ 2,000.00 | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ (5,000.00) | $ 5,000.00 | $ - | $ 16,536.00 | 0.097% | $ - |
| $ - | $ - | $ - | $ 20,000.00 | 0.118% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 3,000.00 | 0.018% | $ - |
| $ - | $ - | $ - | $ 226,616.86 | 1.335% | $ - |
| $ - | $ - | $ - | $ 20,016.11 | 0.118% | $ - |
| $ - | $ - | $ - | $ 34,547.77 | 0.203% | $ - |

Exhibit 1, Page 000014

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ (20,680.09) | $ 20,680.09 | $ 2,500.00 | 0.015% | $ - |
| $ - | $ - | $ - | $ 42,388.20 | 0.250% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 16,825.87 | 0.10% | $ |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ 356.00 | $ (356.00) | $ 18,592.28 | 0.109% | $ - |
| $ - | $ - | $ - | $ 6,481.13 | 0.038% | $ - |
| $ - | $ - | $ - | $ 3,132.18 | 0.018% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ 3,749.06 | $ - | $ (3,749.06) | $ 96,250.94 | 0.567% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ 2,000.00 | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ (19,013.29) | $ 19,013.29 | $ 6,140,150.94 | 36.162% | $ - |
| $ - | $ - | $ - | $ 9,373.58 | 0.055% | $ - |
| $ - | $ 276.45 | $ (276.45) | $ 232,524.29 | 1.369% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 2,857.62 | 0.017% | $ - |
| $ (2,000.00) | $ (5,679.27) | $ 7,679.27 | $ 231,846.99 | 1.365% | $ - |
| $ (337.90) | $ - | $ 337.90 | $ 2,102.50 | 0.012% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 177,621.86 | 1.046% | $ - |
| $ 30,756.37 | $ - | $ (30,756.37) | $ 149,243.63 | 0.879% | $ - |

Exhibit 1, Page 000015

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ (1,000.00) | $ 3,048.95 | $ (2,048.95) | $ 7,484.97 | 0.044% | $ 2,048.95 |
| $ - | $ - | $ - | $ 56,900.55 | 0.335% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 25,502.12 | 0.150% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ (2,500.00) | $ 1,019.70 | $ 1,480.30 | $ 281,469.17 | 1.658% | $ - |
| $ (2,000.00) | $ 74,576.06 | $ (72,576.06) | $ - | 0.000% | $ - |
| $ - | $ - | $ - | $ 53,684.63 | 0.316% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ (4,491.23) | $ 4,491.23 | $ 4,491.23 | 0.026% | $ - |
| $ - | $ - | $ - | $ 19,136.44 | 0.113% | $ - |
| $ - | $ 4,321.66 | $ (4,321.66) | $ 619,084.08 | 3.646% | $ - |
| $ - | $ 28,956.25 | $ (28,956.25) | $ 28,956.25 | 0.171% | $ - |
| $ - | $ (788.35) | $ 788.35 | $ 87,594.57 | 0.516% | $ - |
| $ - | $ - | $ - | $ - | 0.000% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 106,460.17 | 0.627% | $ - |
| $ - | $ - | $ - | $ 154,040.97 | 0.907% | $ - |
| $ 10,000.00 | $ 47,928.56 | $ (57,928.56) | $ 172,522.12 | 1.016% | $ 57,928.56 |

Exhibit 1, Page 000016

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ (172,511.57) | $ 172,511.57 | $ 5,000.00 | 0.029% | $ - |
| $ - | $ (12,506.85) | $ 12,506.85 | $ 409,682.60 | 2.413% | $ - |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 12,385.98 | 0.073% | $ - |
| $ - | $ (29,601.65) | $ 29,601.65 | $ 145,058.26 | 0.854% | $ - |
| $ (10,000.00) | $ 10,000.00 | $ - | $ 1,071,342.72 | 6.310% | |
| $ (2,000.00) | $ (16,663.03) | $ 18,663.03 | $ 133,336.94 | 0.785% | $ - |
| $ 2,000.00 | $ 320,249.94 | $ (322,249.94) | $ 63,504.20 | 0.374% | $ 322,349.94 |
| $ - | $ (77,615.25) | $ 77,615.25 | $ 2,000.00 | 0.012% | $ - |
| $ (5,000.00) | $ (262,631.69) | $ 267,631.69 | $ 108,138.89 | 0.637% | $ - |
| $ - | $ - | $ - | $ 81,080.13 | 0.478% | $ - |
| $ - | $ - | $ - | $ 38,997.12 | 0.230% | $ - |
| $ - | $ 1,705.45 | $ (1,705.45) | $ 19,152.34 | 0.113% | $ 1,705.45 |
| $ (2,000.00) | $ 2,000.00 | $ - | $ 129,805.68 | 0.764% | $ - |
| $ - | $ - | $ - | $ 3,059.53 | 0.018% | $ - |
| $ - | $ (8,501.73) | $ 8,501.73 | $ 89,873.00 | 0.529% | $ - |
| $ - | $ 379,442.53 | $ (379,442.53) | $ - | 0.000% | $ 307,572.71 |
| $ - | $ (3,149.94) | $ 3,149.94 | $ 445,638.25 | 2.625% | $ - |
| $ - | $ - | $ - | $ 185,191.20 | 1.091% | $ - |
| $ - | $ 5,104.04 | $ (5,104.04) | $ 70,142.70 | 0.413% | $ - |
| $ - | $ 9,022.10 | $ (9,022.10) | $ 64,211.91 | 0.378% | $ 9,022.10 |
| $ - | $ (13,929.68) | $ 13,929.68 | $ 421,229.13 | 2.481% | $ - |
| $ - | $ 6,254.25 | $ (6,254.25) | $ 101,461.51 | 0.598% | $ 6,254.25 |
| $ 417.47 | $ (5,442.35) | $ 5,024.88 | $ 34,329.90 | 0.202% | $ - |

Exhibit 1, Page 000017

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ (10,605.63) | $ 10,605.63 | $ 622,155.88 | 3.664% | $ - |
| $ - | $ (10,000.00) | $ 10,000.00 | $ 106,323.14 | 0.626% | $ - |
| $ 2,500.00 | $ (18,785.11) | $ 16,285.11 | $ 117,429.59 | 0.692% | $ - |
| $ - | $ (1,469.95) | $ 1,469.95 | $ 694,557.86 | 4.091% | $ - |
| $ - | $ - | $ - | $ 21,848.05 | 0.129% | $ - |
| $ 500.00 | $ 1,256.84 | $ (1,756.84) | $ 51,977.73 | 0.306% | $ - |
| $ (150,000.00) | $ 649,936.09 | $ (499,936.09) | $ 50,253.35 | 0.296% | $ 499,936.09 |
| $ - | $ 5,311.32 | $ (5,311.32) | $ 19,500.00 | 0.115% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 30,967.87 | 0.182% | $ - |
| $ 4,588.17 | $ - | $ (4,588.17) | $ 911.83 | 0.005% | $ 4,588.17 |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ 8,834.98 | $ - | $ (8,834.98) | $ - | 0.000% | $ 5,000.00 |
| $ - | $ - | $ - | $ 83,830.81 | 0.494% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 53,684.63 | 0.316% | $ - |
| $ - | $ - | $ - | $ 28,334.07 | 0.167% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 165,222.38 | 0.973% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |

Exhibit 1, Page 000018

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ 3,590.45 | $ (3,590.45) | $ - | 0.000% | $ 3,590.45 |
| $ (10,000.00) | $ 10,000.00 | $ - | $ 155,997.63 | 0.919% | $ - |
| $ - | $ - | $ - | $ 2,500.00 | 0.015% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ 5,000.00 | $ - | $ (5,000.00) | $ 15,000.00 | 0.088% | $ 5,000.00 |
| $ - | $ (7,094.48) | $ 7,094.48 | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 2,200.00 | 0.013% | $ - |
| $ - | $ (708.00) | $ 708.00 | $ 8,803.53 | 0.052% | $ - |
| $ 5,000.00 | $ - | $ (5,000.00) | $ 10,000.00 | 0.059% | $ 5,000.00 |
| $ - | $ - | $ - | $ 75,517.82 | 0.445% | $ - |
| $ - | $ 1,761.67 | $ (1,761.67) | $ 46,573.96 | 0.274% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 2,580.90 | 0.015% | $ - |
| $ - | $ - | $ - | $ 20,839.71 | 0.123% | $ - |
| $ - | $ - | $ - | $ 4,000.00 | 0.024% | $ - |
| $ - | $ 1,211.27 | $ (1,211.27) | $ - | 0.000% | $ 1,211.27 |
| $ - | $ 947.80 | $ (947.80) | $ 4,105.51 | 0.024% | $ 947.80 |
| $ - | $ - | $ - | $ 501.43 | 0.003% | $ - |

Exhibit 1, Page 000019

| Difference in Category 1 | Difference in Category 2 | Total Difference in amount requested | Amount to Receive Pro Rata Distribution | % Distribution of the Stake Amount | Disputed Claim Amount to be Reserved |
|---|---|---|---|---|---|
| $ - | $ 11,014.62 | $ (11,014.62) | $ - | 0.000% | $ 2,000.00 |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ 3,000.00 | $ - | $ - | $ 3,000.00 | 0.018% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 10,000.00 | 0.059% | $ - |
| $ - | $ - | $ - | $ 5,000.00 | 0.029% | $ - |
| $ 2,000.00 | $ 580.90 | | $ - | 0.000% | $ 2,580.90 |
| $ - | $ - | $ - | $ 84,641.47 | 0.498% | $ - |
| $ - | $ - | $ - | $ 2,000.00 | 0.012% | $ - |
| $ - | $ - | $ - | $ 8,000.00 | 0.047% | $ - |
| $ - | $ - | $ - | $ 20,000.00 | 0.118% | $ - |
| $ 8,834.98 | $ - | $ (8,834.98) | $ - | | $ - |
| $ - | $ 7,226.42 | $ (7,226.42) | $ 4,508.99 | 0.027% | $ 7,226.42 |
| $ (93,715.93) | $ 993,780.73 | | $ 16,979,512.83 | 100.000% | $ 1,344,454.27 |

# EXHIBIT 2

Exhibit 2, Page 000020

1 | James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
2 | **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
3 | Irvine, California 92618
Telephone:    (949) 340-3400
4 | Facsimile:    (949) 340-3000
Email:        JBastian@shulmanbastian.com
5 |              MLowe@shulmanbastian.com

6 | Attorneys for Cachet Financial Services,
Debtor and Debtor in Possession

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10 |

11 | In re                                                      Case No. 2:20-bk-10654-VZ

12 | **CACHET FINANCIAL SERVICES, a**                           Chapter 11
**California corporation**
13 | **aka Cachet**                                             **ORDER GRANTING DEBTOR AND**
**fka Cachet Banq, Inc.,**                                  **DEBTOR IN POSSESSION'S MOTION**
14 |                                                           **FOR AN ORDER AUTHORIZING**
                    Debtor.                                **DISBURSEMENT OF STAKE IN**
15 |                                                           **BANCORP INTERPLEADER ACTION**

16 |

17 |                                                           **Hearing:**
Date:    December 10, 2020
18 | Time:    11:00 a.m.
Place:   Courtroom 1368
19 |               United States Bankruptcy Court
255 E. Temple Street
20 |               Los Angeles, CA 90012

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6153-001                                                                      Exhibit 2, Page 000021

The Motion of Cachet Financial Services, Inc., the debtor and debtor-in-possession herein ("Debtor"), for an Order Authorizing Disbursement of Stake in Bancorp Interpleader Action (Docket 266) ("Motion") came on for hearing on December 1, 2020 at 10:00 a.m. and for a continued hearing on December 10, 2020 at 11:00 a.m., the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, presiding.  Shulman Bastian Friedman & Bui LLP, through James C. Bastian, Jr., appeared on behalf of the Debtor.  Other parties appeared as reflected in the Court's record.

The Court, after having considered the Motion (as amended as described on the record at the prior hearing held on December 1, 2020 and in the supplemental documents filed with the Court on December 2, 2020) and all responses and replies filed thereto, and the arguments of counsel at the hearing on the Motion, the Court finding that due and proper notice has been given to all parties in interest, and based upon the Court's findings as stated on the record, IT IS ORDERED:

1)      The Motion is GRANTED as set forth herein.

2)      The automatic stay imposed pursuant to 11 U.S.C. §362(a) is hereby modified to allow the Debtor to take such actions  in the Bancorp Interpleader[1] as necessary to enter into the transactions and carry out the disbursements contemplated in the Motion, including to file a responsive pleading and counter claims and cross claims in the Bancorp Interpleader  and to enter into a stipulation to request or provide for the District Court to order that the Stake in the Bancorp Interpleader may be disbursed to all Claimants other than the Debtor in accordance with Exhibit "1" attached hereto.

3)      With respect to Disputed Claims, a pro rata distribution is authorized to be made from the Bancorp Interpleader based on the amount of the claim that is undisputed. The amount of the disputed portion of any Disputed Claim  shall be disbursed  to the Debtor and shall be held in a segregated  Debtor-in-Possession bank account to be established by the Debtor ("Reserve Account") pending further order of this Court.

4)      The Debtor is authorized to take such actions and execute documentation as necessary to disclaim and/or waive any right to disbursement to which it would otherwise be entitled

---

[1] Any capitalized terms not otherwise defined herein shall have the meaning set forth in the Motion.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6153-001

2

Exhibit 2, Page 000022

1  to receive on account of sums which were in its operating account at Bancorp and which are part of

2  the Stake ("Disclaimed Amount") to allow the entirety of the Stake to be disbursed to the Claimants

3  as contemplated herein and in the Motion without prejudice to any claims the Debtor may have

4  against third parties, including Bancorp, including any claims that would otherwise be required to

5  be brought pursuant to Federal Rule of Civil Procedure Rule 13 or applicable law, which claims are

6  expressly reserved.  Notwithstanding the foregoing, the Debtor may not otherwise seek recovery of

7  the Disclaimed Amount from Bancorp once disbursed to Claimants as contemplated in the Motion

8  and any defenses or claims of Bancorp vis a vis the Debtor are reserved.

9       5)    A status conference regarding the Bancorp Interpleader and the implementation of

10 the transactions and disbursements contemplated by the Motion will be held on February ___, 2021

11 at _____.  The Debtor shall file a status report regarding the Bancorp Interpleader by no later than

12 February __, 2021.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6153-001

3

Exhibit 2, Page 000023

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 Spectrum Center Drive, Suite 600, Irvine, CA 92618

A true and correct copy of the foregoing document entitled (*specify*) **NOTICE OF AMENDED DISTRIBUTION SCHEDULE AND AMENDED ORDER RE: DEBTOR AND DEBTOR IN POSSESSION'S MOTION FOR AN ORDER AUTHORIZING DISBURSEMENT OF STAKE IN BANCORP INTERPLEADER ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 2, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 2, 2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 2, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

jgmarsh@janicegmarshllc.com

rslaugh@potteranderson.com

gtorrell@health-law.com

guessd@gtlaw.com

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 2, 2020 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- **Jefferson M Allen**    jallen@ccealaw.com, jeffersonallen1968@gmail.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Thomas A Buford**    tbuford@bskd.com, psutton@bskd.com
- **Nick Cirignano**    ncirignano@zsws.com
- **Louis J. Cisz**    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Timothy W Evanston**    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Michael A Fleming**    mfleming@plunkettcooney.com, kjohnston@plunkettcooney.com
- **Jared T Green**    jgreen@svglaw.com, spappa@svglaw.com
- **David M. Guess**    guessd@gtlaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Kevin M Lippman**    klippman@munsch.com, pmoore@munsch.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Dennis D Miller**    dmiller@lubinolson.com
- **Kathleen M Miller**    kmiller@skjlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Gary F Torrell**    gtorrell@health-law.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

## EMAIL SERVICE LIST

| | | |
|---|---|---|
| **RFSN AND CLAIM FILED ON BEHALF OF INTERPLEADER REMARKETER PARTY - CHECK MATE PAYROLL LLC** | **RFSN ON BEHALF OF VERDE HUMAN CAPITAL LLC (COMMITTEE MEMBER)** | **RFSN ON BEHALF OF JUSTWORKS INC** |
| WAYNE Z BENNETT ESQ | THOMAS A BUFORD III ESQ | GEORGE W SHUSTER JR ESQ |
| CLYDESNOW | BUSH KORNFELD LLP | WILMERHALE |
| Email:  **wzb@clydesnow.com** | Email:  **tbuford@bskd.com** | Email:  **george.shuster@wilmerhale.com** |
| **RFSN ON BEHALF OF PAYDAY PAYROLL RESOURCES INC** | **ATTORNEY FOR INFINITI HR LLC** | **RFSN ON BEHALF OF MARATHON HR SERVICES LLC** |
| ALAN H BARBANEL ESQ | DENNIS A MELORO ESQ | JEFFERSON M ALLEN ESQ |
| HENRY C TRUSZKOWSKI ESQ | GREENBERG TRAURIG LLP | COHEN COOPER ESTEP & ALLEN LLC |
| PAUL IMPELLEZZERI ESQ | Email:  **melorod@gtlaw.com** | Email:  **jallen@ccealaw.com** |
| BARBANEL & TREUER PC | | |
| Email:         **abarbanel@btlawla.com; htruszkowski@btlawla.com; pimpellezzeri@btlawla.com** | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**RFSN ON BEHALF OF ADVANCED PAYROLL SOLUTIONS, INC., ALLIANCE BUSINESS SOLUTIONS, APPROVED PAYROLL, INC. AND, APPROVED STAFFING, INC., ASTRA PAYROLL SERVICES, CEOS CORPORATION D/B/A TIMEPAYS, CHARLESTON PAYROLL PLUS, LLC, EAZEPAY, LLC, IGNITE PEO SERVICES**
JAMES S GREEN ESQ
JARED T GREEN ESQ
SEITZ VAN OGTROP & GREEN PA
Email: jgreen@svglaw.com; jtgreen@svglaw.com

**RFSN ON BEHALF OF HR LEDGER INC**
KATHLEEN C LYON ESQ
ARONOWITZ SKIDMORE LYON
Email: klyon@asilaw.org

**RFSN ON BEHALF OF PAYMASTERS INC**
KEVIN M MORSE ESQ
CLARK HILL LLP
Email: kmorse@clarkhill.com

**RFSN ON BEHALF OF PAYMASTERS INC**
WILLIAM G ASMAKIS JR ESQ
CLARK HILL LLP
Email: wasimakis@clarkhill.com

**RFSN ON BEHALF OF PAYMASTERS INC**
SHANNON L DEEBY ESQ
CLARK HILL LLP
Email: sdeeby@clarkhill.com

**RFSN ON BEHALF OF COMINBED EMPLOYER SERVICES AND AMERIPAY INC**
THEODORE E BACON ESQ
ALVARADOSMTIH APC
Email: tbacon@alvaradosmith.com

**RFSN ON BEHALF OF HR SOLUTIONS LLC**
LORETTA G MINCE ESQ
FISHMAN HAYGOOD LLP
Email: lmince@fishmanhaygood.com

**RFSN ON BEHALF OF DYNAMIC HUMAN RESOURCES INC, RISK SECURITY INC, DYNAMIC HR OF FLORIDA LLC AND DYNAMIC HR SERVICES LLC**
MICHAEL A FLEMING ESQ
PLUNKETT COONEY
Email: mfleming@plunkettcooney.com; cwhall@dynamichr.com;

**NEF ON BEHALF OF CLASS PLAINTIFF VELETA STEVENS**
ROBERT S MARTICELLO ESQ
TIMOTHY W EVANSTON ESQ
SMILEY WANG-EKVALL LLP
Email: tevanston@swelawfirm.com; rmarticello@swelawfirm.com

**SCHEDULE F**
BANCORP BANK
ATTN PRESIDENT OR MANAGER AGENT
ATTN ERIKA R CAESAR, ASSISTANT GENERAL COUNSEL
Email: ecaesar@thebancorp.com

**SCHEDULE F - 20 LARGEST**
CDW DIRECT
ATTN PRESIDENT OR MANAGER AGENT
ATTN BOBBY DALTON
Email: bobbdal@cdw.com; credit@cdw.com

**SCHEDULE F - 20 LARGEST**
EQUIFAX INFORMATION SVCS LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: cust.serv@equifax.com

**SCHEDULE F - 20 LARGEST**
LOEB & LOEB
ATTN PRESIDENT OR MANAGER AGENT
Email: epayment@loeb.com

**SCHEDULE F - 20 LARGEST**
PASADENA FIRE RECOVERY PROGRAM
ATTN PRESIDENT OR MANAGER AGENT
Email: pasadenacafire@alarm-billing.com

**SCHEDULE F - 20 LARGEST**
WESPAY ADVISORS
ATTN PRESIDENT OR MANAGER AGENT
Email: cburnett@wespay.org

**SCHEDULE F**
1-2-3 PAYROLL & HR SERVICES
ATTN SANDY MANISCALCO PRESIDENT
Email: sandy@1-2-3payroll.com; anthony@1-2-3payrollcom

**SCHEDULE F**
1 SOURCE BUSINESS SOLUTIONS
C/O JAMES HARWARD ESQ
HAWARD & ASSSOCIATES
Email: james.hardward@harwardlaw.com

**SCHEDULE F**
AUTOMATIC BUSINESS COMPUTING LLC
ATTN MICHAEL SHAW MEMBER
Email: mike@abc-payroll.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
ABSOULTE TECHNOLOGY INC
ATTN JAMES LOVE PRESIDENT
Email: **jlove1970@bendcable.com**

**SCHEDULE F**
ACCENT EMPLOYER SOLUTIONS INC
ACCENT PEO
ATTN RANDY MCBRIDE PRESIDENT
Email:                    **randy@accentcompanies.com;
r_mcbride@accentcompanies.com;**

**CLAIM FILED**
ACCENT EMPLOYER SOLUTIONS IV INC
ACCENT ASO
C/O ACCENT EMPLOYER SOLUTIONS INC
ATTN RANDY MCBRIDE PRESIDENT
Email:                    **randy@accentcompanies.com;
r_mcbride@accentcompanies.com;**

**SCHEDULE F**
ACCESS 1 SOURCE NC
ATTN MICHAEL LEFEVERS PRESIDENT
Email: **mike@a1s-nc.com**

**SCHEDULE F - CLAIM FILED**
ACCOUNTABLE TO YOU INC
ATTN MOLLY OKERLUND PRESIDENT
Email:          **molly@accountabletoyouinc.com;
molly@atysolutions.com**

**ADDITIONAL NOTICE**
ACCOUNTABLE TO YOU INC
ATTN MOLLY OKERLUND PRESIDENT
Email:          **molly@accountabletoyouinc.com;
molly@atysolutions.com**

**SCHEDULE F**
ACCUCHEX CORPORATION
ATTN PRESIDENT OR MANAGER AGENT
ATTN GARY FRIEDERS OPERATIONS
MANAGER
Email: **gary.frieders@accuchex.com**

**SCHEDULE F**
ACCUPAY INC DBA ACCUPAY SYSTEMS
ATTN RYAN MOFFETT PRESIDENT
Email: **ryan@accupaysystems.com**

**ADDITIONAL NOTICE FOR ACCUPAY INC
DBA ACCUPAY SYSTEMS**
ACCUPAY INC DBA ACCUPAY SYSTEMS
ATTN FELIX MWANIA
Email: **felix@accupaysystems.com**

**SCHEDULE F**
ASSOCIATED    HUMAN    CAPITAL
MANAGEMENT
ASSOCIATED JCM
ATTN ROB BASSO CEO
Email: **Rbasso@AssociatedHCM.com**

**SCHEDULE F**
C & A ASSOCIATES INC
ACCUTRAC PAYROLL SERVICES
ATTN CHARLES LABRECQUE PRESIDENT
Email: **Chuck@accutracservices.com**

**SCHEDULE F**
ACCU-RITE PAYROLL SERVICES
ATTN GERALD LAWRENCE PRESIDENT
Email: **gerry@accuritepayroll.com**

**SCHEDULE F**
ACE PAYROLL SERVICES INC
ATTN    LARRY    GOLDMAN    VICE
PRESIDENT
Email: **larry.goldman@acepayroll.com**

**SCHEDULE F**
ACROPRINT TIME RECORDER COMPANY
ATTN PRESIDENT OR MANAGER AGENT
ATTN GENE GARDNER CONTROLLER
Email: **ggardner@acroprint.com**

**SCHEDULE F**
ACUFF & ACUFF INC
ATTN JERONE ACUFF PRESIDENT
Email: **jwacuff@aol.com**

**SCHEDULE F**
APS AUTOMATIC PAYROLL SYSTEM INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN    STEVE    BODDEN    OPERATION
MANAGER
Email: **sbodden@apspayroll.com**

**SCHEDULE F**
ADVANCED PAYROLL SERVICES
ATTN PRESIDENT OR MANAGER AGENT
ATTN LORRAINE PASQUA CSR
Email: **lpasqua@advpay.com**

**SCHEDULE F**
ADVANSTAFF INC
ADVANSTAFF HR
ATTN  LISA HALL
PHILIP J RICHARDS CEO
Email: **lisah@advanstaff.com**

**SCHEDULE F**
ADVANCED BENEFIT SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN REX HARRISON CONTROLLER
Email: **rharrison@advbens.com**

**SCHEDULE F**
ADVANCED PAYROLL SOLUTIONS
ATTN PRESIDENT OR MANAGER AGENT
ATTN RICHARD KARASIK MANAGER
Email: **richard@aystax.com**

**CLAIM FILED**
ADVANCED PAYROLL SOLUTIONS INC
C/O JAMES S GREEN SR ESQ
SEITZ VAN OGTROP & GREE PA
Email: **jgreen@svglaw.com**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
ADVANCED PAYROLL CONCEPTS LLC
ATTN NATALIE HAAG MANAGER
MEMBER
Email: nhaag@advancedpayrollconcepts.com

**SCHEDULE F**
ADVANCED PAYROLL SOLUTIONS LLC
ATTN MICHAEL MARINO PRESIDENT
Email: mike@marinocpa.com

**SCHEDULE F**
ADVANTAGE RESOURCE GROUP INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN THERESA GALLAGHER ACCOUNTING
ASSISTANT
Email: theresa.gallagher@theadvantages.com

**SCHEDULE F**
AFINIDA INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MALINEE VIRACHACK
ACCOUNTANT
Email: accounting@afinida.com

**SCHEDULE F**
AHOLA CORPORATION ALOHA PAYROLL
ATTN MICHAEL PAULL CFO
Email: vboxer@beneschlaw.com;
Mpaull@ahola.com;

**SCHEDULE F**
MM-KMA INVESTMENTS LLC
ALAMO BUSINESS SOLUTIONS
ATTN MARTIN MADDEN MANAGER
MEMBER
Email: marty@alamoaccounting.com

**SCHEDULE F**
ALL ABOUT PAYROLL LLC
ATTN RACHELLE HENRY MANAGING
MEMBER
Email: allaboutpayroll@outlook.com

**SCHEDULE F**
ALL AMERICAN PAYROLL INC
ATTN KAROLIN GARAKANIAN PRESIDENT
Email: karolin@allamericanpayroll.com

**SCHEDULE F**
ALLIANCE BENEFIT GROUP PAYROLL INC
ALERUS FINANCIAL
ATTN PRESIDENT OR MANAGER AGENT
ATTN SARAH TOLZMANN-BARNICK
SUPERVISOR
Email: sarah.tolzmann@alerus.com

**SCHEDULE F**
ALLIANCE BUSINESS SOLUTIONS II LLC
ALLIANCE BUSINESS SOLUTIONS
ATTN JAMES JAGELS MANAGING
MEMBER
Email: jgreen@svglaw.com;
james.j@allinsgrp.com

**SCHEDULE F**
ALL PAY HR
ATTN SAM WARE PRESIDENT
Email: sware@pmgcompany.com

**SCHEDULE F**
ALPHA PAYROLL LLC
ATTN LAZ KALEMIS CEO
Email: lkalemis@alphacardservices.com

**SCHEDULE F**
AMCHECKIR
BLUE OCEAN INNOVATION LLC
ATTN KIM TROWBRIDGE PRESIDENT
Email: kim.trowbridge@amcheck.com

**SCHEDULE F**
AMERIPAY INC
AMERICAN PAYROLL COMPANY
ATTN ERICKA GRAY PRESIDENT
Email: ericka@americanpayrollcompany.com;
tbacon@alvaradosmith.com

**SCHEDULE F**
ACCURATE TAX SERVICE INC
AMERICAN PAYROLL CORPORATION
STEVEN Z SMITH PRESIDENT
Email: ssmith@american-payroll.com

**SCHEDULE F**
ALPHA OMEGA PAYROLL SOLUTIONS
LTD
ATTN CHRISTO VARDAKIS PRESIDENT
Email: christovardakis@gmail.com

**SCHEDULE F**
APPROVED PAYROLL INC
ATTN PETER HEINRICH PRESIDENT
Email: peter@approvedpayroll.com

**SCHEDULE F**
APPROVED STAFFING INC
ATTN PETER HEINRICH PRESIDENT
Email: peter@approvedpayroll.com

**SCHEDULE F**
CLOCKWORK SYSTEMS INC
APS AUTOTIME PAYROLL SOLUTIONS
ATTN STEVEN L PERRY PRESIDENT
Email: sperry@aps4solutions.com

**SCHEDULE F**
APS GROUP INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN SHANNON CARLISLE DIRECTOR OF
OPERATIONS
Email: shannonc@apsgi.com

**SCHEDULE F**
ARETE HCM SOLUTIONS INC
ATTN CHRIS BELNA PRESIDENT
Email: chris@alacarteny.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**

GULF STATES MANAGEMENT
ARGENT PAYROLL
ATTN GLEN A VILLALOBOS PRESIDENT
Email:  glen@argentpayroll.com

**SCHEDULE F**

ADVANCED REIMBURSEMENT
ART CORP
ATTN PRESIDENT OR MANAGER AGENT
ATTN NATALIE ENGLAND DIRECTOR OF
OPERATIONS
Email:  nengland@artcorp.us

**SCHEDULE F**

ASAP PAYROLL SERVICE INC
ATTN THOMAS MASENGALE PRESIDENT
Email:  tom.masengale@asappayroll.com

**SCHEDULE F**

TRICORE INC
ATTN KATHRYN FRIED CFO
Email:  kfried@tricorepcm.com

**SCHEDULE F**

ASSET HR INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KATHLEEN BORDAS CONTROLLER
Email:  kbordas@assethr.com

**SCHEDULE F**

ASTRA PAYROLL CO
ASTRA PAYROLL SERVICES
ATTN JOHN MASON SMITH OWNER
Email:  john@astrapayroll.com

**SCHEDULE F**

PAYROLL AUTHORITY LLC
PAYROLL AUTHORITYCOM
ATTN ERIC MOORE OWNER
Email:  eric@payrollauthority.com;
ekm456@gmail.com

**SCHEDULE F**

AXIOM HUMAN RESOURCE SOLUTIONS INC
ATTN ANDREW ZELT CEO
Email:  azelt@axiomhrs.com

**SCHEDULE F**

BIG FISH PAYROLL SERVICES LLC
ATTN JEFF HILL, PRESIDENT
ATTN JEFF HILL OPS MANAGER
Email:  jeff@bigfishpayroll.com

**SCHEDULE F**

BALANCE POINT
X-PAY LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JOHN EGAN VP OPS
Email:  john@balancepointpayroll.com

**SCHEDULE F**

BBCS PAYROLL INC
ATTN LYNDA BERRYMAN PRESIDENT
Email:  Linda@bbcspayroll.com

**SCHEDULE F**

BETTER BUSINESS PLANNING INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN CHRIS BELLINGER
Email:  chris@bbpadmin.com

**SCHEDULE F**

BENE-CARE PAYOLL LLC
ATTN WILLIAM BACH PRESIDENT
Email:  lcisz@nixonpeabody.com;
bbach@bene-care.com

**SCHEDULE F**

BEYOND PAY
AP SELECT PAYROLL INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN CHRIS TANIS CFO
Email:  chris@beyondpay.com;
michael@beyondpay.com

**SCHEDULE F**

BIZCHECKS PAYROLL INC
ATTN LARRY DRAGO PRESIDENT
Email:  ldrago@bizcheckspayroll.com

**SCHEDULE F**

BUSINESS FINANCIAL HUMAN
RESOURCE MANAGEMENT LLC
DAVID BIRD PRESIDENT
Email:  davidb@bfgonline.com

**SCHEDULE F**

BLUE POINT ADVISORS LLC
BLUEPOINT PAYROLL SOLUTIONS
ATTN ROY BLAIR PRESIDENT
Email:  roy@bluepointps.com

**SCHEDULE F**

BUSINESS CENTS INC
ATTN ERIC PALMER OWNER
Email:  ericpalmer@businesscents.net

**SCHEDULE F**

BUSINESS PAYROLL SERVICE
ATTN LANCE LADD PRESIDENT CEO
Email:  lladd@businesspayrollservice.com

**SCHEDULE F**

PROMERIO INC
CALIFORNIA PAYROLL
ATTN PRESIDENT OR MANAGER AGENT
ATTN DEBBIE MENDIVIL VP OPERATIONS
Email:  debbie@californiapayroll.com;
jsensing@potteranderson.com;

**SCHEDULE F**

CASA PAYROLL SERVICE LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TOM BURNS COMPTROLLER
Email:  tcburns@casapayroll.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                                      **F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
CATALYST PEO LLC
ATTN KAILEY JONAS COO
Email:    kaileyjonas@tcormanagement.com;
rickdudney@tcormanagement.com

**SCHEDULE F**
SOUTHEASTERN EMPLOYEE BENEFITS
CORPORATE BUSINESS
ATTN JAMES KARLE CEO
Email:  jim.karle@cbshro.com

**SCHEDULE F**
CELLO HR LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TOM SLANDA LEAD OPERATIONS
Email:  tslanda@theorsusgroup.com

**SCHEDULE F**
CERTIFIED PAYROLL ASSOCIATES INC
ATTN MATT CROWDER PRESIDENT
Email:  matt@cpaindiana.com

**SCHEDULE F**
CHARLESTON PAYROLL PLUS LLC
CHARLESTON PAYROLL
ATTN  JENNA  LEE  WRIGHT  MANAGER
MEMBER
Email:                        jgreen@svglaw.com;
jenna@charlestonpayroll.com

**SCHEDULE F - CLAIM FILED**
CHECK MATE PAYROLL LLC
ATTN    ROGER    OGDEN    SECRETARY
TREASURER
Email:  roger@bangertercpa.com

**SCHEDULE F**
CHECK RIGHT INC
CR PAYROLL
JONATHAN DYER PRESIDENT
Email:  jon@crpayroll.com

**SCHEDULE F**
CF INVESTMENTS INC
 ACCURATE DATA PAYROLL SERVICE
ATTN CARL FISCHER PRESIDENT
Email:  carl@accuratedatapayroll.com; carl@ad-
payroll.com

**SCHEDULE F**
CHOICEPAY PAYROLL & HR SERVICES
ATTN JANE SUNTER PRESIDENT
Email:  janesunter@suntercpa.com

**SCHEDULE F**
CLIFTONLARSONALLEN LLP
ATTN PRESIDENT OR MANAGER AGENT
ATTN AMY BRADLEY SR PAYROLL
Email:    amy.bradley@claconnect.com;
sarah.doerr@lawmoss.com

**SCHEDULE F**
JUSTWORKS ADMINISTRATIVE LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JOHNATHAN MIRIAN VICE PRESIDENT
FINANCE
Email:  mirian@justworks.com

**CLAIM FILED**
JUSTWORKS INC
ATTN MARIO SPRINGER
Email:  mspringer@justworks.com

**SCHEDULE F**
COMPLIANCE PAYROLL INC
ATTN STEVEN LAHEY PRESIDENT
Email:  steve@compliancepayroll.com

**SCHEDULE F**
COMBINED EMPLOYER SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MARINA WANG
Email:                        marina@combinedca.com;
tbacon@alvaradosmith.com

**SCHEDULE F**
COMMONWEALTH CASH MANAGEMENT
COMMONWEALTH PAYROLL & HR
ATTN JEFF PLAKANS PRESIDENT
Email:  jeff.plakans@commpayhr.com

**SCHEDULE F**
VILLIAMS LLC
COMPASS ONE HCM
ATTN DANIELLE WILLIAMS PARTNER
Email:  dwilliams@compassonehcm.com

**SCHEDULE F**
COMPLETE PAYROLL RESOURCE INC
ATTN MICHAEL DELLAPORTA PRESIDENT
Email:
mdellaporta@completepayrollresources.com

**SCHEDULE F**
COMPREHENSIVE PAYROLL SERVICE INC
CPSNETPAY
ATTN JIM SMITH PRESIDENT
Email:  jim@cpsnetpay.com

**SCHEDULE F**
COMP US INC
COMP US PAYROLL
ATTN    MICHAEL    JANOWIAK    VICE
PRESIDENT
Email:  mjanowiak@compuspayroll.com

**SCHEDULE F**
CONCEPT 2001  INC
CONCEPT HR
ATTN BYRON K JENNINGS CPA
ATTN GINGER HENSON CFO
Email:                        byron@concepthr.com;
ghenson@concepthr.com

**SCHEDULE F**
COASTAL PAYROLL SERVICES INC
ATTN CRAIG COLEMAN PRESIDENT
Email:  ccoleman@coastalpayroll.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
CPA ACCOUNTING SOLUTIONS INC
CPACCOUNTING SOLUTIONS, INC.
ATTN GARY GARLAND PRESIDENT
Email: ggarland@libertytax.com

**PROOF OF CLAIM ADDRESS FOR CHOICE PAYROLL INC DBA THREAD (CUSTOM PAYROLL SERVICES)**
MARY TRACHIAN-BRADLEY ESQ
BRISKIN CROSS & SANFORD LLC
Email: mtrachian@briskinlaw.com

**SCHEDULE F (CLAIM ADDRESS)**
DECIMAL INC
DBA UBIQUITY RETIREMENT + SAVINGS
C/O JAMES S GREEN SR ESQ
SEITZ VAN OGTROP & GREE PA
Email: dyanagita@myubiquity.com; jgreen@svglaw.com

**SCHEDULE F**
DELAWARE VALLEY PAYROLL INC
PRIME POINT LLC
ATTN DAVID BOTHWELL VICE PRESIDENT
Email: dbothwell@primepoint.com

**SCHEDULE F**
HCI-EBS INC
EMPLOEE BENEFIT SERVICES
ATTN PRESIDENT OR MANAGER AGENT
ATTN DAVE ANDERSON
Email: danderson@hci-ebs.com

**SCHEDULE F**
ONEPOINTHCM
ATTN DAVID MILLER PRESIDENT
Email: dmiller@onepointhcm.com

**SCHEDULE F**
EXACT PAYROLL INC
ATTN MITCH LIGHTMAN VICE PRESIDENT
Email: mlightman@exactpayroll.com

**SCHEDULE F**
COMPUTER SEARCH
COMPUTER SEARCH PAYROLL SERVICES
ATTN PRESIDENT OR MANAGER AGENT
ATTN RAYMOND ANTONUCCI
Email: rantonucci@cspayroll.com

**SCHEDULE F**
VARSITY COMPUTING INC
DALLAS PAYROLL
ATTN BRIAN QUEEN PRESIDENT
Email: brian@dallaspayroll.com

**SCHEDULE F**
DEPENDABLE PAYROLL LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN NINA MCPHERSON OPERATIONS MANAGER
Email: ninak@dependablepayroll.com

**SCHEDULE F**
DYNAMIC HUMAN RESOURCES INC
C/O MICHAEL A FLEMING ESQ
PLUNKETT COONEY
Email: mfleming@plunkettcooney.com; cwhall@dynamichr.com;

**SCHEDULE F**
LA MARITZA INC
ELITE PAY
ATTN GENARO MENDEZ PRESIDENT
Email: gmendez@elite-pay.com

**SCHEDULE F**
EMPLOYER SUPPORT SERVICES INC
ATTN JENNIFER RAGSALE PRESIDENT
Email: jennifer@employersupport.com

**SCHEDULE F**
EXPONENT TECHNOLOGIES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MARK PORTNER
Email: mportner@exponenthr.com

**SCHEDULE F**
CHOICE PAYROLL INC
THREADHCM (DBA THREAD)
(CUSTOM PAYROLL SERVICES)
ATTN LORI WINTERS PRESIDENT
Email: lwinters@threadhcm.com

**SCHEDULE F**
DECIMAL INC THE ONLINE 401K
UBIQUITY
ATTN PRESIDENT OR MANAGER AGENT
ATTN DAVID YANAGITA TRADE SPECIALIST
Email: dyanagita@myubiquity.com; jgreen@svglaw.com

**SCHEDULE F**
DOMINION PAYROLL SERVICES LLC
ATTN DAVID FRANKLIN PRESIDENT
Email: dfranklin@dominionpayroll.com; dfratkin@dominionpayroll.com

**SCHEDULE F**
EAZEPAY LLC
ATTN WAYNE H TRIANTOS MEMBER MANAGER
Email: jgreen@svglaw.com; whtriantos@triantosanddelp.com

**SCHEDULE F**
EMPAY SYSTEMS LLC
POLARIS PAYROLL
ATTN PAT CORPORA PRESIDENT
Email: pat@polarispayroll.com

**SCHEDULE F**
EPAY SYSTEMS INC
ATTN DOUG OLDS CFO
Email: dolds@epaysystems.com

**SCHEDULE F**
E-Z PAYROLL SERVICES INC
WAGESOURCE
NICHOLAS SIDERIAS  PRESIDENT
Email: nick@ezpayrolls.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
FIDUCIA GLOBAL SOLUTIONS LLC
ATTN ANNETTE MESSLER VP CFO
Email:  amessler@fiduciaglobal.com

**SCHEDULE F**
FIRST-RATE PAYROLL SERVICE PROVIDERS
LLC
ATTN VIMAL PATEL OWNER
Email:  firstratepay@gmail.com

**SCHEDULE F**
DATASPHERE INC
FLEXCHECKS INC
ATTN DIANE K PELAK PRESIDENT
Email:  dianepelak@flexchecks.com

**SCHEDULE F**
FLEXIBLE PAYROLL & HR LLC
ATTN BRANDON BARNES PRESIDENT
Email:  flexiblepay@gmail.com

**SCHEDULE F**
FOCUS HR STRATEGY INC
ATTN GREGG STUTZ COO
Email:  greg@focushr.net

**SCHEDULE F**
RJDB ENTERPRISES INC
GLN TAX & PAY
ATTN JERRILEE HARVEY PRESIDENT
Email:                    jerrilee-gln@stny.rr.com;
mweiermiller@cpwdlaw.com;

**SCHEDULE F**
PAYROLL DATA INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MARY ANNE MANCINI
Email:  mam@gopayrolldata.com

**SCHEDULE F**
GREEN LEAF PAYROLL & BUSINESS
SOLUTIONS
ATTN KIRA AMUNDSEN VP
Email:  kira@greenleafbizsolutions.com

**SCHEDULE F**
GREENLINK PAYROLL
ATTN  FRANK  MINECCIA  MANAGING
MEMBER
Email:  f.mineccia@greenlinkpayroll.com

**SCHEDULE F**
EMPLOYER'S GUARDIAN LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN DIANE EDWARDS CONTROLLER
Email:  dedwards@employersguardian.com

**SCHEDULE F**
HARD 8 ACQUISITIONS LLC
LAUNCHPAYROLLCOM
ATTN S MILLER
Email:  smiller@launchpayroll.com

**PROOF OF CLAIM ADDRESS**
HARD 8 ACQUISITIONS LLC
LAUNCHPAYROLLCOM
C/O PARKER LAWRENCE
FRANK GALLINA ESQ
Email:  fgallina@plcslaw.com

**SCHEDULE F (CLAIM ADDRESS)**
HARDING SHYMANSKI COMPANY PSC
C/O NICK CIRIGNANO
ZIEMER   STAYMAN   WEITZEL   &
SHOULDERS LLP
Email:  ncirignano@zsws.com

**SCHEDULE F**
HARDING SHYMANSKI COMPANY
ATTN MATTHEW FOLZ VICE PRESIDENT
Email:  Mfoiz@hsccpa.com

**SCHEDULE F**
HR 365 LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TRENT DEGROOT MANAGER
Email:  trent@gohr365.com

**SCHEDULE F**
HUMAN RESOURCE CONSULTING GROUP
LLC
ATTN ROBIN IMBROGNO PRESIDENT
Email:  cynthia@hr-consulting-group.com

**SCHEDULE F**
HOSPITALITY RESOURCE CENTER LLC
HRC SERVICE
ATTN REZA KHAN PRESIDENT CEO
Email:  reza@hrcservice.com

**SCHEDULE F**
HUMAN RESOURCES INC
HRI
ATTN MATTHEW PRIESTER COO
Email:  matt@hri-online.com

**SCHEDULE F**
HR LEDGER INC
ATTN MALCOLM L FROST PRESIDENT
OWNER
Email:  malcolm.frost@hrledger.com

**CLAIM FILED**
HR LEDGER INC
ATTN  MALCOLM  L  FROST  PRESIDENT
OWNER
Email:  malcolm.frost@hrledger.com

**SCHEDULE F**
HR OUTSOURCING ASSOCIATES LLC
ATTN JOEY WOODRUF VP
Email:  joey.woodruff@hroi.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**

HR OUTSOURCING ENTERPRISES LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN DIDI HARKNESS DIRECTOR OF PR
Email: didi.harkness@hroi.com

**SCHEDULE F**

HR SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN RENEE TREPAGNIER MANAGER
Email: rtrepagnier@hrsolutions.net;
tbesselman@centura-advisors.com

**SCHEDULE F**

HUNTER PAYROLL SYSTEMS
ATTN JUSTIN HUNTER PRESIDENT
Email: justin@hunterpayrollsystems.com

**SCHEDULE F**

HOME WORK SOLUTIONS INC
ATTN KATHLEEN WEBB PRESIDENT
ATTN GARY GRIFFIN CONTROLLER
Email: gary@homeworksolutions.com;
kathy@homeworksolutions.net;

**SCHEDULE F**

MEDIA DATA SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN OSCAR FERNANDEZ GENERAL MGR
Email: oscar.fernandez@mediadataservices.com

**SCHEDULE F**

IBUSINESSSOLUTIONS INC
ATTN DAVID YOHN PRESIDENT
Email: david@ibusinessolutions.com

**SCHEDULE F**

IGNITE PEO SERVICES LLC
IGNNITE PEO SERVICES INC (CLAIM
FILED)
ATTN GLEN ANTWILER CEO
Email: glen.antwiler@ignitepeo.com

**SCHEDULE F**

IGREEN PAYROLL INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MOSEH HOROWITZ ADMINISTRATOR
Email: mh@igreenpayroll.com

**SCHEDULE F**

INFINITI HR LLC
ATTN SCOTT SMRKOVSKI
Email: scott@infinitihr.com

**SCHEDULE F**

INFINITI RESOURCE MANAGEMENT LLC
ATTN CLARISSA THOMPSON PRESIDENT
Email: cthompson@irmpeo.com

**SCHEDULE F**

INFINITY PAYROLL SERVICES INC
ATTN JASON SLUTSKY PRESIDENT
ATTN MICHAEL PETER RUSSO VP PAYROLL
SERVICES
Email: jason@infinitypayrollservices.com;
mike@infinitypayrollservices.com

**SCHEDULE F**

INFLECTION HR LLC
ATTN SERVIN GARDNER PRESIDENT
Email: sgardner@inflectionhr.com

**SCHEDULE F**

INFOCUS PAYROLL LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN BRIAN BOHLEY
Email: brian@infocuspayroll.com

**SCHEDULE F**

INNOVATIVE PAYROLL PROCESSING
ATTN AHMAD CHEBBANI PRESIDENT CEO
Email: achebbani@innovativepay.com

**SCHEDULE F**

INTEGRITY BOOKKEEPING LLC
ATTN KATHYRN INGRAM PRESIDENT
Email: kingram@integritybookkeeping.biz

**SCHEDULE F**

INTEGRITY OUTSOURCE LLC
ATTN ROBIN MCENTIRE CEO
Email: robin@integrityoutsource.com;
rmcentire@integrityoutsource.com

**SCHEDULE F**

INTEGRITS ENTERPRISE SOLUTIONS LLC
ATTN CLARENCE M CARTER JR PRESIDENT
CEO
Email: carter_cmorgan@integrits.com

**SCHEDULE G**

INTEGRATED DYNAMIC SOLUTIONS IDS
ATTN PRESIDENT OR MANAGER AGENT
ATTN NASROLLAH GASHTILI
Email: gashtili@idspage.com

**SCHEDULE F**

INTEGRATED PAYROLL SERVICES INC
ATTN JOHN FEAMAN PRESIDENT
Email: john@integrated-payroll.com

**SCHEDULE F**

KALTER PAYROLL SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN DANIEL COURTNEY MANAGER
Email: daniel@kalterco.com

**SCHEDULE F**

LIBERTY PAYROLL SOLUTIONS LLC
ATTN ANTHONY AZEVEDO PRESIDENT
Email: az@njcpas.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
LOCAL ECONOMY LLC
ATTN JAMES BELANGER PARTNER
Email: jim@localeconomypayroll.com

**SCHEDULE F**
MARATHON HR SERVICES LLC
ATTN RALPH CIMPERMAN PRESIDENT
Email: rcimperman@marathonhr.com

**SCHEDULE F**
MARKETVIEW RESOURCES INC
ATTN DERICKSON LAWRENCE CEO
Email: dkl@marketvw.com

**SCHEDULE F**
MASSPAY INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JASON MAXWELL
Email: jason@masspay.net

**SCHEDULE F**
MANAGEMENT ADMINISTRATIVE
SOLUTIONS INC
ATTN STACIE NEVES VICE PRESIDENT
Email: sneves@managementsolutions-peo.com

**SCHEDULE F**
MANAGEMENT SOLUTIONS INC
ATTN STACIE NEVES VICE PRESIDENT
ATTN SASHA OVERBAUGH
Email: sneves@managementsolutions-peo.com;
soverbaugh@managementsolutions-peo.com

**SCHEDULE F**
DOMINION PAYROLL SERVICES TN LLC
AVINTUS AND MIDSOUTH
ATTN JASON POLING CEO
Email: jpoling@dominionpayroll.com

**SCHEDULE F**
MINT PAYROLL LLC
ATTN SHERYL MOREHEAD OPS MANAGER
ATTN TODD UDALL PARTNER
Email: michael@mintpayroll.com;
jsensing@potteranderson.com;

**SCHEDULE F**
MIZE HOUSER & COMPANY PA
ATTN PRESIDENT OR MANAGER AGENT
ATTN SHEILA COX QSR PR MANAGER
Email: sacox@mizehouser.com

**SCHEDULE F**
MY STRATEGIC PAYROLL LLC
ATTN NICK TSISMONAKIS PRESIDENT
Email: nick@mystrategicpayroll.com

**SCHEDULE F**
MONEYWISE PAYROLL SOLUTION
ATTN SEAN SHANKS PRESIDENT
Email: sean@moneywisepayroll.com

**SCHEDULE F**
NATIONAL BUSINESS PARTNERS GROUP
ATTN JOE POWER PRESIDENT
Email: jpower@nbpginc.com

**SCHEDULE F**
RONALD A DUBOIS CPA
US NATIONAL PAYROLL
ATTN RONALD A DUBOIS PRESIDENT
OWNER
Email: radcpa@protonmail.com

**SCHEDULE F**
NATIONAL PAYROLL SYSTEMS INC
ATTN ORLANDO C WILLIAMS III PRESIDENT
OWNER
Email: orlandow@nationalpayroll.com

**SCHEDULE F**
GOVERNMENTJOBSCOM INC
NEOGOV
ATTN TODD HUTCHINGS VP
Email: thutchings@neogov.com

**SCHEDULE F**
GREEN PAYROLL SERVICES INC
(MIRIAM HOROWITZ, OWNER)
ATTN PRESIDENT OR MANAGER AGENT
ATTN MIRIAM HOROWITZ OWNER
Email: miriam@newgreenpayroll.com;
mimihorowitz10@gmail.com

**SCHEDULE F**
NICHOLAS H REACH CPA LLC
ATTN NICK REACH MEMBER MANAGER
Email: nick.reach@sbcglobal.net

**SCHEDULE F**
OMEGA BENEFIT STRATEGIES LLC
ATTN DOUGLAS SNOMAN PRESIDENT
Email: dsnowman@omegabfs.com

**SCHEDULE F**
ONE PAY HR LLC
C/O WILLIAM R KELEHER ESQ
SMIDT REIST & KELEHER PC
Email: wkeleher@srklawnm.com;
karen@onepayhr.com

**SCHEDULE F**
ONE SOURCE VIRTUAL HR INC
ATTN MARK TURNER SEC TREAS
Email: mturner@odysseyonesource.com

**SCHEDULE F**
ONE STOP PAYROLL INC
ATTN YUNG KIM PRESIDENT
Email: yungkimcpa@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

SCHEDULE F
ON-LINE PAYROLL INC
ATTN JOE HINES SOLE MEMBER
ATTN MARY ANNE HINES OP MANAGER
Email: joe@on-linepayroll.com

SCHEDULE F
ONE-TIME PAYROLL SERVICES LLC
ATTN CARMEN BARMAKIAN PRESIDENT
Email: carmen@on-timepayroll.com

SCHEDULE F
OTP PAYROLL LLC
ATTN SOLOMON FRIEDER MANAGER
MEMBER
Email: sf@jacobfcpa.com

SCHEDULE F
PACIFIC STAFF MANAGEMENT INC
CHRISTINA NELSON PRESIDENT
Email: cknelson@pacificstaff.com

SCHEDULE F
ARCH RESOURCES GROUP
ATTN PRESIDENT OR MANAGER AGENT
ATTN STEVE RASMUSSEN PR MANAGER
Email:
steve.rasmussen@archresourcesgroup.com

SCHEDULE F
PAYROLL PLUS INC
PAI PAYROLL
ATTN DAVID CASTLEMAN PRESIDENT
Email: dcastleman@paipayroll.com

SCHEDULE F
PARTNERS IN PAYROLL LLC
ATTN WILLIAM BILO JR MANAGER
MEMBER
Email: gm@partnersinpayroll.com

SCHEDULE F
PAYACTIV INC
IJAZ ANWAR COO
Email: ijaz@payactiv.com

SCHEDULE F
PAYBRIDGE LLC
ATTN ANTHONY CHIVILES MANAGING
PARTNER
Email: tchiviles@paybridge.com

SCHEDULE F
PAYDATA PAYROLL SERVICES INC
ATTN VICTORIA NADEAU-TRAHAN VP
Email: victoria@paydata.com

SCHEDULE F
PAYDAY PAYROLL INC
ATTN MIKE DOZIER CFO
Email: Mike@paydaypayroll.com

SCHEDULE F
PAYDAY PAYROLL RESOURCES INC
ATTN RENEE DEAL PRESIDENT
Email: rdeal@paydaypr.com;
htruszkowski@btlawla.com;

SCHEDULE F
TWO SHUS INC
PAYLOGIC
ATTN DAVID HUNT SHUSTER PRESIDENT
Email: hunts@epaylogic.com

SCHEDULE F
PAYMEDIA LLC
ATTN ALLAN VALVANO MANAGING
MEMBER
Email: Allan.Valvano@paymedia.net

SCHEDULE F
PAYNORTHEAST LLC
ATTN STEVE SHOULER CEO
Email: steve@paynortheast.com

SCHEDULE F
PAYNORTHWEST LLC
ATTN DAVE CHRISTENSEN CFO
Email: mikea@paynorthwest.com

SCHEDULE F
PAYPLANS BENEFITS INC
ATTN DOUG SNOWMAN PRESIDENT
Email: dsnowman@ppandb.com

SCHEDULE F
SAMMONS & HEAD LLC
PAYROLL PLUS
ATTN JOHN SAMMONS MANAGER MEMBER
Email: sammonsjo@yahoo.com

SCHEDULE F
PAYRIGHT PAYROLL SERVICES INC
ATTN STEVE MCMAHON VICE
PRESIDENT
Email: steve@payrightpayroll.com

SCHEDULE F
PAYROLL EASE LLC
ATTN HEDY KINNEY MANAGING MEMBER
Email: hkinney@payrollease.com

SCHEDULE F
PAY-ROLE HR SOLUTIONS LLC
ATTN KERRY BISHOP CFO
Email: kerry@banasky.com

SCHEDULE F
PAYROLL LINK INC
ATTN MIKE DEMERJIAN PRESIDENT
Email: mike@payrolllink.com

SCHEDULE F
PAYROLL COMPLETE SERVICES INC
PAYROLL NW
ATTN RICK SMITH CEO
Email: rick@payrollnw.com

SCHEDULE F
PAYROLL SOLUTIONS INC
ATTN SCOTT JENKINS PRESIDENT
Email: dmiller@lubinolson.com;
scott@payrollsolutions.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
FOCUSPAY SOLUTIONS LLC
PAYROLL SOLUTIONS & BENEFITS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN BECKY SNEDIGAR PAYROLL MANAGER
ATTN DONALD GENE CHASTAIN MEMBER
Email: support@focuspaysolutions.com; dchastain@machenmcchesney.com

**SCHEDULE F**
FAIR EMPLOYMENT COUNCIL INC
PAYSOURCE TX & PAYDAYPRO
ATTN MELISSA PARKER PRESIDENT
Email: melissa@paysourceonline.com

**SCHEDULE F**
PAYSOURCE INC
PAYSOURCE PAYROLL SOLUTIONS
ATTN LORI CATALANO PRESIDENT
Email: lori@paysource.com

**SCHEDULE F**
SBS PAYROLL
ATTN PRESIDENT OR MANAGER AGENT
ATTN LEIGH HANSEN SR DIRECTOR OF OPS
Email: lhansen@fbgholdings.com

**SCHEDULE F**
PAYROLL SERVICE PLUS
ATTN JON SIGMAN CEO
Email: jon@payrollpayroll.com

**SCHEDULE F**
PAYROLL TAX SYSTESM
ATTN PRESIDENT OR MANAGER AGENT
ATTN ANTHONY GONZALES
Email: agonzales@payolltaxmgmt.com

**SCHEDULE F**
PAY USA INC
ATTN JANET FOX PRESIDENT
Email: jfox@payusainc.com

**SCHEDULE F**
PBI PAYROLL
PUBLIC BOOKKEEPERS INC
ATTN JOSEPH A GIACINTO CEO
Email: jgiacinto@pbipayroll.com

**SCHEDULE F**
PAYROLL CONTROL SYSTEMS INC
ATTN GREGG COBB PRESIDENT
Email: gregcobb@yahoo.com

**SCHEDULE F**
PEN-CAL ADMINISTRATORS INC
PEN-PAY LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MATHEW GERMESHAUSEN MANAGER
Email: mgermeshausen@pencal.com

**SCHEDULE F**
PEOPLELEASE LLC
ATTN JERRY WHITE CFO
Email: jwhite@peoplease.com

**SCHEDULE F**
PERNW INC
THE PEOPLE GROUP
ATTN DEVIN KIDMAN PRESIDENT
Email: devin@thepeoplegroup.net

**SCHEDULE F**
P-FIVE SOLUTIONS LLC
ATTN AMBER POPE PRESIDENT
Email: amber@pfivesolutions.com

**SCHEDULE F**
AVL BUSINESS SOLUTIONS INC
PLATINUM GROUP
ATTN MICHAEL MURPHY PRESIDENT
Email: michael@platinum-grp.com

**SCHEDULE F**
PLC SERVICES LLC
ATTN JERRY WHITE CFO
Email: jwhite@peoplease.com

**SCHEDULE F**
POSEIDON CONSULTANTS INC
PAYROLL HUB (TPC HR/PAYROLL CONSULTANTS)
ATTN MICHAEL TAFF PRESIDENT
Email: mtaff@payrollhub.co

**SCHEDULE F**
PIONEER PAYROLL SERVICES INC
PPSINC
ATTN NORA MACKAY CEO
Email: nora@pioneerpayroll.com

**SCHEDULE F**
PAYROLL4FREECOM
ATTN MARTA MENDIZABAL VP
Email: marta@payroll4free.com

**SCHEDULE F**
PAYROLL BY PROFESSIONALS INC
ATTN JOHN J HARTNETT PRESIDENT
Email: john.hartnett@hrblock.com

**SCHEDULE F**
PAY DAY PAYROLL INC
ATTN JILL CAPE PRESIDENT
Email: Jill@payrollpdp.com

**SCHEDULE F**
PAYROLL DIRECT INC
ATTN LYNN DANIELS PRESIDENT
Email: lynnd@payrolldirectinc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
MANAGEPOINT ASO INC
ATTN DAVID E DAY PRESIDENT
Email: **DDay@managepoint.biz**

**SCHEDULE F**
VC CONSULTING SERVICES
PAYDAY MASTERS
ATTN VICTOR CABILLA PRESIDENT
Email: **vcabilla@payday-masters.com**

**SCHEDULE F**
PRESS-GOLD PAYROLL LLC
ATTN CARL PRESSMAN PRESIDENT
Email: **carlp@pressgoldgroup.com**

**SCHEDULE F**
PAYROLL EXPERTS LLC
ATTN JASON ROTH CEO
Email: **jasonroth@payrollexperts.com**

**SCHEDULE F**
PR FINANCIAL SERVICES LLC
PR FINANCIAL
ATTN PRESIDENT OR MANAGER AGENT
ATTN DONETTE YAW PR FINANCIAL
MANAGER
Email: **jgreen@svglaw.com; dyaw@pizzaranch.com**

**SCHEDULE F**
PRIMEPAY LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN ERIC HERNANDEX VP CLIENT SUCCESS
ATTN EDWARD A HUGHES CFO/MEMBER
Email: **ehernandez@primepay.com; ehughes@primepay.com**

**SCHEDULE F**
PRO DATA PAYROLL SERVICES INC
ATTN HORACIO LOPEZ PRESIDENT
Email: **hlopez@prodataontheweb.com**

**SCHEDULE F**
ASYRE SOFTWARE
PAYSYSTEMS OF AMERICA INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TARA JONES DIRECTOR OPS
Email: **tara.jones@asuresoftware.com**

**SCHEDULE F**
PAYROLL OFFICE OF AMERICA INC
ATTN DEBBIE FORD VP OPERATIONS
Email: **casarinom@whiteandwilliams.com; Debbie.Ford@poausa.com**

**SCHEDULE F**
PROFIT BUILDERS INC
ATTN PRESIDENT OR MANGER AGENT
ATTN JAMI MCFALL ACCOUNTING MANAGER
Email: **Jami@yourprofitbuilders.com**

**SCHEDULE F**
PROFESSIONAL PAYROLL SERVICES
ATTN PRESIDENT OR MANGER AGENT
ATTN HERBERT B BLACKBURN TREASURER
Email: **herb.blackburn@spbco.com**

**SCHEDULE F**
SILLA ENTERPRISES
A-PRO PAYROLL SYSTEMS
ATTN JACK KIM PRESIDENT
Email: **jtbkim@yahoo.com**

**SCHEDULE F**
PRECISE PAYROLL LLC
ATTN SAMANTHA GAGE PRESIDENT
Email: **samantha@precisepayroll.com**

**SCHEDULE F**
KELLER & OWENS LLC
PAYROLL PARTNERS PLUS
ATTN PRESIDENT OR MANAGER AGENT
ATTN LADENA HENRY SUPERVISOR
Email: **lhenry@kellerowens.com; ccampbell@kellerowens.com**

**SCHEDULE F**
PAYROLL PERFECT INC
ATTN KARL HOLLEY PRESIDENT
Email: **kari@payrollperfect.com**

**SCHEDULE F**
PAYROLL PLUS INC
ATTN JOHN J HETTWER PRESIDENT
Email: **jhettwer@payrollplus-hcm.com**

**SCHEDULE F**
PAYPROS HCS
ATTN PRESIDENT OR MANAGER AGENT
ATTN RHONDA CHAMPION CEO
Email: **rchampion@payprhcs.com**

**SCHEDULE F**
PAYPROS INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JEFF SALVATORE GENERAL MANAGER
Email: **jsalvatore@payprosinc.com**

**SCHEDULE F**
PAYROLL PROS LLC
ATTN LARRY ROBERTS CEO
Email: **larry@payrollprosllc.com**

**SCHEDULE F**
PAYROLL SERVICES LLC
ATTN JONATHAN POCIUS MEMBER
ATTN JESSICA DRONEBURG OPR MANAGER
Email: **jonp@payrollservicesllc.com**

**SCHEDULE F**
PREMIER EMPLOYER SERVICES
MR JR HOLDINGS INC
ATTN ROGER HAYS PRESIDENT
Email: **rhays@premieremployerservices.com**

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
PROFESSIONAL OUTSOURCING
SOLUTIONS INC
ATTN MAYET ALEGRIA PRESIDENT
Email: malegria@posiusa.com

**SCHEDULE F**
PAY-TECH INC
TAB ASSOCIATES
ATTN RENE BROFFT PRESIDENT
Email: rene@pay-tech.com

**SCHEDULE F**
PURSERS OFFICE INC
ATTN ROLLYN C TRUEBLOOD PRESIDENT
Email: rollyn@pursersoffice.com

**SCHEDULE F**
PAYMASTER INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN STEVE BOLIN DIRECTOR OF OPS
Email: steveb@paymastersinc.com

**SCHEDULE F**
PAY SOLUTIONS LLC
ATTN MARTI KLAUS MANAGER MEMBER
Email: pay_solutions@sbcglobal.net

**SCHEDULE F**
QTS PAYROLL SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN RICK EDDINS OPS SUPERVISTOR
Email: rick.eddins@qtspayroll.com

**SCHEDULE F**
QUANTA LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN DREW FASSEUS DIRECTOR OF OPS
Email: drew@quantahcm.com

**SCHEDULE F**
REHMANN GROUP LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN ROGER WEBSTER DIRECTOR OF HR
OUT
Email: roger.webster@rehmann.com;
marie.shebuski@rehmann.com

**SCHEDULE F**
RENDERHR LLC
ATTN JOHN COLAGRANDE PRESIDENT CEO
Email: jcolagrande@renderhr.net

**SCHEDULE F**
SEGUE HR LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MICHAEL SCHAFFER
Email: mshaffer@seguehr.com

**SCHEDULE F**
SHEPHERD BUSINESS SOLUTIONS INC
ATTN TOM BRADBURN PRESIDENT
Email: tbradburn@azsbs.com

**SCHEDULE F**
SHIFT HUMAN CAPITAL MANAGEMENT
ATTN KIRK FLAGG - IN-HOUSE COUNSEL
Email: kirk.flagg@shiftpixy.com

**CLAIM FILED**
SHIFT PIXY INC
ATTN KIRK FLAGG - IN-HOUSE COUNSEL
Email: kirk.flagg@shiftpixy.com

**CLAIM FILE**
SHIFT PIXY INC
ATTN ROBERT GANS
Email: robert.gans@shiftpixy.com

**SCHEDULE F**
SHORE PAYROLL SOLUTIONS
ATTN BRIAN PENEVOLPE PARTNER
MANAGER
Email: shorepayroll@hotmail.com

**SCHEDULE F**
SHS PAYROLL LLC
ATTN STEVEN H SUISSA PRESIDENT
Email: steven@shsservices.com

**SCHEDULE F**
SIMPLIFIED EMPLOYER SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN THOMAS PETER CORINTI
Email: lee@sespayroll.com; tom@sespayroll.com

**NOT SCHEDULED**
HARRY LAWN SERVICE
C/O SIMPLIFIED EMPLOYER SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN THOMAS PETER CORINTI
Email: lee@sespayroll.com; tom@sespayroll.com

**NOT SCHEDULED**
ROBERTS AUTOMOTIVE INC
C/O SIMPLIFIED EMPLOYER SOLUTIONS
LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN THOMAS PETER CORINTI
Email: lee@sespayroll.com;
tom@sespayroll.com

**NOT SCHEDULED**
A GUARDIANS OF HOPE
C/O SIMPLIFIED EMPLOYER SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN THOMAS PETER CORINTI
Email: lee@sespayroll.com; tom@sespayroll.com

**SCHEDULE F**
SINGLEPOINT INC
INFORMATION DYNAMICS INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN CHUCK MADDEN
Email: chuck.madden@singlepointinc.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
SOCAL PAYROLL SERVICES LLC
ATTN JACOB SHAW CIO
Email:  jacob@socalpay.com

**SCHEDULE F**
SOLEX PAYROLL SYSTEMS INC
ATTN MATTHEW KAPLAN PRESIDENT
Email:          mkaplan@solexpayroll.com;
wsopp@burnsley.com

**SCHEDULE F**
SOLID BUSINESS SOLUTIONS LLC
ATTN  ROBERT  COLEMENAREIS  CEO
PRESIDENT
Email:          jgreen@svglaw.com;
robertc@solidbusinesssolutions.com

**SCHEDULE F**
SOURCEONE PAYROLL SERVICES INC
ATTN ROBERT YEGENHIAIAN CEO
Email:  robert@sourceonepayroll.com

**SCHEDULE F**
SPECTRUM EMPLOYEE SERVICES INC
ATTN D JOHN DAVIS JR PRESIDENT
Email:  djd@spectrumhronline.com

**SCHEDULE F**
STEWARDSHIP PAYROLL SERVICES LLC
ATTN CHAD SCHAVEY CFO
Email:  chad@churchshield.com

**SCHEDULE F**
STREAMLINE PAYROLL LLC
ATTN KRISTI KEISER COO
Email:  kkeiser@streamlinepayroll.net

**SCHEDULE F**
SYNCHR INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KELLY MCALLISTER SR MANAGER
Email:          pglick@synchr.com;
kmcallister@synchr.com

**CLAIM FILED (SECOND)**
SYNCHR INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KELLY MCALLISTER SR MANAGER
Email:          pglick@synchr.com;
kmcallister@synchr.com

**CLAIM FILED (THIRD)**
SYNCHR INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KELLY MCALLISTER SR MANAGER
Email:          pglick@synchr.com;
kmcallister@synchr.com

**SCHEDULE F**
SYNDEO OURTSOURCING LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TODD MATHENY DIRECTOR ACCT
Email:  tmatheny@syndeohro.com

**SCHEDULE F**
TAG EMPLOYER SERVICES LLC
ATTN JACK BILTIS PRESIDENT
Email:  Jack@tagpay.com; jp@tagpay.com

**SCHEDULE F**
DES DAWN CORPORATION
TAXCO BUSINESS SERVICE INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN TRAI CARR EVP
Email:  trai@taxco.us

**SCHEDULE F**
THE PAYROLL OFFICE INC
ATTN STEVE KUCZKA PRESIDENT
Email:  TPOMO@aol.com

**SCHEDULE F**
THE PAYROLL PROFESSIONALS INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN SHERRY BOGGS OPERATIONS ACH
Email:          sboggs@thepayrollpros.com;
rfenick@thepayrollpros.com

**SCHEDULE F**
TIME & PAY INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KRISTIE AYERS DIRECTOR OF OPS
Email:          kayers@timeandpay.com;
ascheu@timeandpay.com

**SCHEDULE F**
TIMEPAYS CEOS CORPORATION
ATTN SCOTT JOHNSON PRESIDENT
Email:  scott@timepays.com

**SCHEDULE F**
TOTAL HCM INC
ATTN ERIC CHEN CFO
Email:  ericchen@totalhcminc.com

**SCHEDULE F**
TRIANGLE PAYROLL
ATTN DEANA MOORE PRESIDENT
Email:  deana@trianglebenefitservices.com

**SCHEDULE F**
TRISTATE EMPLOYERS GROUP INC
ATTN MARY JO MOORE PRESIDENT
Email:  mjmoore@tri-emo.com

**SCHEDULE F**
TRIPCO INC
PAYRITE
ATTN ROBERT J BENARD PRESIDENT
Email:  bob@payrite.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
IEM OF FLORDIA LLC
UNIFY EMPLOYEE
ATTN   CARLOS   DIAZ   MANAGING
PARTNER
Email:  carlos@unifyemployee.com

**SCHEDULE F**
UNIFY PAYROLL LLC
ATTN DAVID FRY MANAGER MEMBER
Email:  dave@unifypayroll.com

**SCHEDULE F**
UNION PAYROLL SOLUTIONS
ATTN KENNETH HRIN PRESIDENT
Email:  ken@myunionpayroll.com

**SCHEDULE F**
UPSOH INC
ATTN BRUCE BAUGHMAN PRESIDENT
Email:  belmontbc@ameritech.net

**SCHEDULE F**
VALIANT PAYROLL SERVICES INC
TRACKFORCE VALIANT
ATTN PRESIDENT OR MANAGER AGENT
ATTN BRYAN KOEHLER CFO
Email:  bkoehler@trackforce.com

**SCHEDULE F**
VALIANT PAYROLL SERVICES INC
TRACKFORCE VALIANT
ATTN PRESIDENT OR MANAGER AGENT
ATTN HEATHER SOFTY TAX BANK MGR
Email:  heather.softy@valiant.com

**SCHEDULE F**
VALIANT PAYROLL SERVICES INC
TRACKFORCE VALIANT
ATTN PRESIDENT OR MANAGER AGENT
ATTN   DEBRA   FOSTER   SENIOR
ADMINISTRATOR
Email:  debra.foster@valiant.com

**CLAIM FILED**
VERDE HUMAN CAPITAL LLC
C/O THOMAS A BUFORD ESQ
Email:  tbuford@bskd.com

**SCHEDULE F**
VERTEX PAYROLL CORP
ATTN JOHN SANSOU PRESIDENT
Email:  jsansour@vertexpayroll.com

**CLAIM ADDRESS**
VERTEX PAYROLL CORP
C/O SANSOUR LAW APC
MANAL SANSOUR ESQ
Email:  manalsansour@gmail.com

**SCHEDULE F**
VERTISOURCE INC
(VERTISOURCEHR)
ATTN SAMUEL HOWELL CFO
Email:        accounting@vertisourcehr.com;
sam@vertisourcehr.com

**SCHEDULE F**
WORKFORCE BENEFIT SOLUTIONS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN BRIAN LAMBERT
Email:              jgreen@svglaw.com;
brian_lambert@getworkforce.com

**SCHEDULE F**
WEBB PAYROLL SERVICE INC
ATTN SHERRY K WEBB PRESIDENT
Email:  sherry@webbpayroll.com

**SCHEDULE F**
WEB PAYROLL & TAX SOLUTIONS
ATTN CYNTHIA MATA PARTNERS MANAGER
Email:  cynthia@webpayroll.net

**SCHEDULE F**
WIGGINS PAYROLL INC
ATTN CLINTON WIGGINS PRESIDENT
Email:  clint@evolutionpayrollservices.com

**SCHEDULE F**
WISE CHOICE INCORPORATED
ATTN PRESIDENT OR MANAGER AGENT
ATTN STATNEY LATTIN FINANCE COOR
Email:  slattin@wisesourcehr.com

**SCHEDULE F**
WORLD DATA SOLUTIONS
RESTAURANT SOLUTIONS INC
ATTN CHRISTINE DRAGOO CFO
Email:  cdragoo@restacct.com

**SCHEDULE F**
BUSINESS WORKPLACE SOLUTIONS LLC
WSP PAYROLL SERVICES
ATTN ALICIA MARTIN VP
Email:  amartin@businesswps.com

**SCHEDULE F**
WIN3 INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN   TARA   BRYANT   DIRECTOR
FINANCE
Email:             tbryant@teamwin3.com;
mponke@huffmaster.com

**SCHEDULE F**
WINDSORKENT INC
ATTN MICHAEL MONTE CEO
Email:  mmonte@windsorkent.com

**SCHEDULE F**
WURKFORCE INC
WURK
ATTN PRESIDENT OR MANAGER AGENT
ATTN MARK SAJN DIRECTOR OF IMPLE
Email:  msajn@enjoywurk.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
XPONENT HR SOLUTIONS
ATTN PRESIDENT OR MANAGER AGENT
ATTN LAVINA WATKINS OPS DIRECTOR
Email: **lavina@xponentes.com**

**SCHEDULE F**
YARMOUTH PAYROLL PLUS INC
ATTN SUE E STULL PRESIDENT
Email: **payroll@yarmouthpayroll.com**

**SCHEDULE F**
ZUMA PAYROLL SOLUTIONS
ATTN CHRISTOPHER CAPUTO COO
Email:                    **jgreen@svglaw.com;**
**Ccaputo@zumapay.com**

**CLAIM FILED**
NEALIS ENGINEERING
C/O JAMES S GREEN SR ESQ
SEITZ VAN OGTROP & GREE PA
Email: **jgreen@svglaw.com**

**CLAIM FILED**
WA BRAGG & CO
C/O JAMES S GREEN SR ESQ
SEITZ VAN OGTROP & GREE PA
Email: **jgreen@svglaw.com**

**CLAIM FILED**
JANICE MARSH AS CHAPTER 7 TRUSTEE FOR
ACCEPT SOLAR
Email: **janicemarsh1@gmail.com**

**RFSN ON BEHALF OF JANICE MARSH AS**
**TRUSTEE FOR ACCEPT SOLAR**
ROBERT E GIRVAN III ESQ
WEINER LAW FIRM PC
Email: **Rgirvan@Weinerlegal.com**

**NOTICE ONLY**
PAYROLL      SERVICES      INC      DBA
SOUTHWESTERN PAYROLL
C/O MICHAEL A KORNSTEIN ESQ
COOPER ERVING & SAVAGE LLP
Email: **mkornstein@coopererving.com**

**NOTICE ONLY**
PAYROLL      SERVICES      INC      DBA
SOUTHWESTERN PAYROLL
C/O ANDREW C JAYNE ESQ
BAUM GLASS JAYNE & CARWILE
Email: **ajayne@bgjclaw.com**

**NOTICE ONLY**
CANFIELD      FUNDING      LLC      DBA
MILLENNIUM FUNDING
C/O BRIAN J BUTLER ESQ
CLIFFORD G TSAN ESQ
BOND SCHOENECK & KING PLLC
Email: **bbutler@bsk.com**

**NOTICE ONLY**
CANFIELD FUNDING LLC DBA MILLENNIUM
FUNDING
C/O RICHARD A GRIMM III ESQ
MAGAVERN MAGAVERN GRIMM LLP
Email: **rgrimm@magavern.com**

**NOTICE ONLY**
MICHAEL MANN; MYPAYROLLHR LLC FKA
CLOUD      PAYROLL      LLC;      VALUEWISE
CORPORATION;      ROSS      PERSONNEL
CONSULTANTS INC
C/O MICHAEL L KOENIG ESQ
HINCKLEY ALLEN
Email: **mkoenig@hinckleyallen.com**

**NOTICE ONLY**
ESSQUE INC DBA HEUTMAKER BUSINESS
ADVISORS
C/O JOHN HEUTMAKER
Email: **john@heutmaker.com**

**NOTICE ONLY**
P2BI HOLDINGS LLC
P2BINVESTOR
P2BINVESTOR INCORPORATED
C/O JASON BROWN ESQ
JOANNA CHAN ESQ
COHEN & GRESSER LLP
Email: **jbrown@cohengresser.com**
**jchan@cohengresser.com**

**SCHEDULE F - 20 LARGEST**
VELETA STEVENS ET AL
C/O MIKE M ARIAS ESQ
ALFREDO TORRIJOS ESQ
ARIAS SANGUINETTI WANG AND TORRIJOS
LLP
Email: **mike@aswtlawyers.com**
**alfredo@aswtlawyers.com**

**SCHEDULE F - 20 LARGEST**
VELETA STEVENS ET AL
C/O NICHOLAS A COULSON ESQ
STEVEN D LIDDLE ESQ
LIDDLE AND DUBIN PC
Email: **ncoulson@ldclassaction.com**
**sliddle@ldclassaction.com**

**SCHEDULE F - 20 LARGEST**
WEBB PAYROLL SERVICE INC ET AL
C/O FRANCIS J CASEY FLYNN JR ESQ
LAW OFFICE OF FRANCIS J FLYNN JR
Email: **casey@lawofficeflynn.com**

**SCHEDULE F - 20 LARGEST**
WEBB PAYROLL SERVICE INC ET AL
C/O JOHN A YANCHUNIS ESQ
JONATHAN B COHEN ESQ
MORGAN & MORGAN COMPLEX LITIGATION
GROUP
Email: **jyanchunis@forthepeople.com**
**jcohen@forthepeople.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F - 20 LARGEST (COMMITTEE MEMBER)**

SARAH SIMMONS ET AL
AARON MCALLISTER ROI-IT LLC
C/O LAWRENCE J SEMENZA III ESQ
CHRISTOPHER D KIRCHER ESQ
JARROD L RICKARD ESQ
KATIE L CANNATA ESQ
SEMENZA KIRCHER RICKARD
Email: **ljs@skrlawyers.com**
**cdk@skrlawyers.com**
**jlr@skrlawyers.com**
**klc@skrlawyers.com**

**SCHEDULE F - 20 LARGEST**

BRIGITTE JONES ET AL
C/O DAVID L MEYERSON ESQ
Email: **dmeyerson@seamanatty.com**

**SCHEDULE F - 20 LARGEST**

BRIGITTE JONES ET AL
C/O SHAUN H KEDIR ESQ
Email: **shaunkedir@kedirlaw.com**

**NOTICES ONLY**

AHOLA CORPORATION
C/O JAMES R BEDELL ESQ
KRISTEN-ELISE F DEPIZZO ESQ
YELENA BOXER ESQ
Email: **jbedell@beneschlaw.com**
**kdepizzo@beneschlaw.com**
**yboxer@beneschlaw.com**

**SCHEDULE F - 20 LARGEST**

THE BANCORP BANK
C/O BETH MOSKOW-SCHNOLL ESQ
MATTHEW G. SUMMERS ESQ
CHANTELLE D MCCLAMBE ESQ
JESSICA C WATT ESQ
BALLARD SPAHR LLP
Email: **moskowschnollb@ballardspahr.com**
**summersm@ballardspahr.com**
**mcclambe@ballardspahr.com**
**wattj@ballardfspahr.com**

**NOTICES ONLY**

ADVANCED PAYROLL SERVICES INC
C/O PETER C HUGHES ESQ
DILWORTH PAXSON LLP
Email: **phughes@dilworthlaw.com**

**NOTICES ONLY**

ALPHA PAYROLL SERVICES LLC
C/O BARNABY GRZASLEWICZ ESQ
DONNA LYNN CULVER ESQ
MORRIS NICHOLS ARSHT & TUNNELL LLP
Email: **bgrzaslewicz@mnat.com**
**dculver@mnat.com**

**NOTICES ONLY**

AXIOM HUMAN RESOURCES SOLUTIONS INC
CHOICEPAY PAYROLL & HR SERVICES INC
TRIPCO INC D/B/A PAYRITE
ACCESS1SOURCE-NC LLC
BEYONDPAY INC
INFLECTION HR LLC
PAYROLL EXPERTS LLC
SPECTRUM EMPLOYEE SERVICES INC
C/O WILLIAM ANTHONY HAZELTINE ESQ
SULLIVAN HAZELTINE ALLINSON LLC
Email: **whazeltine@sha-llc.com**

**NOTICES ONLY**

CHARLESTON PAYROLL PLUS LLC
EASEPAY LLC
PR FINANCIAL SERVICES LLC
PROFIT BUILDERS INC
SAMMONS & HEAD LLC
ZUMA PAYROLL SOLUTIONS LLC
ADVANCED PAYROLL SOLUTIONS LLC
ALLIANCE BUSINESS SOLUTIONS LLC
ASTRA PAYROLL CO
APPROVED PAYROLL INC
APPROVED STAFFING I
C/O JAMES S GREEN ESQ
JARED T GREEN  ESQ
SEITZ VAN OGTROP & GREEN PA
Email: **jgreen@svglaw.com; jtgreen@svglaw.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

NOTICES ONLY
CLIFTON LARSON ALLEN LLP
C/O DAVID L FINGER ESQ
FINGER & SLANINA LLC
Email:  dfinger@delawgroup.com

NOTICES ONLY
COASTAL PAYROLL SERVICES INC
DAVID E WILKS ESQ
WILKS LUKOFF & BRACEGIRDLE LLC
Email:  dwilks@wlblaw.com

NOTICES ONLY
COASTAL PAYROLL SERVICES INC
MASSPAY INC
MINT PAYROLL LLC
SOLEX PAYROLL SYSTEMS INC
SOURCEONE PAYROLL SERVICES INC
DOMINION PAYROLL SERVICES LLC
DOMINION        PAYROLL        SERVICEDS
TENNESSEE LLC
FOCUSPAY SOLUTIONS LLC
INTEGRITY OUTSOURCE LLC
PAYPROS INC
PAY USA I
C/O JOHN ANDERSON SENSING ESQ
POTTER ANDERSON & CORROON LLP
Email:  jsensing@potteranderson.com

NOTICES ONLY
DUN-RITE SAND AND GRAVEL COMPANY
KEN MORTON & SONS LLC
C/O PATRICK K GIBSON ESQ
IPPOLITI LAW GROUP
Email:  patrick@ippolitilawgroup.com

NOTICES ONLY
IEM OF FLORIDA LLC
C/O THEODORE J TACCONELLI ESQ
FERRY JOSEPH PA
Email:  ttacconelli@ferryjoseph.com

NOTICES ONLY
INFINITY HR LLC
C/O LISA ZWALLY BROWN ESQ
SAMUEL LEE MOULTRIE ESQ
GREENBERG TRAURIG LLP
Email:  brownli@gtlaw.com
moultries@gtlaw.com

NOTICES ONLY
MANAGEMENT SOLUTIONS INC
DYNAMIC HUMAN RESOURCES INC
C/O KATHLEEN M MILLER
SMITH KATZENSTEIN & JENKINS LLP
Email:  kmiller@skjlaw.com

NOTICES ONLY
PAYDAY PAYROLL RESOURCES INC
C/O ARTEMIO C ARANILLA  II ESQ
MARSHALL DENNEHEY WARNER COLEMAN
& GOGGIN
Email:  acaranilla@mdwcg.com

NOTICES ONLY
PAYMEDIA LLC
PAYROLL CONTROL SYSTEMS INC
YARMOUTH PAYROLL PLUS INC
AMERIPAY INC
NATIONAL PAYROLL SYSTEMS INC
PBI PAYROLL
WINDSORKENT INC
HR LEDGER INC
PAYROLL PERFECT INC
C/O CHRISTINA J PROSS ESQ
MATTLEMAN WEINROTH & MILLER PC
Email:  cpross@mwm-law.com

NOTICES ONLY
SEGUE HR LLC
C/O HAYLEY M LENAHAN ESQ
THOMAS A UEBLER ESQ
MCCOLLOM  D'EMILIO  SMITH  UEBLER
LLC
Email:  hlenahan@mdsulaw.com
tuebler@mdsulaw.com

NOTICES ONLY
WEBB PAYROLL SERVICE INC
C/O ROBERT JOSEPH LEONI ESQ
SHELSBY & LEONI
Email:  rleoni@mslde.com

NOTICES ONLY
ACCENT EMPLOYER SOLUTIONS IV INC
ACCENT EMPLOYER SOLUTIONS INC
AUTOMATIC BUSINESS COMPUTING LLC
BENE-CARE PAYROLL LLC
C/O KEVIN SCOTT MANN ESQ
CROSS & SIMON LLC
Email:  kmann@crosslaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**NOTICES ONLY**
APACHE HOMELANDS LLC
LOGICAL INNOVATIONS INC
LOGICAL R-JOINT VENTURE LLC
C/O JOHN G HARRIS ESQ
BERGER HARRIS LLP
Email: **jharris@bergerharris.com**

**NOTICES ONLY**
CHECK MATE PAYROLL LLC
C/O SARAH THERESA ANDRADE ESQ
BAYARD PA
Email: **sandrade@bayardlaw.com**

**NOTICES ONLY**
EXPONENT TECHNOLOGIES INC
C/O ALBERT H MANWARING IV ESQ
MORRIS JAMES LLP
Email: **amanwaring@morrisjames.com**

**NOTICES ONLY**
HARDING SHYMANSKI & COMPANY PSC
C/O MICHAEL BUSENKELL ESQ
GELLERT SCALI BUSENKELL & BROWN LLC
Email: **mbusenkell@gsbblaw.com**

**NOTICES ONLY - CLAIM FILED**
CLOCKWORK SYSTEMS INC
DBA APS
C/O JULIE M O'DELL ESQ
WILKS LAW LLC
Email: **jodell@wilks.law**

**NOTICES ONLY**
HUMAN RESOURCES INC
C/O SETH JASON REIDENBERG ESQ
TYBOUT REDFEARN & PELL
Email: **sreidenberg@trplaw.com**

**NOTICES ONLY**
JUSTWORKS INC
C/O RENEE MARIE MOSLEY ESQ
CHAD MICHAEL SHANDLER ESQ
RICHARDS LAYTON & FINGER PA
Email: **mosley@rlf.com**
**shandler@rlf.com**

**NOTICES ONLY**
PAY USA INC
C/O SEAN M BRENNECKE ESQ
KLEHR HARRISON HARVEY BRANZBURG & ELLERS
Email: **sbrennecke@klehr.com**

**NOTICES ONLY**
PAYMASTERS INC
C/O MARGARET M DIBIANCA ESQ
WILLIAM G ASIMAKIS JR ESQ
CLARK HILL PLC
Email: **mdibianca@clarkhill.com**

**PROOF OF CLAIM ADDRESS**
PAYMASTERS INC
ATTN STEVE BOLIN
Email: **steveb@paymastersinc.com**

**NOTICES ONLY**
PAYNORTHWEST
C/O JAMI B NIMEROFF
BROWN MCGARRY NIMEROFF LLC
Email: **jnimeroff@bmnlawyers.com**

**NOTICES ONLY**
PAYROLL OFFICE OF AMERICA
C/O MARC STEPHEN CASARINO ESQ
KELLY ELIZABETH ROWE ESQ
WHITE & WILLIAMS
Email: **casarinom@whiteandwilliams.com**
**rowek@whiteandwilliams.com**

**NOTICES ONLY**
STONE INDUSTRIES INC
C/O STEVEN L CAPONI ESQ
K&L GATES LLP
Email: **steven.caponi@klgates.com**

**NOTICES ONLY - COMMITTEE MEMBER COUNSEL**
THE AHOLA CORPORATION
C/O BENESCH FRIEDLANDER COPLAN & ARONOFF LP
YELENA BOXER ESQ
Email: **kdepizzo@beneschlaw.com**
**yboxer@beneschlaw.com**

**COMMITTEE MEMBER**
THE AHOLA CORPORATION
C/O MICHAEL PAULL CFO
Email: **mpaull@ahola.com**

**NOTICES ONLY**
THE AHOLA CORPORATION
C/O SEAN A MELUNEY ESQ
BERGER HARRIS LLP
Email: **smeluney@beneschlaw.com**

**NOTICES ONLY**
VERDE HUMAN CAPITAL LLC
DBA ONEMINT
C/O JAMES L HIGGINS ESQ
YOUNG CONAWAY STARGATT & TAYLOR LLP
Email: **jhiggins@ycst.com**

**NOTICES ONLY**
WIGGINS PAYROLL INC
C/O PAULA C WITHEROW ESQ
COOCH AND TAYLOR
Email: **pwitherow@coochtaylor.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                     **F 9013-3.1.PROOF.SERVICE**

**NOTICE ONLY**
PAYROLL SOLUTIONS INC
C/O JASON WAYNE RIGBY
PRICKETT JONES & ELLIOTT PA
Email: **JWRigby@Prickett.com**

**SCHEDULE F**
VERDE HUMAN CAPITAL LLC DBA ONEMINT
C/O DANIEL WEISKOPF ESQ
MCNAUL EBEL NAWROT & HELGREN PLLC
Email: **dweiskopf@mcnaul.com**

**SCHEDULE F**
RIVETNA ARCHITECTS INC
ATTN CYRUS RIVETNA PRESIDENT
Email: **sherry@rivetna.com**

**ATTORNEY FOR PINNACLE MANUFACTURING CORP**
BRIAN H GUNN ESQ
WOFLE & WYMAN LLP
Email: **bhgunn@wolfewyman.com**

**SCHEDULE F**
NPW CONTRACTING INC
ATTN PRESIDENT OR MANAGER AGENT
Email: **helen@npwcontracting.com**

**SCHEDULE F**
SD DIAGNOSTICS INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JULIE GOLICH
Email: **jgolich@sleepdata.com**

**SCHEDULE F**
SLEEP DATA HOLDINGS LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JULIE GOLICH
Email: **jgolich@sleepdata.com**

**SCHEDULE F**
TODD MORGAN DENTAL CORPORATION
ATTN PRESIDENT OR MANAGER AGENT
ATTN JULIE GOLICH
Email: **jgolich@sleepdata.com**

**SCHEDULE F**
OPTISOM LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JULIE GOLICH
Email: **jgolich@sleepdata.com**

**SCHEDULE F**
POLCRAFT ENGINEERING INC
C/O MONIQUE JEWETT-BREWSTER ESQ
HOPKINS & CARLEY
Email: **mjb@hopkinscarley.com**

**SCHEDULE F**
PACIFIC DIVERSIFIED INSURANCE
SERVICES INC
C/O DANIEL J MULLER ESQ
VENTURA ROSSI HERSEY & MULLER LLP
Email: **dmuller@venturahersey.com**

**SCHEDULE F**
ROBERT KNOWLTON LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN ROBERT KNOWLTON
Email: **robertknowlton@outlook.com**

**SCHEDULE F**
SAN JUAN OAKS LLC
C/O CHRISTINE O BREEN
BREEN LAW FIRM PC
Email: **cob@breenlaw.net**

**SCHEDULE F**
HONORABLE RICHARD S FLIER
ADR SERVICES INC
Email: **rflier@adrservices.com**

**NOTICE PURPOSES**
BARTON KLUGMAN & OETTING LLP
TERRY L HIGHMAN
Email: **t.higham@bkolaw.com**

**SCHEDULE F**
CENTURY NATIONAL INSURANCE COMPANY
C/O PHILIP A FANT ESQ
FANT LAW OFFICE
Email: **pfant@fantlaw.com**

**SCHEDULE F**
GAVIN DE BECKER & ASSOCIATES
C/O JOSEPH LESLIE STARK ESQ
LAW OFFICES OF JOSEPH L STARK AND
ASSOCIATES
Email: **jls@legalkix.com**

**CLAIM FILED**
BERT BATHIANY IV DMD
Email: **bbathiany@gmail.com**

**NOTICES ONLY**
EMPLOYEE BENEFITS SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
Email: **dproffitt@hci-ebs.com**

**NOTICES ONLY**
KALTER COMPANY ACCOUNTING & CONSULTING CORP
ATTN PRESIDENT OR MANAGER AGENT
Email: **daniel@kalterco.com**

**NOTICES ONLY**
MANAGEPOINT LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: **DDay@managepoint.biz**

**NOTICES ONLY**
ONE POINT HUMAN CAPITAL MANAGEMENT LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: **dmiller@onepointhcm.com**

**NOTICES ONLY**
PRDISBURSE-MANAGEPOINT LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: **DDay@managepoint.biz**

**NOTICES ONLY**
DEAF BIBLE SOCIETY INC
ATTN R BENDEL ESQ
Email: **jbendel@bendellaw.com**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
AMCHECKIR
BLUE OCEAN INNOVATION LLC
ATTN KIM TROWBRIDGE PRESIDENT
Email:  kim.trowbridge@amcheck.com

**SCHEDULE F**
AMERICAN TIME AND LABOR COMPANY
CALIFORNIA TIME AND PAYROLL COMPANY
ATTN JIM THOMPSON PRESIDENT
Email:
jimt@americantimeandlaborcompany.com

**NOTICE ONLY**
PAYROLL      SERVICES      INC      DBA
SOUTHWESTERN PAYROLL
C/O BRIAN J BUTLER ESQ
CLIFFORD G TSAN ESQ
BOND SCHOENECK & KING PLLC
Email:  bbutler@bsk.com

**SCHEDULE F**
UNIFY PAYROLL LLC
ATTN DAVID FRY MANAGER MEMBER
Email:  dave@unifypayroll.com

**SCHEDULE F**
WINDSORKENT INC
ATTN EMILIO MONTE CEO
Email:  emonte@windsorkent.com

**SCHEDULE F**
THE BANCORP BANK
C/O BETH MOSKOW-SCHNOLL ESQ
JESSICA C WATT ESQ
WILLIAM J BURTON ESQ
BALLARD SPAHR LLP
Email:  moskowschnollb@ballardspahr.com
wattj@ballardspahr.com
burtonw@ballardspahr.com

**SCHEDULE F**
SHEPHERD BUSINESS SOLUTIONS INC
ATTN TOM BRADBURN PRESIDENT
Email:  tbradburn@azsbs.com

**SCHEDULE F**
HR OUTSOURCING ASSOCIATES LLC
ATTN JOEY WOODRUF VP
Email:  joey.woodruff@hroi.com

**SCHEDULE F**
GAVIN DE BECKER & ASSOCIATES
C/O JOSEPH LESLIE STARK ESQ
LAW OFFICES OF JOSEPH L STARK AND
ASSOCIATES
Email:  jls@legalkix.com

**SCHEDULE F**
HR OUTSOURCING ENTERPRISES LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN DIDI HARKNESS DIRECTOR OF PR
Email:  didi.harkness@hroi.com

**CLAIM FILED**
LOS ANGELES COUNTY TREASURER AND
TAX COLLECTOR
Email:  bankruptcy@ttc.lacounty.gov

**SCHEDULE F**
PIONEER PAYROLL SERVICES INC
PPSINC
ATTN NORA MACKAY CEO
Email:  nora@pioneerpayroll.com

**SCHEDULE F**
RONALD A DUBOIS CPA
US NATIONAL PAYROLL
ATTN  RONAD  A  DUBOIS  PRESIDENT
OWNER
Email:  radcpa@protonmail.com

**SCHEDULE F**
OM PAYROLL
ATTN JASON COHEN CEO
Email:  jason@omnyc.com

**SCHEDULE F**
VERDE SERVICES INC
ONEMINT
ATTN BRANDON BAKER CEO
Email:  brandonb@onemint.co

**SCHEDULE F**
SIMPLEPAY LLC
CENTRO GROUP
ATTN JUAN A MARTINEZ CFO
Email:  juan@centrohcm.com

**SCHEDULE F**
PAYPROS INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN     JEFF     SALVATORE     GENERAL
MANAGER
Email:  jsalvatore@payprosinc.com

**SCHEDULE F**
ASSOCIATED      HUMAN      CAPITAL
MANAGEMENT
ASSOCIATED JCM
ATTN YVETTE HECTOR VICE PRESIDENT
Email:  yhector@associatedhcm.com

**SCHEDULE F**
PAYROLL DYNAMICS INC
ATTN MICHAEL TINTWEISS PRESIDENT
Email:  michael@payrolldynamics.com

**SCHEDULE F**
MY STRATEGIC PAYROLL LLC
ATTN NICK TSISMONAKIS PRESIDENT
Email:  nick@mystrategicpayroll.com

**NOTICES ONLY**
DUN-RITE SAND AND GRAVEL COMPANY
KEN MORTON & SONS LLC
C/O PATRICK K GIBSON ESQ
GIBSON & PERKINS PC
Email:  patrick@ippolitilawgroup.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**

WINDSORKENT INC
ATTN EMILIO MONTE CEO
Email: emonte@windsorkent.com

**SCHEDULE F**

NETPAYSERVICES INC
PAYROLL CENTRIC
ATTN BAHAA MIKHAIL PRESIDENT
Email: bahaa@payrollcentric.com

**SCHEDULE F**

COASTAL PAYROLL SERVICES INC
ATTN CRAIG COLEMAN PRESIDENT
Email: ccoleman@coastalpayroll.com

**SCHEDULE F**

CROCKETT TECHNICAL LLC
ATTN HENRY CROCKETT DIRECTOR
Email: david@azhret.com

**SCHEDULE F**

EMPLOYER SERVICES ONLINE
EMPLOYEE MAX
ATTN BOB CURRAN PRESIDENT
Email: bob.curran@employeemax.com

**SCHEDULE F**

INTEGRITY OUTSOURCE LLC
ATTN ROBIN MCENTIRE CEO
Email: robin@integrityoutsource.com

**SCHEDULE F**

SHS PAYROLL LLC
ATTN STEVEN H SUISSA PRESIDENT
Email: steven@shsservices.com

**SCHEDULE F**

PROFESSIONAL          OUTSOURCING
SOLUTIONS INC
ATTN MAYET ALEGRIA PRESIDENT
Email: malegria@posiusa.com

**SCHEDULE F**

PREMIER EMPLOYER SERVICES
MR JR HOLDINGS INC
ATTN ROGER HAYS PRESIDENT
Email: rhays@premieremployerservices.com

**SCHEDULE F**

PAY-TECH INC
TAB ASSOCIATES
ATTN RENE BROFFT PRESIDENT
Email: rene@pay-tech.com

**SCHEDULE F**

BIG FISH PAYROLL SERVICES LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JEFF HILL OPS MANAGER
Email: service@bigfishpayroll.com

**SCHEDULE F**

ONE PLUS TAX
ATTN RAFAEL CARMONA PRESIDENT
Email: rafael@oneplustax.com

**SCHEDULE F**

PAYROLL SUCCESS
ATTN DENNIS BISHOP VICE PRESIDENT
Email: dbishop@payrollsuccess.com

**SCHEDULE F**

ZUMA PAYROLL SOLUTIONS
ATTN CHRISTOPHER CAPUTO COO
Email: Ccaputo@zumapay.com

**SCHEDULE F**

PAYROLL SOLUTIONS GROUP LTD
ATTN TIM MENFIELD PRESDIENT
Email: tmenifield@payrollsolutions.tv

**SCHEDULE F**

PAYROLL SERVICE PLUS
ATTN JON SIGMAN PRESIDENT
Email: jon@payrollpayroll.com

**SCHEDULE F**

ANCHOR PAYROLL & BENEFIT
ATTN JEFF ERNE PRESIDENT
Email: jerne@anchorpaysolutions.com

**SCHEDULE F**

MERIDIAN PAYROLL GROUP INC
MICHAEL ASHWORTH  PRESIDENT
Email: mashworth@meridianpayrollgroup.com

**SCHEDULE F**

APS AUTOMATIC PAYROLL SYSTEM INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN    STEVE    BODDEN    OPERATION
MANAGER
Email: sbodden@apspayroll.com

**SCHEDULE F**

PRECISE PAYROLL LLC
ATTN SAMANTHA GAGE PRESIDENT
Email: samantha@precisepayroll.com

**SCHEDULE F**

PACIFIC DIVERSIFIED INSURANCE
SERVICES INC

C/O DANIEL J MULLER ESQ
VENTURA ROSSI HERSEY & MULLER LLP
Email: dmuller@venturahersey.com

**SCHEDULE F**

VERTEX PAYROLL CORP
ATTN JOHN SANSOU PRESIDENT
Email: jsansour@vertexpayroll.com

**SCHEDULE F**

ADMIN HR INC
ATTN DORIS SCHMECK CFO
Email: dschmeck@hrinc.com

**SCHEDULE F**

SEGUE HR LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN MICHAEL SCHAFFER
Email: mshaffer@seguehr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**SCHEDULE F**
CF INVESTMENTS
 ACCURATE DATA PAYROLL SERVICE
ATTN CARL FISCHER PRESIDENT
Email:  carl@accuratedatapayroll.com

**SCHEDULE F**
INFINITI HR
ATTN SCOTT SWARKOVSKY CEO
Email:  scott@infinitihr.com

**SCHEDULE F**
DYNAMIC HUMAN RESOURCES INC
ATTN CHRIS WHALL CEO
Email:  cwhall@dynamichr.com

**SCHEDULE F**
AXO NATIONAL STAFF LEASING LLC
ATTN KEITH LUECK CEO
Email:  krl@axogroup.com

**SCHEDULE F**
ACCESS 1 SOURCE NC
ATTN MICHAEL LEFEVERS PRESIDENT
Email:  mike@a1s-nc.com

**SCHEDULE F**
CONTEMPO HCM LLC
ATTN LAWRENCE BAILLIERE CEO
Email:  lbailliere@contempohcm.com

**SCHEDULE F**
NATIONAL BUSINESS PARTNERS GROUP
ATTN JOE POWER PRESIDENT
Email:  jpower@nbpginc.com

**SCHEDULE F**
PAYROLL LOGIX INC
CREST PAYROLL
ATTN PRATAP JAYAKAR PRESIDENT
Email:  pratapj@crestpayroll.com

**SCHEDULE F**
WALLACE ADVISORY GROUP INC
CHECKRIGHT
ATTN ARCH WALLACE PRESIDENT
Email:  archw@checkright.net

**SCHEDULE F**
P-FIVE SOLUTIONS LLC
ATTN AMBER POPE PRESIDENT
Email:  amber@pfivesolutions.com

**SCHEDULE F**
BLUE POINT ADVISORS LLC
BLUEPOINT PAYROLL SOLUTIONS
ATTN ROY BLAIR PRESIDENT
Email:  roy@bluepointps.com

**SCHEDULE F**
MONEYWISE PAYROLL SOLUTION
ATTN SEAN SHANKS PRESIDENT
Email:  sean@moneywisepayroll.com

**NOTICES ONLY**
AXIOM HUMAN RESOURCES SOLUTIONS
INC
CHOICEPAY PAYROLL & HR SERVICES
INC
TRIPCO INC D/B/A PAYRITE
ACCESS1SOURCE-NC LLC
BEYONDPAY INC
INFLECTION HR LLC
PAYROLL EXPERTS LLC
SPECTRUM EMPLOYEE SERVICES INC
C/O WILLIAM ANTHONY HAZELTINE ESQ
SULLIVAN HAZELTINE ALLINSON LLC
Email:  whazeltine@sha-llc.com

**SCHEDULE F**
SHEPHERD BUSINESS SOLUTIONS INC
ATTN TOM BRADBURN PRESIDENT
Email:  tbradburn@azsbs.com

**SCHEDULE F**
LOCAL ECONOMY LLC
ATTN JAMES BELANGER PARTNER
Email:  jim@localeconomypayroll.com

**SCHEDULE F**
SHIFT HUMAN CAPITAL MANAGEMENT
ATTN PRESIDENT OR MANAGER AGENT
ATTN      DHANASHREE      BHANDARE
CONTROLLER
Email:  dhanashree.bhandare@shiftpixy.com

**SCHEDULE F**
IEM OF FLORDIA LLC
UNIFY EMPLOYEE
ATTN ENRIQUE PEREZ VP OF TECH SERVICE
Email:  enrique@unifyemployee.com

**SCHEDULE F**
PAYROLL PERFECT INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN SCOTT HOLLEY MANAGER
Email:  scotth@payrollperfect.com

**NOTICES ONLY**
PAYMASTERS INC
C/O MARGARET M DIBIANCA ESQ
WILLIAM G ASIMAKIS JR ESQ
CLARK HILL PLC
Email:  mdibianca@clarkhill.com

**SCHEDULE F**
DOMINION PAYROLL SERVICES LLC
ATTN DAVID FRATKIN PRESIDENT
Email:  dfratkin@dominionpayroll.com

**SCHEDULE F**
MASS PAY INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN JASON MAXWELL
Email:  jason@masspay.net

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**SCHEDULE F**
1 SOURCE BUSINESS SOLUTIONS
ATTN ROBERT BECK PRESIDENT
Email: rbeck@1sourcebusiness.com

**SCHEDULE F**
ONE PAY HR LLC
ATTN PRESIDENT OR MANAGER AGENT
ATTN KAREN CANDELARIA OPS MANAGER
Email: karen@onepayhr.com

**SCHEDULE F**
PAYROLL CONTROL SYSTEMS INC
ATTN GREGG COBB PRESIDENT
Email: gcobb@pcspay.com

**SCHEDULE F**
HARD 8 ACQUISITIONS LLC
LAUNCHPAYROLLCOM
ATTN JOHN HAGERMAN PRESIDENT CEO
Email: jhageman@launchpayroll.com

**SCHEDULE F**
PAYPROS HCS
ATTN PRESIDENT OR MANAGER AGENT
ATTN CINDY HANSON OPERATIONS
MANAGER
Email: chanson@payproshcs.com

**SCHEDULE F**
PRO DATA PAYROLL SERVICES INC
ATTN HORACIO LOPEZ PRESIDENT
Email: hlopez@prodataontheweb.com

**SCHEDULE F**
PARAGON BUSINESS SERVICES INC
ATTN PRESIDENT OR MANAGER AGENT
ATTN CRYSTAL BROWNELL DIRECTOR
OF OPS
Email: cbrownell@paragonpayroll.com

**SCHEDULE F**
INTEGRATED PAYROLL SERVICES
ATTN JON SLUIS PRESIDENT
Email: jons@intrustcpa.us

**NOTICES ONLY**
MIDSOUTH CONSULTING GROUP
NOW KNOWN AS TCFCW LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: jpoling@dominionpayroll.com

**SCHEDULE F**
EASY CHECKS CARIBBEAN
ATTN PRESIDENT OR MANAGER AGENT
ATTN ELIZABETH LUGO OPERATIONS
MANAGER
Email: lizzie@easycheckscaribbean.com;
ray@easycheckspr.com

**SCHEDULE F**
INNOVATIVE ADMINISTRATIVE SERVICES
LLC
ATTN GABRIEL LOPEZ CEO OWNER
Email: glopez@innovativeadmin.com

**SCHEDULE F**
LASER SOFTWARE INC
SINES & ASSOCIATES
ATTN TIMOTHY SINES PRESIDENT
Email: sainc@frederickmd.com

**SCHEDULE F**
SUMMIT SERVICES INC
SUMMIT HR & PAYROLL
ATTN KIRK OETKEN PRESIDENT
Email: kirk@summitpayonline.com

**NOTICES ONLY**
NATIONAL CPA PAYROLL LLC
ATTN PRESIDENT OR MANAGER AGENT
Email: radcpa@protonmail.com

**SCHEDULE F**
PAYOLL VENTURES LLC
TRITON HR
ATTN PRESIDENT OR MANAGER AGENT
ATTN MARY TAUBER DIRECTOR OF OPS
Email: mary.tauber@tritonhro.com

**SCHEDULE F**
EMPLOYER TOOLS & SOLUTIONS INC
ETS PAYROLL
ATTN KEN JACKSON PRESIDENT
Email: ken.jackson@etspayroll.com

**NOTICES ONLY**
PSPAY INC
PAYROLL SUCCESS INC
ATTN PRESIDENT OR MANAGER AGENT
Email: bbishop@payrollsuccess.com

**NOTICES ONLY**
KATHI'S CHECK MATE
Email: roger@bangertercpa.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**