1  James C. Bastian, Jr. - Bar No. 175415
   Melissa Davis Lowe - Bar No. 245521
2  Sarah M. St. John - Bar No. 329335
   **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
3  100 Spectrum Center Drive, Suite 600
   Irvine, California 92618
4  Telephone:      (949) 340-3400
   Facsimile:      (949) 340-3000
5  Email:          JBastian@shulmanbastian.com
                   MLowe@shulmanbastian.com
6                  SStjohn@shulmanbastian.com

7  Attorneys for Cachet Financial Services, Debtor
   and Debtor in Possession

8
                   **UNITED STATES BANKRUPTCY COURT**
9
                   **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**
10

11

12  In re                                    Case No. 2:20-bk-10654-VZ

13  **CACHET FINANCIAL SERVICES, a**          Chapter 11
    **California corporation**
    **aka Cachet**                            **STIPULATION BETWEEN THE DEBTOR AND**
14  **fka Cachet Banq, Inc.,**                **DEBTOR IN POSSESSION AND THE AHOLA**
                                              **CORPORATION FOR ALLOWANCE OF CLAIM**
15          Debtor.                           **14 IN A REDUCED AMOUNT AND RELATED**
                                              **RELIEF**
16
                                              (Order Approving Stipulation Uploaded Concurrently)
17
                                              (No Hearing Set)
18

19          This Stipulation is entered into by and between Cachet Financial Services, the debtor and

20  debtor in possession herein ("Debtor"), on the one hand, and The Ahola Corporation ("Claimant"),

21  on the other hand, by and through their respective counsel. This Stipulation is made with reference

22  to the following facts:

23                          **I.      RECITALS**

24          On January 21, 2020 ("Petition Date"), the Debtor commenced this case under chapter 11 of

25  the Bankruptcy Code.  The Debtor continues to operate and manage its business as a debtor-in-

26  possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

27          On April 15, 2020, Claimant filed a proof claim in the amount of not less than $990,252.64

28  which is designated on the claims register for the Debtor's case as Claim 14.  Claimant lists the basis

SHULMAN BASTIAN
FRIDEMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

6153-001\#0014 The Ahola Corporation Stip

1    for the debt as being comprised of  (1) NSF reserve funds of at least $50,000.00 ("Reserve

2    Amount"), (2) undistributed settlement account funds of at least $581,587.20 ("Settlement

3    Amount"), and (3) expenses including amounts reimbursed to Claimant's clients, bank fees and

4    other damages of at least $358,665.44.

5        Since the Petition Date, the Debtor has reviewed its records as well as exchanged information

6    with Claimant related to Claim 14 and believes the combined total of the NSF reserve funds and

7    undistributed settlement accounts funds should be $581,118.18 ("Resolved Amounts").

8        The Debtor has not yet fully reviewed or determined whether objections exist to the amounts

9    Claimant alleges it is owed for its expenses including amounts reimbursed to Claimant's clients,

10   bank fees and other damages totaling $409,134.46 ("Unresolved Amounts").

11        Debtor and Claimant desire to settle and resolve the Reserve Amount and Settlement

12   Amount, and reserve all rights with respect to the Unresolved Amounts.

## II.    **STIPULATION**

14        Accordingly, the Debtor and Claimant agree and stipulate to the following:

15        1.    Allowance of Claim 14  – Treatment of Resolved Amounts:  For the purposes of

16            disbursement from the Debtor's bankruptcy case as well as disbursement from the

17            stake that is the subject of interpleader complaint filed in the United States District

18            Court for the District of Delaware, commencing Case No. 19-02088-MN ("Bancorp

19            Interpleader Stake"), Claimant shall receive a pro-rata distribution based only on the

20            Resolved Amounts of $581,118.18.  The Resolved Amounts shall be paid in the

21            Debtor's bankruptcy case on a pro rata basis concurrent with the payment of all other

22            allowed non-priority general unsecured claims, less any amounts received by

23            Claimant on account of the Resolved Amounts from the Bancorp Interpleader Stake.

24        2.    Reservation of Rights – Unresolved Amounts.   Claimant expressly retains and

25            reserves the right to pursue recovery of the Unresolved Amounts in the reduced

26            amount of $409,134.46 and the Debtor expressly retains and reserves the right to file

27            and prosecute objections to the Unresolved Amounts or any other sums Claimant

28            alleges other than the Resolved Amount, on any grounds.  To the extent that any of

SHULMAN BASTIAN
FRIDEMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

6153-001\#0014 The Ahola Corporation Stip

Unresolved Amounts becomes an allowed claim upon further agreement between the parties or further Bankruptcy Court order, the allowed portion shall be paid in the Debtor's bankruptcy case and not from any amount of the Bancorp Interpleader Stake.

3. <u>Attorneys' Fees and Costs</u>.  All parties to this Stipulation shall bear their own attorneys' fees, expenses, and costs incurred in the preparation of this Stipulation.  In the event of any action or proceeding brought by either party against the other under this Stipulation, the prevailing party shall be entitled to recover the fees of its attorneys in such action or proceeding, including costs of appeal, if any, in such amount as the court may adjudge reasonable as attorneys' fees.

4. <u>Execution of Additional Documents</u>.  The Parties agree that they will execute any and all additional documents and take all additional steps which may be necessary or convenient to consummate this settlement and accomplish the purposes thereof.

5. <u>Integration of Entire Agreement</u>.  This Stipulation contains the entire agreement of the Parties, and no representations, warranties, inducements or promises not included herein by express provision or contained in a document or instrument identified herein and executed contemporaneously herewith shall be binding on any party hereto.

6. <u>Counterparts</u>:  This Stipulation may be executed in any number of original, scanned, faxed or copied counterparts, and all counterparts shall be considered together as one agreement.  A scanned, faxed or copied counterpart shall have the same force and effect as an original signed counterpart.  Each of the Parties hereby expressly forever waives any and all rights to raise the use of a scanner, fax or copier machine to deliver a signature, or the fact that any signature or agreement or instrument was transmitted or communicated through the use of a scanner, fax or copier machine, as a defense to the formation of a contract.

SHULMAN BASTIAN
FRIDEMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

6153-001\#0014 The Ahola Corporation Stip

7. <u>Governing Law</u>: This Stipulation is to be governed by and construed in accordance with federal bankruptcy law, to the extent applicable, and where state law is implicated, the laws of the State of California shall govern.

8. <u>Jurisdiction of the Bankruptcy Court</u>:  Should any dispute arise regarding this Stipulation, the United States Bankruptcy Court for the Central District of California, Los Angeles Division, shall have exclusive jurisdiction to determine the same. Further, if a dispute arises, such dispute may initially be resolved through any mediation program pending in the Bankruptcy Court for the Central District of California.

9. <u>Ownership of Claims</u>: Each of the Parties to this Stipulation expressly warrants and represents that it is the sole and lawful owner of all right, title and interest in and to every claim and other matter which it purports to release herein, and it has not assigned or transferred, or purported to assign or transfer to any person or entity any claims or other matters herein released.

10. <u>Representation of Comprehension</u>.  In entering into this Stipulation, the parties represent that they have relied upon the legal advice of their attorneys, who are the attorneys of their own choice, and that these terms are fully undertaken and voluntarily accepted by them.  The parties further represent that they have no question with regard to the legal import of any term, word, phrase, or portion of this Stipulation, or the Stipulation in its entirety, and accept the terms of this Stipulation as written.

////

////

////

SHULMAN BASTIAN
FRIDEMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

4

6153-001\#0014 The Ahola Corporation Stip

1         11. <u>Headings</u>:  The headings of all sections of this Stipulation are inserted solely for the

2         convenience of reference and are not a part of and are not intended to govern, limit

3         or aid in the construction or interpretation of any term or provision hereof.

4 **IT IS SO STIPULATED AND AGREED.**

5 Dated: June 9, 2021         **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

6 

7         Yelena Boxer
        Attorneys for the Ahola Corporation

8 

9 Dated: June 9, 2021         **SHULMAN BASTIAN FRIEDMAN & BUI LLP**

10         /s/ Melissa Davis Lowe

11 

12         James C. Bastian, Jr.
        Melissa Davis Lowe

13         Attorneys for Cachet Financial Services,
        a California corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHULMAN BASTIAN
FRIDEMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

5

6153-001\#0014 The Ahola Corporation Stip

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **100 Spectrum Center Drive, Suite 600, Irvine, California  92618**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN THE DEBTOR AND DEBTOR IN POSSESSION AND THE AHOLA CORPORATION FOR ALLOWANCE OF CLAIM  14 IN A REDUCED AMOUNT AND RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **June 10, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **June 10, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)    **Not Applicable**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 10, 2021 | Lorre Clapp | /s/ Lorre Clapp |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                            **F 9013-3.1.PROOF.SERVICE**

## NEF SERVICE LIST

- **Jefferson M Allen**    jallen@ccealaw.com, jeffersonallen1968@gmail.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Thomas A Buford**    tbuford@bskd.com,
  psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,tbuford@ecf.courtdrive.com,psutton@ecf.c
  ourtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Nick Cirignano**    ncirignano@zsws.com
- **Louis J. Cisz**    lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Timothy W Evanston**    tevanston@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Michael A Fleming**    mfleming@plunkettcooney.com, kjohnston@plunkettcooney.com
- **Eric D Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Jared T Green**    jgreen@svglaw.com, spappa@svglaw.com
- **David M. Guess**    guessd@gtlaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Payam Khodadadi**    pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Kevin M Lippman**    klippman@munsch.com, pmoore@munsch.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Dennis D Miller**    dmiller@lubinolson.com
- **Kathleen M Miller**    kmiller@skjlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Kevin H Morse**    kmorse@clarkhill.com, blambert@clarkhill.com
- **Alan I Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **Jennifer L Nassiri**    JNassiri@sheppardmullin.com, bdelacruz@sheppardmullin.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, LGauthier@shulmanbastian.com
- **Faye C Rasch**    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;lbracken@wgllp.com
- **Allan D Sarver**    ADS@asarverlaw.com
- **Gary F Torrell**    gtorrell@health-law.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com,
  raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com
- **Douglas Wolfe**    dwolfe@asmcapital.com

## U.S. MAIL SERVICE LIST

**Hon Vincent P Zurzolo, United States Bankruptcy Court, Roybal Federal Building, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                              **F 9013-3.1.PROOF.SERVICE**