James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
Sarah M. St. John - Bar No. 329335
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    JBastian@shulmanbastian.com
    MLowe@shulmanbastian.com
    SStjohn@shulmanbastian.com

Attorneys for Cachet Financial Services, Debtor
and Debtor in Possession



**FILED & ENTERED**

**JUN 10 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**CACHET FINANCIAL SERVICES, a California corporation**<br>**aka Cachet**<br>**fka Cachet Banq, Inc.,**<br><br>Debtor. | Case No. 2:20-bk-10654-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTOR AND DEBTOR IN POSSESSION AND THE AHOLA CORPORATION FOR ALLOWANCE OF CLAIM 14 IN A REDUCED AMOUNT AND RELATED RELIEF**<br><br>**Related to Docket No. 639**<br><br>(No Hearing Set) |

The Court has reviewed the "Stipulation Between the Debtor and Debtor in Possession and The Ahola Corporation for Allowance of Claim 14 in a Reduced Amount and Related Relief" ("Stipulation")[1] filed on June 10, 2021 as docket number 639. Good cause appearing, the Court **ORDERS** as follows:

1.  The Stipulation is approved.

2.  For the purposes of disbursement from the Debtor's bankruptcy case as well as disbursement from the Bancorp Interpleader Stake, Claim 14 filed by The Ahola Corporation ("Claimant") on April 15, 2020 shall receive a pro-rata distribution based only on the Resolved

---

[1] Capitalized terms in this Order not otherwise defined have the meaning as defined in the Stipulation.

Amounts of $581,118.18.  The Resolved Amounts shall be paid in the Debtor's bankruptcy case on a pro rata basis concurrent with the payment of all other allowed non-priority general unsecured claims, less any amounts received by Claimant on account of the Resolved Amounts from the Bancorp Interpleader Stake

3. All rights of Claimant and the Debtor under Claim 14 are reserved as to the Unresolved Amounts of $409,134.46 as set forth in the Stipulation.

4. This Court retains jurisdiction to interpret, implement, and enforce the provisions of the Stipulation and this Order.

###

Date: June 10, 2021

*(signature)*
Vincent P. Zurzolo
United States Bankruptcy Judge