James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe - Bar No. 245521
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: JBastian@shulmanbastian.com
MLowe@shulmanbastian.com

Attorneys for Cachet Financial Services,
the Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

**CACHET FINANCIAL SERVICES, a California corporation**
aka Cachet fka Cachet Banq, Inc.,

Debtor.

Case No. 2:20-bk-10654-VZ

Chapter 11

**FIFTH STATUS REPORT REGARDING CONSUMMATION OF PLAN; DECLARATION OF ABERASH ASFAW IN SUPPORT**

**Post-Confirmation Status Conference**
Date: June 4, 2026
Time: 10:00 a.m.
Place: Courtroom 1368
255 East Temple Street
Los Angeles, CA 90012

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

## I. INTRODUCTION

Cachet Financial Services, a California corporation, the reorganized debtor herein ("Debtor"), hereby submits this Fifth Status Report Regarding Consummation of Plan pursuant to the Confirmation Order[1] and Local Bankruptcy Rule 3020-1 and in advance of the post-confirmation status conference scheduled for June 4, 2026.

## II. FIFTH STATUS REPORT REGARDING PLAN CONSUMMATION

### A. Debtor's Update

As set forth in the *Debtor's Fourth Status Report Regarding Consummation of Plan; Declaration of Aberash Asfar in Support* ("Fourth Status Report") [Dkt. No. 1016], although the Debtor did not believe there were any factors that prevented the ability of the Debtor to obtain a final decree closing this case, the Debtor was not yet in the position to file a motion for a final decree as there were certain remaining acts of administration that might need to be brought before the Court, including several litigation matters and pursuit of recovery on insurance policies.

Since the filing of the Fourth Status Report, the Debtor is actively investigating and pursuing multiple claims. The following is a brief status of the efforts.

(1) Recovery on Insurance Assets. The following is a brief status of the efforts.

AXIS Insurance Company

AXIS paid the policy limit of $3 million and reserved its subrogation rights, if any. However, AXIS has not attempted to participate in any litigation to date involving the Debtor.

///

///

///

[1] The Debtor filed its voluntary petition on January 21, 2020. The Debtor's Plan of Reorganization [docket 511] was confirmed by the Court by that certain Order Granting Motion to Confirm Plan of Reorganization entered on July 1, 2021 [docket 682]. Pursuant to the Notice of: (A) Confirmation and Occurrence of Effective Date of Chapter 11 Plan and (B) Deadline to File Rejection Claims and Administrative Claims [docket 693], the Effective Date of the Plan was July 15, 2021. Unless otherwise defined herein, capitalized terms herein have the meaning as set forth in the Plan.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

<u>Cachet v. Berkley Insurance Company et al.</u>

Berkley denied coverage. The Debtor thus initiated litigation against Berkley and the excess carrier, Great American Insurance Company. The defendants filed a motion to dismiss the Debtor's complaint which was granted.

The Debtor then filed and is prosecuting an appeal of the dismissal of the complaint. The Berkley litigation remains on appeal before the Ninth Circuit Court of Appeals. The case has been fully briefed, and oral argument is set for June 22, 2026. A decision is expected within three months of oral argument.

<u>Cachet v. Everest National Insurance Company</u>

On September 5, 2025 the Parties entered into a confidential settlement agreement. The parties stipulated to a dismissal of the case on November 21, 2025.

<u>Aon Claim</u>

Cachet and Aon have entered into a tolling agreement to preserve any potential claims against Aon pending a final determination in the <u>Cachet v. Berkley</u> matter.

(2) Commencing of an adversary action titled <u>Cachet Financial Services, a California corporation vs. iGreen Payroll, Inc. a New York corporation</u>, Adversary Case No. 2:24-ap-01265-VZ. This matter has been ordered to arbitration at Judicial Arbitration and Mediation Services ("<u>JAMS</u>") in Los Angeles based upon the arbitration provisions in the remarketer agreement. JAMS appointed Edith R. Matthai, Esq. to serve as the arbitrator.

The parties first attempted settlement before incurring further legal fees and arbitration fees. These efforts were unsuccessful. Therefore, the parties will shortly commence discovery.

(3) Continued litigation of the adversary action titled <u>Cachet Financial Services, a California corporation v. The Bancorp Bank, N.A., et. al.</u>, Adversary Case No. 2:21-ap-01187-VZ. After various motions filed with respect to the pleadings, the pleadings are now settled and all defendants have filed answers to the second amended complaint.

///

///

///

The parties engaged in a 2-day mediation in October 2025. Since then Plaintiff and The Bancorp Bank ("Bancorp") entered into a confidential settlement agreement. An order dismissing Bancorp from the action was entered on January 20, 2026. Cachet has commenced propounding discovery to the remaining defendants while continuing to discuss settlement.

(4) The parties entered into a confidential settlement agreement in the matter of Cachet Financial Services v. Pioneer Bancorp Bank and Pioneer Bank, Adversary Case No. 2:22-ap-01029-VZ. A stipulation and proposed order dismissing this action with prejudice was submitted to the Court on May 22, 2026

(5) Status of Government Seizure of Debtor's Funds from Three Bank of America Accounts

The DOJ seized funds that Michael Mann diverted from Cachet's account at The Bancorp Bank to accounts that Mann controlled at Bank of America. The Debtor is working to recover some or all of those funds and filed a petition (which was later amended) with the United States District Court for the Northern District of New York (Case No. 1:20-cr-00199, USA v. Mann) for recovery of the funds.

On May 2, 2025, the court signed a Stipulation and Order of Partial Dismissal which effectively dismissed Pioneer Bank from this case, subject to its ability to appeal the court's orders dismissing its claims.

Trial of Cachet's claims occurred on October 14, 2025. The Parties await a decision by the trial court.

**B. Post-Confirmation Tax Liabilities**

Since confirmation of the Plan, the type of post-petition tax liabilities that have accrued relate to payroll taxes and all amounts that have accrued or been required to be paid have been paid. Income taxes will also be paid timely as they are incurred.

**C. UST Compliance**

The Debtor is in compliance with the requirements imposed by the Office of the United States Trustee. The Debtor has and continues to file their UST quarterly reports and are current with their payments of the U.S. Trustee quarterly fees.

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

## III. PROJECTIONS AS TO CONTINUING ABILITY TO COMPLY WITH THE PLAN AND STATUS OF THE FINAL DECREE MOTION

At this time, the Debtor does not believe there are any factors that prevent the ability of the Debtor to obtain a final decree closing this case; however, the Debtor is not yet in the position to file a motion for a final decree as there are remaining acts of administration that might need to be brought before the Court as described above (several litigation matters and pursuit of recovery on insurance policies as discussed above). The Debtor anticipates that a motion for entry of a final decree closing the case can be filed once the pending matters have been resolved which the Debtor estimates may take two years or more, depending on the outcome of continuing litigation and arbitration.

Dated: May 26, 2026

Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**

/s/ Melissa Davis Lowe

James C. Bastian, Jr.
Melissa Davis Lowe
Attorneys for the Reorganized Debtor

# DECLARATION

**DECLARATION OF ABERASH ASFAW**

I, Aberash Asfaw, declare as follows:

1. I am the President of Cachet Financial Services, a California corporation (the "Debtor"), the debtor and debtor in possession herein and am one of the persons responsible for the administration of the Debtor. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am also personally familiar with, and am custodian of, the records of the Debtor as they pertain to the financial records set forth herein. The records of the Debtor are made by employees or agents of the Debtor who report to me and who have a business duty to enter the records of the Debtor accurately and at or near the time of the event which they record.

3. I make this declaration in support of the Debtor's Fifth Status Report Regarding Consummation of Plan ("Report"). All capitalized terms not otherwise defined in this Declaration have the meaning set forth in the Report.

4. As set forth in the *Debtor's Fourth Status Report Regarding Consummation of Plan; Declaration of Aberash Asfar in Support* ("Fourth Status Report") [Dkt. No. 1016], although the Debtor did not believe there were any factors that prevented the ability of the Debtor to obtain a final decree closing this case, the Debtor was not yet in the position to file a motion for a final decree as there were certain remaining acts of administration that might need to be brought before the Court, including several litigation matters and pursuit of recovery on insurance policies.

5. Since the fling of the Fourth Status Report, the Debtor has been actively investigating and pursuing multiple claims. The following is a brief status of the efforts.

(a) Recovery on Insurance Assets. The following is a brief status of the efforts.

AXIS Insurance Company

AXIS paid the policy limit of $3 million and reserved its subrogation rights, if any. However, AXIS has not attempted to participate in any litigation to date involving the Debtor.

///

///

Cachet v. Berkley Insurance Company et al.

Berkley denied coverage. The Debtor thus initiated litigation against Berkley and the excess carrier, Great American Insurance Company. The defendants filed a motion to dismiss the Debtor's complaint which was granted.

The Debtor then filed and is prosecuting an appeal of the dismissal of the complaint. The Berkley litigation remains on appeal before the Ninth Circuit Court of Appeals. The case has been fully briefed, and oral argument is set for June 22, 2026. A decision is expected within three months of oral argument.

Cachet v. Everest National Insurance Company

On September 5, 2025 the Parties entered into a confidential settlement agreement. The parties stipulated to a dismissal of the case on November 21, 2025.

Aon Claim

Cachet and Aon have entered into a tolling agreement to preserve any potential claims against Aon pending a final determination in the Cachet v. Berkley matter.

(2) Commencing of an adversary action titled Cachet Financial Services, a California corporation vs. iGreen Payroll, Inc. a New York corporation, Adversary Case No. 2:24-ap-01265-VZ. This matter has been ordered to arbitration at Judicial Arbitration and Mediation Services ("JAMS") in Los Angeles based upon the arbitration provisions in the remarketer agreement. JAMS appointed Edith R. Matthai, Esq. to serve as the arbitrator.

The parties first attempted settlement before incurring further legal fees and arbitration fees. These efforts were unsuccessful. Therefore, the parties will shortly commence discovery.

(3) Continued litigation of the adversary action titled Cachet Financial Services, a California corporation v. The Bancorp Bank, N.A., et. al., Adversary Case No. 2:21-ap-01187-VZ. After various motions filed with respect to the pleadings, the pleadings are now settled and all defendants have filed answers to the second amended complaint.

///

///

///

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

The parties engaged in a 2-day mediation in October 2025. Since then Plaintiff and The Bancorp Bank ("Bancorp") entered into a confidential settlement agreement. An order dismissing Bancorp from the action was entered on January 20, 2026. Cachet has commenced propounding discovery to the remaining defendants while continuing to discuss settlement.

(4) The parties entered into a confidential settlement agreement in the matter of Cachet Financial Services v. Pioneer Bancorp Bank and Pioneer Bank, Adversary Case No. 2:22-ap-01029-VZ. A stipulation and proposed order dismissing this action with prejudice was submitted to the Court on May 22, 2026.

(5) Status of Government Seizure of Debtor's Funds from Three Bank of America Accounts

The DOJ seized funds that Michael Mann diverted from Cachet's account at The Bancorp Bank to accounts that Mann controlled at Bank of America. The Debtor is working to recover some or all of those funds and filed a petition (which was later amended) with the United States District Court for the Northern District of New York (Case No. 1:20-cr-00199, USA v. Mann) for recovery of the funds.

On May 2, 2025, the court signed a Stipulation and Order of Partial Dismissal which effectively dismissed Pioneer Bank from this case, subject to its ability to appeal the court's orders dismissing its claims.

Trial of Cachet's claims occurred on October 14, 2025. The Parties await a decision by the trial court.

6. Since confirmation of the Plan, the type of post-petition tax liabilities that have accrued relate to payroll taxes and all amounts that have accrued or been required to be paid have been paid. Income taxes will also be paid timely as they are incurred.

7. The Debtor is in compliance with the requirements imposed by the Office of the United States Trustee. The Debtor has and continues to file their UST quarterly reports and are current with their payments of the U.S. Trustee quarterly fees.

///

///

SHULMAN BASTIAN
FRIEDMAN BUI & O'DEA LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

8. At this time, I do not believe there are any factors that prevent the ability of the Debtor to obtain a final decree closing this case; however, the Debtor is not yet in the position to file a motion for a final decree as there are remaining acts of administration that might need to be brought before the Court as described above (several litigation matters and pursuit of recovery on insurance policies as discussed above). The Debtor anticipates that a motion for entry of a final decree closing the case can be filed once the pending matters have been resolved which the Debtor estimates may take two years or more, depending on the outcome of continuing litigation and arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 26, 2026 at Pasadena, California.

Aberash Asfaw

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **FIFTH STATUS REPORT REGARDING CONSUMMATION OF PLAN; DECLARATION OF ABERASH ASFAW IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ***May 26, 2026***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ***May 26, 2026***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 26, 2026 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**NEF SERVICE LIST**

- **Avraham E Aizenman** eli@steelmanadvocate.com, Charlyn.Jones@reedsmith.com
- **Jefferson M Allen** jallen@ccealaw.com, jeffersonallen1968@gmail.com
- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **James C Bastian** jbastian@shulmanbastian.com
- **Tanya Behnam** tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Thomas A Buford** tbuford@bskd.com, psutton@bskd.com,vbraxton@bskd.com,mbeck@bskd.com,tbuford@ecf.courtdrive.com,psutton@ecf.courtdrive.com,vbraxton@ecf.courtdrive.com,mbeck@ecf.courtdrive.com
- **Kathryn M.S. Catherwood** kcatherwood@grsm.com, asoto@grsm.com
- **Nick Cirignano** ncirignano@zsws.com
- **Louis J. Cisz** lcisz@nixonpeabody.com, jzic@nixonpeabody.com
- **Franklin J Contreras** fcontreras@shulmanbastian.com, sseelert@shulmanbastian.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Timothy W Evanston** tevanston@skarzynski.com, dahn@ecf.courtdrive.com
- **Ben Fabens-Lassen** ben.fabens-lassen@us.dlapiper.com
- **Michael A Fleming** mfleming@plunkettcooney.com, kjohnston@plunkettcooney.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Andrew Goodman** agoodman@tullylegal.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jared T Green** jgreen@svglaw.com, spappa@svglaw.com
- **David M. Guess** dguess@buchalter.com, david-guess-9268@ecf.pacerpro.com
- **Matthew Hafey** mhafey@nicolaidesllp.com
- **Michael R Halvorsen** mhalvorsen@psalaw.net
- **Brian D Huben** hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joseph R Ignatuk** rignatuk@shulmanbastian.com, sseelert@shulmanbastian.com
- **Ori Katz** okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Payam Khodadadi** pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
- **Jeannie Kim** jkim@go2.law, dfitzgerald@go2.law;kadele@go2.law;lusmani@go2.law;cmeeker@go2.law;cbmeeker@gmail.com;jkim@ecf.courtdrive.com
- **Kevin M Lippman** klippman@munsch.com, pmoore@munsch.com
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **Robert S Marticello** rmarticello@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Michelle McMahon** mmcmahon@cullenllp.com
- **Dennis D Miller** dmiller@lubinolson.com
- **Kathleen M Miller** kmiller@skjlaw.com
- **Kelly L Morrison** kelly.l.morrison@usdoj.gov
- **Kevin H Morse** kmorse@clarkhill.com, kwebster@clarkhill.com,zhoulihan@clarkhill.com,kchiaghana@clarkhill.com
- **Alan I Nahmias** anahmias@mbn.law, jdale@mbn.law
- **Jennifer L Nassiri** JNassiri@sheppardmullin.com, xmaurice@sheppardmullin.com
- **Ryan D O'Dea** rodea@shulmanbastian.com, lgauthier@shulmanbastian.com;avernon@shulmanbastian.com;yrivera@shulmanbastian.com
- **Faye C Rasch** faye@wrlawgroup.com, travis@wrlawgroup.com;oa@wrlawgroup.com
- **Allan D Sarver** ADS@asarverlaw.com
- **Sara Shahbazi** sara.shahbazi@stinson.com, lorraine.johnson@stinson.com
- **Stephen S Smyth** office@smythlo.com;r58723@notify.bestcase.com
- **Randye B Soref** rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Gary F Torrell** gtorrell@hooperlundy.com
- **Olivia Treister** otreister@reedsmith.com, bvargas@reedsmith.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Douglas Wolfe** asm@asmcapital.com

**U.S. MAIL SERVICE LIST**

**JUDGE'S COPY**
HON VINCENT ZURZOLO
U.S. BANKRUPTCY COURT
ROYBAL FEDERAL BUILDING, 255 E. TEMPLE ST., SUITE 1360
LOS ANGELES, CA 90012

**ON BEHALF OF COMMITTEE MEMBER – COMMITTEE MEMBER COUNSEL**
SARAH SIMMONS ET AL
AARON MCALLISTER ROI-IT LLC
C/O LAWRENCE J SEMENZA III ESQ
CHRISTOPHER D KIRCHER ESQ
JARROD L RICKARD ESQ
KATIE L CANNATA ESQ
SEMENZA KIRCHER RICKARD
10161 PARK RUN DR STE 150
LAS VEGAS, NV 89145

**COMMITTEE MEMBER COUNSEL**
THE AHOLA CORPORATION
C/O BENESCH FRIEDLANDER COPLAN & ARONOFF LP
YELENA BOXER ESQ
200 PUBLIC SQUARE STE 2300
CLEVELAND, OH 44114-2378

**COMMITTEE MEMBER**
THE AHOLA CORPORATION
C/O MICHAEL PAULL CFO
6820 WEST SNOWVILLE ROAD
BRECKSVILLE, OH 44141